ACCEPTED
15-25-00016-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/11/2025 3:30 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00016-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/11/2025 3:30:26 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE**

**FIFTEENTH COURT OF APPEALS**

**AUSTIN, TEXAS**

In re,

MARTY BERRY AND AXIS MIDSTREAM HOLDINGS, LLC

*Relators*

**RELATORS' APPENDIX**
**VOLUME 1 OF 5**

Original proceeding brought from Business Court 11A,
Cause No. 24-BC11A-0025
The Honorable Sofia Adrogue, Presiding

Douglas A. Allison
State Bar No. 01083500
LAW OFFICES OF
DOUGLAS A. ALLISON
403 N. Tancahua Street
Corpus Christi, TX 78401
Telephone: (361) 888-6002
Facsimile: (361) 888-6651
Email: doug@dallisonlaw.com

COUNSEL FOR RELATORS

## VERIFICATION OF APPENDIX

STATE OF TEXAS            §
COUNTY OF NUECES          §

Before me, the undersigned notary, on this day personally appeared Douglas A. Allison, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Douglas A. Allison. I am of sound mind and capable of making this affidavit. The facts in this affidavit are within my personal knowledge and are true and correct.

"I am serving as counsel for the relater. All of the documents included in the appendix to this petition are true copies."

/s/ Douglas A. Allison

KIM BRUNKENHOEFER
Notary ID #5348297
My Commission Expires
August 4, 2025

NOTARY SIGNATURE

8-4-25

COMMISSION EXPIRATION

60

APPENDIX VOLUME 1 OF 5

# TABLE OF CONTENTS

APPENDIX 1………………...…………………….……..Plaintiffs' Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction

APPENDIX 2……………………………………………….…..Nov. 28, 2023 Signed TRO- Harris County

APPENDIX 3…………...……………………….. Dec. 6, 2023 Def. Marty Berry's Emergency Motion to Transfer Venue, Emergency Motion for Leave for Expedited Hearing on MTV and Subsequently Thereto Original Answer

APPENDIX 4….………..…………………………………..… December 7, 2023 Amended TRO- Harris County

APPENDIX 5…………………………….…………………Dec. 22, 2023 Signed Order Transferring from Harris County to Nueces County

APPENDIX 6………………………………………...….…. Jan. 23, 2024 Counter-Plaintiffs' Original Petition Asserting Counter-Claims

APPENDIX 7………………………………….…..…….….... March 25, 2024 2024DCV-0045-C Judge Galvan's Ruling Transcript

APPENDIX 8……………..……………………...…………. April 15, 2024 Counter-Plaintiffs' 1st Amended Original Petition Asserting Counter-Claims

APPENDIX 9…………..…………………………………... May 8, 2024 Berry Entities 1st Request for Production to Allen Lawrence Berry

APPENDIX 10……...……………………………………... Nov. 30, 2017 Transfer of Interests (ALB_007563)

APPENDIX 11……………………………………….……...Dec. 1, 2017 Creation of IBC Bank Account

APPENDIX 12…………………………..…………………………..Dec. 6, 2017
Axis Midstream Holdings Change in Registered Agent
with Texas SOS

APPENDIX 13……...…..........................................................................2018
Axis Midstream Holdings, LLC PIR with Texas SOS

APPENDIX 14…………...………………………………...February 4,2020
Axis Midstream Holdings Change in Registered Agent
with Texas SOS

APPENDIX 15……………………………………...….2021 TX Form 05-158

APPENDIX 16……...……………………………………….………….2021
Axis Midstream Holdings, LLC PIR with Texas SOS

APPENDIX 17………………………………………………2022 TX Form 05-158

APPENDIX 18……………………………………………………….Nov. 29, 2022
Email from Tonja Fulghum

APPENDIX 19……………………………………...….…………….2022
Axis Midstream Holdings, LLC PIR with Texas SOS

APPENDIX 20……………………………………………………………2023
Axis Midstream Holdings, LLC PIR with Texas SOS

APPENDIX 21……………..…………………………………. Jan. 31, 2024
IBC Bank Acct Reconciliation

APPENDIX 22……………………………………………..…….Nov. 4, 2024
Axis Midstream Holdings, LLC Registered Agent
Mike H. Hummell

APPENDIX 23……………………………………...……….…Aug. 6, 2024
Beacon, Inc. Meeting Transcript

APPENDIX 24…………………………………………………...Oct. 31, 2024
Plaintiffs' Verified Original Petition and Application for
Temporary Restraining Order and Temporary Injunction

APPENDIX 25……………………………………………………….October 31, 2024
Signed TRO
Harris County, Texas

APPENDIX 26………………………………………………………..Nov. 8, 2024
Defendants' Plea in Abatement and Motion to Abate
Harris County, Texas

APPENDIX 27………………………………………………….….Nov. 12, 2024
Plaintiffs' Response to Defendants' Plea in Abatement / Motion to Abate
Harris County, Texas

APPENDIX 28………………………….………………………...….Dec. 4, 2024
Defendants' Combined Reply to Plaintiffs' / Lawrence's Response
to Plea in Abatement
Harris County, Texas

APPENDIX 29………………………………………..…………..….Dec. 3, 2024
Counter-Plaintiffs' 2nd Amended Original Petition Asserting Counter-Claims
Nueces County, Texas

APPENDIX 30……………………………………………….…..Jan. 30, 2025
Red-Line Exhibit to be Supplemented

# APPENDIX 1

11/27/2023 11:34 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 81947481
By: Monica Jackson
Filed: 11/27/2023 11:14 AM

CAUSE NO.: _____

| | | |
|---|---|---|
| LAWRENCE BERRY, individually and derivatively on behalf of BERRY GP, INC., | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| BERRY GP, INC., | § § | |
| *Nominal Plaintiff,* | § § | HARRIS COUNTY, TEXAS |
| v. | § § | |
| MARTY BERRY, ROBERT RICKETT, ROBERT POWERS, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY LLC, and BERRY CONTRACTING LP, | § § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § § | _____ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL VERIFIED PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

TO THE HONORABLE JUDGE OF THIS COURT:

Lawrence Berry ("Lawrence" or "Plaintiff"), on his own behalf and derivatively on behalf of Berry GP, Inc. (with Lawrence, "Plaintiffs"), files this Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction against Marty Berry, Robert Rickett ("Rickett"), Robert "Rob" Powers ("Powers"), Michael "Mike" Hummell ("Hummell"), Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP (collectively, "Defendants"). Plaintiffs assert claims for breach of fiduciary duty, a demand for an equitable accounting, a demand for books and records, and an application for temporary restraining order and temporary injunction as described herein. In support of these claims, Plaintiffs respectfully show as follows:

1

Certified Document Number: 111508476 - Page 1 of 27

# I.    INTRODUCTION

1.     This action concerns the management and finances of several Texas companies—Berry GP, Inc.; Berry Operating Company LLC; and Berry Contracting LP (collectively, the "Berry Entities")—which are majority owned in equal shares by Plaintiff Lawrence Berry and his two brothers, Marty Berry ("Marty") and Dennis Berry ("Dennis"). In the past several months, it has become apparent that the Berry Entities have been unlawfully usurped, controlled, and mismanaged in secret by Defendants Marty Berry; Marty's son-in-law, Robert Rickett; Rob Powers, the President and Chief Executive Officer of Berry GP, Inc; and Mike Hummell, Berry GP, Inc.'s Vice President and General Counsel.

2.     The Berry Entities operate a large organization of companies engaged in the construction, fabrication, and maintenance contracting industries throughout the United States, and have successfully done so since the 1950s. While the Berry Entities were founded and originally controlled by Lawrence's father, ownership passed to Lawrence and his brothers beginning in the 1990s.

3.     In recent months, Lawrence—an officer, director, and shareholder of the Berry Entities—has come to learn that Marty Berry, with assistance from Robert Rickett, Rob Powers, and Mike Hummell, has been mismanaging the Berry Entities' finances such that he imperiled a long-standing line of credit that represented the Berry Entities' primary source of operational funding, causing that line of credit to be placed in default. Further, Powers and Hummell colluded in secret to authorize a self-dealing loan agreement from Marty and Dennis—themselves officers, directors, and shareholders of the Berry Entities—to the Berry Entities without notice or consultation with the other officers and directors. Finally, presumably in an attempt to repay their self-interested loan, Defendants have recently begun secretly attempting to sell the company's real

2

property, including an important and valuable dock facility, without notice to or authorization from the Board of Directors. This type of undisclosed engagement in self-dealing and ultra vires transactions violates the fiduciary obligations and Texas law.

4. When Lawrence inquired about this mismanagement and apparent covert self-dealing through valid requests for books and records information, his requests went ignored, in further violation of Texas law.

5. Lawrence, both directly and derivatively on behalf of the Berry Entities, brings this lawsuit against Marty Berry, Rickett, Powers, Hummell, and the Berry Entities, to recover damages, enforce his rights to inspect the Berry Entities' books and records, and to demand an accounting of the Berry Entities' finances.

## II. DISCOVERY LEVEL

6. Discovery should be conducted in accordance with a Level 3 tailored discovery control plan under Rule 190.4 of the Texas Rules of Civil Procedure.

## III. JURISDICTION AND VENUE

7. Plaintiffs seek monetary relief of over $1,000,000, including damages, penalties, costs, expenses, pre- and post-judgment interest, and attorney fees, as well as non-monetary relief. The relief sought by Plaintiffs is within the jurisdiction of this Court.

8. The Court has subject matter jurisdiction to hear this matter because the amount in controversy exceeds the jurisdictional minimum of this Court.

9. This Court has personal jurisdiction over Defendant Marty Berry because he is a resident of Texas and Plaintiffs' claims against him arise directly from his contacts with and activities in this state.

Certified Document Number: 111508476 - Page 3 of 27

3

Certified Document Number: 111508476 - Page 4 of 27

10. This Court has personal jurisdiction over Defendant Robert Rickett because he is a resident of Texas and Plaintiffs' claims against him arise directly from his contacts with and activities in this state.

11. This Court has personal jurisdiction over Defendant Robert Powers because he is a resident of Texas and Plaintiffs' claims against him arise directly from his contacts with and activities in this state.

12. This Court has personal jurisdiction over Defendant Michael Hummell because he is a resident of Texas and Plaintiffs' claims against him arise directly from his contacts with and activities in this state.

13. This Court has personal jurisdiction over Defendant Berry Contracting LP because it is a Texas limited partnership headquartered in this state.

14. This Court has personal jurisdiction over Berry GP, Inc. because it is a Texas corporation headquartered in this state.

15. This Court has personal jurisdiction over Defendant Berry Operating Company LLC because it is a Texas limited liability corporation headquartered in this state.

16. Venue is proper in Harris County, Texas because Harris County, Texas is the county where a substantial part of the events or omissions giving rise to this suit occurred. TEX. CIV. PRAC. & REM. CODE §§ 15.002 & 15.005.

## IV. PARTIES AND SERVICE

17. Plaintiff Lawrence Berry is an individual residing in Harris County, Texas. At all relevant times, Lawrence has owned shares of Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP individually, through a series of holding companies. Lawrence is also the beneficial owner of the shares in those companies held in the Allen Lawrence Berry Trust.

4

Finally, at all relevant times, Lawrence has been an Officer, Director, and/or shareholder of Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP.

18. Defendant Berry Contracting LP, doing business as Bay Ltd., is a Texas limited partnership with a registered address at 1414 Corn Products Road, Corpus Christi, Texas 78409. Berry GP, Inc. is its registered agent for service of process and can be served at 1414 Corn Products Road, Corpus Christi, Texas 78409.

19. Defendant Berry Operating Company LLC is a Texas limited liability company with a registered address at 1414 Corn Products Road, Corpus Christi, Texas 78409. Mike Hummell is its registered agent for service of process and can be served at 1414 Corn Products Road, Corpus Christi, Texas 78409.

20. Defendant Berry GP, Inc. is a Texas corporation with a registered address at 1414 Corn Products Road, Corpus Christi, Texas 78409. Mike Hummell is its registered agent for service of process and can be served at 1414 Corn Products Road, Corpus Christi, Texas 78409.

21. Defendant Marty Berry is a natural person. Marty Berry is an Officer, Director, and shareholder of Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP, and he maintains custody and control over the corporate records of Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP. Marty Berry can be served at his office at 1414 Corn Products Road, Corpus Christi, Texas 78409.

22. Defendant Robert Rickett is a natural person. He is Marty Berry's son-in-law, and an employee of the Berry Entities. He can be served at his office at 1414 Corn Products Road, Corpus Christi, Texas 78409.

23. Defendant Robert Powers is a natural person. He is the President and Chief Executive Officer of Berry GP, Inc. and he maintains custody and control over the corporate

5

records of Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP. Mr. Powers can be served at his office at 1414 Corn Products Road, Corpus Christi, Texas 78409.

24. Defendant Mike Hummell is a natural person. He is the Vice President and General Counsel of Berry GP, Inc. Mr. Hummell can be served at his office at 1414 Corn Products Road, Corpus Christi, Texas 78409.

## V. FACTUAL BACKGROUND

### A. The Berry Entities are a family operation.

25. The Berry Entities and their subsidiaries are a group of companies focused on the construction, fabrication, and maintenance contracting industries throughout the United States. The Berry Entities were founded in the 1950s by Lawrence Berry's father, Marvin Berry, who ran the organization for several decades.

26. Marvin Berry had four sons: Plaintiff Lawrence Berry, Marty Berry, Dennis Berry, and Kenneth Berry. When Marvin passed away in 1997, control of the Berry Entities began shifting to his sons, although the other brothers bought Kenneth out several years ago. LDMA Limited Partnership ("LDMA") sits at the top of the Berry organization. LDMA's 3% general partner is Becon, Inc., which is owned in equal shares by Lawrence, Marty, and Dennis. Lawrence, Marty, and Dennis are each direct 19% limited partners of LDMA, and each is also a beneficial owner of trusts which are 11 2/3% limited partners of LDMA. The remaining 5% limited partner of LDMA is Lone Star Equipment, Inc., which is a subsidiary of Berry Contracting LP.

27. LDMA owns Berry GP, Inc., which in turn owns several holding companies which own Berry Operating Company LLC, which in turn functions as the 1% owner and general partner of Berry Contracting LP.

6

28. An organizational chart reflecting the structure and ownership of the various entities at issue is attached hereto as Exhibit A.

29. While the Berry Entities employ several officers who are not members of the Berry Family—including Defendant Powers, who serves as President and Chief Executive Officer of Berry GP, Inc., and Defendant Hummell, who serves as Vice President and General Counsel of Berry GP, Inc.—ownership and primary control of the Berry Entities is vested with Lawrence and his two brothers.

30. The Berry Entities are primarily governed by the Board of Directors of Berry GP, Inc. (the "Board"), in accordance with the Bylaws of Berry GP, Inc., which are attached hereto as Exhibit B. The Board consists of directors Lawrence, Marty, and Dennis.

**B.** **Defendants have excluded Lawrence from key decisions related to the Berry Entities, including improper self-interested transactions.**

31. Despite Marvin Berry's wishes that the Berry Entities operate as a family business, it has become clear that Marty, with the assistance of Rickett, Powers, and Hummell, has gone behind Lawrence's back to exclude him from key decisions related to the Berry Entities, instead choosing to engage in self-dealing and attempt major corporate transactions without informing the other officers and directors of his actions.

32. For instance, in the past several years, Defendants have, among many other things:

- Purported to approve the acquisition of major equipment such as cranes and "yellow iron" without Board discussion or authorization;

- Bought "rolling stock" equipment such as motor cranes through a company unaffiliated with the Berry Entities without first presenting the opportunity to the Board or the Berry Entities, then leased the cranes back to the Berry Entities in a self-dealing transaction without approval from the Board;

- Negotiated and purported to approve terms with major equipment lenders that include significant potential negative impacts to the Berry Entities without Board discussion or authorization;

7

- Marketed corporate aircraft owned by the Berry Entities for resale without Board discussion or authorization;

- Acquired property in key economic development zones or property adjacent to Berry Entities' property in Robert Rickett's name, using Berry Entities' funds, without first discussing with or seeking authorization from the Board, and without any apparent effort to transfer title to the Berry Entities; and

- Deliberately dissolved the largest revenue producing division of the Berry Entities by systematically terminating key individuals material to that division's structure and revenue development.

33. Of particular concern, Lawrence recently came to learn that Marty, Rickett, Powers, and Hummell have engaged in improper self-dealing transactions with the Berry Entities.

34. Specifically, it appears that Powers and Hummell approved and executed a loan agreement between Marty and Dennis, on the one hand, and one of the Berry Entities, on the other, by which Marty and Dennis loaned a total of approximately $75 million to the Berry Entities (the "Berry Loan"). Although Powers has thus far refused to provide the loan documents despite requests from Lawrence, Lawrence has been informed that Marty loaned $45 million and Dennis loaned $30 million to one or more of the Berry Entities.

35. Despite being an officer, director, and shareholder of the Berry Entities, Lawrence was never directly informed about the Berry Loan, never consulted about its propriety, and never asked to vote on it as an officer, director, or shareholder. Nor has Lawrence been informed about the terms of the Berry Loan; what, if any, collateral secures the notes; how the proceeds of the Berry Loan were used; or how, when, and to what extent Marty and Dennis expect repayment from the Berry Entities with respect to the Berry Loan.

36. Review of the limited financial information to which Lawrence has been privy indicates that the Berry Entities have made payments to Marty and Dennis, which presumably represent payments in service of the Berry Loan. However, because the self-dealing loans were

Certified Document Number: 111508476 - Page 8 of 27

8

made without Board authorization and Defendants have refused to provide the requested documentation to Lawrence, the extent of those improper payments is presently unclear.

37.     The Berry Loan transaction was never discussed by the directors of Berry GP, Inc., was not voted on at any meeting of the directors, and does not appear in any minutes of Board meetings. In fact, it appears that Powers, Hummell, Marty, and Dennis were the only individuals at the Berry Entities who were aware that they were encumbering the Berry Entities with this $75 million unauthorized debt.

38.     Plaintiffs recently learned that Defendants Marty Berry, Rickett, Powers, and Hummell have offered to sell some of the Berry Entities' vital real property assets, including a dock facility and adjacent real property that generates tens of thousands of dollars in monthly revenue, presumably in an effort to repay the unauthorized and self-interested loans. Plaintiffs believe that Marty, Rickett, Powers, and Hummell intend to sell the Berry real property to raise funds for additional unauthorized self-dealing payments to Marty and Dennis in service of the Berry Loans.

39.     Plaintiffs recently were made aware that in or around late May 2023, Defendants began an effort to sell the dock facility and other real property to at least one third party. In their communications to that third party, Defendants falsely represented that "the principals at Berry G.P. have decided to open two strategic properties to the marketplace." *See* Ex. C (May 30, 2023 Letter from Berry G.P. to Port of Corpus Christi). In truth, the decision to sell significant company assets was made unilaterally by Marty and without calling a Board meeting and without discussion with or notice to Lawrence.

**C. Marty, Dennis, and Powers have threatened the financial operations of the Berry Entities.**

40. Until recently, the Berry Entities relied on a $50,000,000.00 revolving line of credit (the "LOC") with International Bank of Commerce ("IBC") for general operations. This LOC was governed by a loan agreement between several of the Berry Entities and IBC, dated March 31, 2019 (the "Loan Agreement").

41. The Loan Agreement contained provisions allowing IBC to invoke default if certain conditions were not met, including particular thresholds for EBITDA and combined net profit after taxes.

42. Under Defendants' mismanagement, the Berry Entities recently failed to meet certain of the thresholds detailed in the Loan Agreement.

43. In fact, IBC recently made repeated requests to Powers and other members of the Berry Entities' management team for information related to standard reporting as part of the Loan Agreement covenants. This includes quarterly financials, WIP reports, financial projections, and more. It appears as if the management team either refused or was unable to produce this information to IBC. Further, when IBC made an effort to schedule a meeting to discuss the status of the Berry Entities in person, Powers and Marty did not show up, imperiling the 30-year banking relationship with IBC. Lawrence was never informed that IBC was sending repeated requests for information, that the Berry Entities were struggling to produce accurate or timely reporting, or that IBC had attempted to schedule meetings to discuss the problems in person.

44. Accordingly, on March 13, 2023, IBC sent a letter to Powers informing him that IBC had placed the LOC in default. IBC asserted that the Berry Entities had failed to achieve the minimum EBITDA and net profits targets for the 2022 fiscal year. Powers did not share this letter with Lawrence at the time.

10

45. Because of these claimed defaults, IBC (1) elected to limit future advances to the Berry Entities on the LOC to $30 million rather than the full $50 million, and (2) accelerated maturation of the LOC to March 31, 2023, at which time IBC was going to require the entire balance to be due and payable.

46. Following this March 13, 2023 letter, IBC and counsel for the Berry Entities engaged in additional correspondence regarding the extension of the LOC. On March 28, 2023, IBC proposed an extension of the LOC to October 1, 2023, pursuant to several terms, including a reduction of the LOC from $50 million to $30 million and a requirement that the $75 million debt purportedly owed by the Berry Entities to Marty and Dennis be subordinated to the LOC debt owed to IBC. On March 30, 2023, counsel for the Berry Entities responded and rejected many of these terms, including the subordination proposal. Lawrence was not consulted regarding these decisions, nor was he made aware of the IBC proposal at the time.

47. As a result of the March 30, 2023 rejection letter from the Berry Entities, IBC appears to have placed the LOC into default. Despite being an officer, director, and shareholder of the Berry Entities, Lawrence was not informed of the precise status of the LOC with IBC, nor of the Berry Entities' plan for ensuring sufficient liquidity to fund its operations. Powers has apparently decided, presumably in coordination with Marty, to keep Lawrence in the dark regarding the Berry Entities' financial status.

48. Following the collapse of the IBC banking relationship, Powers has been in negotiations with Frost Bank to obtain a new revolving line of credit. Plaintiffs understand that as part of these negotiations, Powers is contemplating pledging the Berry Entities' real property as collateral, including the Entities' commercial property in Corpus Christi. Lawrence has not been

11

fully apprised of the situation with Frost Bank, nor has he been consulted about or asked to approve the collateralization of any of the Berry Entities' real property.

49. Indeed, as part of the negotiations with Frost Bank, Powers and Marty executed a "Certificate of Corporate Resolutions" that purports to set forth "resolutions duly adopted either: (a) at a meeting of [Berry GP, Inc.'s] Board of Directors duly called and held, at which meeting a quorum was present and acting throughout, or (b) by unanimous written consent of the Board of Directors of [Berry GP, Inc.], which resolutions save not in any way been amended or modified[.]". *See* Ex. D. No such Board meeting was ever held, and Lawrence was never notified of or asked to approve any written consents adopting the purported resolutions contained in this "Certificate of Corporate Resolutions."

### D. Powers refuses to honor Lawrence's legitimate requests for information related to the Berry Entities.

50. On April 18, 2023, Lawrence sent an email to Powers and Jim Klein—CFO of Berry GP, Inc.—copying Marty and Dennis. This email attached a memorandum of "Key Concerns" that the Berry Entities apparently received from IBC and requested information from Powers and Klein related to the financial condition of the Berry Entities.

51. Lawrence sent the information request so that he could better understand the Berry Entities' present financial condition and what may have caused the Berry Entities to purportedly fail to meet the thresholds included in the Loan Agreement with IBC. Lawrence also requested information related to the Berry Loan, since he has still been kept in the dark as to the nature and terms of that debt.

52. As an officer, director, and shareholder of the Berry Entities, Lawrence is entitled to inspect the books and records of the Berry Entities, and a valid request such as the April 18,

2023 email should have been honored. However, Lawrence never received a response to his April 18, 2023 request, much less access to any of the books and records he requested.

## VI. CAUSES OF ACTION

### COUNT 1
### <u>Breach of Fiduciary Duty</u>
### <u>(against Marty Berry, Rob Powers, and Mike Hummell)</u>

53. Plaintiffs incorporate the above paragraphs as if set forth herein in their entirety.

54. Defendant Marty Berry has been a shareholder, officer, and director of Berry GP, Inc. at all relevant times. Defendant Rob Powers has served as President and Chief Executive Officer of Berry GP, Inc. at all relevant times. Defendant Mike Hummell has served as Vice President and Chief Executive Officer of Berry GP, Inc. at all relevant times. In those positions, Marty, Powers, and Hummell owe certain fiduciary duties to the Berry Entities, including the duty of loyalty and the duty of utmost good faith, fairness, and honesty. These duties that Marty, Powers, and Hummell owe to the Berry Entities encompass obligations and/or duties to refrain from allowing self-dealing and to make full disclosure of information.

55. While serving in their respective positions, Marty, Powers, and Hummell have engaged in, directed, approved, and/or taken actions in contravention of the fiduciary duties they owe to the Berry Entities, including without limitation the following willful and intentional misconduct:

A. <u>Self-Dealing</u>

   i. Marty, Powers, and Hummell approved and directed at least one of the Berry Entities to enter into a loan agreement with Marty and Dennis—who are themselves officers, directors, and shareholders of Berry GP, Inc. and the other

13

Berry Entities—without giving notice to or obtaining the consent or approval of Berry GP, Inc.'s Board;

ii. At a minimum, Marty's, Powers's, and Hummell's actions breached their fiduciary duties of loyalty to Berry GP, Inc. and amounted to self-dealing.

B.  Unauthorized Acts and Failure to Make Full and Adequate Disclosure

i. Marty, Powers, and Hummell failed to disclose their unauthorized decision to sell vital company assets and the self-dealing Berry Loan and failed to properly seek or obtain board approval or approval of the sole disinterested director for those self-dealing transactions;

ii. Marty, Powers, and Hummell similarly failed to disclose the Berry Entities' financial information to Lawrence before IBC held the Berry Entities in default with respect to the LOC.

These and other actions by Marty, Powers, and Hummell amounted to breaches of their fiduciary duties of loyalty to the Berry Entities and to behave with the utmost good faith, fairness, and honesty.

56.     The Berry Entities and Lawrence have been damaged by the Defendants' self-dealing, unauthorized acts, breaches of fiduciary duty, and failure to make full disclosure.

57.     Because Berry GP, Inc. operates as a closely held corporation and Defendants have concealed information and refused to share requested information with Lawrence—an officer, director, and shareholder—about the operations of the Berry Entities, justice requires treating this claim as a direct action by Lawrence, with any recovery being paid directly to Lawrence, pursuant to Tex. Bus. Org. Code § 21.563.

58.     Alternatively, Plaintiffs bring these claims derivatively on behalf of Berry GP, Inc.

Certified Document Number: 111508476 - Page 14 of 27

## COUNT 2
### Knowing Participation in a Breach of Fiduciary Duty
### (against Robert Rickett)

59. Plaintiffs incorporate the above paragraphs as if set forth herein in their entirety.

60. Defendant Robert Rickett is Marty Berry's son-in-law, and he has been an employee of the Berry Entities at all relevant times.

61. Defendants Marty, Powers, and Hummell have fiduciary duties to Plaintiffs.

62. As an employee of the Berry Entities, Rickett is aware of Marty's, Powers's, and Hummell's fiduciary duties to Plaintiffs.

63. Marty, Powers, and Hummell breached their fiduciary duties to Plaintiffs, as referenced in paragraphs 53-58, above.

64. Defendant Rickett participated in Marty's, Powers's, and Hummell's breaches of fiduciary duty by assisting in the marketing of vital company assets without first seeking or obtaining board approval, or approval of Lawrence as the sole disinterested director.

65. Rickett had knowledge that Marty's, Powers's, and Hummell's conduct constituted a breach of their fiduciary duties, and he acted with intent to assist those breaches.

66. Rickett's assistance with and participation in this breach is evidenced by his letter to the Port of Corpus Christi, which indicates "the principals at Berry G.P. have decided to open two strategic properties to the marketplace." *See* Ex. C. Rickett was aware that no Board meeting had taken place and that Lawrence had not approved the marketing and sale of this property.

67. Rickett's assistance was a substantial factor in causing Marty, Powers and Hummell to breach their fiduciary duties, causing damage to Plaintiffs.

68. Because Berry GP, Inc. operates as a closely held corporation and Defendants have concealed information and refused to share requested information with Lawrence—an officer,

15

director, and shareholder—about the operations of the Berry Entities, justice requires treating this claim as a direct action by Lawrence, with any recovery being paid directly to Lawrence, pursuant to Tex. Bus. Org. Code § 21.563.

69.     Alternatively, Plaintiffs bring these claims derivatively on behalf of Berry GP, Inc.

## COUNT 3
### Demand for an Equitable Accounting

70.     Plaintiffs incorporate the above paragraphs as if set forth herein in their entirety.

71.     As an officer and director of Berry GP, Inc. at all relevant times, Marty owed fiduciary duties to Berry GP, Inc. that give rise to grounds for an accounting. Additionally, as officers of Berry GP, Inc. at all relevant times, Powers and Hummell owe fiduciary duties to Berry GP, Inc. that give rise to grounds for an accounting.

72.     Defendants have provided Lawrence with almost no financial records related to the Berry Entities. The task of determining whether those records are accurate or complete, and the need to verify details about the concealment, wrongdoing, and mismanagement detailed above, is likely to be complex. Adequate relief is unlikely to be obtained at law or through traditional discovery. Performing an accurate accounting for the Berry Entities is likely to require the creation of accurate financial records where none exist, as opposed to merely granting Plaintiff access to the Berry Entities' existing records.

73.     Plaintiffs therefore seeks an order appointing an independent auditor and requiring the Berry Entities, Marty, Powers, and Hummell to prepare and present accurate financial records, which properly account for all corporate receipts, expenditures, assets, and liabilities for Berry GP, Inc. and its subsidiaries, including without limitation the other Berry Entities, since January 2023. *See* TEX. R. CIV. P. 172.

74.     Plaintiffs bring this claim derivatively on behalf of Berry GP, Inc.

16

Certified Document Number: 111508476 - Page 16 of 27

## COUNT 4
## Demand for Books and Records

75.     Plaintiffs incorporate the above paragraphs as if set forth in their entirety.

76.     At all relevant times, Plaintiff Lawrence Berry has been a shareholder of at least 5% of Berry GP, Inc.

77.     On April 18, 2023, Lawrence sent a good faith written demand to Powers for books and records related to Berry GP, Inc. and its subsidiaries, including without limitation the other Berry Entities. However, this request was ignored, and Lawrence never received a response.

78.     As a shareholder of Berry GP, Inc. for at least six months immediately preceding that April 18, 2023 demand, and as a holder of at least 5% of all of the outstanding shares in Berry GP, Inc., Lawrence is entitled to examine and copy Berry GP, Inc.'s books, records of account, minutes, and share transfer records. TEX. BUS. ORG. CODE § 21.218.

79.     The Bylaws of Berry GP, Inc. do not alter or limit Lawrence's right to inspect Berry GP, Inc.'s books and records. Indeed, Section XXIV states that "the books, accounts and records of [Berry GP, Inc.] shall be open to inspection by the shareholders at all reasonable times[.]" *See* Ex. B, at 11.

80.     Powers never responded to Lawrence's lawful request, let alone provided any reason why Lawrence would not be entitled to inspect the books and records of Berry GP, Inc. and its subsidiaries.

81.     Plaintiff Lawrence Berry therefore seeks an order compelling the production for examination of the books and records of Berry GP, Inc. and its subsidiaries, including but not limited to the other Berry Entities, pursuant to Section 21.218(c) of the Texas Business Organizations Code.

82.     Plaintiff Lawrence Berry brings this claim directly.

17

## VII. APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

83. Plaintiffs incorporate the above paragraphs as if set forth in their entirety.

84. Plaintiffs attach and incorporate by reference the Verification of Lawrence Berry, which verifies the allegations relevant to this application for injunctive relief. Plaintiffs also attach and incorporate by reference the Affidavit of Lawrence Berry, which supports the allegations relevant to this application for injunctive relief.

85. Pursuant to Rules 680 and 681 of the Texas Rules of Civil Procedure and Texas Civil Practice and Remedies Code §§ 65.011(1), (3), and (5), Plaintiffs request that the Court issue a TRO and a temporary injunction enjoining Marty Berry, Robert Rickett, Rob Powers, Mike Hummell, and the Berry Entities from selling, mortgaging, or otherwise encumbering any of the Berry Entities' real property without the approval of the disinterested members of the Board of Directors. Because Marty and Dennis are interested directors in any potential sale transaction by virtue of their concealed, self-dealing loan transaction with the Berry Entities, the approval of Lawrence—the sole disinterested director—is required for any such transaction. Plaintiffs further request that upon final trial on the merits, the Court award a permanent injunction against Defendants for the same activity.

86. By this filing, Plaintiffs merely seek to preserve the status quo. *See In re Newton*, 146 S.W.3d 648, 651 (Tex. 2004) ("The purpose of a TRO is to preserve the status quo, which we have defined as the last, actual peaceable, non-contested status which preceded the pending controversy.") (citations and quotations omitted). At present, the Berry Entities are in negotiations to obtain a new revolving line of credit with Frost Bank, to replace the LOC with IBC. The Berry Entities have also been encumbered by $75 million worth of debt through the unauthorized and self-dealing Berry Loan. Defendants have threatened to sell, mortgage, or otherwise encumber the

18

Berry Entities' real property either to secure financing with Frost Bank or to raise money to make unauthorized payments to Marty and Dennis in service of the Berry Loan. But the Defendants are not authorized to do so absent approval from the members of the Board who are disinterested with respect to the Berry Loan—namely, Lawrence Berry. With this application for injunctive relief, Plaintiffs seek to preserve the Berry Entities' current financial status and prevent the Defendants from causing irreparable harm by selling or encumbering the Berry Entities' real property without proper authorization.

87. To obtain a TRO and temporary injunction, Plaintiffs must show a cause of action against Defendants, a probable right to relief, and probable injury. *See, e.g., Butnaru v. Ford Motor Co.*, 84 S.W.3d 198, 204 (Tex. 2002). The "probable injury" requirement has been divided into subcategories of: (1) imminent harm; (2) irreparable injury; and (3) inadequate remedy at law. *See id.* In cases involving real or personal property such as this one, the movant need not show the lack of an adequate remedy at law. TEX. CIV. PRAC. & REM. CODE § 65.011(5).

**A. Defendants have committed and threaten to commit further torts against Plaintiffs. Plaintiffs have a right to relief from such torts.**

88. Defendants are already liable for causes of action 1-4, above. If Defendants are permitted to direct the Berry Entities to sell, mortgage, or encumber the Berry Entities' real property absent authorization from the sole disinterested Director, they will continue to commit breaches of fiduciary duty and deprive the company of critical assets, causing additional damage to Plaintiffs.

89. To be entitled to a TRO and temporary injunction, Plaintiffs need not show that they will prevail at trial on these causes of action. Rather, Plaintiffs must merely plead a cause or causes of action and present some evidence that tends to sustain them. *Intercont'l Terminals Co., LLC v. Vopak North America, Inc.*, 354 S.W.3d 887, 897 (Tex. App.—Houston [1st Dist.] 2011, no

pet.). The unauthorized sale or encumbrance of the Berry Entities' unique and valuable real property—especially if done in furtherance of the repayment of the self-dealing Berry Loan— would not only bolster the causes of action above but would supply all the evidence necessary for Plaintiffs to prevail on them.

90.     Further, in the fiduciary self-dealing context, a "presumption of unfairness" attaches to the transactions of the fiduciary, shifting the burden to the defendant to prove the fairness of the transactions. *See Texas Bank & Trust Co. v. Moore*, 595 S.W.2d 502, 508-09 (Tex. 1980). If that presumption cannot be rebutted at the TRO or temporary injunction stage, then the injunction should be granted if the plaintiff has presented a prima facie case of the existence of a fiduciary relationship and a probable breach of that duty. *See Health Discovery Corp. v. Williams*, 148 S.W.3d 167, 169-70 (Tex. App.—Waco 2004, no pet.). Here, Plaintiffs have made a prima facia case that Defendants owed fiduciary duties to the Berry Entities and to the other officers of the Berry Entities and that Defendants have breached those duties.

**B.      The harm facing Plaintiffs is imminent.**

91.     For the purposes of obtaining an injunction, an injury is "imminent" if one has expressed "demonstrable intent to do that for which injunctive relief is sought," *Harbor Perfusion, Inc. v. Floyd*, 45 S.W.3d 713, 717-18 (Tex. App.—Corpus Christi 2001, no pet.), or if the "defendant will engage in the activity sought to be enjoined." *Schmidt v. Richardson*, 420 S.W.3d 442, 447 (Tex. App.—Dallas 2014, no writ).

92.     Defendants have already expressed an intent to pledge the Berry Entities' real property as collateral in negotiations surrounding the new line of credit with Frost Bank. Defendants have also made unauthorized offers to sell other real property belonging to the Berry Entities, including a unique and valuable commercial dock and other real property. Defendants

20

are believed to be selling such assets to raise money for further unauthorized payments in service of the self-dealing Berry Loan. Without a TRO and temporary injunction, it is exceedingly likely that Defendants will sell or encumber the Berry Entities' unique and valuable real property without first getting proper approval from Lawrence, the Berry Entities' only disinterested director, thus causing harm to Plaintiffs.

## C. The harm facing Plaintiffs is irreparable.

93. If Defendants are not enjoined as requested above, the harm Plaintiffs will suffer is irreparable. "An injury is irreparable if the injured party cannot be adequately compensated in damages or if the damages cannot be measured by any certain pecuniary standard." *Butnaru*, 84 S.W.3d at 204. Injury is likewise irreparable if "damages [are] not presently ascertainable or readily subject to calculation." *Wright v. Sport Supply Group, Inc.*, 137 S.W.3d 289, 294 (Tex. App.—Beaumont 2004, no pet.) (citing *Butnaru*, 84 S.W.3d at 204). Additionally, "[d]isruption to a business can be irreparable harm," and "assigning a dollar amount to such intangibles as a company's loss of clientele, goodwill, marketing techniques, and office stability, among others, is not easy." *Intercont'l Terminals Co., LLC*, 354 S.W.3d at 896.

94. Further, trial courts typically grant injunctive relief in "actions involving real property because real estate is generally considered unique" and "irreplaceable," such that money damages are generally inadequate. *See Chenier Energy, Inc. v. Parallax Enterprises LLC*, 585 S.W.3d 70, 76-77 (Tex. App.—Houston [14th Dist.] 2019, pet. dism'd) (citing cases).

95. First, as explained above, Plaintiffs have already been damaged by Defendants' actions, but the extent of that damage is not readily ascertainable because of Defendants intentional concealment of information and the lack of clear records detailing the financial status of the Berry Entities. Additionally, Defendants actions have already caused irreparable harm to the Berry

Entities' decades-long banking relationship with IBC and could cause similar harm to the new banking relationship with Frost Bank. Assigning a dollar amount to remedy this kind of intangible but serious harm is not easy.

96.     Second, Plaintiffs understand that Defendants intend to pledge the Berry Entities' real property as collateral to secure an increase to the new Frost Bank line of credit, without proper authorization from the disinterested member of the Board of Directors. Should unauthorized self-dealing payments to Marty and Dennis made in service of the Berry Loan imperil the line of credit with Frost Bank such that the company's real property interests are threatened, Plaintiffs will be irreparably harmed as a result.

97.     Third, Defendants have been secretly attempting sell—without notice to or authorization from the board—other real property belonging to the Berry Entities, including the company's valuable dock facility, presumably to raise funds to make additional self-dealing payments to Marty and Dennis. The sale of any real property for that purpose must be approved by Lawrence as the only disinterested Director. If Defendants dispose of such real property without the requisite approval, Plaintiffs will be irreparably harmed.

**D.      Plaintiffs lack an adequate remedy at law, or in the alternative, are not required to prove lack of an adequate remedy at law.**

98.     Because Plaintiffs move for a TRO and temporary injunction under Section 65.011(5) of the Texas Civil Practice and Remedies Code, they are not required to prove lack of an adequate remedy at law. *See* TEX. CIV. PRAC. & REM. CODE § 65.011(5) ("A writ of injunction may be granted if: (5) irreparable injury to real or personal property is threatened, *irrespective of any remedy at law*.") (emphasis added).

99.     Alternatively, Plaintiffs have no adequate remedy at law, so a TRO and temporary injunction must issue. An irreparable injury is one that, by definition, has no adequate remedy at

22

law. *See, e.g., Kennedy v. Gulf Coast Cancer & Diag. Center at Southeast, Inc.*, 326 S.W.3d 352, 260 (Tex. App.—Houston [1st Dist.] 2010, no pet.) ("An injury is irreparable if there is no adequate remedy at law; if for example, a prevailing applicant could not be compensated adequately in damages or if damages cannot be measured by any certain pecuniary standard.") (citations omitted). As explained above, the injuries Plaintiffs will suffer—including the likely loss of unique and valuable real property belonging to the company—cannot be adequately compensated in damages, and Plaintiffs thus have no adequate remedy at law.

100. Further, to justify denial of an application for injunction, a remedy at law must be as "complete, practical, and efficient to the prompt administration of justice as is equitable relief." *Tex. Black Iron, Inc. v. Arawak Energy Int. 'l Ltd.*, 572 S.W.3d 579, 584 (Tex. App.—Houston [14th Dist.] 2017, no pet.). Here, the equitable relief that Plaintiffs seek is for the purpose of avoiding harm that could not be responded to fully in money damages, including threatening the status of the Berry Entities' real property interests. Damages would be an incomplete remedy at best, because the harm Defendants threatens to impose on Plaintiffs is non-monetary in part. *See RWI Constr., Inc. v. Comerica Bank*, 583 S.W.3d 269, 275 (Tex. App.—Dallas Apr. 12, 2019, no pet.) ("Generally, an adequate remedy at law exists and injunctive relief is improper where any potential harm may be adequately cured by monetary damages.").

**E.      Plaintiffs are entitled to a TRO and temporary injunction and are willing to post bond.**

101. For the reasons set forth above, Plaintiffs are entitled to a TRO and temporary injunction. Plaintiffs request that upon notice and hearing, the Court enjoin Defendants from selling, mortgaging, or otherwise encumbering any of the Berry Entities' real property without the approval of the sole disinterested member of the Board of Directors, Lawrence Berry. Plaintiffs

23

further request that upon final hearing, the Court award a permanent injunction against Defendants for the same conduct.

102. Plaintiffs stand ready willing and able to provide and file an appropriate bond as required by the Court.

## VIII. ATTORNEY'S FEES

103. Plaintiff Lawrence Berry is entitled to recover his attorneys' fees incurred in this matter pursuant to Sections 21.222 and 21.561 of the Texas Business Organizations Code.

## IX. JURY DEMAND

104. Plaintiffs hereby request a jury trial and tenders the appropriate jury fee in conjunction with filing this Original Petition.

## X. CONDITIONS PRECEDENT

105. Plaintiffs plead that all conditions precedent to the relief requested have been satisfied, waived, excused, and/or are deemed as a matter of law to have been satisfied.

## XI. PRAYER

106. Plaintiffs respectfully pray that Defendants be cited to appear and answer herein, and that the Court:

(1) Enter a temporary restraining order restraining Defendants from selling, mortgaging, or otherwise encumbering any of the Berry Entities' real property without the approval of the sole disinterested member of the Board of Directors, Lawrence Berry;

(2) Set a hearing for temporary injunction, and after such hearing, issue a temporary injunction enjoining Defendants from selling, mortgaging, or otherwise encumbering any of the Berry Entities' real property without the approval of the sole disinterested member of the Board of Directors, Lawrence Berry;

(3) Order that Plaintiffs recover from Defendants the reasonable costs and expenses Plaintiffs incurred in obtaining the temporary injunction;

Certified Document Number: 111508476 - Page 24 of 27

(4)     Order that Defendants produce the books and records of the Berry Entities for inspection by Plaintiff Lawrence Berry;

(5)     Order that Plaintiff Lawrence Berry recover from Defendants the reasonable costs and expenses Plaintiff incurred in obtaining the books and records;

(6)     Appoint an independent auditor and order Defendants to prepare and present accurate financial records, which properly account for all corporate receipts, expenditures, assets, and liabilities for Berry GP, Inc. and its subsidiaries, including without limitation the other Berry Entities, since January 2023;

(7)     Set a trial date and upon final hearing enter a permanent injunction that enjoins Defendants from performing the acts described above, and order that Plaintiffs have final judgment against Defendants for breach of fiduciary duty and award:

     (i)     compensatory, actual, consequential, restitutionary, and disgorgement damages,

     (ii)    exemplary damages,

     (iii)   pre-judgment interest,

     (iv)    post-judgment interest,

     (v)     reasonable and necessary attorneys' fees and costs, and

     (vi)    any other relief to which Plaintiffs may show themselves justly entitled.

Dated: November 27, 2023

Respectfully submitted,

By: */s/ Barrett Reasoner*
Barrett Reasoner
State Bar No. 16641980
breasoner@gibbsbruns.com
Michael Absmeier
State Bar No. 24050195
mabsmeier@gibbsbruns.com
L. Bruce Baldree
State Bar No. 24116064
bbaldree@gibbsbruns.com
**GIBBS & BRUNS LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel: 713.650.8805

25

Fax: 713.750.0903

and

Butch Boyd
State Bar No. 00783694
butchboyd@butchboydlawfirm.com
**BUTCH BOYD LAW FIRM**
2905 Sackett Street
Houston, Texas 77098
Tel: 713.589.8477

**ATTORNEYS FOR PLAINTIFF**

Certified Document Number: 111508476 - Page 26 of 27

26

11/27/2023 11:34:00 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 81947481
By: JACKSON, MONICA J
Filed: 11/27/2023 11:14:09 AM

CAUSE NO.: _____

| | | |
|---|---|---|
| ALLEN LAWRENCE BERRY, individually and derivatively on behalf of BERRY GP, INC., | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| BERRY GP, INC., | § § § | |
| *Nominal Plaintiff,* | § § | HARRIS COUNTY, TEXAS |
| v. | § § | |
| MARTY BERRY, ROBERT RICKETT, ROBERT POWERS, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY LLC, and BERRY CONTRACTING LP, | § § § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § | _____ JUDICIAL DISTRICT |

**AFFIDAVIT OF ALLEN LAWRENCE BERRY**

Before me, the undersigned authority, personally appeared Allen Lawrence Berry, who, being by me duly sworn, stated under oath as follows:

1.      My name is Allen Lawrence Berry. I am of sound mind and capable of making this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

2.      I have reviewed Plaintiffs' Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction and the facts stated therein are true and correct.

3.      Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP (collectively, the "Berry Entities") operate a large organization of companies engaged in the construction, fabrication, and maintenance contracting industries throughout the United States.

Unofficial Copy Office of Marilyn Burgess District Clerk

1

4. The Berry Entities were founded and originally controlled by my father but are now majority owned in equal shares by myself and my two brothers, Marty Berry ("Marty") and Dennis Berry ("Dennis"). I own shares of Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP individually, through a series of holding companies. I am also the beneficial owner of the shares in those same Entities held in the 2007 Allen Lawrence Berry Trust. I am a longstanding Officer, Director, and/or shareholder of Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP, as are Marty and Dennis.

5. LDMA Limited Partnership ("LDMA") sits at the top of the Berry organization. LDMA's 3% general partner is Becon, Inc., which is owned in equal shares by Marty, Dennis, and me. My brothers and I are also each direct 19% limited partners of LDMA, and we are each beneficial owners of trusts which are 11 2/3% limited partners of LDMA. The remaining 5% limited partner of LDMA is Lone Star Equipment, Inc., which is a subsidiary of Berry Contracting LP.

6. LDMA owns Berry GP, Inc., which in turn owns several holding companies which own Berry Operating Company LLC, which in turn functions as the 1% owners and general partner of Berry Contracting LP.

7. Attached hereto as Exhibit A is a true and correct copy of a chart reflecting the structure of some of the Berry Entities.

8. The Berry Entities are primarily governed by the Board of Directors of Berry GP, Inc. (the "Board"). The Board consists of Marty, Dennis, and me.

9. Attached hereto as Exhibit B is a true and correct copy of the Bylaws of Berry GP, Inc.

2

10. While ownership and primary control of the Berry Entities is vested with Marty, Dennis, and me, the Berry Entities employ several officers who are not members of the Berry family. In particular, Robert Powers serves as President and Chief Executive Officer of Berry GP, Inc., while Mike Hummell serves as Vice President and General Counsel of Berry GP, Inc.

11. Marty's son-in-law, Robert Rickett, is an employee of the Berry Entities.

12. It has come to my attention that for the past several years, Marty, Rickett, Powers, and Hummell have worked together to exclude me from key decisions related to the Berry Entities. For instance, they have:

- Purported to approve the acquisition of major equipment such as cranes and "yellow iron" without Board discussion or authorization;

- Bought "rolling stock" equipment such as motor cranes through a company unaffiliated with the Berry Entities without first presenting the opportunity to the Board or the Berry Entities, then leased the cranes back to the Berry Entities in a self-dealing transaction without approval from the Board;

- Negotiated and purported to approve terms with major equipment lenders that include significant potential negative impacts to the Berry Entities without Board discussion or authorization;

- Marketed corporate aircraft owned by the Berry Entities for resale without Board discussion or authorization;

- Acquired property in key economic development zones or property adjacent to Berry Entities' property in Robert Rickett's name, using Berry Entities' funds, without first discussing with or seeking authorization from the Board, and without any apparent effort to transfer title to the Berry Entities; and

- Deliberately dissolved the largest revenue producing division of the Berry Entities by systematically terminating key individuals material to that division's structure and revenue development.

13. Further, I recently came to learn that Marty, Rickett, Powers, and Hummell engaged in improper self-dealing transactions with the Berry Entities. Most importantly, I have been informed that Powers and Hummell approved and executed a loan agreement between Marty and

3

Dennis, on the one hand, and one of the Berry Entities, on the other (the "Berry Loan"). Under this agreement, Marty and Dennis loaned a total of approximately $75 million to the Berry Entities, with Marty loaning $45 million and Dennis loaning $30 million.

14.    I was never directly informed about this Berry Loan, never consulted about it, and never asked to vote on it as an officer, director, or shareholder of the Berry Entities. Nor have I been fully informed about the terms of this Berry Loan; what, if any, collateral secures the notes; how the proceeds of the Loan were used; or how and to what extent Marty and Dennis expect repayment from the Berry Entities with respect to the Berry Loan. This Berry Loan transaction was never discussed by the Board, was not voted on at any Board meeting, and does not appear in any minutes of Board meetings.

15.    The limited financial information I have seen indicates that the Berry Entities have made payments to Marty and Dennis, which I presume represent payments in service of the Berry Loan.

16.    I recently learned that Marty, Rickett, Powers, and Hummell have offered to sell some of the Berry Entities' real property assets, which I believe is an effort to raise funds for additional payments to Marty and Dennis in service of the Berry Loan. Specifically, during a recent conversation with the Port of Corpus Christi, I learned that in or around late May 2023, Marty, Rickett, Powers, and Hummell began an effort to sell a dock facility and adjacent real property located in Corpus Christi to at least one third party. This facility and the adjacent property generate tens of thousands of dollars in monthly revenue. The communication to that third party falsely represented that "the principals at Berry G.P. have decided to open two strategic properties to the marketplace." I was never consulted about the decision to sell significant company assets,

4

much less asked to approve such a decision. It appears that Marty unilaterally made such a decision without calling a Board meeting and without notifying me.

17. Attached hereto as Exhibit C is a true and correct copy of the communication that I was shown by the Port of Corpus Christi.

18. Until recently, the Berry Entities relied on a $50,000,000.00 revolving line of credit (the "LOC") with International Bank of Commerce ("IBC") for general operations. This LOC was governed by a loan agreement between several of the Berry Entities and IBC, dated March 31, 2019 (the "Loan Agreement").

19. The Loan Agreement contained provisions allowing IBC to invoke default if certain conditions were not met, including particular thresholds for EBITDA and combined net profit after taxes. I recently came to learn that under the mismanagement of Marty, Powers, and Hummell, the Berry Entities recently failed to meet certain of the thresholds detailed in the Loan Agreement.

20. The Berry Entities had maintained a relationship with IBC for roughly 30 years, but I have come to learn that IBC made repeated requests to Powers and other members of the management team for information related to standard reporting as part of the loan covenants. This included quarterly financials, WIP reports, financial projections, and more. It appears as if the management team either refused or was unable to produce this information to IBC. Further, when IBC made an effort to schedule a meeting to discuss the status of the Berry Entities in person, Powers and Marty did not show up. I was never informed that IBC was sending repeated requests for information, that the Berry Entities were struggling to produce accurate or timely reporting, or that IBC had attempted to schedule meetings to discuss the problems in person.

21. I understand that on March 13, 2023, IBC sent a letter to Powers informing him that IBC had placed the LOC in default. IBC asserted in that letter that the Berry Entities had

5

failed to achieve the minimum EBITDA and net profits targets for the 2022 fiscal year. Because of these claimed defaults, IBC (1) elected to limit future advances to the Berry Entities on the LOC to $30 million rather than the full $50 million, and (2) accelerated maturation of the LOC to March 31, 2023, at which time IBC was going to require the entire balance to be due and payable.

22.     I further understand that following this March 13, 2023 letter, IBC and counsel for the Berry Entities engaged in additional correspondence regarding the extension of the LOC. On March 28, 2023, IBC proposed an extension of the LOC to October 1, 2023, pursuant to several terms, including a reduction of the LOC from $50 million to $30 million and a requirement that the $75 million debt purportedly owed by the Berry Entities to Marty and Dennis under the Berry Loan be subordinated to the LOC debt owed to IBC. On March 30, 2023, counsel for the Berry Entities responded and rejected many of these terms, including the subordination proposal. I was not consulted regarding these decisions, nor was I made aware of the IBC proposal at the time.

23.     As a result of the March 30, 2023 rejection letter from the Berry Entities, IBC appears to have placed the LOC into default. At no point during the correspondence and negotiations with IBC was I informed of the precise status of the LOC with IBC, nor of the Berry Entities' plan for ensuring sufficient liquidity to fund its operations.

24.     After the IBC relationship collapsed, Powers began negotiations with Frost Bank to obtain a new revolving line of credit. I am generally aware that as part of these negotiations, Powers is contemplating pledging the Berry Entities' real property as collateral, including the Entities' commercial property in Corpus Christi. However, I have not been fully apprised of the situation with Frost Bank, nor have I been consulted about or asked to approve the collateralization of any of the Berry Entities' real property.

6

Unofficial Copy Office of Marilyn Burgess District Clerk

25. Before a recent Board meeting, I was shown a document executed by Powers and Marty entitled "Certificate of Corporate Resolutions" that purports to set forth "resolutions duly adopted either: (a) at a meeting of [Berry GP, Inc.'s] Board of Directors duly called and held, at which meeting a quorum was present and acting throughout, or (b) by unanimous written consent of the Board of Directors of [Berry GP, Inc.], which resolutions have not in any way been amended or modified[.]" This document purports to give Powers unilateral authority to pledge collateral to Frost as part of loan negotiations. No such Board meeting was ever held, and I was never notified of or asked to approve any written consents adopting the purported resolutions contained in this "Certificate of Corporate Resolutions."

26. On April 18, 2023, I sent an email to Powers and Jim Klein—the CFO of Berry GP, Inc.—copying Marty and Dennis. The email attached a memorandum of "Key Concerns" that the Berry Entities apparently received from IBC and requested information from Power and Klein related to the financial condition of the Berry Entities, including information about the Berry Loan. However, I never received a response to my April 18, 2023 request, nor have I received access to any of the books and records I requested.

Affiant states nothing further.

_a. z L_____
Allen Lawrence Berry

Unofficial Copy Office of Marilyn Burgess District Clerk

**STATE OF TEXAS** §

§

**COUNTY OF HARRIS** §

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of November, 2023 by Lawrence Berry, who provided satisfactory evidence of identity in accordance with Chapter 406, Texas Government Code.

Given under my hand and seal of office this 26ᵗʰ day of November, 2023

_K. Chamblee_

Notary Public, State of Texas

KATRINA CHAMBLEE-BOYD
Notary Public, State of Texas
Comm. Expires 10-17-2027
Notary ID 134606880

Unofficial Copy Office of Marilyn Burgess District Clerk

8

11/27/2023 11:34:00 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 81947481
By: JACKSON, MONICA J
Filed: 11/27/2023 11:14:09 AM

## VERIFICATION

**STATE OF TEXAS** §

§

**COUNTY OF HARRIS** §

I, Lawrence Berry, am of sound mind and capable of making this verification. I have read the foregoing Petition and Application for Temporary Restraining Order and Temporary Injunction. I declare under penalty of perjury that the facts and statements contained therein are within my personal knowledge and are true and correct.

Executed in Harris County, State of Texas, on the 26th day of November, 2023.

_____
Lawrence Berry

**STATE OF TEXAS** §

§

**COUNTY OF HARRIS** §

SWORN TO AND SUBSCRIBED BEFORE ME BY Lawrence Berry on this 26th day of November, 2023, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

KATRINA CHAMBLEE-BOYD
Notary Public, State of Texas
Comm. Expires 10-17-2027
Notary ID 134606880

25

# EXHIBIT A

Unofficial Copy Office of Marilyn Burgess District Clerk



**LDMA Limited Partnership**

General Partner
Becon, Inc.
- Dennis – 1/3
- Marty – 1/3
- Lawrence – 1/3

Limited Partners – 97%
- **Marty, Dennis, & Lawrence – 19% each**
- **Marty, Dennis, & Lawrence Trusts – 11 2/3% each**
- **Lone Star Equipment – 5%**

**Berry GP Inc.**
**(dba Berry Contracting, Inc.)**

**Bay Inc.**

**Becon Holdings, Inc. (Nevada Corp.)**

99% ownership
Limited Partner

**Berry Contracting LP**
**(nka) Berry Holdings LP (Delaware)**

1% ownership
General Partner

**Berry Operating Company LLC**

1% ownership
General Partner

**Berry Contracting LP (Texas)**
**(dba Bay Ltd.)**

99% ownership
Limited Partner

Unofficial Copy Office of of Marilyn Burgess District Clerk

# BYLAWS OF

# BERRY CONTRACTING, INC.

## I.

TITLE: The title of the corporation is Berry Contracting, Inc.

## II.

LOCATION: The location of its principal office shall be 1414 Corn Products Road in the City of Corpus Christi, Nueces County, Texas

## III.

CORPORATE SEAL: The corporate seal of the company shall have inscribed thereon: "Berry Contracting, Inc."

## IV.

DIRECTORS: The property and business of the company will be managed and controlled by a board of directors consisting of not less than three nor more than seven members. They shall hold office until the next annual meeting of the shareholders or until their successors are elected and have qualified.

## V.

POWERS OF DIRECTORS: The board of directors shall have the management of the business of the company and in addition to the powers and authorities by these bylaws expressly conferred upon them, may exercise all such powers and do all such acts and things as may be exercised or done by the corporation, but subject, nevertheless, to the provisions of the statute, of the charter and of these bylaws and to any regulations from time to time made

Unofficial Copy Office of Marilyn Burgess District Clerk

by the shareholders, provided that no regulations so made shall invalidate any prior act of the directors which would have been valid if such regulations had not been made.

Without prejudice to the general powers conferred by the last preceding clause and other powers conferred by these bylaws, it is hereby expressly declared that the board of directors shall have the following powers, that is to say:

To purchase and otherwise acquire for the company and property, rights or privileges which the company is authorized to acquire, at such prices and on such terms and conditions and for such consideration as they think proper. At their discretion, to pay for any property or rights acquired by the company, either wholly or partially, in money or in stocks, bonds, debentures, or other securities of the company.

To appoint, and at their discretion, remove or suspend, such subordinate managers, officers, assistants, clerks, agents, and servants, permanently or temporarily, as they may from time to time think fit, and to determine their duties and fix, and from time to time change their salaries or emoluments, and to require security in such instances and in such amounts as they think proper.

To confer, by resolution, upon any officer of the company the right to choose, remove or suspend such subordinate officers, agents or factors.

To appoint any person or persons to accept and hold in trust for the company any property belonging to the company or in

Unofficial Copy Office of Marilyn Burgess District Clerk

which it is interested or for any other purpose, and to execute and do all such duties and things as may be requisite in relation to any such trust.

To create, make and issue mortgages, bonds, deeds of trust, trust agreements and negotiable or transferable instruments and securities, secured by mortgage or otherwise, and to do every other act and thing necessary to effectuate the same.

To determine who shall be authorized to sell on behalf of the company bills, notes, receipts, acceptances, endorsements, checks, releases, contracts and documents.

From time to time to provide for the management of the affairs of the company in such manner as they think proper and in particular, from time to time to delegate any of the powers of the board of directors to any committee, officer or agent, and to appoint any person to be the agent of the company with such powers, including the powers to subdelegate, and upon such terms as may be thought proper.

VI.

MEETINGS OF THE DIRECTORS: The directors elected at the annual meeting of the shareholders shall meet immediately following each such meeting for the purpose of electing officers and considering any other business that may come before the board.

Other meetings of the directors may be held at such times, at such places and upon such notice as may be determined from time to time by the board.

Unofficial Copy Office of Marilyn Burgess District Clerk

A majority of the whole board of directors shall be necessary to constitute a quorum for the transaction of business at all meetings. *VI-A added Aug 11, 1981*

## VII.

MEETINGS OF THE SHAREHOLDERS: Meetings of the shareholders shall be held in the City of Corpus Christi, Nueces County, Texas, unless otherwise specified in the notice of any such meeting or waiver thereof.

All shareholders entitled to vote may vote at all meetings, either in person or by proxy in writing. All proxies shall be filed with the secretary of the meeting before being voted upon. A majority of the shareholders in amount of stock issued and out-standing, represented by the holders in person or by proxy, shall be requisite at all meetings to constitute a quorum for an election of directors or the transaction of other business.

The annual meeting of the shareholders shall be held on the second Tuesday of each August at 10 o'clock a.m. in each year, beginning with the year 1963, if not a legal holiday, and if a legal holiday, then on the day following, when they shall elect by a plurality vote, by ballot, a board of directors to serve for one year and until their successors are elected and have quali-fied, each shareholder being entitled to vote for each share of stock standing registered in his or her name on the twentieth day preceding the election, exclusive of the date of such election.

Notice of the annual meeting shall be mailed by the secretary to each shareholder entitled to vote at his or her last known post

Unofficial Copy Office of Marilyn Burgess District Clerk

office address, at least ten days prior to the meeting.

Special meetings of the shareholders may be called by the president, and shall be called at the request in writing or by vote of a majority of the board of directors or at the request in writing of the holders of a majority of the stock of the company issued and outstanding. Notice of each special meeting, indicating briefly the object or objects thereof, shall be mailed by the secretary to each shareholder at his or her last known post office address at least five days prior to the meeting.

## VIII.

STANDING COMMITTEES: The board of directors may appoint from their number, standing committees and may invest them with all their own powers, subject to such conditions as they may pre-scribe, and all committees thus appointed shall keep regular min-utes of their transactions and shall cause them to be recorded in books to be kept for that purpose in the office of the company and shall report the same to the board of directors at their regular meeting.

## IX. Amended Aug 11, 1981

OFFICERS: The officers of the company shall consist of a president, one or more vice presidents, a secretary and treasurer, and one or more assistant secretaries or treasurers, and such subordinate officers as may from time to time be elected or ap-pointed by the board of directors. Any person may hold more than one such office, except that the president and secretary shall not be the same person.

Unofficial Copy Office of Marilyn Burgess District Clerk

OFFICERS - HOW CHOSEN:  At the first meeting after their election and annually thereafter beginning on the second Tuesday of August, 1963, the directors shall elect the officers of the corporation, such officers to hold office for one year and until their successors are elected and have qualified. They shall be subject to removal during their respective terms of office for cause and may be removed at any time by a majority vote of the directors then in office.

## XI.

PRESIDENT:  The president shall be the chief executive officer of the company; he shall preside at all meetings of the directors; he shall have general and active management of the business of the company; and shall see that all orders and resolutions of the board are carried into effect.  He shall execute all contracts and agreements authorized by the board.  He shall have the general supervision and direction of all the other officers of the company and shall see that their duties are properly performed.  He shall be ex-officio member of all standing committees and shall have the general powers and duties of supervision and management usually vested in the office of the president of a corporation.

The president shall submit a report of the operations of the company for the fiscal year to the directors at their first regular meeting in each year, and to the shareholders at their

annual meeting, and from time to time shall report to the

directors all matters within his knowledge which the interests

of the company may require to be brought to their notice.

XI-A - *added aug 11, 1981*
XII *amended aug. 11, 1981*

VICE PRESIDENT: Any vice president shall be vested with

all the powers and shall perform all the duties of the president

in his absence, and shall perform such other duties as may be pre-

scribed by the board of directors.

XII-A *added aug 11, 1981*
XIII.

SECRETARY: The secretary shall attend all sessions of the

board and act as clerk thereof and record all votes and the

minutes of all proceedings in a book to be kept by him for that

purpose and shall perform like duties for the standing committees

when required. He shall keep in safe custody the seal of the

company and when authorized to do so shall affix the seal of

said corporation to any instrument requiring the same, and the

seal when so affixed shall be attested by the signature of the

secretary.

He shall see that proper notice is given of all meetings

of the shareholders of the company and of the board of directors

and shall perform all such other duties as may be prescribed

from time to time by the board of directors or the president.

XIV.

TREASURER: The treasurer shall keep full and accurate

records of receipts and disbursements in books of accounts be-

longing to the company and shall deposit all money and other

valuable effects in the name and to the credit of the company

Unofficial Copy Office of Marilyn Burgess District Clerk

in the depository or depositories designated from time to time by resolution of the board of directors.

He shall disburse funds of the company as may be ordered by the board, or the president, taking proper vouchers for such disbursements, and shall render to the president and directors at the regular meetings of the board, or whenever they may require it, an account of all his transactions as treasurer and of the financial condition of the company. He shall keep the accounts of stock registered and transferred in such form and manner and under such regulations as the board of directors may prescribe. If required by the board of directors, he shall give the company a bond in form and in a sum with security satisfactory to the board of directors, for the faithful performance of the duties of his office and the restoration to the company, in case of his death, resignation or removal from office, of all books, papers, vouchers, money and other property of whatever kind in his possession belonging to the company. He shall perform such other duties as the board of directors may from time to time prescribe or require.

XV _Amended_
_Aug. 11, 1981_

VACANCIES: If the office of any director, or of the president, vice president, any secretary or treasurer or other officer or agent, one or more, becomes vacant by reason of death, resignation, retirement, disqualification, removal from office or otherwise, the directors in office, although less

Unofficial Copy Office of Marilyn Burgess District Clerk

than a quorum, by a majority vote, may choose a successor or

successors who shall hold office for the unexpired term in

respect of which such vacancy occurred.

XVI. *Amended Aug 11, 1981*

DUTIES DELEGATED: In the case of the absence of any

officer of the company, the board of directors may delegate

the powers and duties of such officer to any other officer or

to any director for the time being.

XVII.

CERTIFICATE OF STOCK: Every shareholder shall have a

certificate, signed by the president or vice president, and either

the treasurer or the secretary, certifying the number of shares

owned by him in such corporation.

XVIII.

TRANSFERS OF STOCK: All transfers of the stock of the

company shall be made as required by the Uniform Stock Transfer

Act. Certificates shall be surrendered and cancelled at the

time of transfer. No transfer of stock shall be made within ten

days next preceding the day appointed for paying a dividend.

XIX.

LOSS OF CERTIFICATES: In the case of loss or destruction

of a certificate of stock, another may be issued in its place

upon proof of such loss or destruction and the giving of a

satisfactory bond of indemnity. The provisions of the Uniform

Stock Transfer Act as to court order may be required.

XXI.

DIVIDENDS: Dividends upon the capital stock of the

Unofficial Copy Office of Marilyn Burgess District Clerk

company when earned may be declared by the board of directors at any regular or special meeting. Before the payment of any dividends or making any distribution of profits there may be set aside out of the net profits of the company such sum or sums as the directors from time to time in their absolute discretion think proper as a reserve fund to meet contingencies, or for equalizing dividends, or for any such other purpose as the directors may think conducive to the best interest of the company.

## XXII.

CHECKS FOR MONEY: All checks, drafts, or orders for the payment of money shall be signed as directed by resolution of the board of directors from time to time.

## XXIII.

DEPOSITORY: A depository or depositories for the corporation shall be designated from time to time by the board of directors, and requested and directed to honor checks, drafts or other orders for the payment of money drawn in this corporation's name, including those payable to the individual order of any person or persons who name or names appear thereon as signed or signers thereof, when bearing or purporting to bear the signature of any person or persons authorized to sign the same by resolution of the board of directors, and said depository or depositories shall be entitled to honor and to charge this corporation with such checks, drafts, or other orders so drawn

until and unless such authority and designation is revoked by resolution of the board of directors of said corporation and upon due notice to said depository or depositories.

## XXIV.

BOOKS AND RECORDS: The books, accounts and records of the company shall be open to inspection by the shareholders at all reasonable times which are to be fixed by resolution of the board of directors.

## XXV. *Amended Aug 9, 1966*

NOTICE: Whenever under the provisions of the statute or by these bylaws notice is required to be given to any director, officer or shareholder, it shall not be construed to mean personal notice, but such notice may be given in writing by depositing the same in the post office or letter box in a postpaid, sealed wrapper, addressed to such director, officer or shareholder at his or her address as the same appears in the books of the corporation; and the time when the same shall be mailed shall be deemed to be the time of the giving of such notice.

## XXVI. *Amended Aug 9, 1966*

WAIVER OF NOTICE: Whenever any notice whatever is given or required to be given to any director, officer or shareholder, a waiver thereof in writing, signed by said shareholder, director, or officer, whether before or after the time stated in said waiver, shall be deemed equivalent thereto.

## XXVII.

AMENDMENT OF BYLAWS: These bylaws may be amended at any

Unofficial Copy Office of Marilyn Burgess District Clerk

time and from time to time by a majority of the entire board of directors then in office at any regular or special meeting of the board of directors or by the vote of a majority of the shareholders in amount of the stock then issued and outstanding at any regular or special meeting of the shareholders.

By-Laws approved as correct:

Marvin L. Berry, President

By-Laws attested as duly adopted:

Mattie L. Boyce, Secretary-Treas.

Unofficial Copy Office of Marilyn Burgess District Clerk

AMENDMENT TO THE BY-LAWS
BERRY CONTRACTING, INC.

BE IT RESOLVED that the By-Laws of Berry Contracting, Inc. be amended as follows:

That Article XXV and XXVI be amended by adding the following phrase to said Article XXVI:

"Attendance in person or by proxy at any meeting of shareholders, either annual or special, shall constitute waiver of notice of such shareholders meeting and it will not be necessary for a formal written waiver of notice to be executed by such shareholders."

"Attendance in person at any directors meeting, whether annual, regular, special or called, shall constitute waiver of notice of call of such meeting and shall not be necessary for such director so attending in person to execute a formal written waiver of notice of same."

By-Laws adopted this 9th day of August, 1966, at the annual meeting of shareholders and a copy ordered signed and affixed to the By-Laws of the Corporation.

Certified correct:

ATTEST:

_Marvin L. Berry_

Marvin L. Berry, President and
Chairman of Shareholders Meeting

_Mattie L. Boyce_

Mattie L. Boyce, Secretary of
Shareholders Meeting and Secretary-
Treasurer of Corporation

Unofficial Copy Office of Marilyn Burgess District Clerk

OFFICERS - HOW CHOSEN AND REMOVED:  The President, Executive Vice President, Vice Presidents and the Secretary of the Corporation shall be elected by the Board of Directors at either its annual meeting (to be held on the second Tuesday of August of each year immediately following the annual meeting of the Shareholders) and shall serve for one year or until their successors have been elected provided however, that vacancies may be filled or new officers elected at any special meeting of the Board of Directors called for such purpose.  All other Corporation employees shall be appointed by the President.  The salaries and emoluments of all officers shall be determined by the President subject only to the right of review by the Board of Directors on the written request of a majority of the entire Board of Directors, but provided that no such review shall have retroactive effect on any officer.  Any officer may be removed by a majority vote of the Board of Directors.

## XI-A
### (New Section)

EXECUTIVE VICE PRESIDENT:  There is hereby created the office of Executive Vice President.  The Executive Vice President shall be a person thoroughly familiar with the broad spectrum of activities and projects of the Corporation and its subsidiary entities and shall be a person knowledgeable in the business and professional affairs of the Corporation.  The Executive Vice President shall act for, as and in the place of the President in the event of absence or disability of the President.  In addition, the Executive Vice President shall supervise the Vice Presidents, the Secretary, managers, departments and activities as directed by the President and is vested with broad executive management of the Corporation subject to direction of the Board of Directors and the President.

## XII
### (As Amended)

VICE PRESIDENT:  If both the President and the Executive Vice President be absent, disabled or unable to serve or fulfill their duties, any vice president may and shall serve in the place of and perform all or any of the duties of the President and/or Executive Vice President; and shall, in addition, perform such regular and other duties, including supervision of departments, as may be prescribed by the Board of Directors or delegated or assigned by the President or Executive Vice President.

## XII-A
### (New Section)

GENERAL COUNSEL:  There is herewith created the office of General Counsel of Berry Contracting, Inc.  The person appointed General Counsel may be also designated as Vice President and shall receive such compensation and be employed on such terms and conditions as may be properly designated.  The General Counsel shall supervise the Legal Department of the Corporation, shall be responsible for and direct the legal affairs of the Corporation including drafting and preparation of documents and instruments, shall provide legal counsel to the Corporation, and shall direct and hangle litigation and shall

VACANCIES: If the office of any director or any officer becomes vacant by reason of death, resignation, retirement, disqualification or removal from office or otherwise, the Directors then in office, although less than a quorum may, by a majority vote, choose a successor or successors who shall hold such office for the unexpired term of such officer or officers and until their successors be nominated and elected.

## XVI
### (As Amended)

DUTIES DELEGATED: In the case of the absence of any officer of the Company, the Board of Directors or the President may delegate for temporary purposes the powers and duties of such officer to any other officer or to any other Director.

I, R. W. Black, being Secretary of Berry Contracting, Inc. do certify that the foregoing amendments to the Bylaws of Berry Contracting, Inc. were duly, lawfully and legally adopted at an annual meeting of the Board of Directors held pursuant to the Bylaws on the 11th day of August, 1981.

WITNESS my hand and the seal of the corporation.

_R. W. Black_

R. W. BLACK, Secretary

Unofficial Copy Office of Marilyn Burgess District Clerk

## AMENDMENT TO THE BY-LAWS
## BERRY CONTRACTING, INC.

BE IT RESOLVED that the By-Laws of Berry Contracting, Inc. be amended as follows:

That Article IV be amended as follows:

The Board of Directors shall consist of not less than two directors.

By-Laws adopted this 9th day of August 1982.

CERTIFIED CORRECT:

*Marvin L. Berry*

Marvin L. Berry, President and
Chairman of Shareholders Meeting

ATTEST:

D. E. Spangler, Secretary-Treasurer

Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT C

Unofficial Copy Office of Marilyn Burgess District Clerk



P.O. Box 4858
1414 Valero Way
Corpus Christi, Texas
78469-4858
Bus: (361) 693-2100

May 30, 2023

Sean Strawbridge, Director
Port Of Corpus Christi
400 Harbor Drive
Corpus Christi, TX 78401

Dear Mr. Strawbridge,

After immense consideration, the principals at Berry G.P. have decided to open two strategic properties to the marketplace. The property's synergy directly enhances one another and will be packaged as one. This asset's development would greatly benefit the port and the immediate properties contiguous, thus Berry G.P. would like to offer this to the Port as a first option. The Port of Corpus Christi will be responsible for the offer, based on knowledge of future growth and economic strategy. Please be respectful in timing of response, as this divestment will be presented for open offers. Attached you will find surveys and legal descriptions for both tracts. Thank you very much.

Sincerely,

Robert Rickett
Berry, G.P.
361-693-2841
409-771-1267
RickettR@Bayltd.com

# EXHIBIT D

Unofficial Copy Office of Marilyn Burgess District Clerk



# CERTIFICATE OF CORPORATE RESOLUTIONS
# OF
# BERRY GP, INC

I, M. G. Berry, Secretary of BERRY GP, INC, a Texas corporation (the "Corporation"), do hereby certify as follows:

1.  I am the duly elected and qualified Secretary of the Corporation and the custodian of the Corporation's records.

2.  Set forth below is a true and correct extract from the records of the Corporation showing resolutions duly adopted either: (a) at a meeting of its Board of Directors duly called and held, at which meeting a quorum was present and acting throughout, or (b) by unanimous written consent of the Board of Directors of the Corporation, which resolutions have not in any way been amended or modified and are in full force and effect:

    RESOLVED, that the President, any Vice President, or Secretary of the Corporation be and is hereby authorized and directed to obtain a loan in the amount of $20,000,000.00 from FROST BANK ("Lender"), upon such terms and conditions as the said officer shall in his or her sole discretion deem necessary or advisable; to execute and deliver on behalf of the Corporation all promissory notes, deeds of trust, security instruments, documents, certificates and agreements (collectively, the "Loan Documents") required by Lender, and to pledge as security for the loan such assets of the Corporation as such officer deems necessary or advisable; and to do any and all things in connection with such loan or any renewal, extension or rearrangement thereof that such officer deems necessary or advisable and in the best interests of the Corporation.

    FURTHER RESOLVED, that the President, any Vice President, or the Secretary of the Corporation be and hereby is authorized and empowered on behalf of the Company from time to time to execute, acknowledge and deliver any interest rate swap agreement, interest rate exchange agreement, currency exchange agreement, foreign exchange agreement, interest rate and currency exchange agreement, forward rate agreement, rate floor agreement, interest rate protection agreement, interest rate cap agreement, rate collar agreement, any option agreement respecting the foregoing, International Swaps and Derivatives Association, Inc. (ISDA) Master Agreement, or any similar agreement or arrangement and any schedule, confirmation, exhibit, document or instrument evidencing any interest in a transaction covered by any such agreement as the same may be modified, supplemented, amended or revised and in effect from time to time;

    FURTHER RESOLVED, that all acts of the President, any Vice President, or the Secretary of the Corporation authorized and directed herein, including the execution and delivery of the Loan Documents and all other documents referenced herein relating to the loan herein referenced, are reasonably expected to benefit, directly or indirectly,

Corporate Resolutions
Rev. June 2012
G:\Forms\Attyfrm\Resolution - Corp Res.Docx

the Corporation;

FURTHER RESOLVED, that the officers of the Corporation are hereby severally authorized to (a) sign, execute, certify to, verify, acknowledge, deliver, accept, file and record any and all instruments and documents, and (b) take, or cause to be taken, any and all such action, in the name and on behalf of the Corporation or otherwise, as in any such officer's judgment is necessary, desirable or appropriate in order to consummate the transactions contemplated by or otherwise to effect the purposes of the foregoing resolutions;

FURTHER RESOLVED, that all actions heretofore taken by the directors or the officers of the Corporation, and all things done by their authority, in connection with the transaction described herein, be and the same are hereby ratified, approved and adopted as the acts of the Corporation;

FURTHER RESOLVED, that said officers are authorized and empowered to perform all acts and execute and deliver all instruments, documents and agreements required by Lender to carry out the purposes of these resolutions;

3.    The following are duly elected, qualified and serving officers of the Corporation, and that the signature set out opposite the name of each officer is the genuine signature of such person, to-wit:

| Name | Title | Signature |
|------|-------|-----------|
| Robert Powers | President | |
| M. G. Berry | Secretary | |

4.    (a) all franchise and other taxes required to maintain the Corporation's corporate existence have been paid when due and that no such taxes are delinquent; (b) no proceedings are pending for the forfeiture of the Corporation's Certificate of Incorporation or the Corporation's dissolution, voluntary or involuntary; (c) the Corporation is duly qualified to do business in the State of Texas and any other states in which it is doing business, and is in good standing in such states; (d) there is no provision of the Articles of Incorporation or Bylaws of the Corporation limiting the power of the Board of Directors to pass the resolutions set out above, and that such resolutions are in conformity with the provisions of said Articles of Incorporation and Bylaws.

IN WITNESS WHEREOF, I have hereto set my hand this 29th day of June, 2023.

M. G. Berry, in the capacity of Secretary

Unofficial Copy Office of Marilyn Burgess District Clerk

# APPENDIX 2

**2023-81703 / Court: 333**

11/27/2023 11:34:00 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 81947481
By: JACKSON, MONICA J
Filed: 11/27/2023 11:14:09 AM

Pgs-3

TRORX
STBNX
CASO

CAUSE NO.: _____

| | | |
|---|---|---|
| LAWRENCE BERRY, individually and derivatively on behalf of BERRY GP, INC., | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § § | |
| BERRY GP, INC., | § § | |
| *Nominal Plaintiff,* | § § § | HARRIS COUNTY, TEXAS |
| v. | § § § § | |
| MARTY BERRY, ROBERT RICKETT, ROBERT POWERS, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY LLC, and BERRY CONTRACTING LP, | § § § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § § | _____ JUDICIAL DISTRICT |

## TEMPORARY RESTRAINING ORDER AGAINST DEFENDANTS AND ORDER SETTING HEARING FOR TEMPORARY INJUNCTION

On this date, the Court heard Plaintiffs Lawrence Berry and Berry GP, Inc.'s application for a temporary restraining order against Defendants Marty Berry, Robert Rickett, Robert Powers, Michael Hummell, Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP. The application was presented with notice to the Defendants. The Court, after considering Plaintiffs' TRO application, any response, the pleadings, the affidavits, any evidence submitted, and arguments of counsel, finds that the application is well-taken and should be in all things GRANTED.

In particular, the Court finds the following:

Unofficial Copy Office of Marilyn Burgess District Clerk

1

1. The evidence shows that Plaintiffs will suffer probable, imminent, and irreparable injury before the temporary injunction hearing if the Court does not issue a temporary restraining order against Defendants because Defendants have expressed an intent to pledge the Berry Entities' real property as collateral without approval from the sole disinterested Director of Berry GP, Inc., Lawrence Berry. Further, Defendants have expressed an intent to sell other real property belonging to the Berry Entities without similar approval. These actions threaten harm to the Berry Entities' real property interests such that money damages are an inadequate remedy.

2. It is necessary to enjoin the Defendants as ordered herein in order to prevent this harm.

It is therefore ORDERED that Defendants Marty Berry, Robert Rickett, Robert Powers, Michael Hummell, Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP, and any other parties acting in concert with Defendants, are immediately restrained from selling, mortgaging, or otherwise encumbering any of the Berry Entities' real property without the approval of the sole disinterested member of the Board of Directors, Lawrence Berry.

It is further ORDERED that the Clerk of the Court issue a writ of injunction to Defendants Marty Berry, Robert Rickett, Robert Powers, Michael Hummell, Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP in accordance with the terms of this Order.

It is further ORDERED the Plaintiffs Lawrence Berry and Berry GP, Inc. file a bond payable to Defendants Marty Berry, Robert Rickett, Robert Powers, Michael Hummell, Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP in the amount of $50,000.00 with two or more sureties as security for this temporary restraining order. The bond must be filed and approved by the Clerk of the Court before any writ of injunction may issue pursuant to this

2

temporary restraining order. The Plaintiffs may post a cash deposit in lieu of a bond under Texas Rule of Civil Procedure 14c.

It is further ORDERED that Plaintiffs' application for a temporary injunction is set for hearing on the 12 day of December , 2023 at 10 :30 am 333rd in this Court. The purpose of the hearing is to determine whether the Court should issue a temporary injunction against Defendants as requested by Plaintiffs pending a full trial on the merits.

This Order expires on December 12 , 2023.

EXECUTED on this ____ day of _____, 2023 at _____ o'clock ___.

Signed:
11/28/2023

12:44 pm

The Honorable Judge Presiding

Unofficial Copy Office of Marilyn Burgess District Clerk

3

# APPENDIX 3

**CAUSE NO. 2023-81703**

| | | |
|---|---|---|
| LAWRENCE BERRY, individually and derivatively on behalf of BERRY GP, INC. | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| BERRY GP, INC., | § § | |
| *Nominal Plaintiff,* | § § | HARRIS COUNTY, TEXAS |
| v. | § § § | |
| MARTY BERRY, ROBERT RICKETT, ROBERT POWERS, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY, LLC and BERRY CONTRACTING LOP | § § § § § § § | |
| *Defendants.* | § § | 333rd JUDICIAL DISTRICT |

**DEFENDANT MARTY BERRY'S EMERGENCY MOTION TO
TRANSFER VENUE, EMERGENCY MOTION FOR LEAVE FOR EXPEDITED
HEARING ON MOTION TO TRANSFER VENUE, AND SUBSEQUENT THERETO
ORIGINAL ANSWER**

Defendant Marty Berry ("M.Berry" or "Defendant") files this Emergency Motion to Transfer Venue ("Motion"), Emergency Motion for Leave for Expedited Hearing on Motion to Transfer Venue, and subsequent thereto Marty Berry's Original Answer to the Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction of Plaintiffs Lawrence Berry ("L. Berry") and Berry GP, Inc. ("Plaintiff Berry GP") (collectively L.Berry and Plaintiff Berry GP are "Plaintiffs").[1] In support thereof, Defendant shows the Court as follows:

---

[1] Plaintiffs' Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction may be sometimes referred to as the "Petition."

15043428v1

## I.    EMERGENCY MOTION TO TRANSFER VENUE

**A.    Introduction**

1.    A substantial part of the events underlying Plaintiffs' allegations occurred in Nueces County, Texas. None occurred in Harris County, Texas. All of the individual defendants, all of the entities, all of the records, all of the board meetings, all of the meetings with the banks at issue, and all of the real properties at issue are in Nueces County, Texas. Ex.1. Defendant M.Berry moves to transfer venue of this action to a state civil district court in Nueces County, Texas on the basis that a) Harris County is not a proper county for venue; and b) venue is mandatory and permissive in Nueces County, Texas. Plaintiffs have not plead or even argued any facts to support venue in Harris County, Texas.

2.    This motion is filed on an emergency basis as a temporary restraining order has been issued and a temporary injunction has been set in this Court for December 12, 2023. Since venue is not proper in Harris County, Defendant objects to venue in Harris County, and venue is mandatory and permissive in Nueces County, Texas, this venue motion should he heard on an emergency basis before any injunctive relief is further considered in Harris County, Texas.

3.    This Motion is supported by the declaration of Mr. Michael Hummell ("M. Hummell"), the General Counsel of Berry GP, Inc. ("Berry GP") - d/b/a Berry Contracting, Inc. (and other Berry-related entities). Ex. 1.

**B.    Specific Venue Objections, Venue Denial, and Related Facts**

4.    Defendant M. Berry specifically objects to venue in Harris County, Texas and specifically denies that venue is proper in Harris County, Texas. Defendant M. Berry specifically denies that Harris County is the county where all or a substantial part of the

2

events or omissions giving rise to the suit occurred. A substantial, indeed all, of the alleged events or omissions giving rise to Plaintiffs' claims occurred in Nueces County (Ex.1):

a. A substantial part of the events did not occur in Harris County, Texas;

b. A substantial part (if not all) of the events occurred in Nueces County, Texas;

c. The real property at issue is located in Nueces County, Texas;

d. Defendant M. Berry is not a resident of Harris County and is an individual residing in Nueces County, Texas;

e. Defendant Robert Rickett ("R. Rickett") is not a resident of Harris County and is an individual residing in Nueces County, Texas;

f. Defendant Robert Powers ("R. Powers") is not a resident of Harris County and is an individual residing in Nueces County, Texas;

g. Defendant Hummel is not a resident of Harris County and is an individual residing in Nueces County, Texas;

h. Berry GP was founded and maintains its principal place of business in Nueces County, Texas;

i. Berry GP's corporate bylaws mandate its principal place of business shall be Corpus Christi, Nueces County, Texas;

j. Berry Operating Company LLC ("Berry Operating") was founded and maintains its principal place of business in Nueces County, Texas;

k. Berry Contracting LP ("Berry Contracting") was founded and maintains its principal place of business in Nueces County, Texas;

l. All the books and records of Berry GP are in Nueces County, Texas;

m. Berry GP, Berry Operating and Berry Contacting board meetings occurred in Nueces County, Texas;

n. L. Berry, M. Berry, and Dennis Berry ("D. Berry") - all owners - attend the board meeting in Nueces County;

o. All meetings of Berry GP with the banks at issue occurred in Nueces County, Texas;

p. All the Berry GP properties the subject of Plaintiffs' allegations are located in Nueces County, Texas; and

3

15043428v1

q. Most if not all the witnesses and documents (including all corporate books and records) are in Nueces County, Texas.

5.     For reasons set forth herein, venue is not proper in Harris County, Texas and is proper as well as mandatory in Nueces County, Texas.  See TEX. CIV. PRAC. & REM. CODE § 15.002 and 15.011.

**C.     Background**

6.     This is a case about a disgruntled one-third shareholder (L. Berry), and one of three (3) directors of the board of directors (L. Berry) of Berry GP trying to hold the reasonable business operations of Berry GP hostage. Plaintiff L. Berry concedes in his Petition, as he must, he (L. Berry) is only a one-third owner of  Berry GP and is only one of three (3) board members of Berry GP.

7.     L. Berry alleges that the other two owners/board members (who when voting together are a majority) conspired with others against L. Berry and failed to act as L. Berry wanted them to act in relation to Berry GP.  The issue of a majority of the board of directors and reasonable business judgement aside for now, M.Berry would show that Plaintiffs fail to plead or establish facts that support proper venue in Harris County.  Although Plaintiffs try to use catchall language that a substantial part of the events or omissions giving rise to this suit occurred in Harris County, Texas, such a conclusory allegation unsupported by facts is insufficient.  *See* Plaintiffs' Petition, Paragraph 16. To be candid, even the factual allegations in Plaintiffs' petition establish the operative facts in this case occurred substantially (or completely) in Nueces County.

8.     As noted above, all natural persons (defendants) sued by Plaintiffs reside in Nueces County; all companies (defendants) sued by Plaintiffs have their principal offices in Nueces

4

County;[2] all events (substantially all events (at a minimum)) giving rise to Plaintiffs' claims occurred in Nueces County; all real properties made the subject of Plaintiffs' claims are in Nueces County; all books and records made the subject of Plaintiffs' claims are in Nueces County; all bank interactions made the subject of Plaintiffs' claims occurred in Nueces County; all board meetings made the subject of Plaintiffs' claims occurred in Nueces County; and all (or substantially all) witnesses involved in the transactions made the subject of Plaintiffs' claims are in Nueces County.   Venue is proper in Nueces County, not Harris County.  Ex.1.

9.     Indeed, notwithstanding these compelling truths, a closer review of Plaintiffs "FACTUAL BACKGROUND" portion of Plaintiffs' petition (paragraphs 25 through 52) further compels transfer of this matter to Nueces County:

a.     paragraphs 25 – 30 are not matters made the subject of Plaintiffs' claims, but rather are historical and governance information;

b.     paragraphs 31 and 32 are allegations about actions by the Berry GP board which took place in Nueces County (not Harris County);

c.     paragraphs 34 – 37 relate to Plaintiffs' complaints about the "Berry Loan" – loans negotiated, approved, funded, managed, and performable in Nueces County (not Harris County);

d.     paragraph 38 relates to Plaintiffs' complaints about the Berry Entities' possible sale of real properties ("a dock facility and adjacent real property . . . .") – real properties located wholly within the boundaries of Nueces County (not Harris County);

e.     paragraph 39 relates to Plaintiffs' complaints about a Resolution in support of the possible sell of the Berry Entities' real properties (dock and adjacent property) – a Resolution proposed, approved, signed, and communicated to the Port of Corpus Christi Authority in Nueces County, Texas ("PCCA") solely in Nueces County;

f.     paragraphs 40 – 47 relate to Plaintiffs' complaints about the Berry Entities' management of its operating line of credit ("LOC") with the International Bank of

---

[2] Not only do the businesses named as defendants have their principal offices in Nueces County, but the bylaws of Berry GP (the entity L.Berry purports to file suit on behalf of) mandate that the principal place of business of Berry GP is in "the City of Corpus Christi, Nueces County, Texas."  See Bylaws of Berry GP, Section II, from Plaintiff's Petition Ex. B.

Commerce ("IBC") – a series of transactions (negotiations, signing of documents, exchange of correspondence, in-person meetings, and more) that all occurred in Nueces County;

g.    paragraphs 48 – 49 relate to Plaintiffs' complaints about the Berry Entities' establishing a new banking relationship with Frost Bank – a series of transactions (negotiations, in-person meetings, Certificate of Corporate Resolutions, signing of documents, and more) that all occurred in Nueces County;

h.    paragraphs 50 – 52 relate to Plaintiffs' complaints about the Berry Entities' failures to disclose "books and records" – all of which are (and were made available) in Nueces County.

Ex. 1.

10.    The overwhelming evidence demonstrates that "all or a substantial part of the events or omissions giving rise to the [Plaintiffs'] claim occurred"[3] in Nueces County and while there are several shortfalls in Plaintiffs' claims, for purposes of venue the above alone are fatal to any claim of venue in Harris County, Texas.

**D.    Argument and Authorities**

**1.    Legal Standard**

11.    Once a plaintiff's choice of venue is challenged by a motion to transfer venue, the plaintiff has the burden of presenting proof that venue is maintainable in the county of suit. TEX. R. CIV. P. 87(3)(a); *In re Masonite Corp.,* 997 S.W.2d 194, 197 (Tex. 1999). A defendant raises the question of proper venue by objecting to a plaintiff's venue choice through a motion to transfer venue. *See* TEX. R. CIV. P. 86.

12.    Although a plaintiff has the first choice of venue by filing suit, a court must "transfer an action to another county of proper venue if ... the county in which the action is pending is not a proper county." *In re Team Rocket, L.P.*, 256 S.W.3d 257, 259 (Tex. 2008) (citing TEX. CIV. PRAC. & REM. CODE. § 15.063(1), TEX. R. CIV. P. 87). "The

---

[3] See TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1).

15043428v1

court shall determine the motion to transfer venue on the basis of the pleadings, any stipulations made by and between the parties and such affidavits and attachments as may be filed by the parties" in accordance with the applicable rules. *In re Hardwick*, 426 S.W.3d 151, 157 (Tex. App.—Houston [1st Dist.] 2012, no pet.) (citing Tex. R. Civ. P. 87(3)(b)).

13.     The plaintiff bears the burden to "make proof" that venue is maintainable in the county of suit. TEX. R. CIV. P. 87(2)(a).  If suit was not filed in a proper venue, the defendant must establish that venue is maintainable in the county to which transfer is sought. TEX. R. CIV. P. 87(2)(a); see *Carlile v. RLS Legal Sols., Inc.*, 138 S.W.3d 403, 409 (Tex. App.—Houston [14th Dist.] 2004, no pet.) (citing In re *Masonite Corp.*, 997 S.W.2d 194, 197 (Tex. 1999) (noting that burden shifts to plaintiff to prove venue as alleged if defendant properly challenges plaintiff's choice of venue)).  As shown, Plaintiffs here cannot "make proof" and establish venue is proper in Harris County and Defendant M. Berry can establish mandatory and permissive venue in Nueces County, Texas.


**2.     Mandatory Venue Lies in Nueces County, Texas- §15.011**

14.     Venue in Texas may be based upon "general," "mandatory," or "permissive" venue. *Wichita County v. Hart*, 917 S.W.2d 779, 781 (Tex. 1996). A defendant may move to transfer venue on grounds that mandatory venue lies in a different county. See TEX. R. CIV. P. 86(3)(b). If a plaintiff's chosen venue rests on a general permissive venue statute and the defendant files a meritorious motion to transfer based on a mandatory venue provision, the trial court must grant the motion and transfer venue. *Wichita Cnty.*, 917 S.W.2d at 781.  If a mandatory venue provision applies to any claims or causes of action, then all claims and causes of action arising from the same transaction must be brought in

7

the county of mandatory venue. *Airvantage, L.L.C. v. TBAN Props. # 1, L.T.D.*, 269 S.W.3d 254, 257 (Tex. App.—Dallas 2008, no pet.).

15.     Plaintiffs seek temporary and permanent injunctive relief related to the selling, mortgaging or otherwise encumbering of real property. Plaintiffs' Petition Count VII. Plaintiffs claim damage by Defendants' actions related to Nueces County real properties (Plaintiffs' Petition Count VII, paragraph 95; Ex.1), and potential irreparable injury to real property (Plaintiffs' Petition Count VII, Section D). Plaintiffs seek compensatory, actual, consequential, restitutionary, disgorgement and exemplary damages (among others) related to property in Nueces County (Plaintiff's Petition Section XI- Prayer). Nonetheless, Plaintiffs avoid ever mentioning where the real property is located. The reason seems clear. "Actions for recovery of real property or an estate or interest in real property, for partition of real property, to remove encumbrances from the title to real property, for recovery of damages to real property, or to quiet title to real property shall be brought in the county in which all or a part of the property is located." TEX. CIV. PRAC. & REM. CODE § 15.011. Plaintiffs have filed an action to try to enforce, assert and recover an interest in real property, and the real property is in Corpus Christi, Nueces County, Texas. Ex. 1; TEX. CIV. PRAC. & REM. CODE § 15.011. In short, venue is mandatory in Nueces County.

### 3.     Permissive Venue Lies in Nueces County, Texas- §15.002

16.     The events Plaintiffs complain of substantially occurred in Nueces County. Ex. 1. The natural persons named as defendants, the entities named as defendants, the books and records made the subject of Plaintiffs' petition, the board of directors' meetings, the meeting with banks, the decisions concerning Berry GP, the real properties and more all are or occurred in Nueces County. Ex. 1.

8

17. As a result, Defendant has established venue is proper in Nueces County as substantially all the events occurred in Nueces County, and all the defendants are residents or have a principal place of business in Nueces County.

**4. Venue must be transferred to Nueces County, Texas**

18. Plaintiffs fail to plead or provide any facts to support venue in Harris County, Texas. In fact, Plaintiffs have failed to allege any facts regarding which transactions or occurrences allegedly occurring in Harris County, Texas let alone that any substantial part of the events occurred in Harris County. Defendant M. Berry objects to venue in Harris County, Texas, and specifically denies that proper venue is in Harris County.

19. All or a substantial part of the events occurred in Nueces County, Texas and Defendant has established venue in Nueces County, Texas. Ex.1. There is no basis to maintain venue in Harris County, Texas and this matter should be transferred as Defendant M. Berry has established venue is not only permissive, but it is mandatory in Nueces County, Texas.

**5. Prayer**

20. Accordingly, Defendant M. Berry respectfully request this case be transferred to Nueces County, Texas, and for such other relief, at law and in equity, Defendant M. Berry may show himself justly entitled under this Motion to Transfer Venue.

**II. SUBSEQUENT EMERGENCY MOTION FOR EXPEDITED HEARING- VENUE**

21. Subsequent to the Emergency Motion to Transfer Venue, Defendant M. Berry seeks leave of Court for a hearing on venue before consideration of the temporary injunction hearing currently set for December 12, 2023, and before the forty-five (45) day notice provision of TEX.R.CIV.P. 87. Good cause exists as Defendant M. Berry should not be subject to an injunction hearing and what all that entails (expedited discovery,

9

depositions, witness travel as well as the hearing itself) in a county where there is not proper venue.

## III.   SUBSEQUENT TO MOTION TO TRANSFER VENUE AND EXPEDITED HEARING REQUEST- ORIGINAL ANSWER AND GENERAL DENIAL

22.   Subsequent to Defendant M. Berry's Motion to Transfer Venue and Hearing Request, and pursuant to Texas Rule of Civil Procedure 92, Defendant M. Berry generally denies each and every material allegation contained in Plaintiffs' Original Petition and Application for Temporary Restraining Order and Temporary Injunction, and demands strict proof thereof as required by the Constitution and laws of the State of Texas. Defendant M. Berry reserve the right to amend or supplement his answer in accordance with the Texas Rules of Civil Procedure.

## IV.   PRAYER

Defendant M. Berry respectfully requests that the Court (i) consider and rule upon Defendant M. Berry's Motion to Transfer Venue (on an expedited basis, as requested herein) and (ii) transfer venue of this matter to Nueces County, Texas; subsequent to the Motion to Transfer Venue Defendant M. Berry respectfully requests that the Court, (a) deny Plaintiffs all relief sought against Defendant M. Berry, and subject to the Motion to Transfer Venue and (b) award Defendant M. Berry such other and further relief, at law or in equity, to which Defendant M. Berry may be justly entitled.

Respectfully submitted,

**LAW OFFICE OF DOUGLAS ALLISON**

By: */s/ Douglas Allison*
Douglas Allison
State Bar No. 01083500
doug@dallisonlaw.com
403 N. Tancahua Street
Corpus Christi, Texas 78401
Telephone: (361) 888-6002

10

15043428v1

**ATTORNEY FOR MARTY BERRY**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 6th day of December 2023, I called and emailed opposing counsel about this motion.  Opposing counsel responded and oppose the relief requested herein.

*/s/ Douglas Allison*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December 2023, a true and correct copy of the above was served upon the attorneys of record in the above entitled and numbered cause, via e-service.

*/s/ Douglas Allison*

15043428v1

**EXHIBIT 1**

## Affidavit of Mike Hummell

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF NUECES | § |

"My name is Mike Hummell. I am over eighteen (18) years of age. I am of sound mind and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge, and are true and correct."

I am Vice President and General Counsel for Berry GP Inc., Berry Operating Company LLC, and Berry Contracting LP, as well as other Berry-controlled entities (the "Berry Entities)." I have served as Vice President and General Counsel for the Berry Entities for approximately four (4) years. For the entirety of my tenure, I have maintained my office at 1414 Corn Products Road, Corpus Christi, Nueces County, Texas. The following persons also maintain an office at this same Nueces County location: M.Berry (defendant), Robert Powers (defendant), Robert Rickett (defendant), Dennis Berry (D.Berry, and brother of Marty Berry and Lawrence Berry ("L.Berry")), Laura Berry (mother of Marty Berry, Dennis Berry, and Laurence Berry). This location has served as headquarters for the Berry Entities' businesses for over fifty (50) years. The Berry Entities' businesses are effectively owned and controlled by the three (3) Berry brothers (D.Berry, M.Berry, and L.Berry).

The Plaintiffs' Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction ("Application") filed in Harris County District Court, Cause No. 2023-81703 ("Lawsuit") identifies four (4) natural persons and three (3) legal entities as defendants (collectively, "Defendants"). The four (4) natural persons sued by Plaintiffs are Marty Berry, Robert Powers, Robert Rickett, and Mike Hummell. All four (4) of these named persons (defendants) reside in Nueces County, Texas. All four (4) of these named persons (defendants) are employed within and work in Nueces County, Texas. The three (3) legal entities sued by Plaintiffs are Berry GP Inc., Berry Operating LLC, and Berry Contracting LP.

On September 4, 1953, Berry GP Inc. (f/k/a Berry Contracting Inc.) was formed with its principal office in Nueces County, and its principal office has continuously

**Affidavit of Mike Hummell**  Page 1 of 5

remained in Nueces County from date of formation to present. In fact, the Berry GP[1] bylaws state "its principal office shall be 1414 Corn Products Road in the City of Corpus Christi, Nueces County, Texas."[2]

On November 15, 2000, Berry Operating Company LLC was formed with its principal office in Nueces County, and its principal office has continuously remained in Nueces County from date of formation to present.

In December 1996, Berry Contracting LP (d/b/a Bay Ltd.) was formed with its principal office in Nueces County, and its principal office has continuously remained in Nueces County from date of formation to present.

The board of directors' meetings for the Berry Entities, including Berry GP, are held in Nueces County, Texas,; and L.Berry regularly attends these meetings in Nueces County, Texas.

None of the natural persons named as defendants reside in Harris County, Texas. None of the legal entities named as defendants own real property or maintain a principal office in Harris County, Texas.

Based upon my review of the Plaintiffs' Application, I understand that L.Berry filed an Application seeking injunctive relief in Harris County, Texas. Based upon my review of the Temporary Restraining Order Against Defendants and Order Setting Hearing for Temporary Injunction ("TRO"), I understand that Defendants are "restrained from selling, mortgaging, or otherwise encumbering any of the Berry Entities' real property," unless approved by L.Berry (holder of a minority interest). Although the TRO refers to "the Berry Entities' real property," the only real property specifically mentioned in the Application is the 'Berry Dock and adjacent real property.'[3] The Berry Dock is a six (6) acre tract of real property located within the inner harbor of the Port of Corpus Christi Authority of Nueces County, Texas ("PCCA"). The 'adjacent real property' is a sixteen acre tract of real property known to all concerned as the "CITGO" tract. To be clear, the Berry Dock and adjacent real property (CITGO tract) are located wholly within Nueces County, and are not located

---

[1] Berry GP is d/b/a Berry Contracting Inc. Berry GP's bylaws are attached to Plaintiffs' Application.

[2] See GP bylaws, at p. 1.

[3] There is one exception to this specific statement. On page 8 of the Application, L.Berry refers to "property in key economic development zones or property adjacent to Berry Entities' property," and these properties are in San Patricio County, Texas — not Harris County, Texas.

in Harris County. To provide greater specificity, the Berry Dock and adjacent real property (CITGO tract) are owned by Berry GP, and are and have already been pledged as security for the Berry Entities' operating line of credit ("LOC"). By way of example, the Berry Dock and adjacent real property (CITGO tract) — from 2007 to 2023 — were pledged security for the $50 million International Bank of Commerce ("IBC") operating LOC, and remain pledged security for the current $50 million Frost Bank operating LOC.

Based upon my review of the Application, I am also aware that L.Berry makes various allegations about loans from M.Berry and D.Berry to the Berry Entities. In support of the business of the Berry Entities, M.Berry and D.Berry made loans (referred to in L.Berry's Application as the "Berry Loans"). The Berry Loans were negotiated in Nueces County, signed in Nueces County, funded in Nueces County, and are administered and performable in Nueces County. No event or omission, if any, relating to the Berry Loans occurred in Harris County, Texas.

Based upon my review of the Application, I am also aware that L.Berry makes various allegations relating to the 2023 management of the Berry Entities' operating LOC. In the spring of 2023, Berry Entities began discussions with IBC relating to Berry Entities' banking relationship with IBC. Gus Barrara, President of the IBC local branches, was directly involved in these discussions. Robert Powers for Berry GP and the Berry Entities' was directly involved in these discussions. I was also involved with these IBC discussions, and had awareness in my role as General Counsel. All discussions (including discussions that were in-person) occurred in Nueces County. Dennis Nixon, Chief Executive Officer of IBC, traveled to Nueces County for in-person discussions about the Berry Entities' operating LOC with IBC. Both Berry Entities and IBC hired local Nueces County attorneys who participated in the discussions / negotiations allowing for Berry Entities' exiting the Berry Entities' / IBC banking relationship. All of these discussions, related administration and management efforts, and negotiations occurred in Nueces County, Texas. None of these Berry Entities / IBC discussions, related administration and management efforts, or negotiations with IBC occurred in Harris County, Texas.

With the Berry Entities' exit from the Berry Entities / IBC banking relationship, discussions and negotiations with Frost Bank ensued. To transition the Berry

Entities' banking relationship from IBC to Frost Bank, Berry GP leadership (Robert Powers) took lead and had numerous meetings with representatives from Frost Bank. Lori Dillinger, Market President of the Frost Bank local branches, was directly involved in these discussions. I was also directly involved with these Frost Bank discussions, and had awareness in my role as General Counsel. All discussions (including discussions that were in-person) occurred in Nueces County. All of these discussions, related administration and management efforts, and negotiations with Frost Bank occurred in Nueces County, Texas; and allowed for Berry GP's successful engagement with Frost Bank for a $50 million operating LOC to benefit the Berry Entities (secured by pledges of Berry Entities' real property, including the Berry Dock and adjacent real property (as previously pledged to IBC for the Berry Entities' operating LOC)). None of these Frost Bank discussions, related administration and management efforts, or negotiations with Frost Bank occurred in Harris County, Texas.

Finally, the TRO references requests for records made by L.Berry to Robert Powers (CEO of Berry GP) and Jim Klein (CFO of Berry GP). Foremost, please know that L.Berry has keys to the Berry Entities' offices, and thus has unfettered access to the Berry Entities' books and records. I now also confirm that I have been directly involved in providing company records to L.Berry. On multiple occasions, L.Berry would make requests directly to me, and I responded by providing records directly to L.Berry. All of my access to Berry Entities' books and records is accomplished with my access to the Berry Entities' books and records maintained in Nueces County, Texas (the same access that L.Berry has). Separately, Tonja Fulghum (a person who works directly with L.Berry) made several visits to the Berry Entities' principal offices to make/retrieve copies of Berry Entities' books and records (all in Nueces County). I personally saw her (Ms. Fulghum) with full access to all of the Berry Entities' books and records in our offices (in Nueces County); and I personally saw her (Ms. Fulghum) copying any and all records of her choosing. Again, all of the Berry Entities' books and records made the subject of L.Berry's requests are maintained in Nueces County, Texas — and he (L.Berry), for himself and through Tonja Fulghum, has had full access to all of the Berry Entities' books and records.

Affiant further sayeth naught.

Signed on the **5th** day of December, 2023.

<div style="text-align: right;">

_Mike Hummell_
Affiant,
Mike Hummell
*Vice President/General Counsel*
Berry Contracting LP d/b/a Bay Ltd

</div>

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on the **5th** day of December, 2023.

SUSAN K. GONZALES
Notary Public, State of Texas
Comm. Expires 12-27-2024
Notary ID 126545372

_Gonzales_
Notary Public in and for the
State of Texas

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Gonzales on behalf of Douglas Allison
Bar No. 1083500
susan@dallisonlaw.com
Envelope ID: 82283079
Filing Code Description: Answer/ Response / Waiver
Filing Description: Def Marty Berry's Emergency MTV & Original Answer
Status as of 12/6/2023 10:05 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Clay MSteely | | csteely@porterhedges.com | 12/6/2023 10:00:46 AM | SENT |
| Barrett H.Reasoner | | breasoner@gibbsbruns.com | 12/6/2023 10:00:46 AM | SENT |
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 12/6/2023 10:00:46 AM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 12/6/2023 10:00:46 AM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 12/6/2023 10:00:46 AM | SENT |
| William R Stukenberg | | wstukenberg@porterhedges.com | 12/6/2023 10:00:46 AM | SENT |
| Sherry Rakestraw | | srakestraw@gibbsbruns.com | 12/6/2023 10:00:46 AM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 12/6/2023 10:00:46 AM | SENT |
| Butch Boyd | | butchboyd@butchboydlawfirm.com | 12/6/2023 10:00:46 AM | SENT |

# APPENDIX 4

CAUSE NO.: 2023-81703

| | | |
|---|---|---|
| LAWRENCE BERRY, individually and derivatively on behalf of BERRY GP, INC., | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § § | |
| BERRY GP, INC., | § § | |
| *Nominal Plaintiff,* | § § | HARRIS COUNTY, TEXAS |
| v. | § § § | |
| MARTY BERRY, ROBERT RICKETT, ROBERT POWERS, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY LLC, and BERRY CONTRACTING LP, | § § § § § § § | |
| *Defendants.* | § § | 333rd JUDICIAL DISTRICT |

**FILED**
Marilyn Burgess
District Clerk
DEC 07 2023
Time:_____ 11:2 am
Harris County, Texas
By_____
Deputy

---

## AMENDED TEMPORARY RESTRAINING ORDER

---

On this date, the Court heard Plaintiffs' Motion to Modify the Temporary Restraining Order. The Court, after considering the motion, any response, the pleadings, the affidavits, any evidence submitted, arguments of counsel, and the agreement of the parties rules as follows:

In particular, the Court finds the following:

1. Plaintiffs will suffer probable, imminent, and irreparable injury before the temporary injunction hearing if the Court does not issue a temporary restraining order against Defendants.

2. It is necessary to enjoin the Defendants as follows.

It is therefore ORDERED that Defendants Marty Berry, Robert Rickett, Robert Powers, Michael Hummell, Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP, and

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Unofficial Copy Office of Marilyn Burgess District Clerk

any other parties acting in concert with Defendants, are restrained from selling any of the Berry Entities' real property.

It is further ORDERED that Defendants and any other parties acting in concert with Defendants are immediately restrained from modifying the composition of the Board of Directors of any of the Berry Entities, including but not limited to removing Lawrence Berry as a Director or diluting his vote by adding new Directors. Defendants and any other parties acting in concert are further restrained from removing Lawrence Berry from his current Officer position(s) with the Berry Entities.

It is further ORDERED that the Clerk of the Court issue a writ of injunction to Defendants Marty Berry, Robert Rickett, Robert Powers, Michael Hummell, Berry GP, Inc., Berry Operating Company LLC, and Berry Contracting LP in accordance with the terms of this Order.

It is further ORDERED that Plaintiffs Lawrence Berry and Berry GP, Inc. have already filed sufficient bond as security for this amended temporary restraining order such that a writ of injunction may issue upon execution of this order.

The court understands that the parties have agreed to entry of a court order granting Robert Powers' and Marty Berry's Motion to Transfer Venue, and that one or more of the parties will submit a court order in support of such transfer of the case to the District Court of Nueces County, Texas. The parties agree to cooperate in the filing of any such related documents required to effectuate such transfer.

It is further ORDERED that by agreement of the parties, this amended temporary restraining order will remain in effect until the case has been transferred to Nueces County District Court and the matters raised in Plaintiffs' application for temporary injunction (including Plaintiffs' motion to modify) have been heard and ruled upon.

2

All relief requested and not granted herein in denied without prejudice.

EXECUTED on this 7th day of December, 2023 at __11:24__ o'clock _am_

The Honorable Judge Tanya Garrison

Unofficial Copy Office of Marilyn Burgess District Clerk

# APPENDIX 5

CAUSE NO. 2023-81703

| | | |
|---|---|---|
| LAWRENCE BERRY, individually and derivatively on behalf of BERRY GP, INC. | § § § | IN THE DISTRICT COURT OF |
| | § § | |
| *Plaintiff,* | § § | |
| | § | |
| BERRY GP, INC., | § § | |
| | § | |
| *Nominal Plaintiff,* | § § | HARRIS COUNTY, TEXAS |
| | § § | |
| v. | § § | |
| | § | |
| MARTY BERRY, ROBERT RICKETT, ROBERT POWERS, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY, LLC and BERRY CONTRACTING LP | § § § § § § § | |
| | § § | |
| *Defendants.* | § | 333rd JUDICIAL DISTRICT |

## AGREED ORDER GRANTING DEFENDANTS MARTY BERRY'S AND ROBERT POWERS' EMERGENCY MOTIONS TO TRANSFER VENUE

On this day, the Court considered Defendants Marty Berry's and Robert Powers' Emergency Motions to Transfer Venue (the "Motions"), and after having reviewed the Motions, any response thereto (if any), the pleadings on file, affidavits on file, and the agreements as between Marty Berry, Robert Powers, and Lawrence Berry, the Court makes the following finding and rulings:

The parties stipulate and the Court finds that venue is proper in Nueces County, Texas.

Plaintiffs Lawrence Berry and Berry GP, Inc. have reached an agreement with Defendants Robert Powers and Marty Berry that venue is proper in Nueces County and to transfer venue of this case to Nueces County, Texas.

It is therefore, ORDERED that all proceedings in the above-numbered and styled cause are hereby immediately transferred to a District Court of Nueces County, Texas, and the District Clerk

and the Court's clerk are directed to and shall prepare and transfer the file immediately to Nueces County, Texas.

SIGNED this _____ day of _____, 202___.

Signed:
12/22/2023 _~Dan Hinde~_

JUDGE PRESIDING

Respectfully submitted,

By: _/s/ Barrett Reasoner_
Barrett Reasoner
State Bar No. 16641980
breasoner@gibbsbruns.com
Michael Absmeier
State Bar No. 24050195
mabsmeier@gibbsbruns.com
L. Bruce Baldree
State Bar No. 24116064
bbaldree@gibbsbruns.com
**GIBBS & BRUNS LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel: 713.650.8805
Fax: 713.750.0903

and

By: _/s/ Butch Boyd_
Butch Boyd
State Bar No. 00783694
butchboyd@butchboydlawfirm.com
**BUTCH BOYD LAW FIRM**
2905 Sackett Street
Houston, Texas 77098
Tel: 713.589.8477

**ATTORNEYS FOR PLAINTIFFS**

Respectfully submitted,

By: _/s/ Clay Steely_
Clay M. Steely
State Bar No. 00791725
csteely@porterhedges.com
William R. Stukenberg
State Bar No. 24051397
wstukenberg@porterhedges.com
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6669

**ATTORNEYS FOR DEFENDANT ROBERT POWERS**

By: _/s/ Douglas Allison_
Douglas Allison
State Bar No. 01083500
doug@dallisonlaw.com
**LAW OFFICE OF DOUGLAS ALLISON**
403 N. Tancahua Street
Corpus Christi, Texas 78401
Telephone: (361) 888-6002

**ATTORNEY FOR DEFENDANT MARTY BERRY**

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim Brunkenhoefer on behalf of Douglas Allison
Bar No. 1083500
kim@dallisonlaw.com
Envelope ID: 82594843
Filing Code Description: Proposed Order
Filing Description: Agreed Order Granting Defendants Marty Berry's And Robert Powers' Emergency Motions To Transfer Venue
Status as of 12/15/2023 8:32 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barrett H.Reasoner | | breasoner@gibbsbruns.com | 12/14/2023 4:32:59 PM | SENT |
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 12/14/2023 4:32:59 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 12/14/2023 4:32:59 PM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 12/14/2023 4:32:59 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 12/14/2023 4:32:59 PM | SENT |
| Sherry Rakestraw | | srakestraw@gibbsbruns.com | 12/14/2023 4:32:59 PM | SENT |
| Butch Boyd | | butchboyd@butchboydlawfirm.com | 12/14/2023 4:32:59 PM | SENT |
| Douglas AAllison | | doug@dallisonlaw.com | 12/14/2023 4:32:59 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 12/14/2023 4:32:59 PM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 12/14/2023 4:32:59 PM | SENT |
| William R Stukenberg | | wstukenberg@porterhedges.com | 12/14/2023 4:32:59 PM | SENT |
| Clay MSteely | | csteely@porterhedges.com | 12/14/2023 4:32:59 PM | SENT |

# APPENDIX 6

## CAUSE NO. 2024DCV-0045-C

| | | |
|---|---|---|
| LAWRENCE BERRY, individually and derivatively on behalf of BERRY GP, INC. | § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| BERRY GP, INC., | § § | |
| Nominal Plaintiff, | § § | NUECES COUNTY, TEXAS |
| v. | § § § | |
| MARTY BERRY, ROBERT RICKETT, ROBERT POWERS, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY, LLC and BERRY CONTRACTING LOP | § § § § § § | |
| Defendants. | § | 94TH JUDICIAL DISTRICT |

## COUNTER-PLAINTIFFS' ORIGINAL PETITION ASSERTING COUNTER-CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Berry GP Inc., Berry Operating Company LLC, Berry Contracting LP, and Marty Berry, sometimes collectively referred to as Counter-Plaintiffs, and make and file this Counter-Plaintiffs' Original Petition Asserting Counter-Claims complaining of A. Lawrence Berry, sometimes referred to as Counter-Defendant, and in support of same would show:

I.

### PARTIES

1.     Berry GP Inc. ("Berry GP") is a Texas corporation with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409. Berry GP is one of the "Berry Entities" as may be referenced herein.

1

2. Berry Operating Company LLC ("Berry Operating") is a Texas limited liability company with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409. Berry Operating is one of the "Berry Entities" as may be referenced herein.

3. Berry Contracting LP (d/b/a Bay Ltd. ("Bay Ltd.")) is a Texas limited partnership with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409. Bay Ltd. is one of the "Berry Entities" as may be referenced herein.

4. Marty Berry ("M.Berry") is a natural person who is presently an Officer, Director, and shareholder of Berry GP, Berry Operating, and Bay Ltd. Marty Berry resides in Nueces County, Texas.

5. A. Lawrence Berry ("L.Berry") is a natural person who is presently an Officer, Director, and shareholder of Berry GP, Berry Operating, and Bay Ltd. A. Lawrence Berry resides in Harris County, Texas. A. Lawrence Berry may and shall be served by notice of these proceedings upon legal counsel for A. Lawrence Berry: Mr. Barrett Reasoner, Gibbs & Bruns LLP, 1100 Louisiana, Suite 5300, Houston, Texas 77002.

6. Berry GP, Berry Operating, Bay Ltd., Marty Berry, and A. Lawrence Berry may be sometimes referred to as the "Parties," or any one of them referred to as a "Party."

7. L.Berry is the original Plaintiff in this legal action by having filed Plaintiffs' Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction ("Plaintiffs' Verified Petition"). See Exhibit A. The legal action initiated by Plaintiffs' Verified Petition was filed in Harris County, Texas, but promptly transferred to Nueces County, Texas. See Exhibit B. This Counter-Plaintiffs' Original Petition Asserting Counter-Claims is filed as counter-claim to Plaintiffs' Verified Petition in compliance with Texas Rule of Civil Procedure ("TRCP") 97.

2

## II.

## JURISDICTION AND VENUE

8.    This Court has jurisdiction over all Parties. Specifically, Berry GP, Berry Operating, and Bay Ltd. are legal entities formed in Texas that maintain their principal offices in Texas. M.Berry and L.Berry reside in Texas. As such, all Parties have sufficient contacts with the State of Texas and, therefore, are subject to the jurisdiction of this Court.

9.    Venue is proper in Nueces County, Texas, pursuant to TCPRC Chapter 15, section 15.002(a)(1) inasmuch as Nueces County is the location where all or a substantial part of the events or omissions giving rise to the claims occurred. See Exhibit C (with attachments). Moreover, venue is proper in Nueces County, Texas, pursuant to TCPRC Chapter 15, section 15.063(3). See Exhibit B.

## III.

## DISCOVERY

10.    Discovery should be conducted in accordance with Level 3, as permitted by TRCP 109.4.

## IV.

## EXECUTIVE SUMMARY

11.    Counter-Plaintiffs file this counter-petition asserting claims against L.Berry for conversion, breach of fiduciary duty, breach of contract, unjust enrichment, breach of constructive trust, fraud, and other causes of action. Counter-Plaintiffs' causes of action pleaded against and complaining of L.Berry are directly responsive to L.Berry's claims for self-dealing and breach of fiduciary duty filed against one or more Counter-Plaintiffs.[1] For all claims referenced in this

---

[1] See Exhibit A, at pp. 13-16.

Counter-Plaintiffs 'Original Petition Asserting Counter-Claims, Counter-Plaintiffs now sue Counter-Defendant.

## VI.

## FACTUAL BACKGROUND

12.     The Berry Entities and Berry-Related Entities are a large organization of companies engaged in various businesses throughout the United States, and have successfully done so since the 1950s.

13.     Marvin Berry had four (4) sons: Marty Berry (M.Berry), Dennis Berry (D.Berry), A. Lawrence Berry (L.Berry), and Kenneth Berry. After Marvin Berry passed in 1997, control of the Berry Entities shifted to Laura Berry (Marvin's wife), and then to their (Marvin's and Laura's) sons — M.Berry, D.Berry, and L.Berry. LDMA LP ("LDMA") sits at the top of the Berry Entities. LDMA's 3% general partner is Beacon Inc. which is owned in equal shares by M.Berry, D.Berry, and L.Berry. LDMA owns Berry GP which, through a series of legal entities, own Berry Operating and Bay Ltd. The Board of Directors of Berry GP (M.Berry, D.Berry, Bonnie Berry,[2] and L.Berry) — in accordance with the by-laws of Berry GP — primarily govern Berry GP, the Berry Entities, and some of the other affiliated entities (indirectly). All considered (generally), ownership of the Berry Entities is vested with M.Berry, D.Berry, and L.Berry (shareholders); and control of the Berry Entities (generally, at a policy level) is with M.Berry, D.Berry, Bonnie Berry, and L.Berry (all serving as directors of Berry GP).

14.     For purposes of this pleading, the Berry Entities refers to Berry GP, Berry Operating, and Bay Ltd. For purposes of this pleading, the Berry-Related Entities refer to the Allen Lawrence Berry 2007 Trust, Orca Assets GP LLC ("Orca"), Inner Channel Investments Inc. ("ICI"), Orca

---

[2] Bonnie Berry is wife of D.Berry, recently appointed director of Berry GP.

ICI Development ("Orca ICI," a Texas partnership), West 17th Resources LLC, Gansevoort Investments LLC, Halcon Mineral Interest LLC, Orca Petroleum Ltd., Zilker Acquisitions LLC, Three Rivers Pipe and Rental LLC, Southern Comfort Equipment, Ridgefield Energy Investments LLC, Ridgefield Energy Operating LLC, Ridgefield Eagle Ford, LLC, Ridgefield Permian, LLC, Ridgefield Permian Minerals, LLC (and related companies). The Berry Entities and Berry-Related Entities may be sometimes referred to as the "Berry Companies."

15. The Berry Companies are and have been started up, owned (legally and/or beneficially), held in trust, managed, developed, operated, and/or controlled at various times by and through Berry GP, and/or by and through (in part) M.Berry, D.Berry, and/or L.Berry (one or all of them), since the 2000s. Such business practices are investments for one or more of the Berry Entities.

16. As an example of how Berry Entities invested, Counter-Plaintiffs invested substantially in ICI, ICI Orca, and Orca. Specifically, Counter-Plaintiffs seeded capital (money, assets, manpower) to Orca to start-up, manage, develop, operate, and/or control an investment in the Eagle Ford Shale and/or Permian Basin — which, in turn, became seed-money/assets (including mineral interests as assets) for several of the Berry-Related Entities (the "Investment").

17. From time to time, M.Berry, D.Berry, and/or L.Berry (or all of them) had meetings to discuss how to manage the Investment, whether to sell or continue with the Investment, and other business-type meetings/discussions.

18. Seeded capital money/assets from Counter-Plaintiffs to ICI to Orca/ICI to Orca involved an agreement/contract as between these legal entities requiring payment-in-full for the base value of the seeded money/assets received by Orca. In contravention of such agreement/contract, L.Berry has very recently refused to pay as required by the agreement/contract.

5

19. Seeded capital money/assets from Counter-Plaintiffs to ICI to Orca/ICI to Orca also included the agreement/contract that L.Berry/Orca would initiate the Investment (start-up); manage, develop, operate, and control the Investment, and hold the Investment in trust and for the benefit of Counter-Plaintiffs. In contravention of such agreement/contract, L.Berry/Orca has engaged a series of self-dealing transactions without notice to, consultation with, or vote (in-meeting or otherwise) of a majority of the owners/shareholders/directors of Counter-Plaintiffs.

20. Specifically, L.Berry has participated in self-dealing transactions involving the Investment (and the Investment's earnings) — taking of seeded money and assets of value (wealth) for his own personal benefit, and not for the benefit of any one or more of the Counter-Plaintiffs. This on-going practice by L.Berry/Orca of self-dealing transactions and ultra vires transactions violates the fiduciary obligations owed by L.Berry to Counter-Plaintiffs (and others).

21. In furtherance of L.Berry's wrongful conduct, L.Berry has intentionally obscured his self-dealing transactions by transfers of money/assets of substantial value to and/or through the following entities: Allen Lawrence Berry 2007 Trust, West 17th Resources LLC, Gansevoort Investments LLC, Halcon Mineral Interest LLC, Orca Petroleum Ltd., Zilker Acquisitions LLC, Three Rivers Pipe and Rental LLC, Ridgefield Energy Investments LLC, Ridgefield Energy Operating LLC, Ridgefield Eagle Ford, LLC, Ridgefield Permian, LLC, Ridgefield Permian Minerals, LLC, and Southern Comfort Equipment. All such transactions constitute L.Berry's wrongful taking of money and assets belonging to, held in trust for, and held for the benefit of Counter-Plaintiffs. L.Berry not only is and has been engaged in such wrongful takings, but also has failed to disclose same (as is required by his (L.Berry's) fiduciary duties owed).

22. L.Berry's wrongful conduct (as described herein) continues to-date. Counter-Plaintiffs file this legal action to demand L.Berry provide financial information as shall be requested through

6

the legal discovery process. Counter-Plaintiffs now plead the following claims and causes of action against L.Berry: conversion, breach of fiduciary duty, breach of contract, unjust enrichment, breach of constructive trust, and fraud.

## VII.
## CAUSES OF ACTION
### Count 1
### Conversion

23. Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 1 in their entirety.

24. Counter-Plaintiffs would show that L.Berry (Counter-Defendant) is liable to Counter-Plaintiffs for conversion of Counter-Plaintiffs' Investment (+ earnings). Specifically, Counter-Plaintiffs seeded capital (money, assets) to L.Berry/Orca to start-up, manage, develop, operate, and/or control an investment in the Eagle Ford Shale and/or Permian Basin — which, in turn, became seed-money/assets for several of the Berry-Related Entities (the Investment). L.Berry was to hold the Investment (+ earnings) in trust for Counter-Plaintiffs.[3] Wrongfully, L.Berry has absconded with the Investment (+ earnings) through a series of self-dealing transactions without notice to, consultation with, or vote (in-meeting or otherwise) of a majority of the owners/shareholders/directors of Counter-Plaintiffs. L.Berry's wrongful conduct is a conversion of Counter-Plaintiffs Investment (+ earnings).

25. The elements of conversion are: 1) claimants (Counter-Plaintiffs) owned or were entitled to possession of property; 2) another assumes or exercises control of the property in an unauthorized manner to the exclusion of the claimants; and 3) the claimants' demand for return of

---

[3] Although some monies have been paid by L.Berry or one of his legal entities to one or more Counter-Plaintiffs as part of these transactions, the amounts of money paid have only been a partial repayment of monies owed to Counter-Plaintiffs — still in disregard for that which was agreed to be held in trust by L.Berry for Counter-Plaintiffs.

7

the property is refused. In this case, Counter-Plaintiffs clearly own and are entitled to possession of the Investment (+ earnings). Such Investment (+ earnings) were supposed to be held in trust by L.Berry (the sole person in control of such Investment (+ earnings)) for Counter-Plaintiffs. Counter-Defendant has wrongfully assumed and exercised control over such Investment (+ earnings), and done so in a manner unauthorized by Counter-Plaintiffs and to the exclusion of Counter-Plaintiffs. Further, and in disregard of requests from Counter-Plaintiffs, Counter-Defendant has failed and refused to return the Investment (+ earnings) to Counter-Plaintiffs. This is a wrongful conversion of such Investment (+ earnings) — the money/assets — belonging to Counter-Plaintiffs, for which Counter-Plaintiffs now sue.

26. Counter-Defendant's wrongful conversion of Counter-Plaintiffs' Investment (+ earnings) has caused substantial financial harm and losses to Counter-Plaintiffs. Counter-Plaintiffs now sue for the return of such Investment (+ earnings), or alternatively for the value of such Investment (+ earnings).

<div align="center">

**Count 2**
**Breach of Fiduciary Duty**

</div>

27. Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 2 in their entirety.

28. Counter-Defendant has been a shareholder, officer, and director of Counter-Plaintiffs for all relevant times. Counter-Defendant held the Investment (+ earnings) in trust for Counter-Plaintiffs all relevant times. As such, Counter-Defendant owes fiduciary duties to Counter-Plaintiffs for all relevant times. The fiduciary duties owed by Counter-Defendant to Counter-Plaintiffs include, but are not limited to, the duty of loyalty, duty of utmost good faith and fair dealing, and duty of fairness and honesty. The fiduciary duties owed by Counter-Defendant to Counter-Plaintiffs further include putting Counter-Plaintiffs' interest before his (L.Berry's) own

8

interest, inclusive of devoting his (L.Berry's) full time and efforts in favor of Counter-Plaintiffs' best interests — not his (L.Berry's) own interests. These duties that Counter-Defendant/L.Berry owes to Counter-Plaintiffs encompass obligations and/or duties to refrain from self-dealing transactions and to make full disclosures of information.

29. While owing fiduciary duties to Counter-Plaintiffs, Counter-Defendant has engaged in, directed, approved, and/or taken actions in contravention of his (L.Berry's) fiduciary duties owed, including but without limited to the following:

    a. L.Berry took substantial money/assets from Counter-Plaintiffs, and failed to invest same in the name of and/or for the benefit of Counter-Plaintiffs (thereby L.Berry put his own financial interest ahead of Counter-Plaintiffs' financial interest). By way of example, L.Berry took Counter-Plaintiffs money/assets yet wrongfully placed things of value (mineral leases) into Orca (a legal entity that ultimately (later) was determined to be 100% for the benefit of L.Berry). This breach of fiduciary duty caused substantial financial harm and losses to Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

    b. L.Berry was supposed to hold the Investment (+ earnings) in trust for Counter-Plaintiffs, yet L.Berry refuses to account for and surrender such Investment (+ earnings) in favor of Counter-Plaintiffs — but rather appears to have absconded with the Investment (+ earnings). This failure to hold, account for, and then surrender the Investment (+ earnings) for the benefit of Counter-Plaintiffs is self-dealing — and a breach of fiduciary duty. This breach of fiduciary duty has caused substantial financial harm and losses

9

to Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

c. L.Berry took the Investment (+ earnings) for his own benefit (as set forth above), and did so without full disclosure of details of the Investment (and earnings) to Counter-Plaintiffs. Rather than comply with Counter-Defendant's fiduciary duties owed, Counter-Defendant has engaged a series of transactions to obscure Counter-Plaintiffs' rights to its Investment (+ earnings). This lack of full disclosure is L.Berry's breach of his (L.Berry's) fiduciary duty of full disclosure and candor owed to Counter-Plaintiffs. This breach of fiduciary duty has caused substantial financial harm and losses to Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

d. L.Berry has used Counter-Plaintiffs money/assets to promote and make profit for his (L.Berry's) own businesses in various manners and locations. This is more self-dealing, and a breach of the fiduciary duty owed by L.Berry to the Counter-Plaintiffs. This breach of fiduciary duty has caused substantial financial harm and losses to the Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

e. There are additional transactions / ventures by Counter-Defendant that are a breach of his (L.Berry's) breach of fiduciary duties owed to Counter-Plaintiffs, and all of which have caused substantial financial harm and losses to Counter-Plaintiffs. For same, Counter-Plaintiffs now sue.

30. Counter-Defendant has taken money/assets/manpower from one or more of the Counter-Plaintiffs; the Investment (+ earnings) from one or more of Counter-Plaintiffs; misappropriated

10

equipment, personnel, and other assets from one or more of the Counter-Plaintiffs; and all to the detriment of one or more of the Counter-Plaintiffs — while only benefiting Counter-Defendant. This is self-dealing. All such conduct described herein evidences Counter-Defendant's breaches of his fiduciary duties owed; that is, self-dealing, advancing his (L.Berry's) own interest rather than Counter-Plaintiffs' interest, breaches of loyalty to the Counter-Plaintiffs, breaches of good faith and fair dealing owed to Counter-Plaintiffs, breaches of full disclosure and candor owed to Counter-Plaintiffs, and more. Counter-Defendant L.Berry's misconduct has been and continues to be designed as a subterfuge of his obligations to the Counter-Plaintiffs (whereas other shareholders who may have received benefits account for same to the Berry Entities). Counter-Defendant's breaches of fiduciary duties owed to Counter-Plaintiffs have caused substantial financial harm and losses to Counter-Plaintiffs, for which Counter-Plaintiffs now sue.

## Count 3
## Breach of Contract

31.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 3 in their entirety.

32.     As noted herein, seeded capital money/assets from Counter-Plaintiffs included the agreement/contract that L.Berry would initiate the Investment (start-up); manage, develop, operate, and control the Investment, and hold the Investment (+ earnings) in trust and for the benefit of Counter-Plaintiffs. In contravention of such agreement/contract, L.Berry has refused to perform as promised, but rather engaged a series of self-dealing transactions designed to allow L.Berry to keep all (or some) of the Investment (+ earnings) for himself (L.Berry).

33.     Counter-Defendant's refusal to abide by the agreement/contract is a breach of agreement/contract. Counter-Defendant's breach of the agreement/contract has caused Counter-

11

Plaintiffs substantial financial harm and losses, and for such substantial financial harm and losses Counter-Plaintiffs now sue.

## Count 4
## Unjust Enrichment

34.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 4 in their entirety.

35.     Recent events now give rise to a concern on Counter-Plaintiffs' behalf that Counter-Defendant may deny the agreement/contract (and/or some terms of the agreement/contract) as between Counter-Plaintiffs and Counter-Defendant — all in an effort by Counter-Defendant to wrongfully abscond with Counter-Plaintiffs' Investment + earnings. Such a result would be inequitable, and unjustly enrich Counter-Defendant.

36.     Counter-Plaintiffs would show that Counter-Plaintiffs did, in fact, provide seed capital money/assets from Counter-Plaintiffs to Orca/ICI / Orca as a benefit to Counter-Defendant, and to allow Counter-Defendant to invest (again, the Investment). This benefit to Counter-Defendant was provided by Counter-Plaintiffs, and it will cause a substantial detriment to Counter-Plaintiff if the Investment + earnings are not returned to Counter-Plaintiffs. As such, equity demands that the Investment + earnings be returned to Counter-Plaintiffs or compensation for value.

37.     For these reasons set forth herein, Counter-Plaintiffs now sue Counter-Defendant for unjust enrichment, as fairness demands Counter-Plaintiffs be made whole by: (1) return of all Investment (+ earnings); or (2) the value of all Investment (+ earnings) be paid by Counter-Defendant to Counter-Plaintiffs.

12

## Count 5
## Breach of Constructive Trust

38.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 5 in their entirety.

39.     As noted above, Counter-Defendant has been a shareholder, officer, and director of Counter-Plaintiffs for all relevant times.  Counter-Defendant held the Investment (+ earnings) in trust for Counter-Plaintiffs for all relevant times.  As such, Counter-Defendant owed fiduciary duties to Counter-Plaintiffs for all relevant times.

40.     Counter-Plaintiffs made transfer of monies/assets to Counter-Defendant (money, manpower, and assets).  Counter-Plaintiffs made these transfers of monies/assets in reliance upon Counter-Defendant's promise to protect and deliver Counter-Plaintiffs' share of the Investment (+ earnings) to Counter-Plaintiffs.

41.     Counter-Defendant now refuses to perform upon Counter-Defendant's promise (but rather now wants to keep for his (L.Berry's) own gain/profit all of the Investment (+ earnings)).   As such, Counter-Defendant will be unjustly enriched.  Given these facts, Counter-Plaintiffs now sue for breach of constructive trust for the Investment (+ earnings) and related, traceable monies/assets.  All such monies and assets should be placed in a constructive trust for the benefit of Counter-Plaintiffs or distributed to same.

## Count 6
## Fraud

42.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 6 in their entirety.

43. As noted above, Counter-Plaintiffs invested heavily ($millions$, the Investment) in ICI, Orca ICI, Orca, and other Berry-Related Entities for the benefit of Counter-Plaintiffs. Such Investment was seed-money/assets for — and investment in — Berry-Related Companies.

44. Counter-Plaintiffs invested the millions of dollars/assets based specifically upon Counter-Defendants representation/promise to start-up, manage, develop, operate, and/or control investments in the Eagle Ford Shale and/or Permian Basin for the benefit of Counter-Plaintiffs (which is also for the benefit of L.Berry, in part (1/3rd)).

45. More specifically, and to induce the Investment, Counter-Defendant promised to re-pay the original value of the Investment ($millions$) to the Counter-Plaintiffs; and further promised that the Investment would be for the benefit of the Counter-Plaintiffs (and understandably so given that L.Berry would still share substantially in the benefits/profits (1/3rd)).

46. Instead, Counter-Defendant — although Counter-Defendant has paid some interest-only payments from time to time — has absconded with all or a substantial portion of the value of the Investment monies/assets + earnings. On information and belief, Counter-Defendant apparently made interest payments to prolong the process (run out the clock) — all the while never intending to re-pay the original value of the Investment; and all the while never intending to deliver such Investment (+ earnings) to Counter-Plaintiffs.

47. Presently, Counter-Defendant has gone dark on this discussion, and thereby indicated that he (L.Berry) never intended to abide by his representation/promise designed to induce the Investment.

48. Counter-Defendant's fraud/fraud in the inducement has resulted is substantial, unearned profits for Counter-Defendant, personally; and great financial losses to the Counter-Plaintiffs.

14

49. The above-described conduct constitutes fraud and fraud in the inducement, and thus is actionable in favor of one or more of the Counter-Plaintiffs. For such fraud and fraud in the inducement, the Counter-Plaintiffs now file and assert all such claims and causes of action against Counter-Defendant.

## VIII.
## CAUSATION

50. Counter-Plaintiffs incorporate all above paragraphs as if set forth herein in their entirety.

51. Counter-Plaintiffs would show that all causes of action/claims set forth herein have been the cause, proximate cause, producing cause, and cause-in-fact of substantial harm and financial losses to Counter-Plaintiffs. For all such harm and financial losses, these Counter-Plaintiffs sue.

## IX.
## LEGAL DAMAGES

52. Counter-Plaintiffs incorporate all above paragraphs as if set forth herein in their entirety.

53. For all harm and financial losses suffered by Counter-Plaintiffs and arising from wrongful and/or inequitable conduct of Counter-Defendant, these Counter-Plaintiffs now sue.

54. Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the substantial harm and financial damages suffered by Counter-Plaintiffs; to wit; compensatory damages, actual damages, consequential damages, restitution damages, disgorgement damages, and other damages. Counter-Plaintiffs claims asserted herein are for substantial harm and financial losses greatly in excess of $1,000,000.00.

55. Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the harm and financial damages suffered by Counter-Plaintiffs; to wit; attorneys' fees.

15

56.     Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the harm and financial damages suffered by Counter-Plaintiffs; to wit; prejudgment and post-judgment interests — as allowed by law.

WHEREFORE, PREMISES CONSIDERED, Counter-Plaintiffs pray for all relief as requested herein, for costs of court in addition thereto, and for such other and further relief to which Counter-Plaintiffs may show themselves justly entitled as against Counter-Defendant.

Respectfully submitted,

**LAW OFFICE OF DOUGLAS ALLISON**

By: */s/ Douglas A. Allison*
        Douglas A. Allison
        State Bar No. 01083500
        doug@dallisonlaw.com
        403 N. Tancahua Street
        Corpus Christi, Texas 78401
        Telephone: (361) 888-6002
        Facsimile: (361) 888-6651

        ATTORNEY FOR MARTY BERRY,
        BERRY GP, INC., BERRY
        OPERATING COMPANY, LLC and
        BERRY CONTRACTING LOP

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 23rd day of January 2024, a true and correct copy of the above was served upon the attorneys of record in the above entitled and numbered cause, via e-service.

        */s/ Douglas A. Allison*
        Douglas A. Allison

16

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim Brunkenhoefer on behalf of Douglas Allison
Bar No. 1083500
kim@dallisonlaw.com
Envelope ID: 83703677
Filing Code Description: Counter Claim/Cross Action/Interpleader/Intervention/Third Party
Filing Description: Counter-Plaintiffs' Original Petition Asserting Counter-Claim
Status as of 1/23/2024 3:56 PM CST

Associated Case Party: Lawrence Berry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barrett H.Reasoner | | breasoner@gibbsbruns.com | 1/23/2024 3:18:01 PM | SENT |
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 1/23/2024 3:18:01 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 1/23/2024 3:18:01 PM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 1/23/2024 3:18:01 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 1/23/2024 3:18:01 PM | SENT |
| Sherry Rakestraw | | srakestraw@gibbsbruns.com | 1/23/2024 3:18:01 PM | SENT |
| Butch Boyd | | butchboyd@butchboydlawfirm.com | 1/23/2024 3:18:01 PM | SENT |

Associated Case Party: Marty Berry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Douglas  Allison | | doug@dallisonlaw.com | 1/23/2024 3:18:01 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 1/23/2024 3:18:01 PM | SENT |
| Susan  Gonzales | | susan@dallisonlaw.com | 1/23/2024 3:18:01 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stephanie  Jennings | | sjennings@porterhedges.com | 1/23/2024 3:18:01 PM | SENT |
| Cheri Deason | | cdeason@porterhedges.com | 1/23/2024 3:18:01 PM | SENT |
| Shanna Gohlke | | gohlkes@bayltd.com | 1/23/2024 3:18:01 PM | SENT |

Associated Case Party: Robert Rickett

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim Brunkenhoefer on behalf of Douglas Allison
Bar No. 1083500
kim@dallisonlaw.com
Envelope ID: 83703677
Filing Code Description: Counter Claim/Cross Action/Interpleader/Intervention/Third Party
Filing Description: Counter-Plaintiffs' Original Petition Asserting Counter-Claim
Status as of 1/23/2024 3:56 PM CST

Associated Case Party: Robert Rickett

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Van Huseman | | vhuseman@husemanlawfirm.com | 1/23/2024 3:18:01 PM | SENT |
| John Swallow | | jswallow@husemanlawfirm.com | 1/23/2024 3:18:01 PM | SENT |

Associated Case Party: Robert Powers

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Clay Steely | | csteely@porterhedges.com | 1/23/2024 3:18:01 PM | SENT |
| William  Stukenberg | | wstukenberg@porterhedges.com | 1/23/2024 3:18:01 PM | SENT |

Associated Case Party: Michael Hummell

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Van  Huseman | | vhuseman@husemanlawfirm.com | 1/23/2024 3:18:01 PM | SENT |
| John Swallow | | jswallow@husemanlawfirm.com | 1/23/2024 3:18:01 PM | SENT |

# APPENDIX 7

REPORTER'S RECORD
TRIAL COURT CAUSE NO. 2024DCV-0045-C

| | |
|---|---|
| LAWRENCE BERRY, ) | |
| Individually and ) | IN THE DISTRICT COURT |
| Derivatively on behalf ) | |
| Of BERRY GP, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| BERRY GP, INC., ) | |
| Normal Plaintiff ) | |
| ) | |
| VS. ) | NUECES COUNTY, TEXAS |
| ) | |
| MARTY BERRY, ROBERT ) | |
| RICKETT; ) | |
| ROBERT POWERS; ) | |
| MICHAEL HUMMELL; ) | |
| BERRY GP, INC.; BERRY ) | |
| OPERATING COMPANY, LLC; ) | |
| and BERRY CONTRACTING, ) | |
| LOP ) | 94TH JUDICIAL DISTRICT |

------------------------------

JUDGE'S RULING

------------------------------

On the 25th day of March, 2024, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable BOBBY GALVAN, Judge presiding, held in Corpus Christi, Nueces, Texas;

Proceedings reported by machine shorthand.

A P P E A R A N C E S


MR. BARRETT REASONER
SBOT NO. 16441980
MR. MICHAEL ABSMEIER
SBOT NO. 24050195
MR. BRUCE BALDTREE
SBOT NO. 24116064
Gibbs & Bruns, LLP
Houston, Texas
Telephone: (713) 650-8805

        AND

MR. BUTCH BOYD
SBOT NO. 00783694
Butch Boyd Law Firm
2905 Sackett Street
Houston, Texas 77002
Telephone: (713) 589-8744

        AND

MR. DOUGLAS A. ALLISON
SBOT NO. 01083500
Law Office of Douglas Allison
403 North Tancahua Street
Corpus Christi, Texas 78401
Telephone: (361) 888-6002

        AND

MR. VAN HUSEMAN
Huseman Law Firm
615 North Upper Broadway, Suite 2000
Corpus Christi, Texas 78401
Telephone: (361) 883-3563

        AND

MS. GABBIE S. CANALES
SBOT NO. 24012376
Law Office of Gabbie Canales
5262 South Staples, Suite 100
Corpus Christi, Texas 78411
Telephone: (361) 887-4700

P R O C E E D I N G S

March 25, 2024

(In open court.)

THE COURT: Okay. All right. So, the Court has heard evidence over a three-day period. Temporary injunction's requested. Bylaws provide for the removal and appointment of a Board of Director, so I'm not gonna interfere with that.

With regards to the second issue the Court will partially grant for any sale of real property there must be 48 hours notice to all of the Board members; whoever they may be at the time. Board members may participate by phone in the vote if they choose. This only applies to real property. Granted and rendered.

(End of requested portion.)

REPORTER'S CERTIFICATE

THE STATE OF TEXAS   )
COUNTY OF NUECES     )

I, ALICIA BROOKS, Deputy Official Court Reporter in and for the District Courts of Nueces County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that the total cost for the preparation of this Reporter's Record is $40 and was paid by Doug Allison.

WITNESS MY OFFICIAL HAND this the 26th day of March, 2024.

/S/Alicia Brooks
ALICIA BROOKS, Texas CSR #8726
Expiration Date:  03/31/2025
Deputy Official Court Reporter
Nueces County, Texas
Corpus Christi, Texas
361-888-0751

# APPENDIX 8

**CAUSE NO. 2024DCV-0045-C**

| | | |
|---|---|---|
| LAWRENCE BERRY, individually and derivatively on behalf of BERRY GP, INC. | § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| BERRY GP, INC., | § § | |
| Nominal Plaintiff, | § § | NUECES COUNTY, TEXAS |
| v. | § § § | |
| MARTY BERRY, ROBERT RICKETT, ROBERT POWERS, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY, LLC and BERRY CONTRACTING LOP | § § § § § § § | |
| Defendants. | § | 94TH JUDICIAL DISTRICT |

## COUNTER-PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION ASSERTING COUNTER-CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Berry GP Inc., Berry Operating Company LLC, Berry Contracting LP, and Marty Berry, sometimes collectively referred to as Counter-Plaintiffs, and make and file this Counter-Plaintiffs' First Amended Original Petition Asserting Counter-Claims complaining of A. Lawrence Berry, in his personal capacity and as Trustee of the Allen Lawrence Berry Trust, sometimes referred to as Counter-Defendants, and in support of same would show:

1

**PARTIES**

1.     Berry GP Inc. ("Berry GP") is a Texas corporation with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409.  Berry GP is one of the "Berry Entities" as may be referenced herein.

2.     Berry Operating Company LLC ("Berry Operating") is a Texas limited liability company with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409.  Berry Operating is one of the "Berry Entities" as may be referenced herein.

3.     Berry Contracting LP (d/b/a Bay Ltd. ("Bay Ltd.")) is a Texas limited partnership with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409.  Bay Ltd. is one of the "Berry Entities" as may be referenced herein.

4.     Marty Berry ("M.Berry") is a natural person who is presently an Officer, Director, and shareholder of Berry GP, Berry Operating, and Bay Ltd.  Marty Berry resides in Nueces County, Texas.

5.     A. Lawrence Berry ("L.Berry") is a natural person who is presently an Officer, Director, and shareholder of Berry GP, Berry Operating, and Bay Ltd.  A. Lawrence Berry resides in Harris County, Texas.  A. Lawrence Berry may and shall be served by notice of these proceedings upon legal counsel for A. Lawrence Berry:  Mr. Barrett Reasoner, Gibbs & Bruns LLP, 1100 Louisiana, Suite 5300, Houston, Texas 77002.  Service shall be by electronic means, and in such manner as complies with the Texas Rules of Civil Procedure.

6.     Allen Lawrence Berry, as Trustee of the Allen Lawrence Berry Trust ("ALB Trust") is a trust wherein Allen Lawrence Berry serves as trustee of the ALB Trust, and is – along with others – a beneficiary of the Trust.  ALB Trust has already appeared in these proceedings, and thus this

Counter-Plaintiffs First Amended Original Petition Asserting Counter-Claims will be served upon Allen Lawrence Berry, Trustee, and the Trust by service upon their attorney: Mr. Barrett Reasoner, Gibbs & Bruns LLP, 1100 Louisiana, Suite 5300, Houston, Texas 77002. Service shall be by electronic means, and in such manner as complies with the Texas Rules of Civil Procedure.

6.      Berry GP, Berry Operating, Bay Ltd., Marty Berry, and A. Lawrence Berry may be sometimes referred to as the "Parties," or any one of them referred to as a "Party."

7.      L.Berry is the original Plaintiff in this legal action by having filed Plaintiffs' Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction ("Plaintiffs' Verified Petition"). The legal action initiated by Plaintiffs' Verified Petition was filed in Harris County, Texas, but promptly transferred to Nueces County, Texas. A Counter-Plaintiffs' Original Petition Asserting Counter-Claims was filed as counter-claim to Plaintiffs' Verified Petition in compliance with Texas Rule of Civil Procedure ("TRCP") 97. L.Berry, adding Lawrence Berry in his capacity as trustee of the Allen Lawrence Berry Trust ("Trust"), then filed Plaintiffs' First Amended Verified Petition and Application for Temporary Injunction. This Counter-Plaintiffs' First Amended Original Petition Asserting Counter-Claims is now being filed as counter-claim to Plaintiffs' First Amended Verified Petition and Application for Temporary Injunction in compliance with Texas Rule of Civil Procedure ("TRCP") 97.

## II.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over all Parties. Specifically, Berry GP, Berry Operating, and Bay Ltd. are legal entities formed in Texas that maintain their principal offices in Texas. M.Berry and L.Berry reside in Texas. As such, all Parties have sufficient contacts with the State of Texas and, therefore, are subject to the jurisdiction of this Court.

3

9.     Venue is proper in Nueces County, Texas, pursuant to TCPRC Chapter 15, section 15.002(a)(1) inasmuch as Nueces County is the location where all or a substantial part of the events or omissions giving rise to the claims occurred. See Exhibit C (with attachments). Moreover, venue is proper in Nueces County, Texas, pursuant to TCPRC Chapter 15, section 15.063(3). See Exhibit B.

## III.

## DISCOVERY

10.     Discovery should be conducted in accordance with Level 3, as permitted by TRCP 109.4.

## IV.

## EXECUTIVE SUMMARY

11.     Counter-Plaintiffs file this amended counter-petition asserting claims against L.Berry and the Trust for conversion, breach of fiduciary duty, breach of contract, unjust enrichment, breach of constructive trust, fraud, and other causes of action. Counter-Plaintiffs' causes of action pleaded against and complaining of L.Berry and Trust are directly responsive to L.Berry's claims for self-dealing and breach of fiduciary duty filed against one or more Counter-Plaintiffs. For all claims referenced in this Counter-Plaintiffs' First Amended Original Petition Asserting Counter-Claims, Counter-Plaintiffs now sue Counter-Defendants.

## VI.

## FACTUAL BACKGROUND

12.     The Berry Entities and Berry-Related Entities are a large organization of companies engaged in various businesses throughout the United States, and have successfully done so since the 1950s.

4

13. Marvin Berry had four (4) sons: Marty Berry (M.Berry), Dennis Berry (D.Berry), A. Lawrence Berry (L.Berry), and Kenneth Berry. After Marvin Berry passed in 1997, control of the Berry Entities shifted to Laura Berry (Marvin's wife), and then to their (Marvin's and Laura's) sons — M.Berry, D.Berry, and L.Berry. LDMA LP ("LDMA") sits at the top of the Berry Entities. LDMA's 3% general partner is Beacon Inc. which is owned by M.Berry, D.Berry, and L.Berry. LDMA owns Berry GP which, through a series of legal entities, own Berry Operating and Bay Ltd. The Board of Directors of Berry GP (M.Berry, Bonnie Berry, L.Berry, and Chrissy Hinojosa Phd.) — in accordance with the by-laws of Berry GP — primarily govern Berry GP, the Berry Entities, and some of the other affiliated entities (indirectly). All considered (generally), ownership of the Berry Entities is vested with M.Berry, Bonnie Berry, and L.Berry (shareholders); and control of the Berry Entities (generally, at a policy level) is with M.Berry, Bonnie Berry, L.Berry, and Chrissy Hinojsa Phd. (all serving as directors of Berry GP).

14. For purposes of this pleading, the Berry Entities refers to Berry GP, Berry Operating, and Bay Ltd. For purposes of this pleading, the Berry-Related Entities refer to the Allen Lawrence Berry 2007 Trust, Orca Assets GP LLC ("Orca"), Inner Channel Investments Inc. ("ICI"), Orca ICI Development ("Orca ICI," a Texas partnership), Orca ICI Development JV, Orca Petroleum Ltd., Orca Properties LLC (a/k/a Orca Specialty Equipment LLC, Providence Plantation, and/or Casa de Juego), West 17th Resources LLC, Gansevoort Investments LLC, Halcon Mineral Interest LLC, Zilker Acquisitions LLC, Three Rivers Pipe and Rental LLC, Southern Comfort Equipment, Ridgefield Energy Investments LLC, Ridgefield Energy Operating LLC, Ridgefield Eagle Ford LLC, Ridgefield Eagle Ford Minerals LLC, Ridgefield Permian LLC, Ridgefield Permian Minerals LLC, Ridgefield Energy Partners LLC, CEC Ridgefield Holdings LLC, Blue Wagon Energy Investments LLC, Alamo Resources IV JV LLC, B.B.I. Inc., Escopeta Oil & Gas

5

Corporation, Furie Operating Alaska LLC, Helios Power Capital LLC, Danskammer Energy LLC, Berry Y&V Fabricators LLC (and related companies). The Berry Entities and Berry-Related Entities may be sometimes referred to as the "Berry Companies."

15. The Berry Companies, except for the Trust, are and have been started up, owned (legally and/or beneficially), held in trust, managed, developed, operated, and/or controlled at various times by and through Berry GP, and/or by and through (in part) M.Berry, D.Berry, and/or L.Berry (one or all of them), since the 2000s. Such business practices are investments for one or more of the Berry Entities and/or their owners/shareholders.

16. As an example of how Berry Entities invested, Counter-Plaintiffs invested substantially in ICI, ICI Orca, and Orca. Specifically, Counter-Plaintiffs seeded capital (money, assets, manpower) to Orca to start-up, manage, develop, operate, and/or control an investment in the Eagle Ford Shale and/or Permian Basin — which, in turn, became seed-money/assets (including mineral interests as assets) for several of the Berry-Related Entities (the "Investment").

17. From time to time, M.Berry, D.Berry, and/or L.Berry (or all of them) had meetings to discuss how to manage the Investment, whether to sell or continue with the Investment, and other business-type meetings/discussions.

18. Seeded capital money/assets from Counter-Plaintiffs to ICI to Orca/ICI to Orca involved an agreement/contract as between these legal entities requiring payment-in-full for the base value of the seeded money/assets received by Orca. In contravention of such agreement/contract, L.Berry, individually and as trustee for the Trust, has very recently refused to pay as required by the agreement/contract.

19. Seeded capital money/assets from Counter-Plaintiffs to ICI to Orca/ICI to Orca also included the agreement/contract that L.Berry/Orca/Trust (all or in part) would initiate the

6

Investment (start-up); manage, develop, operate, and control the Investment, and hold the Investment in trust and for the benefit of Counter-Plaintiffs. In contravention of such agreement/contract, L.Berry/Orca/Trust (all or in part) has engaged a series of self-dealing transactions without notice to, consultation with, or vote (in-meeting or otherwise) of a majority of the owners/shareholders/directors of Counter-Plaintiffs.

20. Specifically, L.Berry/Trust has participated in self-dealing transactions involving the Investment (and the Investment's earnings) — taking of seeded money and assets of value (wealth) for personal benefit, and not for the benefit of any one or more of the Counter-Plaintiffs. This on-going practice by L.Berry/Orca/Trust of self-dealing transactions and ultra vires transactions violates the fiduciary obligations owed by L.Berry, individually and as trustee of the Trust, to Counter-Plaintiffs (and others).

21. In furtherance of L.Berry's/Trust's wrongful conduct, L.Berry/Trust has intentionally obscured self-dealing transactions by transfers of money/assets of substantial value to and/or through the Berry-Related Entities. All such transactions constitute L.Berry's, individually and as trustee for the Trust, wrongful taking of money and assets belonging to, held in trust for, and held for the benefit of Counter-Plaintiffs. L.Berry, individually and as trustee for the Trust, has and is engaged in wrongful takings, and also has failed to disclose same (as is required by his (L.Berry's, individually and as trustee of the Trust) fiduciary duties owed).

22. L.Berry's (individually and as trustee of the Trust) wrongful conduct (as described herein) continues to-date. Counter-Plaintiffs file this legal action to demand L.Berry (individually and as trustee of the Trust) provide financial information as shall be requested through the legal discovery process. Counter-Plaintiffs now plead the following claims and causes of action against L.Berry

7

(individually and as trustee of the Trust) and the Trust:  conversion, breach of fiduciary duty, breach of contract, unjust enrichment, breach of constructive trust, and fraud.

## VII.
## CAUSES OF ACTION
### Count 1
### Conversion

23.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 1  in their entirety.

24.     Counter-Plaintiffs would show that L.Berry (individually and as trustee of the Trust, Counter-Defendants) are liable to Counter-Plaintiffs for conversion of Counter-Plaintiffs' Investment (+ earnings).   Specifically, Counter-Plaintiffs seeded capital (money, assets) to L.Berry/Orca/Trust (and their benefit) to start-up, manage, develop, operate, and/or control an investment in the Eagle Ford Shale and/or Permian Basin — which, in turn, became seed-money/assets for several of the Berry-Related Entities (the Investment).   L.Berry and the Trust were to hold the Investment (+ earnings) in trust for Counter-Plaintiffs.[1]  Wrongfully, L.Berry and the Trust have absconded with the Investment (+ earnings) through a series of self-dealing transactions without notice to, consultation with, or vote (in-meeting or otherwise) of a majority of the owners/shareholders/directors of Counter-Plaintiffs.   L.Berry's wrongful conduct is a conversion of Counter-Plaintiffs' Investment (+ earnings).

25.     The elements of conversion are: 1) claimants (Counter-Plaintiffs) owned or were  entitled to possession of property; 2) another assumes or exercises control of the property in an unauthorized manner to the exclusion of the claimants; and 3) the claimants' demand for return of

---

[1] Although some monies have been paid by L.Berry or one of his legal entities to one or more Counter-Plaintiffs as part of these transactions, the amounts of money paid have only been a partial repayment of monies owed to Counter-Plaintiffs — still in disregard for that which was agreed to be held in trust by L.Berry for Counter-Plaintiffs.

8

the property is refused. By this Counter-Plaintiffs' First Amended Counter-Claim these Counter-Plaintiffs continue to request return of all converted assets. In this case, Counter-Plaintiffs clearly own and are entitled to possession of the Investment (+ earnings). Such Investment (+ earnings) were supposed to be held in trust by L.Berry, individually and as trustee for the Trust (the sole person in control of such Investment (+ earnings)) for Counter-Plaintiffs. Counter-Defendants have wrongfully assumed and exercised control over such Investment (+ earnings), and done so in a manner unauthorized by Counter-Plaintiffs and to the exclusion of Counter-Plaintiffs. Further, and in disregard of requests from Counter-Plaintiffs, Counter-Defendants have failed and refused to return the Investment (+ earnings) to Counter-Plaintiffs. This is a wrongful conversion of such Investment (+ earnings) — the money/assets — belonging to Counter-Plaintiffs, for which Counter-Plaintiffs now sue.

26.     Counter-Defendants' wrongful conversion of Counter-Plaintiffs' Investment (+ earnings) has caused substantial financial harm and losses to Counter-Plaintiffs. Counter-Plaintiffs now sue for the return of such Investment (+ earnings), or alternatively for the value of such Investment (+ earnings).

<div align="center">

**Count 2**
**Breach of Fiduciary Duty**

</div>

27.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 2 in their entirety.

28.     Counter-Defendant L.Berry has been a shareholder, officer, and director of Counter-Plaintiffs for all relevant times. Counter-Defendants held the Investment (+ earnings) in trust for Counter-Plaintiffs all relevant times. As such, Counter-Defendants owe fiduciary duties to Counter-Plaintiffs for all relevant times. The fiduciary duties owed by Counter-Defendants to Counter-Plaintiffs include, but are not limited to, the duty of loyalty, duty of utmost good faith and

9

fair dealing, and duty of fairness and honesty. The fiduciary duties owed by Counter-Defendants to Counter-Plaintiffs further include putting Counter-Plaintiffs' interest before his (L.Berry's, individually and as trustee of the Trust) own interest, inclusive of devoting full time and efforts in favor of Counter-Plaintiffs' best interests — not L.Berry's own or just the Trust's interests. These duties that Counter-Defendants owe to Counter-Plaintiffs encompass obligations and/or duties to refrain from self-dealing transactions and to make full disclosures of information.

29.     While owing fiduciary duties to Counter-Plaintiffs, Counter-Defendants have engaged in, directed, approved, and/or taken actions in contravention of fiduciary duties owed, including but without limited to the following:

   a.     L.Berry/Trust took substantial money/assets from Counter-Plaintiffs, and failed to invest same in the name of and/or for the benefit of Counter-Plaintiffs (thereby putting their own financial interest ahead of Counter-Plaintiffs' financial interest). By way of example, L.Berry and Trust took Counter-Plaintiffs money/assets yet wrongfully placed things of value (mineral leases) into Orca (a legal entity that ultimately (later) was determined to be 100% for the benefit of Trust). This breach of fiduciary duty caused substantial financial harm and losses to Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

   b.     L.Berry/Trust were supposed to hold the Investment (+ earnings) in trust for Counter-Plaintiffs, yet L.Berry/Trust refuses to account for and surrender such Investment (+ earnings) in favor of Counter-Plaintiffs — but rather appears to have absconded with the Investment (+ earnings). This failure to hold, account for, and then surrender the Investment (+ earnings) for the benefit

10

of Counter-Plaintiffs is self-dealing — and a breach of fiduciary duty. This breach of fiduciary duty has caused substantial financial harm and losses to Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

c. L.Berry/Trust took the Investment (+ earnings) for their own benefit (as set forth above), and did so without full disclosure of details of the Investment (and earnings) to Counter-Plaintiffs. Rather than comply with Counter-Defendants' fiduciary duties owed, Counter-Defendants have engaged a series of transactions to obscure Counter-Plaintiffs' rights to its Investment (+ earnings). This lack of full disclosure is L.Berry's and Trust's breach of fiduciary duty of full disclosure and candor owed to Counter-Plaintiffs. This breach of fiduciary duty has caused substantial financial harm and losses to Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

d. L.Berry/Trust have used Counter-Plaintiffs money/assets to promote and make profit for their own businesses in various manners and locations. This is more self-dealing, and a breach of the fiduciary duty owed by L.Berry/Trust to the Counter-Plaintiffs. This breach of fiduciary duty has caused substantial financial harm and losses to the Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

e. There are additional transactions / ventures by Counter-Defendants that are a breach of fiduciary duties owed to Counter-Plaintiffs, and all of which have caused substantial financial harm and losses to Counter-Plaintiffs. For same, Counter-Plaintiffs now sue.

11

30.     Counter-Defendants have taken money/assets/manpower from one or more of the Counter-Plaintiffs; the Investment (+ earnings) from one or more of Counter-Plaintiffs; misappropriated equipment, personnel, and other assets from one or more of the Counter-Plaintiffs; and all to the detriment of one or more of the Counter-Plaintiffs — while only benefiting Counter-Defendants. This is self-dealing.  All such conduct described herein evidences Counter-Defendants' breaches of fiduciary duties owed; that is, self-dealing, advancing their (L.Berry's/Trust's) own interest rather than Counter-Plaintiffs' interest, breaches of loyalty to the Counter-Plaintiffs, breaches of good faith and fair dealing owed to Counter-Plaintiffs, breaches of full disclosure and candor owed to Counter-Plaintiffs, and more.  Counter-Defendants' misconduct has been and continues to be designed as a subterfuge of obligations to the Counter-Plaintiffs (whereas other shareholders who may have received benefits account for same to the Berry Entities).  Counter-Defendants' breaches of fiduciary duties owed to Counter-Plaintiffs have caused substantial financial harm and losses to Counter-Plaintiffs, for which Counter-Plaintiffs now sue.

**Count 3**
**Breach of Contract**

31.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 3  in their entirety.

32.     As noted herein, seeded capital money/assets from Counter-Plaintiffs included the agreement/contract that L.Berry, individually and as trustee of the Trust, would initiate the Investment (start-up); manage, develop, operate, and control the Investment, and hold the Investment (+ earnings) in trust and for the benefit of Counter-Plaintiffs.  In contravention of such agreement/contract, L.Berry, individually and as trustee of the Trust, have refused to perform as promised, but rather engaged a series of self-dealing transactions designed to allow L.Berry and

12

the Trust to keep all (or some) of the Investment (+ earnings) for himself (L.Berry) and/or the Trust.

33.     Counter-Defendants' refusals to abide by the agreement/contract is a breach of agreement/contract.  Counter-Defendants' breach of the agreement/contract has caused Counter-Plaintiffs substantial financial harm and losses, and for such substantial financial harm and losses Counter-Plaintiffs now sue.

**Count 4**
**Unjust Enrichment**

34.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 4  in their entirety.

35.     Recent events now give rise to a concern on Counter-Plaintiffs' behalf that Counter-Defendants may deny the agreement/contract (and/or some terms of the agreement/contract) as between Counter-Plaintiffs and Counter-Defendants — all in an effort by Counter-Defendants to wrongfully abscond with Counter-Plaintiffs' Investment + earnings.  Such a result would be inequitable, and unjustly enrich Counter-Defendants.

36.     Counter-Plaintiffs would show that Counter-Plaintiffs did, in fact, provide seed capital money/assets from Counter-Plaintiffs to Orca/ICI /Orca as a benefit to Counter-Defendants, and to allow Counter-Defendants to invest (again, the Investment).  This benefit to Counter-Defendants was provided by Counter-Plaintiffs, and it will cause a substantial detriment to Counter-Plaintiffs if the Investment + earnings are not returned to Counter-Plaintiffs.  As such, equity demands that the Investment + earnings be returned to Counter-Plaintiffs or compensation for value.

37.     For these reasons set forth herein, Counter-Plaintiffs now sue Counter-Defendants for unjust enrichment, as fairness demands Counter-Plaintiffs be made whole by: (1) return of all

13

Investment (+ earnings); or (2) the value of all Investment (+ earnings) be paid by Counter-Defendants to Counter-Plaintiffs.

## Count 5
## Breach of Constructive Trust

38.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 5 in their entirety.

39.     As noted above, Counter-Defendant L.Berry has been a shareholder, officer, and director of Counter-Plaintiffs for all relevant times.  Counter-Defendant L.Berry held the Investment (+ earnings) in trust for Counter-Plaintiffs for all relevant times.  L.Berry, as trustee for the Trust, held the Investment (+ earnings) in trust for the Counter-Plaintiffs for all relevant times.  As such, Counter-Defendants owed and owe fiduciary duties to Counter-Plaintiffs for all relevant times.

40.     Counter-Plaintiffs made transfer of monies/assets to Counter-Defendants (money, manpower, and assets).  Counter-Plaintiffs made these transfers of monies/assets in reliance upon Counter-Defendants' promise to protect and deliver Counter-Plaintiffs' share of the Investment (+ earnings) to Counter-Plaintiffs.

41.     Counter-Defendants now refuse to perform upon Counter-Defendants' promise (but rather now wants to keep for L.Berry's and his Trust's own gain/profit all of the Investment (+ earnings)).  As such, Counter-Defendants will be unjustly enriched.  Given these facts, Counter-Plaintiffs now sue for breach of constructive trust for the Investment (+ earnings) and related, traceable monies/assets.  All such monies and assets should be placed in a constructive trust for the benefit of Counter-Plaintiffs or distributed to same.

14

## Count 6
## Fraud

42. Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 6 in their entirety.

43. As noted above, Counter-Plaintiffs invested heavily ($millions$, the Investment) in ICI, Orca ICI, Orca, and other Berry-Related Entities for the benefit of Counter-Plaintiffs. Such Investment was seed-money/assets for — and investment in — Berry-Related Companies.

44. Counter-Plaintiffs invested the millions of dollars/assets based specifically upon Counter-Defendants' representations/promises to start-up, manage, develop, operate, and/or control investments in the Eagle Ford Shale and/or Permian Basin for the benefit of Counter-Plaintiffs (which is also for the benefit of L.Berry and his Trust, in part).

45. More specifically, and to induce the Investment, Counter-Defendants promised to re-pay the original value of the Investment ($millions$) to the Counter-Plaintiffs; and further promised that the Investment would be for the benefit of the Counter-Plaintiffs (and understandably so given that L.Berry and the Trust would still share substantially in the benefits/profits).

46. Instead, Counter-Defendants — although Counter-Defendants have paid some interest-only payments from time to time — have absconded with all or a substantial portion of the value of the Investment monies/assets + earnings. On information and belief, Counter-Defendants apparently made interest payments to prolong the process (run out the clock) — all the while never intending to re-pay the original value of the Investment; and all the while never intending to deliver such Investment (+ earnings) to Counter-Plaintiffs.

47. Presently, Counter-Defendants have gone dark on this discussion, and thereby indicated that L.Berry, individually and as trustee for the Trust, never intended to abide by the representations/promises designed to induce the Investment.

15

48.     Counter-Defendants' fraud/fraud in the inducement has resulted in substantial, unearned profits for Counter-Defendants, personally and for the Trust; and great financial losses to the Counter-Plaintiffs.

49.     The above-described conduct constitutes fraud and fraud in the inducement, and thus is actionable in favor of one or more of the Counter-Plaintiffs.  For such fraud and fraud in the inducement, the Counter-Plaintiffs now file and assert all such claims and causes of action against Counter-Defendants.

## VIII.
## CAUSATION

50.     Counter-Plaintiffs incorporate all above paragraphs as if set forth herein in their entirety.

51.     Counter-Plaintiffs would show that all causes of action/claims set forth herein have been the cause, proximate cause, producing cause, and cause-in-fact of substantial harm and financial losses to Counter-Plaintiffs.  For all such harm and financial losses, these Counter-Plaintiffs sue.

## IX.
## LEGAL DAMAGES

52.     Counter-Plaintiffs incorporate all above paragraphs as if set forth herein in their entirety.

53.     For all harm and financial losses suffered by Counter-Plaintiffs and arising from wrongful and/or inequitable conduct of Counter-Defendants, these Counter-Plaintiffs now sue.

54.     Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the substantial harm and financial damages suffered by Counter-Plaintiffs; to wit; compensatory damages, actual damages, consequential damages, restitution damages, disgorgement damages, and other damages.  Counter-Plaintiffs claims asserted herein are for substantial harm and financial losses greatly in excess of $1,000,000.00.

55.     Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the harm and financial damages suffered by Counter-Plaintiffs; to wit; attorneys' fees.

56.     Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the harm and financial damages suffered by Counter-Plaintiffs; to wit; prejudgment and post-judgment interests — as allowed by law.

WHEREFORE, PREMISES CONSIDERED, Counter-Plaintiffs pray for all relief as requested herein, for costs of court in addition thereto, and for such other and further relief to which Counter-Plaintiffs may show themselves justly entitled as against Counter-Defendants (L.Berry and the ALB Trust).

Respectfully submitted,

**LAW OFFICE OF DOUGLAS ALLISON**

By: */s/ Douglas A. Allison*
    Douglas A. Allison
    State Bar No. 01083500
    doug@dallisonlaw.com
    403 N. Tancahua Street
    Corpus Christi, Texas 78401
    Telephone: (361) 888-6002
    Facsimile: (361) 888-6651

    ATTORNEY FOR MARTY BERRY,
    BERRY GP, INC., BERRY
    OPERATING COMPANY, LLC and
    BERRY CONTRACTING LOP

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April 2024, a true and correct copy of the above was served upon the attorneys of record in the above entitled and numbered cause, via e-service.

    */s/ Douglas A. Allison*
    Douglas A. Allison

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Gonzales on behalf of Douglas Allison
Bar No. 1083500
susan@dallisonlaw.com
Envelope ID: 86636332
Filing Code Description: Amended Petition
Filing Description: Counter-Plaintiffs' First Amended Original Petition Asserting Counter-Claims
Status as of 4/22/2024 9:35 AM CST

Associated Case Party: Lawrence Berry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Barrett H.Reasoner | | breasoner@gibbsbruns.com | 4/14/2024 9:47:50 PM | SENT |
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 4/14/2024 9:47:50 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 4/14/2024 9:47:50 PM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 4/14/2024 9:47:50 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 4/14/2024 9:47:50 PM | SENT |
| Sherry Rakestraw | | srakestraw@gibbsbruns.com | 4/14/2024 9:47:50 PM | SENT |
| Butch Boyd | | butchboyd@butchboydlawfirm.com | 4/14/2024 9:47:50 PM | SENT |
| Katrina Chamblee-Boyd | | katrinaboyd@butchboydlawfirm.com | 4/14/2024 9:47:50 PM | SENT |

Associated Case Party: Marty Berry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Douglas Allison | | doug@dallisonlaw.com | 4/14/2024 9:47:50 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 4/14/2024 9:47:50 PM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 4/14/2024 9:47:50 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Shanna Gohlke | | gohlkes@bayltd.com | 4/14/2024 9:47:50 PM | SENT |
| Stephanie Jennings | | sjennings@porterhedges.com | 4/14/2024 9:47:50 PM | SENT |
| Cheri Deason | | cdeason@porterhedges.com | 4/14/2024 9:47:50 PM | SENT |

Associated Case Party: Robert Rickett

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Gonzales on behalf of Douglas Allison
Bar No. 1083500
susan@dallisonlaw.com
Envelope ID: 86636332
Filing Code Description: Amended Petition
Filing Description: Counter-Plaintiffs' First Amended Original Petition Asserting Counter-Claims
Status as of 4/22/2024 9:35 AM CST

Associated Case Party: Robert Rickett

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Van Huseman | | vhuseman@husemanlawfirm.com | 4/14/2024 9:47:50 PM | SENT |
| John Swallow | | jswallow@husemanlawfirm.com | 4/14/2024 9:47:50 PM | SENT |

Associated Case Party: Robert Powers

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Clay Steely | | csteely@porterhedges.com | 4/14/2024 9:47:50 PM | SENT |
| William Stukenberg | | wstukenberg@porterhedges.com | 4/14/2024 9:47:50 PM | SENT |

Associated Case Party: Michael Hummell

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Van Huseman | | vhuseman@husemanlawfirm.com | 4/14/2024 9:47:50 PM | SENT |
| John Swallow | | jswallow@husemanlawfirm.com | 4/14/2024 9:47:50 PM | SENT |

# APPENDIX 9

| | | |
|---|---|---|
| LAWRENCE BERRY, individually and and as Trustee of the ALLEN LAWRENCE BERRY TRUST, directly and derivatively on behalf of BECON, INC.; LDMA LIMITED PARTNERSHIP; and BERRY GP, INC. | § § § § § § § § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § | |
| BERRY GP, INC.; LDMA LIMITEDPARTNERSHIP; and BECON, INC.; | § § § § | NUECES COUNTY, TEXAS |
| *Nominal Plaintiff,* | § § § | |
| v. | § § | |
| MARTY BERRY, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY, LLC and BERRY CONTRACTING LP | § § § § § § | |
| *Defendants.* | § | 94TH JUDICIAL DISTRICT |

## DEFENDANTS BERRY GP, INC.'S
## BERRY OPERATING COMPANY, LLC'S
## AND BERRY CONTRACTING LP'S
## FIRST SET OF REQUESTS FOR PRODUCTION TO ALLEN LAWRENCE BERRY, INDIVIDUALLY AND AS TRUSTEE OF ALLEN LAWRENCE BERRY 2007 TRUST

To:   Plaintiff Lawrence Berry, individually and as Trustee of the Allen Lawrence Berry Trust (a/k/a Allen Lawrence Berry 2007 Trust), by and through attorney of record, Barrett Reasoner, Gibbs & Bruns LLP, 1100 Louisiana Street, Suite 5300, Houston, Texas 77002.

Berry GP Inc. ("Berry GP"), Berry Operating Company LLC ("Berry Operating"), and Berry Contracting LP ("Bay Ltd."), together the "Berry Entities," hereby serve these First Set of Requests for Production on Allen Lawrence Berry, individually and as Trustee of the Allen Berry Trust (a/k/a Allen Lawrence Berry 2007 Trust).  Allen Lawrence Berry's, individually and as

1

Trustee of the Allen Lawrence Berry Trust, responses and objections to these Requests for Production ("Requests"), including all production of documents, shall be due within thirty (30) days after the service of these Requests, in accordance with the Texas Rules of Civil Procedure.

Respectfully submitted,

**LAW OFFICE OF DOUGLAS ALLISON**

By: */s/ Douglas Allison*
    Douglas Allison
    State Bar No. 01083500
    doug@dallisonlaw.com
    403 N. Tancahua Street
    Corpus Christi, Texas 78401
    Telephone: (361) 888-6002

    ATTORNEY FOR DEFENDANTS

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 8th day of May 2024, a true and correct copy of the above was served upon the attorneys of record in the above-entitled and numbered cause, via e-service.

*/s/ Douglas Allison*
Douglas A. Allison

The definitions used in these Requests, and general instructions regarding production and the manner in which electronically stored information should be produced, are as follow:

## DEFINITIONS

1. "**Communication**" shall have the broadest meaning allowable under the Texas Rules of Civil Procedure and includes the transmission, sending, and/or receipt of information of any kind, or the attempt to elicit information of any kind, by and or through any means, including but not limited to speech, writing, language, electronic mail, instant messages, text messages, calendars, faxes, and all forms of electronic transmission. Requests for Communications also include a request for all documents concerning such Communications.

2. "**Document**" or "**documents**" shall have the broadest possible meaning—including that set forth in Texas Rule of Civil Procedure 192.3(b)—and includes but is not limited to, all originals, non-identical copies and drafts of any written, printed, handwritten, recorded or graphic matter of any kind, however produced or reproduced, and regardless of where located, including, but not limited to, any work paper, correspondence, memorandum, note, research, checklist, opinion, minutes, inter office or intra office communications, email message, text message, report, chart, graph, summary, index, diary, desk or pocket calendar, notebook, any magnetic or other recording tape, computer data (including information or programs stored in a computer, whether or not ever printed out or displayed), photograph, microfiche, microfilm, videotape, motion picture, and electronic, mechanical, or electrical record or representation of any kind, including, but not limited to, tape, cassette, disc, magnetic card or recording, or other electronically stored information ("ESI"). "**Document**" or "**documents**" shall also include the file folders in which said documents are maintained and any table of contents or index thereto, and copies of documents of which the originals have been destroyed pursuant to a document destruction policy or otherwise.

3

3. "**Refer**" "**referring**" "**relate**" "**regarding**" or "**relating or referring to**" means concerning, constituting, describing, evidencing, consisting of, referring to, pertaining to, reflecting, or in any way logically or factually connected with the matter discussed, in whole or part, directly or indirectly.

4. "**Possession, custody, or control**" of an item means that the person or entity either has physical possession of the item or has a right to possession equal to or superior to that of the person who has physical possession of the item.

5. "**Person**" means any natural person, corporation, firm, association, partnership, joint venture, proprietorship, governmental body, or any other organization, business, or legal entity, and all predecessors or successors in interest, as the context requires.

6. "**And**" and "**or**" shall be both conjunctive and disjunctive and shall be construed broadly to make the request inclusive rather than exclusive, that is, to bring within the scope of the request all responses that might otherwise be construed to be outside the scope of the request.

7. "**All**" shall mean "**any**" and vice versa.

8. "**Lawsuit**" or "**Action**" means the above-styled case.

9. "**Petition**" refers to Plaintiffs' First Amended Original Petition and Amended Application for Temporary Restraining Order ("TRO") and Temporary Injunction.

10. **Counter-Petition"** refers to Defendants' First Amended Petition Asserting Counter-Claims against Plaintiffs.

11. "**Plaintiffs**" refers to Allen Lawrence Berry, on his own behalf (individually), and as Trustee of The Allen Lawrence Berry 2007 Trust (a/k/a Allen Lawrence Berry Trust), and their agents, representatives, affiliates, employees, attorneys, and consultants.

4

12. "**Berry Entities**" refers collectively to Berry GP Inc., Berry Operating Company LLC, and Berry Contracting LP (a/k/a Bay Ltd.), including their subsidiaries, affiliates, officers, directors, employees, owners, and shareholders.

13. "**Berry GP, Inc.**" refers to Berry GP, Inc., including its subsidiaries, affiliates, officers, directors, employees, owners, and shareholders.

14. "**Berry Operating Company LLC**" refers to Berry Operating Company LLC, including its subsidiaries, affiliates, officers, directors, employees, owners, and shareholders.

15. "**Berry Contracting LP**" or "**Bay Ltd.**" refers to Berry Contracting LP doing business as Bay Ltd., including its subsidiaries, affiliates, officers, directors, employees, owners, and shareholders.

16. **Board of Directors**" refers to the Board of Directors of Berry GP, Inc.

17. "**Director**" refers to any member of the Board of Directors of Berry GP, Inc.

18. "**Rickett**" refers to Robert Rickett.

19. "**Powers**" refers to Robert "Rob" Powers.

20. "**Hummell**" refers to Michael "Mike" Hummell.

21. "**Dennis**" refers to Dennis Berry.

22. "**Marty**" refers to Marty Berry.

23. "**Klein**" refers to James Klein.

24. "**Berry Loans**" refers to the loan agreements executed between Berry GP, Inc. and Marty and Dennis Berry, by which Marty and Dennis loaned a total of approximately $75 million to the Berry Entities.

25. "**Berry Dock**" refers to the dock facilities located in Nueces County, Texas owned by the Berry Entities or one of their subsidiaries.

26. **"Negotiable Instruments"** refers to checks, money orders, promissory notes, wire

5

transfer documents, and other signed documents that promise payment to a company or person, or such company's or person's assignee.

27.     "**Defendants**" refers to Marty Berry, Michael "Mike" Hummell, Berry GP Inc., Berry Operating Company LLC, and Berry Contracting LP.

28.     "**Western Gulf Equipment**" refers to Western Gulf Equipment LLC, its subsidiaries, affiliates, officers, directors, employees, owners, and shareholders.

29.     "**ICI**" refers to Inner Channel Investments, Inc., its agents, representatives, subsidiaries, affiliates, officers, directors, employees, attorneys, consultants, owners, and shareholders.

30.     "**Orca**" refers to Orca Assets GP LLC, its agents, representatives, subsidiaries, affiliates, officers, directors, employees, attorneys, consultants, owners, and shareholders.

31.     "**Orca ICI Development, JV**" and **"Orca ICI"** refer to the Orca ICI Development, JV partnership (sometimes referred to as Orca ICI Development, a partnership), its agents, representatives, subsidiaries, affiliates, officers, directors, employees, attorneys, consultants, owners, partners, and shareholders.

32.     **"Ridgefield Entities"** refers to Ridgefield Energy Investments LLC, Ridgefield Energy Operating LLC, Ridgefield Eagle Ford LLC, Ridgefield Eagle Ford Minerals LLC, Ridgefield Permian LLC, Ridgefield Permian Minerals LLC, Ridgefield Energy Partners LLC, Ridgefield Energy Inv LLC, and CEC Ridgefield Holdings LLC; and any one or more of their agents, representatives, subsidiaries, affiliates, officers, directors, employees, attorneys, consultants, owners, and shareholders.

33.     **"Orca Entities"** refers to Orca, Orca ICI, Orca Petroleum Ltd., and Orca Properties LLC; and any one or more of its agents, representatives, subsidiaries, affiliates, officers, directors, employees, attorneys, consultants, owners, and shareholders.

6

34. **"Berry-Related Companies" ("BRCs")** refers to The Allen Lawrence Berry 2007 Trust (a/k/a Allen Lawrence Berry Trust), Orca Assets GP LLC ("Orca"), Inner Channel Investments Inc. ("ICI"), Orca ICI Development, JV ("Orca ICI"), Orca Petroleum Ltd., Orca Properties LLC (a/k/a Orca Specialty Equipment LLC, Providence Plantation, and/or Casa de Juego), Orca Petroleum La LLC, West 17th Resources LLC ("West 17th"), Gansevoort Investments LLC ("Gansevoort"), Halcon Mineral Interest LLC ("Halcon"), Zilker Acquisitions LLC ("Zilker"), Three Rivers Pipe and Rental LLC ("3 Rivers"), Southern Comfort Equipment ("SCE"), Axis Midstream Holdings LLC ("Axis"), Lone Star Ports LLC ("Lone Star"), Ridgefield Energy Investments LLC, Ridgefield Energy Operating LLC, Ridgefield Eagle Ford LLC, Ridgefield Eagle Ford Minerals LLC, Ridgefield Permian LLC, Ridgefield Permian Minerals LLC, Ridgefield Energy Partners LLC, CEC Ridgefield Holdings LLC, Ridgefield Energy Inv LLC, Blue Wagon Energy Investments LLC ("Blue Wagon"), Alamo Resources IV JV LLC ("Alamo"), B.B.I. Inc. ("BBI"), Escopeta Oil & Gas Corporation ("Escopeta"), Furie Operating Alaska LLC ("Furie"), Helios Power Capital LLC ("Helios"), Danskammer Energy LLC ("Danskammer"), Berry Y&V Fabricators LLC ("Y&V"), Nueces Canyon Properties LLC ("Nueces"), Source Project Group LLC ("SPG"), Riverway Capital LLC, ("Riverway"), Opal Petroleum LLC ("Opal"), ALB Holdings LLC ("ALB Holdings"), Equalaire Systems Inc. ("Equalaire"), and Midway Junction Properties LLC ("Midway").

35. **"Ridgefield Property Interests"** refers to all of the rights, title, and interests in any real property (including but not limited to mineral interests) of any one or more of the Ridgefield Entities, including Ridgefield Eagle Ford LLC's, Ridgefield Eagle Ford Minerals LLC's, Ridgefield Permian LLC's, Ridgefield Permian Minerals LLC's, and/or Ridgefield Energy Inv LLC's mineral interests in DeWitt County (Tx), Karnes County (Tx), Reeves County (Tx), Atascosa County (Tx), Gonzales County (Tx), Pecos County (Tx), and Ward County (Tx); and

7

further specifically including but not limited to such mineral interests as reflected in Instrument Nos. 128828, 140687, and 134272 (DeWitt County), Instrument No. 201900005590 (Karnes County), Instrument Nos. 2019019707, 2021000168, and 2020004569 (Reeves County), Instrument Nos. 203870 and 210527 (Atascosa County), Instrument Nos. 20303807 [Vol. 1339, Page 799] and 21306957 [Vol. 1362, page 557] (Gonzales County), Instrument Nos. 2020-170163 and 2021-173700 (Pecos County), and Instrument Nos. 2020-1815 and 2021-148 (Ward County). All "Instrument Nos." referenced herein may be found in the Citibank N.A. documents in possession of some or all of the Ridgefield Entities' documents granting Deeds of Trust to Citibank N.A. on referenced property/mineral interests.

1.      Each Request herein extends to all documents and communications in Your possession, custody, or control, or in the possession, custody, or control of anyone acting on Your behalf.

2.      If You object to any Request, please state with specificity all grounds for the objection so that the parties may meet and confer.

3.      These Requests are continuing in nature and require further and supplemental production as and whenever You acquire, make, or discover additional information responsive to these Requests between the time of initial response and the time of trial of this action.

4.      The use of the singular form of any word includes the plural and vice versa.

5.      The words "he" or "she" or any other masculine or feminine pronouns, or "it" or any other neutral pronouns, includes any person regardless of gender.

6.      Each request for production contemplates production of the document in its entirety, without abbreviation or deletions.

7.      All drafts of responsive documents must be produced, as well as all non-identical copies.  Duplicate versions of requested documents and communications are to be provided to the extent they have notes, annotations, markings, edits, additions, or deletions that render the document or communication different from the original, or to the extent that any metadata is different than in the original.  Identical copies of documents need not be produced.  The term "document" or "documents" shall include all drafts, redlines, track changes, handwritten interlineations, or other variations as well as the final versions.

8. Produce requested documents *in their native form with all metadata intact*. Further, produce requested documents as they have been kept in the usual course of business, or organize and label them to correspond to the enumerated Requests. If no document or communication exists that is responsive to a particular Request, state that in writing.

9. References in these Requests to any natural person shall be deemed to include that natural person's representatives, staff, agents, administrative assistants, attorneys, and employees.

10. References in these Requests to any non-natural person shall be deemed to include that entity's respective members, directors, committees, representatives, staff, agents, administrative assistants, attorneys, and employees.

11. Whether or not a document is responsive to these requests should be determined by an attorney. As to information that exists in electronic form, the electronic data must be produced pursuant to Rule 196.4.

12. If any document called for by these Requests is withheld in whole or in part because you claim that it is privileged, constitutes attorney work product, or is otherwise exempt from discovery, set forth the grounds for withholding such document, its present location custodian, and additional information sufficient to identify the document and your reasons for withholding, including, but not limited to: the type of document, its date, author(s), recipient(s), general subject matter, the type of privilege asserted or reason for withholding, and the basis for asserting privilege.

13. Whenever a document is not produced in full or is produced in redacted form, so indicate on the document and state with particularity the reason or reasons it is not being produced in full and describe to the best of Your knowledge, information, and belief, and with as much particularity as possible, those portions of the document which are not being produced.

10

14.     Each Request requires a separate response that is as complete as possible.  If you object to any part of a Request, identify the portion to which you object and produce all information, documents, and things responsive to the remainder of the Request.

15.     If you object to any Request as vague or unclear, assume a reasonable meaning, state what the assumed meaning is, and respond to the Request according to the assumed meaning.

16.     Plaintiff is willing to meet and confer regarding the scope of these Requests, including, but not limited to, the number and identify of relevant custodians, the use of search terms, the applicable time period, and any other reasonable limitation that would otherwise reduce the burden to You in responding to the Requests.

## ELECTRONIC DOCUMENT PRODUCTION

Pursuant to Tex. R. Civ. P. 196.4, Plaintiff requests that any electronic or magnetic data (which is included in the definition of "**document**" and "**documents**") that is responsive to a request herein be produced in native format in the form and manner in which they are kept in the ordinary course of Your business unless such document must be redacted to remove privileged content.

Information which requires redaction or documents that are not available in electronic form (i.e. hard copy paper documents) shall be produced as searchable single page .TIF or multipage .PDF images logical unitization preserved. Redactions should not be accomplished in a manner that serves to downgrade the ability to electronically search the unredacted portions of the document.

All documents produced in native format shall be identified by naming the item to correspond to a Bates number, which should reflect pagination of the item when printed to paper or converted to an image format for use in proceedings or when attached to exhibits in pleadings. For example, a Microsoft Word document produced by you in its native format might be named: TX00000000123.docx. Were the document to be printed out, page six of the printed item would be embossed with a unique identifier for that page, i.e. TX00000000123-0006. If it is not possible to emboss a page specific Bates number on the printed version of a document produced natively, then that document shall be provided in .TIF or .PDF format. If documents, such as electronic mail, are produced, the relationship between related documents (e.g., email attachments) should be preserved. In addition, all documents whose native format is that of an electronic spreadsheet, e.g., a Microsoft Excel file, shall also be produced in their native format, including the formulae imbedded in the spreadsheet and any metadata contained in the file, and should be linked via a "NATIVELINK" field in the DAT file. Plaintiff reserves the right to demand production in native format, including all metadata, of any other responsive documents for which the practical utility of TIFF-rendered production is limited, and You shall preserve all documents and metadata to which a duty of preservation attaches in their native format.

Documents produced in .TIF or .PDF format shall be identified by embossing a Bates number on each page in a manner that does not obscure content.

Parent/child relationships should be maintained (i.e., documents should be produced consecutively with their attachments). Folders and file names should be provided. The production should include a Concordance load file in .DAT format that includes: standard Concordance delimiters that divide the meta-data fields; a first line of the file containing the field names; and the following metadata fields:

- BEGBATES
- BEGATTACH
- CUSTODIAN
- TIMESENT
- TIMERCVD

- ENDBATES
- ENDATTACH
- DATESENT
- DATERCVD
- DATECREATED

12

- TIMECREATED
- TIMELASTMOD
- FROM
- CC
- TITLE
- AUTHOR
- FILENAME
- MD5HASH
- NATIVEFILE (Folder path for files provided natively)

- DATELASTMOD
- EMAIL_SUBJECT
- TO
- BCC
- SUBJECT
- FILEPATH
- FILEEXT
- FILESIZE
- OCRPATH (Folder path for multi-page text files)

Documents should be vertically de-duplicated by custodian, while ensuring that different versions of a document are not suppressed. All drafts of responsive documents must be produced, as well as non-identical copies.

If any aspect of the production format described above is not agreeable, please contact us to set up a meet-and-confer at your earliest convenience so we can work out a mutually agreeable solution.

## DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION

REQUEST NO. 1:
Produce articles of incorporation for each of the Berry-Related Companies, including all supplements and amendments thereto.

RESPONSE:


REQUEST NO. 2:
Produce all organizational charts (current and past) for each of the Berry-Related Companies, including all supplements and amendments thereto.

RESPONSE:


REQUEST NO. 3:
Produce all by-laws for each of the Berry-Related Companies, including all supplements and amendments thereto.

RESPONSE:


REQUEST NO. 4:
Produce all operating agreements (sometimes referred to as company agreements) for each of the Berry-Related Companies, including all supplements and amendments thereto.

RESPONSE:


REQUEST NO. 5:
Produce all partnership agreements for each of the Berry-Related Companies, including all supplements and amendments thereto.

RESPONSE:


REQUEST NO. 6:
Produce all business organization governing documents (including but not limited to by-laws, company agreements, operating agreements, and partnership agreements) relating to each of the Berry-Related Companies.

RESPONSE:

REQUEST NO. 7:
Produce all trust agreements for each of the Berry-Related Companies, including all supplements and amendments thereto.

RESPONSE:


REQUEST NO. 8:
Produce all of the following items for Orca:
   a) Articles of Organization;
   b) Certificate of Organization;
   c) Operating Agreement;
   d) Orca Assets GP LLC Organizational Meeting;
   e) Articles of Organization;
   f) Membership Interest Certificate;
   g) Membership Interest Certificate stubs;
   h) Membership Interest transfer ledger; and
   i) Meeting Minutes for each and every meeting of Orca.

RESPONSE:


REQUEST NO. 9:
Produce all of the following items for Orca / ICI:
   a) Articles of Organization;
   b) Certificate of Organization;
   c) Operating Agreement;
   d) Orca / ICI Organizational Meeting;
   e) Articles of Organization;
   f) Membership Interest Certificate;
   g) Membership Interest Certificate stubs;
   h) Membership Interest transfer ledger; and
   i) Meeting Minutes for each and every meeting of Orca / ICI.

RESPONSE:


REQUEST NO. 10:
Produce all of the following items for Gansevoort:
   a) Articles of Organization;
   b) Certificate of Organization;
   c) Operating Agreement;
   d) Orca Assets GP LLC Organizational Meeting;
   e) Articles of Organization;
   f) Membership Interest Certificate;
   g) Membership Interest Certificate stubs;

h) Membership Interest transfer ledger; and

i) Meeting Minutes for each and every meeting of Orca.

RESPONSE:


REQUEST NO. 11

Produce all of the following items for Axis:

   a) Articles of Organization;
   b) Certificate of Organization;
   c) Operating Agreement;
   d) Axis Organizational Meeting;
   e) Articles of Organization;
   f) Membership Interest Certificate;
   g) Membership Interest Certificate stubs;
   h) Membership Interest transfer ledger; and
   i) Meeting Minutes for each and every meeting of Axis.

RESPONSE:


REQUEST NO. 12

Produce all of the following items for the Ridgefield Entities:

   a) Articles of Organization;
   b) Certificate of Organization;
   c) Operating Agreement;
   d) Ridgefield Entities' Organizational Meeting;
   e) Articles of Organization;
   f) Membership Interest Certificate;
   g) Membership Interest Certificate stubs;
   h) Membership Interest transfer ledger; and
   i) Meeting Minutes for each and every meeting of the Ridgefield Entities.

RESPONSE:


REQUEST NO. 13

Produce all of the following items for West 17th:

   a) Articles of Organization;
   b) Certificate of Organization;
   c) Operating Agreement;
   d) West 17th's Organizational Meeting;
   e) Articles of Organization;
   f) Membership Interest Certificate;
   g) Membership Interest Certificate stubs;

16

h) Membership Interest transfer ledger; and

i) Meeting Minutes for each and every meeting of West 17th.

RESPONSE:


REQUEST NO. 14
Produce all of the following items for Lone Star Ports:
   a) Articles of Organization;
   b) Certificate of Organization;
   c) Operating Agreement;
   d) Lone Star Ports' Organizational Meeting;
   e) Articles of Organization;
   f) Membership Interest Certificate;
   g) Membership Interest Certificate stubs;
   h) Membership Interest transfer ledger; and
   i) Meeting Minutes for each and every meeting of Lone Star Ports.

RESPONSE:


REQUEST NO. 15
Produce all of the following items for Riverway:
   a) Articles of Organization;
   b) Certificate of Organization;
   c) Operating Agreement;
   d) Riverway's Organizational Meeting;
   e) Articles of Organization;
   f) Membership Interest Certificate;
   g) Membership Interest Certificate stubs;
   h) Membership Interest transfer ledger; and
   i) Meeting Minutes for each and every meeting of Riverway.

RESPONSE:


REQUEST NO. 16
Produce all of the following items for Escopeta/Furie:
   a) Articles of Organization;
   b) Certificate of Organization;
   c) Operating Agreement;
   d) Furie's Organizational Meeting;
   e) Articles of Organization;
   f) Membership Interest Certificate;
   g) Membership Interest Certificate stubs;

h) Membership Interest transfer ledger; and

i) Meeting Minutes for each and every meeting of Furie.

RESPONSE:


REQUEST NO. 17
Produce all of the following items for ALB Holdings:
a) Articles of Organization;
b) Certificate of Organization;
c) Operating Agreement;
d) ALB Holdings' Organizational Meeting;
e) Articles of Organization;
f) Membership Interest Certificate;
g) Membership Interest Certificate stubs;
h) Membership Interest transfer ledger; and
i) Meeting Minutes for each and every meeting of ALB Holdings.

RESPONSE:


REQUEST NO. 18
Produce all of the following items for Y & V:
a) Articles of Organization;
b) Certificate of Organization;
c) Operating Agreement;
d) Y & V's Organizational Meeting;
e) Articles of Organization;
f) Membership Interest Certificate;
g) Membership Interest Certificate stubs;
h) Membership Interest transfer ledger; and
i) Meeting Minutes for each and every meeting of Y & V.

RESPONSE:


REQUEST NO. 19
Produce all of the following items for BBI:
a) Articles of Organization;
b) Certificate of Organization;
c) Operating Agreement;
d) BBI's Organizational Meeting;
e) Articles of Organization;
f) Membership Interest Certificate;
g) Membership Interest Certificate stubs;

h) Membership Interest transfer ledger; and

i) Meeting Minutes for each and every meeting of BBI.

RESPONSE:

**ALB Trust**

REQUEST NO. 20:
Produce all trust agreements for the Allen Lawrence Berry 2007 Trust, including all supplements and amendments thereto.

RESPONSE:

REQUEST NO. 21:
Produce all Allen Lawrence Berry 2007 Trust books and records.

RESPONSE:

REQUEST NO. 22:
Produce all documents conveying/transferring anything of value to the Allen Lawrence Berry 2007 Trust. Please limit your response to such conveyances/transfers of things with a value greater than $50,000.00.

RESPONSE:

REQUEST NO. 23
Produce all documents conveying/transferring any mineral interests to/from the Allen Lawrence Berry 2007 Trust.

RESPONSE:

REQUEST NO. 24
Produce all documents conveying/transferring any real property interests to/from the Allen Lawrence Berry 29007 Trust.

RESPONSE:

REQUEST NO. 25
Produce all documents evidencing any distribution(s) to Allen Lawrence Berry from the Allen Lawrence Berry 2007 Trust.

RESPONSE:


REQUEST NO. 26
Produce copies of all Negotiable Instruments for payment of funds to Allen Lawrence Berry for any services rendered to the Allen Lawrence Berry 2007 Trust.

RESPONSE:


REQUEST NO. 27:
Produce all documents transferring funds (checks, wire transfer documents, negotiable instruments, and other such documents) to/from Allen Lawrence Berry 2007 Trust:
  a) from/to Orca;
  b) from/to Orca ICI;
  c) from/to any one or more of the Ridgefield Entities;
  d) from/to any one or more of the Orca Entities;
  e) from/to Escopeta;
  f) from/to Furie; and
  g) from/to any of the Berry-Related Companies.
Please limit your response to the time period January 1, 2011 to present.

RESPONSE:


**Records of Meetings**

REQUEST NO. 28:
Produce all records of meetings of the principals, members, directors, or shareholders for each of the Berry-Related Companies. Please limit your response to the time period January 1, 2019 to present – except for with any one or more of the Berry-Related Companies that did not exist or have such meetings during the identified period of time then produce all records for the most recent two (2) years of meetings of principals, members, directors, or shareholders for each of the Berry-Related Companies.

RESPONSE:

**Emails re: Formation**

REQUEST NO. 29:
Produce all communications relating to the formation of each of the Berry-Related Companies. For each of the Berry-Related Companies, please limit your response to the time period beginning six (6) months before date of formation and ending six (6) months after the date of formation.

RESPONSE:


**Finances**

REQUEST NO. 30:
Produce all documents relating to the finances for each of the Berry-Related Companies, including but not limited to monthly profit and loss statements, balance sheets, bank statements, and those ledgers and other documents showing capital contributions for each of the Berry-Related Companies. Please limit your responses to the time period beginning one (1) month prior to date of formation of each legal entity and ending twelve (12) months after the date of formation of such legal entity.

RESPONSE:


REQUEST NO. 31:
For all Berry-Related Companies still in existence, produce all documents relating to the finances for each of the Berry-Related Companies, including but not limited to monthly profit and loss statements, annual balance sheets, all monthly bank statements, and those ledgers and other documents showing capital contributions. Please limit your responses to the time period beginning January 1, 2019 to present.

RESPONSE:


REQUEST NO. 32:
For all Berry-Related Companies no longer in existence, produce all documents relating to finances for each of the Berry-Related Companies, including but not limited to monthly profit and loss statements, annual balance sheets, all monthly bank statements, and those ledgers and other documents showing capital contributions. Please limit your responses to the time period beginning four (4) years prior to the date each of the Berry-Related Entities ceased to exist and ending six (6) months after the date such entity ceased to exist.

RESPONSE:

REQUEST NO. 33:

For all Berry-Related Companies that may be considered dormant or inactive, produce all documents relating to the finances for such Berry-Related Companies, including but not limited to monthly profit and loss statements, annual balance sheets, all monthly bank statements, and those ledgers and other documents showing capital contributions. Please limit your response to the time period beginning four (4) years before prior to the date such legal entity became dormant or inactive and ending six (6) months after the legal entity became dormant or inactive.

RESPONSE:

REQUEST NO. 34:

Produce all documents relating to transfer of funds (checks, wire transfer documents, negotiable instruments, and other such documents) of more than $250,000.00 to/from any Berry-Related Company. Please limit your response to the time period beginning January 1, 2011 to present.

RESPONSE:

REQUEST NO. 35:

For each bank and/or financial account opened in the name of any one or more of the Berry-Related Companies, produce the bank's/financial institution's first statement of account; and produce the bank's/financial institution's last statement of account. To be clear, the purpose of this request is to allow – to the extent possible – tracing of monies moved from one bank/financial institution account to another. Please limit your response to the time period beginning January 1, 2014, to present.

RESPONSE:

REQUEST NO. 36:

Produce the following items for Orca:
   a) Current Balance Sheet;
   b) More recent consolidated financial statement inclusive of Orca's assets;
   c) Most recent annual Profit and Loss statement; and
   d) Most recent financial statement signed by any person with authority.

RESPONSE:

REQUEST NO. 37:

Produce the following items for Orca / ICI:

    a) Current Balance Sheet;
    b) More recent consolidated financial statement inclusive of Orca / ICI's assets;
    c) Most recent annual Profit and Loss statement; and
    d) Most recent financial statement signed by any person with authority.

RESPONSE:

REQUEST NO. 38:

Produce the following items for Gansevoort:

    a) Current Balance Sheet;
    b) More recent consolidated financial statement inclusive of Gansevoort's assets;
    c) Most recent annual Profit and Loss statement; and
    d) Most recent financial statement signed by any person with authority.

RESPONSE:

REQUEST NO. 39:

Produce the following items for Axis:

    a) Current Balance Sheet;
    b) More recent consolidated financial statement inclusive of Axis' assets;
    c) Most recent annual Profit and Loss statement; and
    d) Most recent financial statement signed by any person with authority.

RESPONSE:

REQUEST NO. 40:

Produce the following items for each of the Ridgefield Entities:

    a) Current Balance Sheet;
    b) More recent consolidated financial statement inclusive of Ridgefield Entities' (one or more of them) assets;
    c) Most recent annual Profit and Loss statement; and
    d) Most recent financial statement signed by any person with authority.

RESPONSE:

REQUEST NO. 41:

Produce the following items for West 17th:

    a) Current Balance Sheet;

    b) More recent consolidated financial statement inclusive of West 17th's assets;

    c) Most recent annual Profit and Loss statement; and

    d) Most recent financial statement signed by any person with authority.

RESPONSE:

REQUEST NO. 42:

Produce the following items for each of the Lone Star:

    a) Current Balance Sheet;

    b) More recent consolidated financial statement inclusive of Lone Star's assets;

    c) Most recent annual Profit and Loss statement; and

    d) Most recent financial statement signed by any person with authority.

RESPONSE:

REQUEST NO. 43:

Produce the following items for each of the Riverway:

    a) Current Balance Sheet;

    b) More recent consolidated financial statement inclusive of Riverway's assets;

    c) Most recent annual Profit and Loss statement; and

    d) Most recent financial statement signed by any person with authority.

RESPONSE:

REQUEST NO. 44:

Produce the following items for each of the Escopeta/Furie:

    a) Current Balance Sheet;

    b) More recent consolidated financial statement inclusive of Escopeta/Furie's assets;

    c) Most recent annual Profit and Loss statement; and

    d) Most recent financial statement signed by any person with authority.

RESPONSE:

REQUEST NO. 45:
Produce the following items for ALB Holdings :
    a)  Current Balance Sheet;
    b)  More recent consolidated financial statement inclusive of ALB Holding's assets;
    c)  Most recent annual Profit and Loss statement; and
    d)  Most recent financial statement signed by any person with authority.

RESPONSE:


REQUEST NO. 46:
Produce the following items for Y & V:
    a)  Current Balance Sheet;
    b)  More recent consolidated financial statement inclusive of Y & V's assets;
    c)  Most recent annual Profit and Loss statement; and
    d)  Most recent financial statement signed by any person with authority.

RESPONSE:


REQUEST NO. 47:
Produce the following items for BBI:
    a)  Current Balance Sheet;
    b)  More recent consolidated financial statement inclusive of BBI's assets;
    c)  Most recent annual Profit and Loss statement; and
    d)  Most recent financial statement signed by any person with authority.

RESPONSE:


REQUEST NO. 48:
Produce all bank statements, cancelled checks, and wire transfer documents for Orca.  Please limit your response to the time period January 1, 2010 to present.

RESPONSE:


REQUEST NO. 49:
Produce all bank statements, cancelled checks, and wire transfer documents for Orca ICI.  Please limit your response to the time period January 1, 2010 to present.

RESPONSE:

REQUEST NO. 50:
Produce all bank statements, cancelled checks, and wire transfer documents for Gansevoort. Please limit your response to the time period January 1, 2019 to present.

RESPONSE:


REQUEST NO. 51:
Produce all bank statements, cancelled checks, and wire transfer documents for Axis. Please limit your response to the time period January 1, 2019 to present.

RESPONSE:


REQUEST NO. 52:
Produce all bank statements, cancelled checks, and wire transfer documents for each of the Ridgefield Entities. Please limit your response to the time period January 1, 2019 to present.

RESPONSE:


REQUEST NO. 53:
Produce all bank statements, cancelled checks, and wire transfer documents for West 17th. Please limit your response to the time period January 1, 2019 to present.

RESPONSE:


REQUEST NO. 54:
Produce all bank statements, cancelled checks, and wire transfer documents for Lone Star. Please limit your response to the time period January 1, 2019 to present.

RESPONSE:


REQUEST NO. 55:
Produce all bank statements, cancelled checks, and wire transfer documents for Riverway. Please limit your response to the time period January 1, 2019 to present.

RESPONSE:

REQUEST NO. 56:
Produce all bank statements, cancelled checks, and wire transfer documents for Escopeta/Furie. Please limit your response to the time period January 1, 2019 to present.

RESPONSE:


REQUEST NO. 57:
Produce all bank statements, cancelled checks, and wire transfer documents for ALB Holdings. Please limit your response to the time period January 1, 2019 to present.

RESPONSE:


REQUEST NO. 58:
Produce all bank statements, cancelled checks, and wire transfer documents for Y & V. Please limit your response to the time period January 1, 2019 to present.

RESPONSE:


REQUEST NO. 59:
Produce all bank statements, cancelled checks, and wire transfer documents for BBI. Please limit your response to the time period January 1, 2019 to present.

RESPONSE:


REQUEST NO. 60:
Produce all of Allen Lawrence Berry's financial statements (signed by Allen Lawrence Berry). Please limit your response to such items that refer to any one or more of the Berry-Related Companies. Please limit your response to the time period January 1, 2017 to present.

RESPONSE:


REQUEST NO. 61:
Produce all agreements between Orca and ICI, including loan agreements, merger agreements, promissory notes, purchase agreements, purchase sale agreements, partnership agreements, and any amendments thereto.

RESPONSE:

REQUEST NO. 62:
Produce all agreements between Orca, ICI, Orca ICI, and/or Orca ICI Development JV (any two (2) or more of them), including any amendments, supplements, and/or exhibits/attachments/schedules to such agreements.

RESPONSE:


REQUEST NO. 63:
Produce all agreements between any one or more of the Orca Entities and any one or more of the Ridgefield Entities, including any amendments, supplements, and/or exhibits/ attachments/schedules to such agreements.

RESPONSE:


REQUEST NO. 64:
Produce all documents identifying all mineral interests acquired with the near-$32,000,000.00 provided to ICI by Berry GP (including such mineral interests that may have been acquired in the name of ICI, or Orca ICI. To be clear, the purpose of this request is to allow – to the extent possible – tracing of money received to purchase of specific mineral interest held by one or more of the Berry-Related Companies. Please limit your response to the time period January 1, 2014, to present.

RESPONSE:


REQUEST NO. 65:
Produce all documents referring to any transfer, trade, merger, sale, lease, gift, or other transaction changing ownership or control of mineral interests purchased, directly or indirectly, with any portion of the near-$32,000,000.00 provided by Berry GP and/or Orca Assets (or a related entity) to ICI and/or ICI Orca. To be clear, the purpose of this request is to allow – to the extent possible – tracing of mineral interests transferred or received by one or more of the Berry-Related Companies. Please limit your response to the time period beginning January 1, 2014, to present.

RESPONSE:


REQUEST NO. 66:
For each Berry-Related Company, produce all checks, wire transfer documents, and other negotiable instruments transferring money to Allen Lawrence Berry. Please limit your response to money transfers equal to or greater than $50,000.00.

RESPONSE:

REQUEST NO. 67:
For each Berry-Related Company, produce all checks, wire transfer documents, and other negotiable instruments transferring money to Allen Lawrence Berry 2007 Trust.  Please limit your response to money transfers equal to or greater than $50,000.00.

RESPONSE:


REQUEST NO. 68:
For each Berry-Related Company, produce all documents relating to a transfer, gift, conveyance, sale, trade, or lease of any asset to Allen Lawrence Berry.  Please limit your response to such transactions with a value equal to or greater than $50,000.00.

RESPONSE:


REQUEST NO. 69:
For each Berry-Related Company, produce all documents relating to a transfer, gift, conveyance, sale, trade, or lease of any asset to Allen Lawrence Berry 2007 Trust.  Please limit your response to such transactions with a value equal to or greater than $50,000.00.

RESPONSE:


**Mineral Interests**

REQUEST NO. 70:
Produce all documents conveying, selling, contributing, trading, exchanging, leasing, or in any manner transferring (by merger or otherwise) any mineral interest to/from any one or more of the Berry-Related Companies.  Please limit your response to the time period beginning January 1, 2011 to present.

RESPONSE:


REQUEST NO. 71:
Produce all documents conveying, selling, contributing, trading, exchanging, leasing, or in any manner transferring (by merger or otherwise) any mineral interest to/from Orca.  Please limit your response to the time period beginning January 1, 2011 to present.

RESPONSE:

REQUEST NO. 72:

Produce all documents conveying, selling, contributing, trading, exchanging, leasing, or in any manner transferring (by merger or otherwise) any mineral interest to/from Orca / ICI. Please limit your response to the time period beginning January 1, 2011 to present.

RESPONSE:


REQUEST NO. 73:

Produce all documents conveying, selling, contributing, trading, exchanging, leasing, or in any manner transferring (by merger or otherwise) any mineral interest to/from any one or more of the Ridgefield Entities. Please limit your response to the time period beginning January 1, 2011 to present.

RESPONSE:


REQUEST NO. 74:

Produce all documents conveying, selling, contributing, trading, exchanging, leasing, or in any manner transferring (by merger or otherwise) any mineral interest to/from BBI (including but not limited to conveyance, selling, contributing, trading, exchanging, leasing, or transferring (by merger or otherwise) a 10% mineral interest from BBI to Berry GP). Please limit your response to the time period beginning January 1, 2011, to present.

RESPONSE:


REQUEST NO. 75:

Produce all documents conveying, selling, contributing, trading, exchanging, leasing, or in any manner transferring (by merger or otherwise) any mineral interest to/from Escopeta. Please limit your response to the time period beginning January 1, 2011 to present.

RESPONSE:


REQUEST NO. 76:

Produce all documents conveying, selling, contributing, trading, exchanging, leasing, or in any manner transferring (by merger or otherwise) any mineral interest to/from Furie. Please limit your response to the time period beginning January 1, 2011 to present.

RESPONSE:

REQUEST NO. 77:
Produce all documents conveying, selling, contributing, trading, exchanging, leasing, or in any manner transferring (by merger or otherwise) any mineral interest to/from the Allen Lawrence Berry 2007 Trust. Please limit your response to the time period beginning January 1, 2011 to present.

RESPONSE:


REQUEST NO. 78:
Produce all Berry-Related Entities' documents conveying, selling, contributing, trading, exchanging, leasing, or in any manner transferring (by merger or otherwise) any mineral interest to/from B.B.I. Inc., including but not limited to the 'Kitchen Prospects: Lease Numbers #389185, #389186, #389189, #38189, #389190, #389191, #389192, #389193, #389194, #389202, #389203, #389212, and #389213.

RESPONSE:


REQUEST NO. 79
Produce all Berry-Related Entities' documents conveying, selling, contributing, trading, exchanging, or in any manner transferring (by merger or otherwise) any mineral interest to/from Escopeta; including but not limited to such documents relating to the Kitchen Prospects: Lease Numbers #389185, #389186, #389189, #38189, #389190, #389191, #389192, #389193, #389194, #389202, #389203, #389212, and #389213.

RESPONSE:


REQUEST NO. 80:
Produce all documents conveying, selling, contributing, trading, exchanging, leasing, or in any manner transferring (by merger or otherwise) any mineral interest any of the Ridgefield Property Interests. Please limit your response to the time period beginning January 1, 2011 to present.


**Communications**

REQUEST NO. 81:
Produce all communications between and among Lawrence Berry, Marty Berry, Dennis Berry, Rob Powers, Mike Hummell, and/or Jim Klein relating to any of the Berry-Related Companies. Please limit your response to the time period beginning January 1, 2019 to present.

RESPONSE:

REQUEST NO. 82:
Produce all communications between and among Lawrence Berry, Marty Berry, Dennis Berry, Rob Powers, Mike Hummell, and/or Jim Klein relating to any of the Berry-Related Companies. Please limit your response to the time period beginning six (6) months prior to the date of formation of each of the Berry-Related Companies, and ending six (6) months after the date of formation of each of the Berry-Related Companies.

RESPONSE:

**Lawsuits**

REQUEST NO. 83:
Produce original petitions for all lawsuits filed by Allen Lawrence Berry. Please limit your response to this request to the time period January 1, 2019, to present.

RESPONSE:

REQUEST NO. 84:
Produce original petitions for all lawsuits filed by Allen Lawrence Berry 2007 Trust. Please limit your response to this request to the time period beginning January 1, 2019, to present.

RESPONSE:

REQUEST NO. 85:
Produce original petitions for all lawsuits filed against Allen Lawrence Berry. Please limit your response to this request to the time period beginning January 1, 2019, to present.

RESPONSE:

REQUEST NO. 86:
Produce original petitions for all lawsuits filed against Allen Lawrence Berry 2007 Trust. Please limit your response to this request to the time period January 1, 2019, to present.

RESPONSE:

32

REQUEST NO. 87:
Produce original petitions for all lawsuits filed by or against any one or more of the Berry-Related Companies, or any company in which either Allen Lawrence Berry or the Allen Lawrence Berry 2007 Trust have (or then had) a controlling interest). Please limit your response to this request to the time period beginning January 1, 2014, to present.

RESPONSE:


REQUEST NO. 88:
Produce the most recent tax return for each of the Berry-Related Companies, whether such company still exists or not.

RESPONSE:


REQUEST NO. 89:
Produce all emails relating to any proposed purchase or sale of any one or more, or portion thereof, of the Berry Entities (including but not limited to your interest, Marty Berry's interest, and/or Dennis Berry's interest in any one or more of the Berry Entities (or related entities)). Please limit your response to the time period beginning January 1, 2020 to present.

RESPONSE:


REQUEST NO. 90:
Produce all emails relating to any proposed purchase or sale of LDMA Limited Partnership, or any portion thereof. Please limit your response to the time period beginning January 1, 2020 to present.

RESPONSE:


REQUEST NO. 91:
Produce all emails relating to any proposed purchase or sale of Becon Inc., or any portion thereof. Please limit your response to the time period beginning January 1, 2020 to present.

RESPONSE:


REQUEST NO. 92:
Produce all emails relating to any proposed purchase or sale of any one or more of the Berry-Related Entities, or any portion thereof. Please limit your response to the time period beginning January 1, 2020 to present.

RESPONSE:

REQUEST NO. 93:
Produce all Berry-Related Companies' invoices that relied, in whole or in part, upon information (man-hours worked, price of rented equipment, or other) contained in an invoice prepared by any one or more of the Berry Entities.

RESPONSE:


REQUEST NO. 94:   OMITTED.



REQUEST NO. 95:
Produce all payroll records for Y & V for the following time period:  January 1, 2020 to present.

RESPONSE:


REQUEST NO. 96:
Produce all documents and communications relating to BBI Inc.'s (sometimes B.B.I. Inc.) or a related company's sale of 10% of all of BBI Inc.'s and/or Allen Lawrence Berry's right, title and interest in approximately 98,000 net mineral acres in the Cook Inlet, Alaska (sometimes referred to as the 'Kitchen Prospects: Lease Numbers #389185, #389186, #389189, #38189, #389190, #389191, #389192, #389193, #389194, #389202, #389203, #389212, and #389213).   Your response to this request must include, at a minimum, all Negotiable Instruments relating to same, all lease/title transfer/conveyance/assignment and other documents relating to same, and email exchanges relating to same.

RESPONSE:


REQUEST NO. 97:
Produce all Negotiable Instruments relating to full or partial payment of any U.S. government Jones Act fine incurred by Furie Operating Alaska LLC and/or Escopeta Oil & Gas Corporation, or any of their related companies.  Please limit your response to the time period beginning January 1, 2017 to present.

RESPONSE:

REQUEST NO. 98:
Produce Escopeta Oil & Gas Corporation's (or its related company's/companies') application for a Jones Act waiver to use a foreign ship to move equipment to Alaska's Cook Inlet (with all attachments). Please limit your response to the time period beginning January 1, 2010 to present.

RESPONSE:


REQUEST NO. 99:
Produce all Department of Homeland Security (DHS) denials of any waiver(s) sought by Escopeta Oil & Gas Corporation's (or its related company's/companies') application for a Jones Act waiver to use a foreign ship to move equipment to Alaska's Cook Inlet. Please limit your response to the time period beginning January 1, 2010 to present.

RESPONSE:


REQUEST NO. 100:
For any one or more of the Berry-Related Companies, produce a copy of all documents (check, wire transfer, or other) evidencing full or partial payment to any company for use of the Chinese heavy-lift ship Kang Sheng Kou. Please limit your response to the time period beginning January 1, 2010 to present.

RESPONSE:


REQUEST NO. 101:
For any one or more of the Berry-Related Companies, produce a copy of all documents (check, wire transfer, or other) evidencing full or partial payment to any company to use the drill rig Spartan 151 (a jack-up rig owned by Spartan Offshore Drilling) in or near Alaska's Cook inlet. Please limit your response to the time period beginning January 1, 2010 to present.

RESPONSE:


REQUEST NO. 102:
For any one or more of the Berry-Related Companies, produce a copy of all documents (check, wire transfer, or other) evidencing full or partial payment to any company to use the jack-up rig Randolph Yost in or near Alaska's Cook inlet. Please limit your response to the time period beginning January 1, 2010 to present.

RESPONSE:

35

REQUEST NO. 103:
Produce all bank statements for account held in the name of Escopeta (Sterling Bank Houston, Texas ABA #113005549).  Please limit your response to the time period beginning January 1, 2001 to present.

RESPONSE:


REQUEST NO. 104:
Produce the "Lease Assignment and Participation Agreement (the "LAPA") concerning the Cook Inlet Basin" – executed on or about October 22, 2010 – referred to in "Plaintiffs' [Allen Lawrence Berry, the Allen Lawrence Berry 2007 Trust, Danny S. Davis, and Taylor Minerals LLC] Verified First Amended Original Petition and Application for Temporary Injunction" in Cause No. 2023-29225 (Harris County, Texas).

RESPONSE:


REQUEST NO. 105:
Produce the "June 18, 2020 Assignment" referred to in "Plaintiffs' [Allen Lawrence Berry, the Allen Lawrence Berry 2007 Trust, Danny S. Davis, and Taylor Minerals LLC] Verified First Amended Original Petition and Application for Temporary Injunction" in Cause No. 2023-29225 (Harris County, Texas).

RESPONSE:


REQUEST NO. 106:
Produce all documents purporting to sell, convey, assign, pledge, gift, or otherwise transfer any right, title, and/or interest in "the Kitchen Prospects" (as this terms is used by Allen Lawrence Berry), Cook Inlet, Alaska; specifically lease numbers #389185, #389186, #389189, #38189, #389190, #389191, #389192, #389193, #389194, #389202, #389203, #389212, and #389213.

RESPONSE:


REQUEST NO. 107:
Produce all negotiable instruments (checks, wire transfer documents, and other) transferring funds from any of the Berry-Related Entities to Allen Lawrence Berry or the Allen Lawrence Berry 2007 Trust.  Please limit your response to the time period beginning January 1, 2011 to present.  Please further limit your response to such transfer of funds in excess of $100,000.00.

RESPONSE:


36

REQUEST NO. 108:
Produce all Frost Bank statements for Orca Assets GP LLC account number 560066192. Please limit your response to the time period January 1, 2014 to present.

RESPONSE:


REQUEST NO. 109:
Produce all books and records of Orca / ICI (the partnership). Orca, as Managing Partner, is the responsible party for maintenance of the books and records. Please limit your response to the time period January 1, 2014 to present.

RESPONSE:


REQUEST NO. 110:
Produce all bank records, including monthly bank statements, of Orca / ICI (the partnership). Orca, as Managing Partner, is the responsible party for maintenance of the partnership's bank statements. Please limit your response to the time period January 1, 2014 to present.

RESPONSE:


REQUEST NO. 111:
Produce all K-1s issued by Orca / ICI. Orca, as Managing Partner, is the responsible party for maintenance of such K-1s. Please limit your response to the time period January 1, 2014 to present.

RESPONSE:


REQUEST NO. 112:
Produce all tax returns issued by Orca / ICI. Orca, as Managing Partner, is the responsible party for maintenance of such tax returns.

RESPONSE:

REQUEST NO. 113:
Produce all books and records of Y & V. Please limit your response to the time period January 1, 2017, to present.

RESPONSE:

REQUEST NO. 114:
Produce all bank records, including monthly bank statements, of Y & V. Please limit your response to the time period beginning January 1, 2017, to present.

RESPONSE:


REQUEST NO. 115:
Produce all K-1s issued by Y & V. Please limit your response to the time period beginning January 1, 2017, to present.

RESPONSE:


REQUEST NO. 116:
Produce all tax returns issued by Y & V. Please limit your response to the time period beginning January 1, 2017, to present.

RESPONSE:


REQUEST NO. 117:
Produce all checks, wire transfer documents, and other negotiable instruments relating to distributions to members (owners) of Y & V. Please limit your response to the time period beginning January 1, 2017, to present.

RESPONSE:


REQUEST NO. 118:
Produce the Matador Purchase Agreement (dated on or about May 16, 2011) referred to in the Amended and Restated Partnership Agreement of Orca / ICI Development (effective on or about May 20, 2011).

RESPONSE:


REQUEST NO. 119:
For Allen Lawrence Berry, please produce all Form 1099, Form 1120, Form 1120-S, and Schedule K-1 documents. Please limit your response to the time period beginning January 1, 2014 to present.

RESPONSE:

REQUEST NO. 120:

For Allen Lawrence Berry 2007 Trust, please produce all Form 1099, Form 1120, Form 1120-S, and Schedule K-1 documents. Please limit your response to the time period beginning January 1, 2014 to present.

RESPONSE:

REQUEST NO. 121:

Produce all documents showing production of oil and gas (and other minerals, if any) from Ridgefield Property Interests.

RESPONSE:

REQUEST NO. 122:

For all Berry-Related Companies, produce all production reports for all Ridgefield Property Interests.

RESPONSE:

REQUEST NO. 123:

Produce all loan documents for any Berry-Related Company wherein mineral interests, or mineral production, was pledged as collateral, security, or somehow encumbered to secure the loan for one or more of the Berry-Related Companies. Please limit your response to the time period beginning January 1, 2014, to present.

RESPONSE:

REQUEST NO. 124:

Produce all loan documents for Allen Lawrence Berry wherein mineral interests, or mineral production, was pledged as collateral, security, or somehow encumbered to secure the loan for Allen Lawrence Berry. Please limit your response to the time period beginning January 1, 2014, to present.

RESPONSE:

REQUEST NO. 125:

Produce all loan documents for the Allen Lawrence Berry 2007n Trust wherein mineral interests, or mineral production, was pledged as collateral, security, or somehow encumbered to secure the loan for the Allen Lawrence Berry 2007 Trust. Please limit your response to the time period beginning January 1, 2014, to present.

RESPONSE:

# APPENDIX 10

## TRANSFER OF INTEREST

For adequate consideration, I, Allen Lawrence Berry, the Manager of Gansevoort Investments LLC do hereby transfer 100% interest in Axis Midstream Holdings LLC to Berry GP, Inc. effective this 30th day of November 2017.

_____
Allen Lawrence Berry

Confidential

ALB_007563

# APPENDIX 11

# DEPOSITOR'S AGREEMENT

**.s Midstream Holdings LLC** ████ 0925

### IBC BANK
**International Bank of Commerce**
221 SOUTH SHORELINE
Corpus Christi, Texas 78401
(361) 888-4000 – Member FDIC
"BANK"

| DEPOSITOR | | ADDRESS | |
|---|---|---|---|
| Axis Midstream Holdings LLC | | | |

| Account Number | Number of Signatures Required | Opening Date | Opening Deposit Amount | Office/Officer |
|---|---|---|---|---|
| ████0925 | 1 | 12/1/2017 | $100.00 | 10/Harold G. Shockley |

The Deposit Account Agreement governing this Account consists of a Depositor's Agreement signature form(s) (and any Addendum thereto), a Deposit Account Agreement, disclosures such as fees schedules and any written agreement for banking services connected with this Account, which documents jointly constitute one single agreement. As used in this Agreement, "Authorized Signatory" means each and every signatory on this Account, including Depositor and each and every Convenience Signer, Bank and each Authorized Signatory agree that to the extent that no other written agreement by, between, and/or among Bank and one or more Authorized Signatory is applicable to an issue, this Agreement will govern their relationship. Each person who signs for Depositor's Agreement (signature form) (and/or any Deposit Account Agreement Addendum) agrees to the terms and conditions set forth in this Depositor's Agreement signature form, and to the terms and conditions set forth in the Deposit Account Agreement booklet. Each signatory hereto (and/or to each Deposit Account Agreement Addendum) acknowledges receipt of a copy of the Depositor's Agreement signature form, of any addendum hereto, of the Deposit Account Agreement booklet, of the Schedule of Fees and Charges, of the Truth In Savings Disclosure, of the Electronic Funds Transfers And Automated Teller Cards Agreement And Disclosure, of the Funds Availability Policy, of the Consumer/Customer Privacy Notice, and of the Opt-Out of Privacy Disclosure and agrees that all terms and conditions contained in such documents collectively shall govern the rights, duties, and obligations of Bank and each signatory hereto with regard to this Account. Each person executing the original deposit slip shall be deemed an Authorized Signatory and shall be subject to all terms and conditions contained in the Depositor's Agreement and the Deposit Account Agreement (booklet).

1. X _(signature)_
   Marvin Glen Berry — Manager
   DOB: ████  ID:DLTexas  SSN: ████9138

2. X _(signature)_
   Edward A. Martin — Manager
   DOB: ████  ID:DLTexas  SSN: ████159

3. X _(signature)_
   Allen L. Berry — Member
   DOB ████  ID:DLTexas  SSN: ████9167

| Opened By | Telephone Number | Business Information | |
|---|---|---|---|
| Meghan Saunders | (361) 693-2410 | Type of Business: | Construction |
| Deposit Source: | | Bank Reference: | |
| Internal Transfer - 101518401 | | | |
| Account Type: | | Mailing Address (if different from above) | |
| Biz Rite | | Po Box 4858 | |
| Ownership: | | Corpus Christi, Texas 78468 | |
| Limited Liability Company | | | |

Depositor acknowledges that the use of a facsimile signature or other 'non-manual' form of signature is solely for Depositor's benefit and convenience. Each Authorized Signatory accepts sole responsibility for maintaining security over any device utilized for affixing each authorized signature on this Account.

I request that "Bank"  ☒ Mail Correspondence to address provided
☐ Hold Correspondence at "Bank" for pickup at my convenience. (See applicable fee for statement safekeeping.)

## Request for Taxpayer Identification Number and Certification

Taxpayer I.D Number—My correct taxpayer identification number (TIN) is:

82-2771615
(Axis Midstream Holdings LLC)

For Payees Exempt From Backup Withholding:

Certification—Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions - You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

X _(signature)_   _Date_
Signature

OWNERSHIP OF ACCOUNT — The following provisions explain the rules applicable to this account depending on the form of ownership. Only the portion corresponding to the form of ownership specified will apply. Single-Party Account — The party to the account owns the account. On the death of the party, ownership of the account passes as a part of the party's estate under the party's will or by intestacy. Multiple Party Account With Right of Survivorship — The parties to the account own the account in proportion to the parties net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes as a part of the party's estate under the party's will or by intestacy. Multiple Party Account — No Survivorship — The parties to the account own the account in proportion to the parties net contribution to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes as part of the party's estate under the party's will or by intestacy. Payable on Death (P.O.D.) Account— If two or more owners create this account, it is a multiple party account with right of survivorship. The named beneficiary(ies) acquire the right to any funds in this account only upon the death of all owners, provided the P.O.D. payee is then alive. In the case of two or more surviving P.O.D. payees, the account will become payable equally to such P.O.D. payees as are then surviving. Funds on deposit shall be payable to the personal representative or heirs, as the case may be, of an owner or P.O.D. payee only upon presentation to us of satisfactory proof of said capacity and of certified death certificates of all other owners and P.O.D. payees, as applicable. The account owner(s) reserve(s) the right, at any time, to change the P.O.D. payees, account type, and/or account ownership, and to withdraw all or part of the account balance. (Totten) Trust Account — The parties named as trustees to the account own the account in proportion to the parties' net contribution to the account. A trustee may withdraw funds from the account before all trustees are deceased. On the death of the last surviving trustee, the ownership of the account passes to the beneficiary. The trust account is not a part of a trustee's estate and does not pass under the trustee's will or by intestacy, unless the trustee survives all of the beneficiaries and all other trustees. Texas Uniform Transfer to Minors Act — The funds deposited to this account together with all earnings and additions, constitute an irrevocable gift to the named Minor, to be administered by the named Custodian under the Texas Uniform Gifts to Minors Act, the terms and provisions of which are incorporated herein by reference. Fiduciary Account — This account is owned by the named exercise(s) control over these accounts for the benefit of (third party/ies), and the fiduciary relationship is established other than by this agreement. Organization Account — The party to the organization, which acts through its authorized representatives. The governing body of the organization shall provide us with an authorization, in a form acceptable to us, telling us who is authorized to act in its behalf. We will honor this authorization until we actually receive written notice of a change from the governing body of the organization that the representative is no longer authorized to transact on its behalf. Convenience Account — The party to the if we have not actually received written notice from the governing body of the change. We are not responsible for any transaction conducted by a previously authorized representative account owns the account. The cosigner may make account transactions for the party. The cosigner does not own the account. On the death of the party, ownership of the account passes as a part of the party's estate under the party's will or by intestacy. The financial institution may pay funds in the account to the cosigner before the financial institution receives notice of the death of the party. The payment to the cosigner does not affect the party's ownership of the account.

Page 1 of 4

For#3043360
Account3911050925
Date:12/1/2017
Time:11:40:25 AM
CSR:Meghan Saunders

(h) CLASS ACTION WAIVER. The PARTIES agree that (i) no arbitration proceeding hereunder whether a CONSUMER DISPUTE or a BUSINESS DISPUTE shall be certified as a class action or proceed as a class action, or on a basis involving claims brought in a purported representative capacity on behalf of the general public, other customers or potential customers or persons similarly situated, and (ii) no arbitration proceeding hereunder shall be consolidated with, or joined in any way with, any other arbitration proceeding. THE PARTIES AGREE TO ARBITRATE A CONSUMER DISPUTE OR BUSINESS DISPUTE ON AN INDIVIDUAL BASIS AND EACH WAIVES THE RIGHT TO PARTICIPATE IN A CLASS ACTION.

(i) FEDERAL ARBITRATION ACT AND TEXAS LAW. The PARTIES acknowledge that this Agreement evidences a transaction involving interstate commerce. The Federal Arbitration Act shall govern (i) the interpretation and enforcement of these Arbitration Provisions, and (ii) all arbitration proceedings that take place pursuant to these Arbitration Provisions. THE PARTIES AGREE THAT TEXAS SUBSTANTIVE LAW WILL APPLY IN ANY BINDING ARBITRATION PROCEEDING OR SMALL CLAIMS COURT ACTION REGARDLESS OF WHO INITIATES THE PROCEEDING, WHERE YOU RESIDE OR WHERE THE DISPUTE AROSE, UNLESS EXPRESSLY PROHIBITED BY LAW.

II. Provisions applicable only to a CONSUMER DISPUTE:

(a) Any and all CONSUMER DISPUTES shall be resolved by arbitration administered by the American Arbitration Association ("AAA") under the Commercial Arbitration Rules and the Supplemental Procedures for Resolution of Consumer Disputes and Consumer Due Process Protocol (which are incorporated herein for all purposes). It is intended by the PARTIES that these Arbitration Provisions meet and include all fairness standards and principles of the American Arbitration Association's Consumer Due Process Protocol and due process in predispute arbitration. If a CONSUMER DISPUTE is for a claim of actual damages above $250,000 it shall be administered by the AAA before three neutral arbitrators at the request of any PARTY.

(b) Instead of proceeding in arbitration, any PARTY hereto may pursue its claim in your local small claims court, if the CONSUMER DISPUTE meets the small claims court's jurisdictional limits. If the small claims court option is chosen, the PARTY pursuing the claim must contact the small claims court directly. The PARTIES agree that the class action waiver provision also applies to any CONSUMER DISPUTE brought in small claims court.

(c) For any claim for actual damages that does not exceed $2,500, the Bank will pay all arbitration fees and costs provided you submitted a Notice of Dispute with regard to the CONSUMER DISPUTE prior to initiation of arbitration. For any claim for actual damages that does not exceed $5,000, the Bank also agrees to pay your reasonable attorney's fees and reasonable expenses your attorney charges you in connection with the arbitration (even if the Arbitrator does not award those to you) plus an additional $2,500 if you obtain a favorable arbitration award for your actual damages which is greater than any written settlement offer for your actual damages made by the Bank to you prior to the selection of the Arbitrator.

(d) Under the AAA's Supplemental Procedures for Consumer Disputes, if your claim for actual damages does not exceed $10,000, you shall only be responsible for paying up to a maximum of $125 in arbitration fees and costs. If your claim for actual damages exceeds $10,000 but does not exceed $75,000, you shall only be responsible for paying up to a maximum of $375 in arbitration fees and costs. For any claim for actual damages that does not exceed $75,000, the Bank will pay all other arbitrator's fees and costs imposed by the administrator of the arbitration. With regard to a CONSUMER DISPUTE for a claim of actual damages that exceeds $75,000, or if the claim is a non-monetary claim, the Bank agrees to pay all arbitration fees and costs you would otherwise be responsible for that exceed $1,000. The fees and costs stated above are subject to any amendments to the fee and cost schedules of the AAA. The fee and cost schedule in effect at the time you submit your claim shall apply. The AAA rules also permit you to request a waiver or deferral of the administrative fees and costs of arbitration if paying them would cause you financial hardship.

(e) Although under some laws, the Bank may have a right to an award of attorney's fees and expenses if it prevails in arbitration, the Bank agrees that it will not seek such an award in a binding arbitration proceeding with regard to a CONSUMER DISPUTE for a claim of actual damages that does not exceed $75,000.

(f) To request information on how to submit an arbitration claim, or to request a copy of the AAA rules or fee schedule, you may contact the AAA at 1-800-778-7879 (toll free) or at www.adr.org.

III. Provisions applicable only to a BUSINESS DISPUTE:

(a) Any and all BUSINESS DISPUTES between the PARTIES shall be resolved by arbitration in accordance with the Commercial Arbitration Rules of the AAA in effect at the time of filing, as modified by, and subject to, these Arbitration Provisions. A BUSINESS DISPUTE for a claim of actual damages that exceeds $250,000 shall be administered by AAA before at least three (3) neutral arbitrators at the request of any PARTY. In the event the aggregate of all affirmative claims asserted exceeds $500,000, exclusive of interest and attorney's fees, or upon the written request of any PARTY, the arbitration shall be conducted under the AAA Procedures for Large, Complex Commercial Disputes. If the payment of arbitration fees and costs will cause you extreme financial hardship you may request that AAA defer or reduce the administrative fees or request the Bank to cover some of the arbitration fees and costs that would be your responsibility.

(b) The PARTIES shall have the right to (i) invoke self-help remedies (such as setoff, notification of account debtors, seizure and/or foreclosure of collateral, and nonjudicial sale of personal property and real property collateral) before, during or after any arbitration, and/or (ii) request ancillary or provisional judicial remedies (such as garnishment, attachment, specific performance, receiver, injunction or restraining order, and sequestration) before or after the commencement of any arbitration proceeding (individually, and not on behalf of a class). The PARTIES need not await the outcome of the arbitration proceeding before using self-help remedies. Use of self-help or ancillary and/or provisional judicial remedies shall not operate as a waiver of either PARTY's right to compel arbitration. Any ancillary or provisional judicial remedy which would be available from a court at law shall be available from the Arbitrator.

(c) Except to the extent the recovery of any type or types of damages or penalties may not by waived under applicable law, the Arbitrator shall not have the authority to award either PARTY (i) punitive, exemplary, special or indirect damages, (ii) statutory multiple damages, or (iii) penalties, statutory or otherwise.

(d) The Arbitrator may award attorney's fees and costs including the fees, costs and expenses of arbitration and of the Arbitrator as the Arbitrator deems appropriate to the prevailing PARTY. The Arbitrator shall retain jurisdiction over questions of attorney's fees for fourteen (14) days after entry of the decision.

Depositor's Agreement (Business)   (rev. 08/22/2014)

IV. General provisions applicable to both CONSUMER DISPUTES and BUSINESS DISPUTES:

(a) The Arbitrator is bound by the terms of these Arbitration Provisions. The Arbitrator shall have exclusive authority to resolve any DISPUTES relating to the scope or enforceability of these Arbitration Provisions, including (i) all arbitrability questions, and (ii) any claim that all or a part of these Arbitration Provisions are void or voidable (including any claims that they are unconscionable in whole or in part).

(b) These Arbitration Provisions shall survive any termination, amendment, or expiration of this Agreement, unless all of the PARTIES otherwise expressly agree in writing.

(c) If a PARTY initiates legal proceedings, the failure of the initiating PARTY to request arbitration pursuant to these Arbitration Provisions within 180 days after the filing of the lawsuit shall be deemed a waiver of the initiating PARTY'S right to compel arbitration with respect to the claims asserted in the litigation. The failure of the defending PARTY in such litigation to request arbitration pursuant to these Arbitration Provisions within 180 days after the defending PARTY'S receipt of service of judicial process, shall be deemed a waiver of the right of the defending PARTY to compel arbitration with respect to the claims asserted in the litigation. If a counterclaim, cross-claim or third party action is filed and properly served on a PARTY in connection with such litigation, the failure of such PARTY to request arbitration pursuant to these Arbitration Provisions within ninety (90) days after such PARTY'S receipt of service of the counterclaim, cross-claim or third party claim shall be deemed a waiver of such PARTY'S right to compel arbitration with respect to the claims asserted therein. The issue of waiver pursuant to these Arbitration Provisions is an arbitrable dispute. Active participation in any pending litigation described above by a PARTY shall not in any event be deemed a waiver of such PARTY'S right to compel arbitration. All discovery obtained in the pending litigation may be used in any subsequent arbitration proceeding.

(d) Any PARTY seeking to arbitrate shall serve a written notice of intent to any and all opposing PARTIES after a DISPUTE has arisen. The PARTIES agree a timely written notice of intent to arbitrate by either PARTY pursuant to these Arbitration Provisions shall stay and/or abate any and all action in a trial court, save and except a hearing on a motion to compel arbitration and/or the entry of an order compelling arbitration and staying and/or abating the litigation pending the filing of the final award of the Arbitrator.

(e) Any Arbitrator selected shall be knowledgeable in the subject matter of the DISPUTE and be licensed to practice law.

(f) For a one (1) member arbitration panel, the PARTIES are limited to an equal number of strikes in selecting the arbitrator from the AAA neutral list, such that at least one arbitrator remains after the PARTIES exercise all of their respective strikes. For a three (3) member arbitration panel, the PARTIES are limited to an equal number of strikes in selecting the arbitrators from the AAA neutral list, such that at least three arbitrators remain after the PARTIES exercise all of their respective strikes. After exercising all of their allotted respective strikes, the PARTIES shall rank those potential arbitrators remaining numerically in order of preference (with "1" designating the most preferred). The AAA shall review the PARTIES rankings and assign a score to each potential arbitrator by adding together the ranking given to such potential arbitrator by each PARTY. The arbitrator(s) with the lowest score total(s) will be selected. In the event of a tie or ties for lowest score total and if the selection of both or all of such potential arbitrators is not possible due to the required panel size, the AAA shall select the arbitrator(s) it believes to be best qualified.

(g) The PARTIES and the Arbitrator shall treat all aspects of the arbitration proceedings, including, without limitation, any documents exchanged, testimony and other evidence, briefs and the award, as strictly confidential; provided, however, that a written award or order from the Arbitrator may be filed with any court having jurisdiction to confirm and/or enforce such award or order.

(h) Any statute of limitation which would otherwise be applicable shall apply to any claim asserted in any arbitration proceeding under these Arbitration Provisions, and the commencement of any arbitration proceeding tolls such statute of limitations.

(i) If the AAA is unable for any reason to provide arbitration services, then the PARTIES agree to select another arbitration service provider that has the ability to arbitrate the DISPUTE pursuant to and consistent with these Arbitration Provisions. If the PARTIES are unable to agree on another arbitration service provider, any PARTY may petition a court of competent jurisdiction to appoint an Arbitrator to administer the arbitration proceeding pursuant to and consistent with these Arbitration Provisions.

(j) The award of the Arbitrator shall be final and Judgment upon any such award may be entered in any court of competent jurisdiction. The arbitration award shall be in the form of a written reasoned decision and shall be based on and consistent with applicable law.

(k) Unless the PARTIES mutually agree to hold the binding arbitration proceeding elsewhere, venue of any arbitration proceeding under these Arbitration Provisions shall be (i) for all Texas accounts, in the Texas county where the account was opened, and (ii) for all Oklahoma accounts, in the Oklahoma county where the account was opened.

(l) If any of these Arbitration Provisions are held to be invalid or unenforceable, the remaining provisions shall be enforced without regard to the invalid or unenforceable term or provision.

JURY WAIVER: IF A DISPUTE BETWEEN YOU AND THE BANK PROCEEDS IN COURT RATHER THAN THROUGH MANDATORY BINDING ARBITRATION, THEN YOU AND BANK BOTH WAIVE THE RIGHT TO A JURY TRIAL, AND SUCH DISPUTE WILL BE TRIED BEFORE A JUDGE ONLY.

GUARANTY AGREEMENT

Each Authorized Signatory does hereby, jointly and severally, if more than one, unconditionally guarantee and promise to pay Bank, in United States currency, any and all indebtedness in any way or manner of each other Authorized Signatory to Bank to the extent such indebtedness grows out of, relates to, and/or arises from, this Agreement and/or this Account, whether such indebtedness is now existing or hereafter created or arising, absolute or contingent, whether joint, several, or joint and several, including all costs of collection, (including its reasonable attorney's fees, and costs and expenses). This is an absolute and continuing unconditional guaranty of payment and not of collectibility. Each Authorized Signatory agrees that Bank may release or waive its rights in, any collateral, if any, and/or renew, rearrange or extend from time to time the time, manner, place or terms of payment of such indebtedness or any renewals or extensions thereof without notice to any Authorized Signatory and each Authorized Signatory hereby consents to such action, and/or agrees that any such action or omission by Bank will not release or discharge any Authorized Signatory from liability and/or obligation hereunder pursuant to this guaranty of payment

NO ORAL AGREEMENTS

THIS AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.

THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

Depositor's Agreement (Business)    (rev. 08/22/2014)

# LIMITED LIABILITY COMPANY AUTHORIZATION
## - BY MANAGER

The undersigned, who is duly appointed manager for Axis Midstream Holdings LLC , a limited liability company organized and existing under the laws of the State of Texas, hereby certifies, represents and warrants to Bank:

1. Axis Midstream Holdings LLC ("Company") is a limited liability company duly formed and validly existing under the laws of the State of Texas.

2. The undersigned (the "Manager") is the duly appointed Manager for the Company, pursuant to the terms of the Company's Articles of Organization and/or Operating Agreement.

3. The Manager is authorized and empowered to perform any or all of the actions identified below for and on behalf of the Company and to bind the Company on such terms and conditions as the Manager may deem advisable in the sole discretion of the Manager:

    (a) Open and maintain any safety deposit boxes, lockboxes and escrow, savings, checking, depository, or other accounts with International Bank of Commerce ("Bank");

    (b) Assign, negotiate, endorse and deposit in and to such boxes and accounts any checks, drafts, notes, and other instruments and funds payable to or belonging to the Company, and such endorsement may either be written or stamped without designating the person making the endorsement;

    (c) Withdraw any funds or draw, sign and deliver in the name of the Company any check or draft against funds of the Company in such boxes or accounts;

    (d) Implement additional depository and funds transfer services (including, but not limited to, facsimile signature authorizations, wire transfer agreements, night depository agreements, automated clearinghouse agreements, and payroll deposit programs);

    (e) Endorse to Bank any checks, drafts, notes, or other instruments payable to the Company;

    (f) Appoint the Bank as the Company's attorney-in-fact for any purpose (including, but not limited to, endorsing any checks, drafts, notes or other instruments payable to the Company);

    (g) Execute any document (including, but not limited to, facsimile signature authorization agreements, wire transfer agreements, automated clearinghouse agreements, payroll deposit agreements, powers of attorney, and waivers) and take any action on behalf of the Company to carry out the terms of this authorization and the terms of the documents described herein; and

    (h) Designate from time to time the person or persons to receive from the Bank any and all cancelled checks and/or statements of account.

4. Any of the foregoing or related activities taken by the Manager prior to the execution of this authorization are hereby ratified and declared to be binding obligations of the Company in a full and complete manner.

5. The authority and power of the Manager to perform and bind the Company to the actions described above will continue in full force and effect until a writing amending, modifying, or revoking such authority is executed by the Company and actually received by the Bank.

Dated: December 1, 2017

_____
Manager

LLC Authorization by Manager

Folder:3043380
Account:291059025
Date:12/1/2017
Time:11:39:59 AM
CSR:Meghan
Saunders
Branch:10
Phone:27003

# APPENDIX 12

**Form 401**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

**Filing Fee: See Instructions**



## Statement of Change of
## Registered Office/Agent

**Filed in the Office of the
Secretary of State of Texas
Filing #: 802812872 12/06/2017
Document #: 779019010005
Image Generated Electronically
for Web Filing**

## Entity Information

The name of the entity is :

## Axis Midstream Holdings, LLC

The file number issued to the entity by the secretary of state is: **802812872**

The registered agent and registered office of the entity as currently shown on the records of the secretary of state are:

## Patrick Hicks

## 5005 Riverway Suite 440, Houston, TX, USA 77056

## Change to Registered Agent/Registered Office

The following changes are made to the registered agent and/or office information of the named entity:

Registered Agent Change

☐ A. The new registered agent is an organization by the name of:

OR

☑ B. The new registered agent is an individual resident of the state whose name is:

## CHARLES A VANAMAN

Registered Office Change

☑ C. The business address of the registered agent and the registered office address is changed to:

## 1414 VALERO WAY, CORPUS CHRISTI, TX, USA 78409

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

☑ B. The consent of the registered agent is maintained by the entity.

## Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

## Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **December 6, 2017**                    **CHARLES A. VANAMAN**

Signature of authorized person(s)

**FILING OFFICE COPY**

# APPENDIX 13

756489P 780701

TX2018    05-102
Ver. 9.0   (Rev.9-15/33)

**Texas Franchise Tax Public Information Report**

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

32064822730

■ Report year

2018

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | AXIS MIDSTREAM HOLDINGS, LLC | ■ ☐ Check box if the mailing address has changed. |
|---|---|---|

| Mailing address | 1414 CORN PRODUCT RD | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| City CORPUS CHRISTI | State TX   ZIP code plus 4  78409 3020 | 0802812872 |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 1414 CORN PRODUCT RD, CORPUS CHRISTI, TX 78409 |
|---|---|
| Principal place of business | 1414 CORN PRODUCT RD, CORPUS CHRISTI, TX 78409 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.
*Please sign below!*

This report must be signed to satisfy franchise tax requirements.

3206482273018

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| A.L. BERRY | PRESIDENT | ☒ YES | | |
| Mailing address 1414 CORN PRODUCT RD | City CORPUS CHRISTI | State TX | ZIP Code 78409 | |
| D.W. BERRY | VICE PRESIDENT | ☒ YES | | |
| Mailing address 1414 CORN PRODUCT RD | City CORPUS CHRISTI | State TX | ZIP Code 78409 | |
| M.G. BERRY | VICE PRESIDENT | ☒ YES | | |
| Mailing address 1414 CORN PRODUCT RD | City CORPUS CHRISTI | State TX | ZIP Code 78409 | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| BERRY GP, INC | TX | 0011654900 | 100.00 |

| Registered agent and registered office currently on file (see instructions if you need to make changes) | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. |
|---|---|
| Agent: CHARLES A. VANAMAN | |
| Office: 1414 VALERO WAY | City CORPUS CHRISTI   State TX   ZIP Code 78409 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ |  | Title VICE PRESIDE | Date | Area code and phone number (361) 693-2100 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**



| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

1019

**TX 05-102 (Section A Continuation)**

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| EDWARD A. MARTIN | VICE PRESIDENT | [X] YES | | | |
| Mailing address 1414 CORN PRODUCT RD | City CORPUS CHRISTI | | State TX | ZIP Code 78409 | |

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| CHARLES A. VANAMAN | VP & GENERAL COUN | [ ] YES | | | |
| Mailing address 1414 CORN PRODUCT RD | City CORPUS CHRISTI | | State TX | ZIP Code 78409 | |

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| DIANE DECOU | VP, TREASURER, & | [ ] YES | | | |
| Mailing address 1414 CORN PRODUCT RD | City CORPUS CHRISTI | | State TX | ZIP Code 78409 | |

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| DONETTA BEATY | SECRETARY | [ ] YES | | | |
| Mailing address 1414 CORN PRODUCT RD | City CORPUS CHRISTI | | State TX | ZIP Code 78409 | |

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| | | [ ] YES | | | |
| Mailing address | City | | State | ZIP Code | |

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| | | [ ] YES | | | |
| Mailing address | City | | State | ZIP Code | |

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| | | [ ] YES | | | |
| Mailing address | City | | State | ZIP Code | |

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| | | [ ] YES | | | |
| Mailing address | City | | State | ZIP Code | |

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| | | [ ] YES | | | |
| Mailing address | City | | State | ZIP Code | |

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| | | [ ] YES | | | |
| Mailing address | City | | State | ZIP Code | |

| Name | Title | Director | Term expiration | | |
|---|---|---|---|---|---|
| | | [ ] YES | | | |
| Mailing address | City | | State | ZIP Code | |

780501 04-01-17

# APPENDIX 14

| **Form 401** | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>**Filing Fee: See Instructions** | <br>**Statement of Change of<br>Registered Office/Agent** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 802812872 02/04/2020<br>Document #: 943324640003<br>Image Generated Electronically<br>for Web Filing** |

### Entity Information

The name of the entity is :

## Axis Midstream Holdings, LLC

The file number issued to the entity by the secretary of state is: **802812872**

The registered agent and registered office of the entity as currently shown on the records of the secretary of state are:

## CHARLES A VANAMAN

## 1414 VALERO WAY, CORPUS CHRISTI, TX, USA 78409

### Change to Registered Agent/Registered Office

The following changes are made to the registered agent and/or office information of the named entity:

<div align="center">Registered Agent Change</div>

☐ A. The new registered agent is an organization by the name of:

OR

☑ B. The new registered agent is an individual resident of the state whose name is:

## MIKE H HUMMELL

<div align="center">Registered Office Change</div>

☐ C. The business address of the registered agent and the registered office address is changed to:

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

<div align="center">Consent of Registered Agent</div>

☐ A. A copy of the consent of registered agent is attached.

☑ B. The consent of the registered agent is maintained by the entity.

### Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

### Effectiveness of Filing

☐ A. This document becomes effective when the document is filed by the secretary of state.

☑ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is: **February 5, 2020**

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **February 4, 2020**                    **Mike H. Hummell**

Signature of authorized person(s)

**FILING OFFICE COPY**

# APPENDIX 15

Berry GP and Subsidiaries
Instructions for Filing
Form 05-158
Texas Franchise Tax Report
for the year ended  October 31, 2021

Your return will be filed electronically.  You do not need to file any forms with the state of Texas.

The Texas Public Information Report has been included in the e-file submission and should not be filed separately.

The return shows a $99,843.15 overpayment.  We have applied it as follows:

| | |
|---|---|
| Amount to be refunded | $99,843.15 |
| Total Overpayment | **$99,843.15** |

DO NOT separately file Form 05-158 with the state of Texas.  Doing so will delay the processing of your return.

The state of Texas will notify us when your return has been accepted.  Your return is not considered filed until the state confirms its acceptance.

1D52B5 2.000
TX2022 05-164
Ver. 13.0 (Rev.9-16/9)

# Texas Franchise Tax Extension Request

■ **Tcode** 13258 Annual

| ■Taxpayer number | ■Report year | Due date |
|---|---|---|
| 17425479353 | 2022 | 08/15/2022 |

| Taxpayer name | Berry GP and Subsidiaries | Secretary of State file number or Comptroller file number |
|---|---|---|
| Mailing address | 1414 Valero Way | |

| City | State | Country | ZIP code plus 4 | Blacken box if the address has changed ■ ☐ |
|---|---|---|---|---|
| Corpus Christi | TX | | 78409 | 0112168700 |

Blacken box if this is a combined report    **X**

**If this extension is for a combined group, you must also complete and submit Form 05-165.**

**Note to mandatory Electronic Fund Transfer(EFT) payers:**
**When requesting a second extension do not submit an Affiliate List Form 05-165.**

**1. Extension payment** *(Dollars and cents)*    1. ■ | 0.00

| Print or type name | Area code and phone number |
|---|---|
| Diane DeCou | (361) 693-2100 |

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief.

**sign here** ▶

Date

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms. If you have any questions, call 1-800-252-1381.

Taxpayers who paid $10,000 or more during the preceding fiscal year (Sept. 1 thru Aug. 31) are required to electronically pay their franchise tax.
For more information visit www.comptroller.texas.gov/taxes/franchise/filing-requirements.php.

**Texas Comptroller Official Use Only**



| VE/DE | ☐ |
|---|---|
| PM Date | |

7002

1D52B4 2.000
TX2022    05-165
Ver. 13.0   (Rev.9-11/3)

# Texas Franchise Tax Extension Affiliate List

■ **Tcode**    13298

| ■ Reporting entity taxpayer number | ■ Report year | Reporting entity taxpayer name |
|---|---|---|
| 17425479353 | 2022 | Berry GP and Subsidiaries |

| LEGAL NAME OF AFFILIATE | AFFILIATE'S TEXAS TAXPAYER NUMBER (If none, enter FEI number) | BLACKEN BOX IF AFFILIATE DOES NOT HAVE NEXUS IN TEXAS |
|---|---|---|
| 1. Basic Equipment Company | 17425479353 | ☐ |
| 2. Bay, Inc. | 17421131602 | ☐ |
| 3. Becon Holdings, Inc. | 860845428 | ☒ |
| 4. Inner Channel Investments, Inc | 32002065954 | ☐ |
| 5. Redfish Bay Terminal, Inc. | 17420430161 | ☐ |
| 6. Walzel Technical Services, Inc. | 17429356623 | ☐ |
| 7. TPCC, Inc. (FKA Berry Dock West, Inc.) | 32004628650 | ☐ |
| 8. Lone Star Equipment | 17414012595 | ☐ |
| 9. BayMar Fuels USA, LLC -Used for Combined TFTR | 32066014492 | ☐ |
| 10. Becon, Inc. - Used for Combined TFTR | 17429799715 | ☐ |
| 11. Berry Contracting, LP | 17429829017 | ☐ |
| 12. Berry Holdings, LP | 17428043214 | ☐ |
| 13. Berry Operating Company, LLC | 17429809548 | ☐ |
| 14. Clark Pipeline Services, JV | 14613732115 | ☐ |
| 15. Friendswood Exchange LLC | 32064994307 | ☐ |
| 16. LDMA Limited Partnership | 32036155268 | ☐ |
| 17. Axis Midstream Holdings, LLC | 32064822730 | ☐ |
| 18. | | ☐ |
| 19. | | ☐ |
| 20. | | ☐ |
| 21. | | ☐ |

Note: To file an extension request for a reporting entity and its affiliates, Form 05-164 (Texas Franchise Tax Extension Request) must be submitted with this affiliate list. The filing of this list by itself does not constitute a properly filed Extension Request. Do not file this form when requesting a second extension.

## Texas Comptroller Official Use Only

| VE/DE | ☐ | FM | ☐ |
|---|---|---|---|

7002

# Texas Franchise Tax Report - Page 1

■**Tcode**  13250 Annual

| ■Taxpayer number | | Report year | Due date | |
|---|---|---|---|---|
| 17425479353 | | 2022 | 08/15/2022 | |

| | Secretary of State file number |
|---|---|
| Taxpayer name | or Comptroller file number |
| Berry GP and Subsidiaries | |
| Mailing address    1414 Valero Way | 0112168700 |

| City | State | Country | ZIP code plus 4 | Blacken box if the address has changed ■☐ |
|---|---|---|---|---|
| Corpus Christi | TX | | 78409 | |

| Blacken box if this is a combined report  ■☒ | Blacken box if Total Revenue is adjusted for Tiered Partnership Election, see instructions  ■☐ | |
|---|---|---|

Is this entity a corporation, limited liability company, professional association, limited partnership or financial institution?  ☐ Yes   ☐ No

** If not twelve months, see instructions for annualized revenue

| | *m m   d d   y y* | | *m m   d d   y y* | SIC code | NAICS code |
|---|---|---|---|---|---|
| Accounting year begin date** ■ | 110120 | Accounting year end date ■ | 103121 | 1629 | 237990 |

**REVENUE** *(Whole dollars only)*

| | | | |
|---|---|---|---|
| 1. **Gross receipts or sales** | 1. ■ | 414489944 | .00 |
| 2. **Dividends** | 2. ■ | 1345292 | .00 |
| 3. **Interest** | 3. ■ | 207049 | .00 |
| 4. **Rents** *(can be negative amount)* | 4. ■ | 11511935 | .00 |
| 5. **Royalties** | 5. ■ | 3104 | .00 |
| 6. **Gains/losses** *(can be negative amount)* | 6. ■ | 6550663 | .00 |
| 7. **Other income** *(can be negative amount)* | 7. ■ | -15266864 | .00 |
| 8. **Total gross revenue** *(Add items 1 thru 7)* | 8. ■ | 418841123 | .00 |
| 9. **Exclusions from gross revenue** *(see instructions)* | 9. ■ | 8296479 | .00 |
| 10. **TOTAL REVENUE** *(item 8 minus item 9 if less than zero, enter 0)* | 10. ■ | 410544644 | .00 |

**COST OF GOODS SOLD** *(Whole dollars only)*

| | | | |
|---|---|---|---|
| 11. **Cost of goods sold** | 11. ■ | 398181914 | .00 |
| 12. **Indirect or administrative overhead costs** *(Limited to 4%)* | 12. ■ | 1539672 | .00 |
| 13. **Other** *(see instructions)* | 13. ■ | 0 | .00 |
| 14. **TOTAL COST OF GOODS SOLD** *(Add items 11 thru 13)* | 14. ■ | 399721586 | .00 |

**COMPENSATION** *(Whole dollars only)*

| | | | |
|---|---|---|---|
| 15. **Wages and cash compensation** | 15. ■ | 179833858 | .00 |
| 16. **Employee benefits** | 16. ■ | 17972717 | .00 |
| 17. **Other** *(see instructions)* | 17. ■ | 0 | .00 |
| 18. **TOTAL COMPENSATION** *(Add items 15 thru 17)* | 18. ■ | 197806575 | .00 |

**Texas Comptroller Official Use Only**

| VE/DE | ☐ |
|---|---|
| PM Date | |

7002

# Texas Franchise Tax Report - Page 2

■**Tcode**  13251 Annual

| ■Taxpayer number | ■Report year | Due date | Taxpayer name |
|---|---|---|---|
| 17425479353 | 2022 | 08/15/2022 | Berry GP and Subsidiaries |

**MARGIN** *(Whole dollars only)*

**19. 70% revenue** *(item 10 x .70)*            19. ■                                          287381251 **.00**

**20. Revenue less COGS** *(item 10 - item 14)*  20. ■                                           10823058 **.00**

**21. Revenue less compensation** *(item 10 - item 18)*  21. ■                                  212738069 **.00**

**22. Revenue less $1 million** *(item 10 - $1,000,000)*  22. ■                                 409544644 **.00**

**23. MARGIN** *(see instructions)*              23. ■                                           10823058 **.00**

**APPORTIONMENT FACTOR**

**24. Gross receipts in Texas** *(Whole dollars only)*  24. ■                                   407022472 **.00**

**25. Gross receipts everywhere** *(Whole dollars only)*  25. ■                                 410544644 **.00**

**26. APPORTIONMENT FACTOR** *(Divide item 24 by item 25, round to 4 decimal places)*   26. ■    0.9914

**TAXABLE MARGIN** *(Whole dollars only)*

**27. Apportioned margin** *(Multiply item 23 by item 26)*  27. ■                               10729980 **.00**

**28. Allowable deductions** *(see instructions)*  28. ■                                               0 **.00**

**29. TAXABLE MARGIN** *(item 27 minus item 28)*  29. ■                                         10729980 **.00**

**TAX DUE**

**30. Tax rate** *(see instructions for determining the appropriate tax rate)*   X   X   X   30. ■    0.007500

**31. Tax due** *(Multiply item 29 by the tax rate in item 30)* *(Dollars and cents)*   31. ■       80474.85

**TAX ADJUSTMENTS** *(Dollars and cents)*   *(Do not include prior payments)*

**32. Tax credits** *(item 23 from Form 05-160)*   32. ■                                           23318.00

**33. Tax due before discount** *(item 31 minus item 32)*   33. ■                                  57156.85

**34. Discount** *(see instructions, applicable to report years 2008 and 2009)*   34. ■               0.00

**TOTAL TAX DUE** *(Dollars and cents)*

**35. TOTAL TAX DUE** *(item 33 minus item 34)*   35. ■                                           57156.85

**Do not include payment if item 35 is less than $1,000** or if annualized total revenue is less than the no tax due threshold (see instructions). If the entity makes a tiered partnership election, ANY amount in item 35 is due. Complete Form 05-170 if making a payment.

| Print or type name | Area code and phone number |
|---|---|
| Diane DeCou | (361) 693-2100 |
| I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief. | **Mail original to:** Texas Comptroller of Public Accounts |

**sign here** ▶

Date

P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

## Texas Comptroller Official Use Only



| VE/DE | ☐ |
|---|---|
| PM Date | |

7002

1D52C3 2.000
TX2022   05-160
Ver. 13.0  (Rev. 9-15/5)

# Texas Franchise Tax Credits Summary Schedule

■ **Tcode** 13254 Annual

| ■Taxpayer number | ■Report year | Taxpayer name |
|---|---|---|
| 17425479353 | 2022 | Berry GP and Subsidiaries |

## Part A - Credit Limit

1. **Tax due before credits** *(Item 31 of the tax report, Form 05-158-B)*   1. ■   80474.85

2. **Credit limit** *(Item 1 x 50% (0.50))*   2. ■   40237.43

## Part B - Credits Available

3. **Investment credit installment from prior years**   3. ■   0.00

4. **Investment credit carried forward from prior years**   4. ■   0.00
5. **Investment credit available** *(Add Item 3 plus Item 4)*   5. ■   0.00

6. **Jobs creation credit carried forward from prior years**   6. ■   0.00

7. **Research credit carried forward from prior years**   7. ■   0.00

8. **Unused temporary credit for Business Loss Carryforward (BLC) from prior years**   8. ■   0.00

9. **R & D activities credit available** *(Item 14 from Form 05-178)*   9. ■   0.00

10. **Eligible historic structure credit**   10. ■   0.00

11. **Historic structure credit carried forward from prior years**   11. ■   0.00
12. **Historic structure credit available** *(Add Item 10 plus Item 11)*   12. ■   0.00

13. **1992 Temporary credit**   13. ■   0.00

## Part C - Credits Claimed

14. **Investment credit claimed**
*(Amount cannot exceed the credit limit in Item 2 or the credit available in Item 5)*   14. ■   0.00

15. **Jobs creation credit claimed**
*(Amount cannot exceed the credit limit in Item 2 or the credit available in Item 6)*   15. ■   0.00

16. **Research credit claimed**
*(Amount cannot exceed the credit limit in Item 2 or the credit available in Item 7)*   16. ■   0.00

17. **Temporary credit for BLC from this year only**   17. ■   23318.00

18. **Unused temporary credit for BLC from prior years claimed**
*(Amount cannot exceed the credit available in Item 8)*   18. ■   0.00

19. **R & D activities credit claimed**
*(Amount cannot exceed the credit limit in Item 2 or the credit available in Item 9)*   19. ■   0.00

20. **Historic structure credit claimed** *(Cannot exceed amount in Item 12)*   20. ■   0.00

21. **1992 Temporary credit less additional tax due**   21. ■   0.00

22. **Other** *(see instructions)*   22. ■   0.00

23. **Total credits claimed** *(Add Items 14, 15, 16, 17, 18, 19, 20, 21 and 22)*
*(Enter this amount on Item 32 of the tax report, Form 05-158-B)*   23. ■   23318.00

## Texas Comptroller Official Use Only

| VE/DE | ☐ |
|---|---|



7002

1D52B1 2.000

TX2022    05-166
Ver. 13.0    (Rev.9-16/7)

# Texas Franchise Tax Affiliate Schedule

■**Tcode** 13253 Annual

| ■Reporting entity taxpayer number | ■Report year | Reporting entity taxpayer name |
|---|---|---|
| 17425479353 | 2022 | Berry GP and Subsidiaries |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| Berry GP, Inc | 17412395927 | 237990 |

| 4. Blacken box if entity is disregarded for franchise tax ■☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■☐ | ■6. Affiliate reporting begin date *m m  d  d  y  y* 110120 | ■7. Affiliate reporting end date *m m  d  d  y  y* 103121 |
|---|---|---|---|

| ■8. Gross receipts subject to throwback in other states *(before eliminations)* | ■9. Gross receipts everywhere *(before eliminations)* |
|---|---|
| 0 **.00** | 3861293 **.00** |

| ■10. Gross receipts in Texas *(before eliminations)* | ■11. Cost of goods sold or compensation *(before eliminations)* |
|---|---|
| 3765446 **.00** | 0 **.00** |

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| Basic Equipment Company | 17425479353 | 532412 |

| 4. Blacken box if entity is disregarded for franchise tax ■☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■☐ | ■6. Affiliate reporting begin date *m m  d  d  y  y* 110120 | ■7. Affiliate reporting end date *m m  d  d  y  y* 103121 |
|---|---|---|---|

| ■8. Gross receipts subject to throwback in other states *(before eliminations)* | ■9. Gross receipts everywhere *(before eliminations)* |
|---|---|
| 0 **.00** | 13901753 **.00** |

| ■10. Gross receipts in Texas *(before eliminations)* | ■11. Cost of goods sold or compensation *(before eliminations)* |
|---|---|
| 13901753 **.00** | 0 **.00** |

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| Bay, Inc. | 17421131602 | 237990 |

| 4. Blacken box if entity is disregarded for franchise tax ■☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■☐ | ■6. Affiliate reporting begin date *m m  d  d  y  y* 110120 | ■7. Affiliate reporting end date *m m  d  d  y  y* 103121 |
|---|---|---|---|

| ■8. Gross receipts subject to throwback in other states *(before eliminations)* | ■9. Gross receipts everywhere *(before eliminations)* |
|---|---|
| 0 **.00** | 0 **.00** |

| ■10. Gross receipts in Texas *(before eliminations)* | ■11. Cost of goods sold or compensation *(before eliminations)* |
|---|---|
| 0 **.00** | 0 **.00** |

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**



| VE/DE | ☐ | FM | ☐ |
|---|---|---|---|

7002

# Texas Franchise Tax Affiliate Schedule

■**Tcode**   13253 Annual

| ■Reporting entity taxpayer number | ■Report year | Reporting entity taxpayer name |
|---|---|---|
| 17425479353 | 2022 | Berry GP and Subsidiaries |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

---

**1. Legal name of affiliate**

Becon Holdings, Inc.

■**2. Affiliate taxpayer number** *(if none, use FEI number)*

860845428

■**3. Affiliate NAICS code**

551112

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ **X** | ■6. Affiliate reporting begin date *m m   d d   y y* 110120 | ■7. Affiliate reporting end date *m m   d d   y y* 103121 |

■8. Gross receipts subject to throwback in other states *(before eliminations)*

0 **.00**

■9. Gross receipts everywhere *(before eliminations)*

0 **.00**

■10. Gross receipts in Texas *(before eliminations)*

0 **.00**

■11. Cost of goods sold or compensation *(before eliminations)*

0 **.00**

---

**1. Legal name of affiliate**

Inner Channel Investments, Inc

■**2. Affiliate taxpayer number** *(if none, use FEI number)*

32002065954

■**3. Affiliate NAICS code**

237990

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date *m m   d d   y y* 110120 | ■7. Affiliate reporting end date *m m   d d   y y* 103121 |

■8. Gross receipts subject to throwback in other states *(before eliminations)*

0 **.00**

■9. Gross receipts everywhere *(before eliminations)*

132101 **.00**

■10. Gross receipts in Texas *(before eliminations)*

132101 **.00**

■11. Cost of goods sold or compensation *(before eliminations)*

0 **.00**

---

**1. Legal name of affiliate**

Redfish Bay Terminal, Inc.

■**2. Affiliate taxpayer number** *(if none, use FEI number)*

17420430161

■**3. Affiliate NAICS code**

531120

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date *m m   d d   y y* 110120 | ■7. Affiliate reporting end date *m m   d d   y y* 103121 |

■8. Gross receipts subject to throwback in other states *(before eliminations)*

0 **.00**

■9. Gross receipts everywhere *(before eliminations)*

0 **.00**

■10. Gross receipts in Texas *(before eliminations)*

0 **.00**

■11. Cost of goods sold or compensation *(before eliminations)*

0 **.00**

---

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | FM | ☐ |

7002

1D52B2 2.000

TX2022  05-166
Ver. 13.0  (Rev.9-16/7)

# Texas Franchise Tax Affiliate Schedule

■**Tcode**  13253 Annual

| ■Reporting entity taxpayer number | ■Report year | Reporting entity taxpayer name |
|---|---|---|
| 17425479353 | 2022 | Berry GP and Subsidiaries |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | 3. Affiliate NAICS code |
|---|---|---|
| Walzel Technical Services, Inc. | 17429356623 | 237990 |

| 4. Blacken box if entity is disregarded for franchise tax  ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas  ■ ☐ | ■6. Affiliate reporting begin date *m m d d y y*  110120 | ■7. Affiliate reporting end date *m m d d y y*  103121 |
|---|---|---|---|

| ■8. Gross receipts subject to throwback in other states *(before eliminations)* | ■9. Gross receipts everywhere *(before eliminations)* |
|---|---|
| 0 .00 | 1933669 .00 |

| ■10. Gross receipts in Texas *(before eliminations)* | ■11. Cost of goods sold or compensation *(before eliminations)* |
|---|---|
| 1933669 .00 | 0 .00 |

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| TPCC, Inc. (FKA Berry Dock West, Inc.) | 32004628650 | 237990 |

| 4. Blacken box if entity is disregarded for franchise tax  ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas  ■ ☐ | ■6. Affiliate reporting begin date *m m d d y y*  110120 | ■7. Affiliate reporting end date *m m d d y y*  103121 |
|---|---|---|---|

| ■8. Gross receipts subject to throwback in other states *(before eliminations)* | ■9. Gross receipts everywhere *(before eliminations)* |
|---|---|
| 0 .00 | 811102 .00 |

| ■10. Gross receipts in Texas *(before eliminations)* | ■11. Cost of goods sold or compensation *(before eliminations)* |
|---|---|
| 811102 .00 | 0 .00 |

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| Lone Star Equipment | 17414012595 | 532400 |

| 4. Blacken box if entity is disregarded for franchise tax  ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas  ■ ☐ | ■6. Affiliate reporting begin date *m m d d y y*  110120 | ■7. Affiliate reporting end date *m m d d y y*  103121 |
|---|---|---|---|

| ■8. Gross receipts subject to throwback in other states *(before eliminations)* | ■9. Gross receipts everywhere *(before eliminations)* |
|---|---|
| 0 .00 | 796524 .00 |

| ■10. Gross receipts in Texas *(before eliminations)* | ■11. Cost of goods sold or compensation *(before eliminations)* |
|---|---|
| 796524 .00 | 0 .00 |

---

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | FM | ☐ |
|---|---|---|---|

7002

# Texas Franchise Tax Affiliate Schedule

■**Tcode**  13253 Annual

| ■Reporting entity taxpayer number | ■Report year | Reporting entity taxpayer name |
|---|---|---|
| 17425479353 | 2022 | Berry GP and Subsidiaries |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

---

**1. Legal name of affiliate**

BayMar Fuels USA, LLC -Used for Combined TFTR

■**2. Affiliate taxpayer number** *(if none, use FEI number)*

32066014492

■**3. Affiliate NAICS code**

**4. Blacken box if entity is** disregarded for franchise tax  ■ ☐

**5. Blacken box if this affiliate does** NOT have **NEXUS** in Texas  ■ ☐

■**6. Affiliate reporting begin date**  *m m  d d  y y*
110120

■**7. Affiliate reporting end date**  *m m  d d  y y*
103121

■**8. Gross receipts subject to throwback in other states** *(before eliminations)*
0 **.00**

■**9. Gross receipts everywhere** *(before eliminations)*
0 **.00**

■**10. Gross receipts in Texas** *(before eliminations)*
0 **.00**

■**11. Cost of goods sold or compensation** *(before eliminations)*
0 **.00**

---

**1. Legal name of affiliate**

Becon, Inc.

■**2. Affiliate taxpayer number** *(if none, use FEI number)*

17429799715

■**3. Affiliate NAICS code**

**4. Blacken box if entity is** disregarded for franchise tax  ■ ☐

**5. Blacken box if this affiliate does** NOT have **NEXUS** in Texas  ■ ☐

■**6. Affiliate reporting begin date**  *m m  d d  y y*
110120

■**7. Affiliate reporting end date**  *m m  d d  y y*
103121

■**8. Gross receipts subject to throwback in other states** *(before eliminations)*
0 **.00**

■**9. Gross receipts everywhere** *(before eliminations)*
0 **.00**

■**10. Gross receipts in Texas** *(before eliminations)*
0 **.00**

■**11. Cost of goods sold or compensation** *(before eliminations)*
0 **.00**

---

**1. Legal name of affiliate**

Berry Contracting, LP

■**2. Affiliate taxpayer number** *(if none, use FEI number)*

17429829017

■**3. Affiliate NAICS code**

237990

**4. Blacken box if entity is** disregarded for franchise tax  ■ ☐

**5. Blacken box if this affiliate does** NOT have **NEXUS** in Texas  ■ ☐

■**6. Affiliate reporting begin date**  *m m  d d  y y*
110120

■**7. Affiliate reporting end date**  *m m  d d  y y*
103121

■**8. Gross receipts subject to throwback in other states** *(before eliminations)*
0 **.00**

■**9. Gross receipts everywhere** *(before eliminations)*
405581361 **.00**

■**10. Gross receipts in Texas** *(before eliminations)*
385681877 **.00**

■**11. Cost of goods sold or compensation** *(before eliminations)*
0 **.00**

---

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**



| VE/DE | ☐ | FM | ☐ |
|---|---|---|---|

7002

1D52B2 2.000

TX2022    05-166
Ver. 13.0   (Rev.9-16/7)

# Texas Franchise Tax Affiliate Schedule

■**Tcode**   13253 Annual

| ■Reporting entity taxpayer number | ■Report year | Reporting entity taxpayer name |
|---|---|---|
| 17425479353 | 2022 | Berry GP and Subsidiaries |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| Berry Holdings, LP | 17428043214 | 237990 |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date *m m d d y y* 110120 | ■7. Affiliate reporting end date *m m d d y y* 103121 |
|---|---|---|---|

■8. Gross receipts subject to throwback in other states *(before eliminations)*       0 **.00**

■9. Gross receipts everywhere *(before eliminations)*       0 **.00**

■10. Gross receipts in Texas *(before eliminations)*       0 **.00**

■11. Cost of goods sold or compensation *(before eliminations)*       0 **.00**

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| Berry Operating Company, LLC | 17429809548 | 237990 |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date *m m d d y y* 110120 | ■7. Affiliate reporting end date *m m d d y y* 103121 |
|---|---|---|---|

■8. Gross receipts subject to throwback in other states *(before eliminations)*       0 **.00**

■9. Gross receipts everywhere *(before eliminations)*       0 **.00**

■10. Gross receipts in Texas *(before eliminations)*       0 **.00**

■11. Cost of goods sold or compensation *(before eliminations)*       0 **.00**

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| Clark Pipeline Services, JV | 14613732115 | 213110 |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date *m m d d y y* 110120 | ■7. Affiliate reporting end date *m m d d y y* 103121 |
|---|---|---|---|

■8. Gross receipts subject to throwback in other states *(before eliminations)*       0 **.00**

■9. Gross receipts everywhere *(before eliminations)*       0 **.00**

■10. Gross receipts in Texas *(before eliminations)*       0 **.00**

■11. Cost of goods sold or compensation *(before eliminations)*       0 **.00**

---

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | FM | ☐ |
|---|---|---|---|

7002

# Texas Franchise Tax Affiliate Schedule

■**Tcode**    13253 Annual

| ■ Reporting entity taxpayer number | ■ Report year | Reporting entity taxpayer name |
|---|---|---|
| 17425479353 | 2022 | Berry GP and Subsidiaries |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

---

**1. Legal name of affiliate**

Friendswood Exchange LLC

**■2. Affiliate taxpayer number** *(if none, use FEI number)*

32064994307

**■3. Affiliate NAICS code**

**4. Blacken box if entity is** disregarded for franchise tax  ■ ☐

**5. Blacken box if this affiliate does** NOT have **NEXUS** in Texas  ■ ☐

**■6. Affiliate reporting begin date**
m m  d d  y y
110120

**■7. Affiliate reporting end date**
m m  d d  y y
103121

**■8. Gross receipts subject to throwback in other states** *(before eliminations)*
0 .00

**■9. Gross receipts everywhere** *(before eliminations)*
0 .00

**■10. Gross receipts in Texas** *(before eliminations)*
0 .00

**■11. Cost of goods sold or compensation** *(before eliminations)*
0 .00

---

**1. Legal name of affiliate**

LDMA Limited Partnership

**■2. Affiliate taxpayer number** *(if none, use FEI number)*

32036155268

**■3. Affiliate NAICS code**

237990

**4. Blacken box if entity is** disregarded for franchise tax  ■ ☐

**5. Blacken box if this affiliate does** NOT have **NEXUS** in Texas  ■ ☐

**■6. Affiliate reporting begin date**
m m  d d  y y
110120

**■7. Affiliate reporting end date**
m m  d d  y y
103121

**■8. Gross receipts subject to throwback in other states** *(before eliminations)*
0 .00

**■9. Gross receipts everywhere** *(before eliminations)*
0 .00

**■10. Gross receipts in Texas** *(before eliminations)*
0 .00

**■11. Cost of goods sold or compensation** *(before eliminations)*
0 .00

---

**1. Legal name of affiliate**

Axis Midstream Holdings, LLC

**■2. Affiliate taxpayer number** *(if none, use FEI number)*

32064822730

**■3. Affiliate NAICS code**

**4. Blacken box if entity is** disregarded for franchise tax  ■ ☐

**5. Blacken box if this affiliate does** NOT have **NEXUS** in Texas  ■ ☐

**■6. Affiliate reporting begin date**
m m  d d  y y
110120

**■7. Affiliate reporting end date**
m m  d d  y y
103121

**■8. Gross receipts subject to throwback in other states** *(before eliminations)*
0 .00

**■9. Gross receipts everywhere** *(before eliminations)*
0 .00

**■10. Gross receipts in Texas** *(before eliminations)*
0 .00

**■11. Cost of goods sold or compensation** *(before eliminations)*
241 .00

---

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.
An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**



| VE/DE | ☐ FM | ☐ |

7002

1D5235 2.000

TX2022    05-170
Ver. 13.0  (Rev.9-16/9)

# Texas Franchise Tax Payment Form

■ **Tcode** 13050  Annual

■ Taxpayer number

17425479353

■ Report year

2022

Due date

08/15/2022

Taxpayer name

Berry GP and Subsidiaries

1. **Total tax due on this report**                                   1.                          57156.85
   *(item 35 from Form 05-158-B or item 17 from Form 05-169)*

2. **Enter prior payment** *(e.g. extension payment)*                 2.                         157000.00

3. **Net tax due** *(item 1 minus item 2)*                            3.                         −99843.15

4. **Penalty** *(see instructions)*                                   4.                              0.00

5. **Interest** *(see instructions)*                                  5.                              0.00

6. **TOTAL AMOUNT DUE AND PAYABLE** *(Add items 3, 4 and 5)* 6. ■                                  −99843.15
   *Make amount payable to TEXAS COMPTROLLER*

   Taxpayers who paid $10,000 or more during the preceding fiscal year (Sept. 1 thru Aug. 31) are required to electronically
   pay their franchise tax. For more information visit www.comptroller.texas.gov/taxes/franchise/filing-requirements.php

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

**Texas Comptroller Official Use Only**

| VE/DE | ☐ |
| --- | --- |
| PM Date | |

7002

# Texas Franchise Tax Common Owner Information Report

■ **Tcode** 13257 Annual

| Reporting entity taxpayer number | Report year | Reporting entity taxpayer name |
|---|---|---|
| 17425479353 | 2022 | Berry GP and Subsidiaries |

The common owner is the entity or individual that owns more than 50 percent (directly or indirectly) of each affiliate of the combined group. *Note: The reporting entity is not necessarily the common owner.*

## Common Owner Identification

Identification number *(Enter only ONE of the following numbers: Texas taxpayer number, federal employer identification number or Social Security number. )*

1. Texas taxpayer number     1.■  17412395927

**OR**

2. Federal employer identification number     2.■

**OR**

3. Social Security number     3.■

**Federal Privacy Act** - Disclosure of your Social Security number is required and authorized under law, for the purpose of tax administration and identification of any individual affected by applicable law. 42 U.S.C. §405(c)(2)(C)(i); Tex. Govt. Code §§403.011 and 403.078. Release of information on this form in response to a public information request will be governed by the Public Information Act, Chapter 552, Government Code, and applicable federal law.

## Common Owner Name

| Common owner business name | Common owner first name, middle initial, last name |
|---|---|
| BERRY GP, INC. | |

Mailing address
1414 VALERO WAY

| City | State | ZIP Code |
|---|---|---|
| CORPUS CHRISTI | TX | 78409 |

## Dates

Enter the date this entity or individual became the common owner of the combined group. (The start date is not the same as the combined group accounting period date or the privilege period.)

■ **X** Blacken this box if this entity or individual is still the common owner.

| Common owner start date   m m d d y y y y | Common owner end date *(if applicable)*   m m d d y y y y |
|---|---|
| ■  09071953 | ■ |

| Print or type name | Area code and phone number |
|---|---|
| Diane DeCou | (361) 693-2100 |

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief.

**sign here** ▶

Date

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

*Under Ch. 559, Government Code, you are entitled to review, request and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or phone number listed on this form.*

### Texas Comptroller Official Use Only



| VE/DE | ☐ |
|---|---|

7002

1D5238 2.000
TX2022    05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ Taxpayer number
17412395927

■ Report year
2022

***You have certain rights*** *under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   Berry GP, Inc

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

City   Corpus Christi    State   TX    ZIP code plus 4   78409

Secretary of State (SOS) file number or Comptroller file number
0011654900

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   1414 Valero Way Corpus Christi  TX 78409-3020
Principal place of business   1414 Valero Way Corpus Christi TX 78409-3020

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741239592722

***Please sign below!***   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm dd yy |
|------|-------|----------|--|----------|
| A.L. Berry | V.P. | [X] YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| Robert Powers | President | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| D.J. Smith | SRVP | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| Bay, Inc. | TX | 0052074800 | 100.000 |
| Becon Holdings, Inc. | NV | | 100.000 |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| None | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:   Mike Hummell

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:   1414 Corn Product Rd    City   Corpus Christi    State  TX    ZIP Code   78409

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title   Officer

Date

Area code and phone number   (361) 693-2100

## Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number
17412395927

■ Report year
2022

*You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   Berry GP, Inc

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

City   Corpus Christi       State   TX       ZIP code plus 4   78409

Secretary of State (SOS) file number or Comptroller file number
0011654900

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741239592722

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm dd yy |
|---|---|---|---|---|
| D.W. Berry | V.P. | ☒ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |
| Name | Title | Director | | mm dd yy |
| Dan Bumby | V.P. | ☐ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |
| Name | Title | Director | | mm dd yy |
| Laura Berry | V.P. | ☒ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| TPCC Inc. (FKA Berry Dock West, Inc.) | TX | 0800070466 | 100.000 |
| Inner Channel Investments, Inc | TX | 0156412100 | 100.000 |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:          City          State          ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶          Title          Date          Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐       PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■Taxpayer number
17412395927

■Report year
2022

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Berry GP, Inc

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

City    Corpus Christi    State    TX    ZIP code plus 4    78409

Secretary of State (SOS) file number or
Comptroller file number
0011654900

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741239592722

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| M.G. Berry | V.P. | [X] YES | | | | | |

| Mailing address | 1414 Valero Way | City | Corpus Christi | State | TX | ZIP Code | 78409 |

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Mike Hummell | Genl Counsel | ☐ YES | | | | | |

| Mailing address | 1414 Valero Way | City | Corpus Christi | State | TX | ZIP Code | 78409 |

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| James Klein | CFO | [X] YES | | | | | |

| Mailing address | 1414 Valero Way | City | Corpus Christi | State | TX | ZIP Code | 78409 |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Redfish Bay Terminal, Inc. | TX | 0045875600 | 100.000 |
| Basic Equipment Co. | TX | 0112168700 | 100.000 |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶    Title    Date    Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

7002

1D5238 2.000

TX2022      05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number
17412395927

■ Report year
2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   Berry GP, Inc

■ ☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

City   Corpus Christi

State   TX

ZIP code plus 4   78409

Secretary of State (SOS) file number or Comptroller file number
0011654900

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741239592722

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | | | | | |
|------|-------|----------|---|---|---|---|---|---|
| | | | m | m | d | d | y | y |
| Mike Hummell | V.P. | ☐ YES | Term expiration | | | | | |
| Mailing address | City | State | | | | ZIP Code | | |

| Name | Title | Director | | | | | | |
|------|-------|----------|---|---|---|---|---|---|
| | | | m | m | d | d | y | y |
| James Klein | V.P. | ☐ YES | Term expiration | | | | | |
| Mailing address | City | State | | | | ZIP Code | | |

| Name | Title | Director | | | | | | |
|------|-------|----------|---|---|---|---|---|---|
| | | | m | m | d | d | y | y |
| James Klein | Treasurer | ☐ YES | Term expiration | | | | | |
| Mailing address | City | State | | | | ZIP Code | | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Bay/C.C. Crane & Rigging, Inc. | TX | 0800854706 | 100.000 |
| Lone Star Equipment, Inc | TX | 0018201000 | 100.000 |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:           City           State           ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶           Title           Date           Area code and phone number

### Texas Comptroller Official Use Only

VE/DE   ☐     PIR IND   ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

17412395927

■ Report year

2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name    Berry GP, Inc

■ ☐ Blacken box if the mailing address has changed.

Mailing address
  1414 Valero Way

| City    Corpus Christi | State   TX | ZIP code plus 4   78409 | Secretary of State (SOS) file number or Comptroller file number
0011654900 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741239592722

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | m m   d d   y y |
| --- | --- | --- | --- |
| | | ☐ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director | m m   d d   y y |
| | | ☐ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director | m m   d d   y y |
| | | ☐ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| --- | --- | --- | --- |
| Axis Midstream Holdings, LLC | TX | 0802812872 | 100.000 |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| --- | --- | --- | --- |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
| --- | --- | --- | --- |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
| --- | --- | --- | --- |

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |

7002

1D5238 2.000

TX2022     05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number

17425479353

■ Report year

2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   Basic Equipment Company

■ ☐ Blacken box if the mailing address has changed.

Mailing address
P.O. Box 9033

| City   Corpus Christi | State   TX | ZIP code plus 4   78469 |
|---|---|---|

Secretary of State (SOS) file number or Comptroller file number

0112168700

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   P.O. Box 9033 Corpus Christi  TX 78469-9033

Principal place of business   P.O. Box 9033 Corpus Christi TX 78469-9033

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742547935322

## Please sign below!     This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m   d d   y y |
|---|---|---|---|---|
| A.L. Berry | V.P. | [X] YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |
| Name | Title | Director | | m m   d d   y y |
| Mike Hummell | V.P. | ☐ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |
| Name | Title | Director | | m m   d d   y y |
| Mike Hummell | Genl Counsel | ☐ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Friendswood Exchange LLC | TX | 0802827206 | 100.000 |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Berry GP, Inc. | TX | 0011654900 | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:   Mike Hummell

| Office:   1414 Corn Product Rd | City   Corpus Christi | State   TX | ZIP Code   78409 |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title   officer | Date | Area code and phone number   (361) 693-2100 |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

17425479353

■ Report year

2022

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  Basic Equipment Company

■ ☐ Blacken box if the mailing address has changed.

Mailing address
P.O. Box 9033

Secretary of State (SOS) file number or Comptroller file number

| City  Corpus Christi | State  TX | ZIP code plus 4  78469 | 0112168700 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742547935322

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!   This report must be signed to satisfy franchise tax requirements.

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm  dd  yy |
|---|---|---|---|---|
| D.W. Berry | V.P. | [X] YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| M.G. Berry | President | [X] YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| Robert Powers | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title | Date | Area code and phone number |

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |

7002

1D5238 2.000

TX2022  05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ Taxpayer number

17425479353

■ Report year

2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name  Basic Equipment Company

☐ Blacken box if the mailing address has changed.

Mailing address
P.O. Box 9033

City  Corpus Christi

State  TX

ZIP code plus 4  78469

Secretary of State (SOS) file number or Comptroller file number

0112168700

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742547935322

## Please sign below!   This report must be signed to satisfy franchise tax requirements.

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | mm dd yy |
|---|---|---|---|---|
| Robert Powers | Treasurer | ☐ YES | | |

Mailing address  1414 Valero Way   City  Corpus Christi   State  TX   ZIP Code  78409

| Name | Title | Director | Term expiration | mm dd yy |
|---|---|---|---|---|
| James Klein | V.P. | ☐ YES | | |

Mailing address   City   State   ZIP Code

| Name | Title | Director | Term expiration | mm dd yy |
|---|---|---|---|---|
| D.W. Berry | Secretary | ☐ YES | | |

Mailing address   City   State   ZIP Code

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:   City   State   ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶   | Title | Date | Area code and phone number |

## Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7002

1D5238 2.000

TX2022   05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ **Taxpayer number**
17421131602

■ **Report year**
2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name  Bay, Inc.

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

| City  Corpus Christi | State  TX | ZIP code plus 4  78409 |
|---|---|---|

Secretary of State (SOS) file number or Comptroller file number
0052074800

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    P.O. Box 9908 Corpus Christi  TX 78469-9908

Principal place of business    P.O. Box 9908 Corpus Christi TX 78469-9908

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!   This report must be signed to satisfy franchise tax requirements.

1742113160222

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| A.L. Berry | V.P. | ☒ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| Mike Hummell | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| Mike Hummell | Genl Counsel | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| None | | | |
| | | | |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Berry GP, Inc. | TX | 0011654900 | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  Mike Hummell

| Office:  1414 Corn Product Rd | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title  officer | Date | Area code and phone number  (361) 693-2100 |
|---|---|---|---|

### Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

1D5238 2.000

TX2022   05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

17421131602

■ Report year

2022

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  Bay, Inc.

■ ☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

| City | State | ZIP code plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| Corpus Christi | TX | 78409 | 0052074800 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!   This report must be signed to satisfy franchise tax requirements.

1742113160222

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| D.W. Berry | V.P. | ☒ YES | | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 1414 Valero Way | Corpus Christi | TX | 78409 |

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| James Klein | V.P. | ☐ YES | | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 1414 Valero Way | Corpus Christi | TX | 78409 |

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| Robert Powers | President | ☐ YES | | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 1414 Valero Way | Corpus Christi | TX | 78409 |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|
| | | | |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title | Date | Area code and phone number |
|---|---|---|---|
| | | | |

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ **Taxpayer number**

17421131602

■ **Report year**

2022

***You have certain rights*** *under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Bay, Inc.

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

City    Corpus Christi

State    TX

ZIP code plus 4    78409

Secretary of State (SOS) file number or
Comptroller file number

0052074800

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742113160222

***Please sign below!***    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| M.G. Berry | V.P. | ☒ YES | Term expiration | |
| Mailing address    1414 Valero Way | City    Corpus Christi | | State    TX | ZIP Code    78409 |
| Name | Title | Director | | m m  d d  y y |
| James Klein | CFO | ☐ YES | Term expiration | |
| Mailing address    1414 Valero Way | City    Corpus Christi | | State    TX | ZIP Code    78409 |
| Name | Title | Director | | m m  d d  y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered*
*agent, registered office or general partner information.*

Office:                                City                    State        ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title            Date            Area code and phone number

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ **Taxpayer number**
32002065954

■ **Report year**
2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   Inner Channel Investments, Inc

■ ☐ Blacken box if the mailing address has changed.

Mailing address
P.O. BOX 4858

City   Corpus Christi     State   TX     ZIP code plus 4   78469

Secretary of State (SOS) file number or Comptroller file number
0156412100

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   1414 Valero Way Corpus Christi  TX 78409-3020

Principal place of business   1414 Valero Way Corpus Christi TX 78409-3020

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200206595422

## _Please sign below!_   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| A.L. Berry | V.P. | ☒ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| Mike Hummell | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| Mike Hummell | Genl Counsel | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Berry GP, Inc. | TX | 0011654900 | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:   Mike Hummell

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:   1414 Corn Product Rd     City   Corpus Christi     State  TX     ZIP Code   78409

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

| | Title | Date | Area code and phone number |
|---|---|---|---|
| | officer | | (361) 693-2100 |

## Texas Comptroller Official Use Only

VE/DE  ☐     PIR IND  ☐

7002

1D5238 2.000

TX2022  05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode** 13196

■**Taxpayer number**
32002065954

■**Report year**
2022

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  Inner Channel Investments, Inc

■ ☐ Blacken box if the mailing address has changed.

Mailing address
P.O. BOX 4858

City  Corpus Christi  State  TX  ZIP code plus 4  78469

Secretary of State (SOS) file number or Comptroller file number
0156412100

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

3200206595422

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| D.W. Berry | V.P. | [X] YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |
| Robert Powers | President | [X] YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |
| M.G. Berry | V.P. | [X] YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:  City  State  ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

| | Title | Date | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ☐  PIR IND ☐

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number

32002065954

■ Report year

2022

*You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   Inner Channel Investments, Inc

■ ☐ Blacken box if the mailing address has changed.

Mailing address
P.O. BOX 4858

| City | State | ZIP code plus 4 |
|---|---|---|
| Corpus Christi | TX | 78469 |

Secretary of State (SOS) file number or Comptroller file number

0156412100

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

3200206595422

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| James Klein | Treasurer | ☐ YES | | | | | |

Mailing address   1414 Valero Way   City   Corpus Christi   State   TX   ZIP Code   78409

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| James Klein | CFO | ☐ YES | | | | | |

Mailing address   1414 Valero Way   City   Corpus Christi   State   TX   ZIP Code   78409

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| James Klein | V.P. | ☐ YES | | | | | |

Mailing address   1414 Valero Way   City   Corpus Christi   State   TX   ZIP Code   78409

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

| ■ Taxpayer number | ■ Report year | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| 32002065954 | 2022 | |

| Taxpayer name   Inner Channel Investments, Inc | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|

| Mailing address<br>P.O. BOX 4858 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| City   Corpus Christi   State  TX   ZIP code plus 4   78469 | 0156412100 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!    **This report must be signed to satisfy franchise tax requirements.**

3200206595422

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name<br><br>Laura Berry | Title<br><br>V.P. | Director<br>☐ YES | Term expiration | m m   d d   y y |
|---|---|---|---|---|
| Mailing address  1414 Valero Way | City   Corpus Christi | | State  TX | ZIP Code  78409 |
| Name | Title | Director<br>☐ YES | Term expiration | m m   d d   y y |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director<br>☐ YES | Term expiration | m m   d d   y y |
| Mailing address | City | | State | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)*<br>Agent: | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■Taxpayer number
17420430161

■Report year
2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   Redfish Bay Terminal, Inc.

☐ Blacken box if the mailing address has changed.

Mailing address
P.O. Box 9103

City   Corpus Christi

State   TX

ZIP code plus 4   78469

Secretary of State (SOS) file number or Comptroller file number
0045875600

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   P.O. Box 1235 Aransas Pass  TX 78335-1235

Principal place of business   P.O. Box 1235 Aransas Pass TX 78335-1235

1742043016122

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!   This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| A.L. Berry | V.P. | ☒ YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |
| Mike Hummell | V.P. | ☐ YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |
| Mike Hummell | Genl Counsel | ☐ YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| None | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Berry GP, Inc. | TX | 0011654900 | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:   Mike Hummell

Office:   1414 Corn Product Rd

City   Corpus Christi

State TX

ZIP Code   78409

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title   officer

Date

Area code and phone number   (361) 693-2100

## Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7002

1D5238 2.000

TX2022   05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

■Taxpayer number

17420430161

■Report year

2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   Redfish Bay Terminal, Inc.

☐ Blacken box if the mailing address has changed.

Mailing address
P.O. Box 9103

Secretary of State (SOS) file number or Comptroller file number

City   Corpus Christi   State   TX   ZIP code plus 4   78469   0045875600

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742043016122

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## *Please sign below!*   This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| D.W. Berry | President | [X] YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |
| James Klein | V.P. | ☐ YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |
| M.G. Berry | V.P. | [X] YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:   City   State   ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶   | Title | Date | Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

| ■ Taxpayer number | ■ Report year | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| 17420430161 | 2022 | |

| Taxpayer name   Redfish Bay Terminal, Inc. | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|

| Mailing address  P.O. Box 9103 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| City   Corpus Christi | State   TX | ZIP code plus 4   78469 | 0045875600 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742043016122

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## *Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| James Klein | Treasurer | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| Name | Title | Director | | m m  d d  y y |
| James Klein | CFO | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| Name | Title | Director | | m m  d d  y y |
| Robert Powers | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* Agent: | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | | Title | Date | Area code and phone number |
|---|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ Taxpayer number
17429356623

■ Report year
2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   Walzel Technical Services, Inc.

■ ☐ Blacken box if the mailing address has changed.

Mailing address
2560 State HWY 361

City   Ingleside

State   TX

ZIP code plus 4   78362

Secretary of State (SOS) file number or Comptroller file number
0013076206

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   2560 State HWY 361 Ingleside  TX 78362

Principal place of business   2560 State HWY 361 Ingleside TX 78362

1742935662322

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!   This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m   d d   y y |
|------|-------|----------|--|-----------------|
| Cynthia Jette | Treasurer | ☐ YES | Term expiration | |
| Mailing address   2560 State HWY 361 | City   Ingleside | | State   TX | ZIP Code   78362 |
| Cynthia Jette | Secretary | ☐ YES | Term expiration | |
| Mailing address   2560 State HWY 361 | City   Ingleside | | State   TX | ZIP Code   78362 |
| Richard L. Southers | President | ☒ YES | Term expiration | |
| Mailing address   2560 State HWY 361 | City   Ingleside | | State   TX | ZIP Code   78362 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| None | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Rydal Holdings B.V. | | | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent:   Richard Southers

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office:   225 West Wheeler | City   Aransas Pass | State   TX | ZIP Code   78336 |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title   officer | Date | Area code and phone number   (361) 693-2100 |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number

17429356623

■ Report year

2022

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Walzel Technical Services, Inc.

■ ☐ Blacken box if the mailing address has changed.

Mailing address
2560 State HWY 361

City   Ingleside       State   TX       ZIP code plus 4   78362

Secretary of State (SOS) file number or
Comptroller file number

0013076206

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

1742935662322

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| Diane Decou | V.P. | ☐ YES | Term expiration | |

| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | ZIP Code   78409 |
|---|---|---|---|

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| | | ☐ YES | Term expiration | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| | | ☐ YES | Term expiration | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered*
*agent, registered office or general partner information.*

Office:                    City                State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶        Title         Date         Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE  ☐        PIR IND   ☐

7002

1D5238 2.000
TX2022    05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

| ■ Taxpayer number | ■ Report year | |
|---|---|---|
| 32004628650 | 2022 | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |

Taxpayer name    TPCC, Inc. (FKA Berry Dock West, Inc.)

☐ Blacken box if the mailing address has changed.

| Mailing address | | | |
|---|---|---|---|
| 1414 Valero Way | | | Secretary of State (SOS) file number or Comptroller file number |
| City   Corpus Christi | State   TX | ZIP code plus 4   78409 | 0800070466 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 1414 Valero Way Corpus Christi  TX 78409-3020 |
|---|---|
| Principal place of business | 1414 Valero Way Corpus Christi TX 78409-3020 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!    This report must be signed to satisfy franchise tax requirements.

3200462865022

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m | d d | y y |
|---|---|---|---|---|---|---|
| Mike Hummell | V.P. | ☐ YES | Term expiration | | | |
| Mailing address   1414 Valero Way | City   Corpus Christi | | State   TX | | ZIP Code   78409 | |
| Name | Title | Director | | m m | d d | y y |
| Mike Hummell | Genl Counsel | ☐ YES | Term expiration | | | |
| Mailing address   1414 Valero Way | City   Corpus Christi | | State   TX | | ZIP Code   78409 | |
| Name | Title | Director | | m m | d d | y y |
| Robert Nesloney | President | ☐ YES | Term expiration | | | |
| Mailing address   1414 Valero Way | City   Corpus Christi | | State   TX | | ZIP Code   78409 | |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| None | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Berry GP, Inc. | TX | 0011654900 | 100.000 |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* | | |
|---|---|---|---|
| Agent:   Mike Hummell | | | |
| Office:   1414 Corn Product Rd | City   Corpus Christi | State  TX | ZIP Code   78409 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title officer | Date | Area code and phone number (361) 693-2100 |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

| ■Taxpayer number | ■Report year | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| 32004628650 | 2022 | |

| Taxpayer name    TPCC, Inc. (FKA Berry Dock West, Inc.) | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|

| Mailing address  1414 Valero Way | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| City   Corpus Christi  State  TX   ZIP code plus 4   78409 | 0800070466 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200462865022

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Juan Sotelo | Treasurer | ☐ YES | | | | | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | | ZIP Code  78409 | | |
| Juan Sotelo | CFO | ☐ YES | | | | | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | | ZIP Code  78409 | | |
| D.W. Berry | V.P. | ☐ YES | | | | | |
| Mailing address | City | | State | | ZIP Code | | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* Agent: | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

■Taxpayer number

32004628650

■Report year

2022

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   TPCC, Inc. (FKA Berry Dock West, Inc.)

■ ☐ Blacken box if the mailing address has changed.

| Mailing address<br>1414 Valero Way | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City   Corpus Christi | State   TX | ZIP code plus 4   78409 | 0800070466 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200462865022

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| M.G. Berry | V.P. | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m  d d  y y |
| A. L. Berry | V.P. | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m  d d  y y |
| Robert Powers | V.P. | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)*<br>Agent: | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* | | |
|---|---|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

■Taxpayer number

17414012595

■Report year

2022

*You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | Lone Star Equipment | | | ☐ Blacken box if the mailing address has changed. |
|---|---|---|---|---|

Mailing address
PO BOX 4561

Secretary of State (SOS) file number or Comptroller file number

| City | Corpus Christi | State | TX | ZIP code plus 4 | 78469 | 0018201000 |
|---|---|---|---|---|---|---|

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   1414 VALERO WAY CORPUS CHRISTI  TX 78409

Principal place of business   1414 VALERO WAY CORPUS CHRISTI TX 78409

1741401259522

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!   This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| A L BERRY | President | [X] YES | Term expiration | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | State TX | ZIP Code 78409 |
| Name | Title | Director | | m m d d y y |
| D W BERRY | V.P. | [X] YES | Term expiration | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | State TX | ZIP Code 78409 |
| Name | Title | Director | | m m d d y y |
| LAURA BERRY | V.P. | [X] YES | Term expiration | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | State TX | ZIP Code 78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Berry GP, Inc | TX | 0011654900 | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:   Mike Hummell

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office:   1414 Corn Product Rd | City   Corpus Christi | State TX | ZIP Code 78409 |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | | Title officer | Date | Area code and phone number (361) 693-2100 |
|---|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

17414012595

■ Report year

2022

***You have certain rights*** *under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Lone Star Equipment

☐ Blacken box if the mailing address has changed.

Mailing address
PO BOX 4561

Secretary of State (SOS) file number or
Comptroller file number

City    Corpus Christi    State    TX    ZIP code plus 4    78469    0018201000

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741401259522

***Please sign below!***    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m   d d   y y |
|---|---|---|---|---|
| M G BERRY | V.P. | ☒ YES | Term expiration | |
| Mailing address    1414 VALERO WAY | City    CORPUS CHRISTI | State    TX | | ZIP Code    78409 |
| Mike Hummell | Genl Counsel | ☐ YES | Term expiration | |
| Mailing address    1414 Valero Way | City    Corpus Christi | State    TX | | ZIP Code    78409 |
| James Klein | V.P. | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered*
*agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶    Title    Date    Area code and phone number

## Texas Comptroller Official Use Only

VE/DE  ☐    PIR IND  ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■Taxpayer number

17414012595

■Report year

2022

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   Lone Star Equipment

■ ☐ Blacken box if the mailing address has changed.

Mailing address
PO BOX 4561

Secretary of State (SOS) file number or
Comptroller file number

City   Corpus Christi    State  TX    ZIP code plus 4  78469    0018201000

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741401259522

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| James Klein | Treasurer | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m d d y y |
| James Klein | CFO | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m d d y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*    *You must make a filing with the Secretary of State to change registered*
Agent:    *agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶    Title    Date    Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

7002

1D5238 2.000

TX2022   05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■

■**Tcode**   13196

■ Taxpayer number

32066014492

■ Report year

2022

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   BayMar Fuels USA, LLC -Used for Combined TFTR

■ ☐ Blacken box if the mailing address has changed.

Mailing address
1414 VALERO WAY

Secretary of State (SOS) file number or
Comptroller file number

| City   CORPUS CHRSITI | State   TX | ZIP code plus 4   78409 | 0802915696 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 1414 VALERO WAY CORPUS CHRISTI   TX 78409 |
| Principal place of business | 1414 VALERO WAY CORPUS CHRISTI TX 78409 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3206601449222

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m   d d   y y |
|---|---|---|---|---|
| GEORGE A. ANDREWS, JR. | V.P. | ☐ YES | Term expiration | |
| Mailing address   1414 VALERO WAY | City   CORPUS CHRISTI | | State   TX | ZIP Code   78409 |
| Name | Title | Director | | m m   d d   y y |
| EDWARD A. MARTIN | V.P. | ☐ YES | Term expiration | |
| Mailing address   1414 VALERO WAY | City   CORPUS CHRISTI | | State   TX | ZIP Code   78409 |
| Name | Title | Director | | m m   d d   y y |
| DIANE DECOU | V.P. | ☐ YES | Term expiration | |
| Mailing address   1414 VALERO WAY | City   CORPUS CHRISTI | | State   TX | ZIP Code   78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| BERRY CONTRACTING LP | TX | 0014245910 | 80.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:   MIKE HUMMELL

*You must make a filing with the Secretary of State to change registered*
*agent, registered office or general partner information.*

| Office:   1414 CORN PRODUCT RD | City   CORPUS CHRISTI | State   TX | ZIP Code   78409 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title   officer | Date | Area code and phone number   (361) 693-2100 |

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |

7002

1D5238 2.000

TX2022  05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■ Taxpayer number

32066014492

■ Report year

2022

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  BayMar Fuels USA, LLC

☐ Blacken box if the mailing address has changed.

Mailing address
1414 VALERO WAY

City  CORPUS CHRSITI

State  TX

ZIP code plus 4  78409

Secretary of State (SOS) file number or Comptroller file number

0802915696

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

3206601449222

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|---|---|---|---|---|
| DIANE DECOU | CFO | ☐ YES | | | | | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | | State TX | | ZIP Code 78409 | |
| DIANE DECOU | Treasurer | ☐ YES | | | | | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | | State TX | | ZIP Code 78409 | |
| CHARLES A. VANAMAN | V.P. | ☐ YES | | | | | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | | State TX | | ZIP Code 78409 | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| INCOMAR USA, LTD. | | | 20.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:

City

State

ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title

Date

Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7002

1D5238 2.000

TX2022      05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ Taxpayer number
32066014492

■ Report year
2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   BayMar Fuels USA, LLC

■ ☐ Blacken box if the mailing address has changed.

Mailing address
1414 VALERO WAY

City   CORPUS CHRSITI      State   TX      ZIP code plus 4   78409

Secretary of State (SOS) file number or Comptroller file number
0802915696

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3206601449222

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| CHARLES A. VANAMAN | Genl Counsel | ☐ YES | | | | | |

Mailing address   1414 VALERO WAY      City   CORPUS CHRISTI      State   TX      ZIP Code   78409

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| DONETTA BEATY | Secretary | ☐ YES | | | | | |

Mailing address   1414 VALERO WAY      City   CORPUS CHRISTI      State   TX      ZIP Code   78409

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| | | ☐ YES | | | | | |

Mailing address      City      State      ZIP Code

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:      City      State      ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶      Title      Date      Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐      PIR IND ☐

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■

■**Tcode**   13196

■ Taxpayer number

17429799715

■ Report year

2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name    Becon, Inc.

■ ☐ Blacken box if the mailing address has changed.

Mailing address

City                          State                  ZIP code plus 4

Secretary of State (SOS) file number or Comptroller file number

0145811300

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    1414 VALERO WAY CORPUS CHRISTI  TX 78409

Principal place of business    1414 VALERO WAY CORPUS CHRISTI TX 78409

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742979971522

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| M.G. BERRY | V.P. | ☐ YES | Term expiration | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | State TX | ZIP Code 78409 |
| Name | Title | Director | | m m d d y y |
| M.G. BERRY | Secretary | ☐ YES | Term expiration | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | State TX | ZIP Code 78409 |
| Name | Title | Director | | m m d d y y |
| A.L. BERRY | V.P. | ☐ YES | Term expiration | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | State TX | ZIP Code 78409 |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent:    MIKE HUMMELL

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:    1414 CORN PRODUCT RD       City    CORPUS CHRISTI       State TX       ZIP Code 78409

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title    officer

Date

Area code and phone number    (361) 693-2100

## Texas Comptroller Official Use Only

VE/DE ☐      PIR IND ☐

7002

1D5238 2.000

TX2022   05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

17429799715

■ Report year

2022

*You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  Becon, Inc.

■ ☐ Blacken box if the mailing address has changed.

| Mailing address | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| City     State     ZIP code plus 4 | 0145811300 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742979971522

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!    This report must be signed to satisfy franchise tax requirements.

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm dd yy |
|---|---|---|---|---|
| A.L BERRY | Treasurer | ☐ YES | Term expiration | |
| Mailing address  1414 VALERO WAY | City  CORPUS CHRISTI | State  TX | | ZIP Code  78409 |
| Name | Title | Director ☐ YES | Term expiration | mm dd yy |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director ☐ YES | Term expiration | mm dd yy |
| Mailing address | City | State | | ZIP Code |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

## Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

| ■ Taxpayer number | ■ Report year |
|---|---|
| 17429829017 | 2022 |

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Berry Contracting, LP

■ ☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

| City | State | ZIP code plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| Corpus Christi | TX | 78409-3020 | 0014245910 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | P.O. BOX 9908 CORPUS CHRISTI  TX 78469 |
|---|---|
| Principal place of business | P.O. BOX 9908 CORPUS CHRISTI TX 78469 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742982901722

## *Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| Robert Powers | President | ☐ YES | Term expiration | |

| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| D.W. Berry | V.P. | ☐ YES | Term expiration | |

| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| M.G. Berry | V.P. | ☐ YES | Term expiration | |

| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| CLARK PIPELINE SERVICES, JV | TX | 0074523580 | 75.000 |
| AUSTIN-BAY JV | TX | | 40.000 |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| BERRY HOLDINGS, LP | DE | 0009429211 | 99.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:   Berry GP, Inc.

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office:  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title  officer | Date | Area code and phone number  (361) 693-2100 |
|---|---|---|---|

## **Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**    13196

■ Taxpayer number

17429829017

■ Report year

2022

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Berry Contracting, LP

■ ☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

Secretary of State (SOS) file number or
Comptroller file number

City    Corpus Christi

State    TX

ZIP code plus 4    78409-3020

0014245910

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742982901722

*Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| A.L. Berry | V.P. | ☐ YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | | State TX | ZIP Code 78409 |
| Name | Title | Director | | m m  d d  y y |
| Robert Blair | V.P. | ☐ YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | | State TX | ZIP Code 78409 |
| Name | Title | Director | | m m  d d  y y |
| Jeffery Brown | V.P. | ☐ YES | Term expiration | |
| Mailing address 1414 Valero Way | City Corpus Christi | | State TX | ZIP Code 78409 |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| SCHMIDT OILFIELD SERVICES VENTURE | TX | 0047871080 | 50.000 |
| AUSTIN BRIDGE & ROAD, LP & BAY LTD | TX | | 40.000 |

**SECTION C**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered*
*agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶    Title    Date    Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

7002

1D5238 2.000
TX2022      05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ Taxpayer number
17429829017

■ Report year
2022

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | Berry Contracting, LP | |
|---|---|---|

■ ☐ Blacken box if the mailing address has changed.

| Mailing address | 1414 Valero Way | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City  Corpus Christi | State  TX | ZIP code plus 4  78409-3020 | 0014245910 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!     This report must be signed to satisfy franchise tax requirements.

1742982901722

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| John Dill | SRVP | ☐ YES | | | | | |

| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Randy Feikls | SRVP | ☐ YES | | | | | |

| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| James Klein | Treasurer | ☐ YES | | | | | |

| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| BAYMAR INTERNATIONAL, LLC | TX | 0802916805 | 20.000 |
| BAYMAR FUELS USA, LLC | TX | 0802915696 | 80.000 |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* Agent: | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | | Title | Date | Area code and phone number |
|---|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

1D5238 2.000
TX2022      05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number

17429829017

■ Report year

2022

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Berry Contracting, LP

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

City    Corpus Christi

State    TX

ZIP code plus 4    78409-3020

Secretary of State (SOS) file number or Comptroller file number

0014245910

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742982901722

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|----------------|-----|-----|-----|
| James Klein | CFO | ☐ YES | | | | | |

| Mailing address | 1414 Valero Way | City | Corpus Christi | State | TX | ZIP Code | 78409 |
|---|---|---|---|---|---|---|---|

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|----------------|-----|-----|-----|
| James Klein | V.P. | ☐ YES | | | | | |

| Mailing address | 1414 Valero Way | City | Corpus Christi | State | TX | ZIP Code | 78409 |
|---|---|---|---|---|---|---|---|

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|----------------|-----|-----|-----|
| William Parker | AVP | ☐ YES | | | | | |

| Mailing address | 1414 Valero Way | City | Corpus Christi | State | TX | ZIP Code | 78409 |
|---|---|---|---|---|---|---|---|

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ▶**

| | Title | Date | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ☐     PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■Taxpayer number
17429829017

■Report year
2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   Berry Contracting, LP

■ ☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

Secretary of State (SOS) file number or Comptroller file number

City  Corpus Christi      State  TX      ZIP code plus 4  78409-3020      0014245910

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742982901722

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| D.J. Smith | SRVP | ☐ YES | Term expiration | |

| Mailing address   1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| Mike Hummell | V.P. | ☐ YES | Term expiration | |

| Mailing address   1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| Mike Hummell | Genl Counsel | ☐ YES | Term expiration | |

| Mailing address   1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE  ☐      PIR IND  ☐

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■Taxpayer number

17429829017

■ Report year

2022

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Berry Contracting, LP

☐ Blacken box if the mailing address has changed.

Mailing address
 1414 Valero Way

Secretary of State (SOS) file number or
Comptroller file number

| City | Corpus Christi | State | TX | ZIP code plus 4 | 78409-3020 | 0014245910 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

1742982901722

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| Glen Whittington | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |
| Name | Title | Director | | m m  d d  y y |
| Jim Bliss | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |
| Name | Title | Director | | m m  d d  y y |
| Walter Brothers | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered*
*agent, registered office or general partner information.*

| Office: | | City | | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | | Title | Date | Area code and phone number |

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |

7002

1D5238 2.000

TX2022     05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number

17429829017

■ Report year

2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   Berry Contracting, LP

■ ☐ Blacken box if the mailing address has changed.

Mailing address
 1414 Valero Way

Secretary of State (SOS) file number or Comptroller file number

| City   Corpus Christi | State   TX | ZIP code plus 4   78409-3020 | 0014245910 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742982901722

## _Please sign below!_   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| Crissy Hinojosa | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |
| Name | Title | Director | | m m  d d  y y |
| Berry Peterson | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |
| Name | Title | Director | | m m  d d  y y |
| Kevin Stone | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |

7002

1D5238 2.000

TX2022  05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

| ■ Taxpayer number | ■ Report year | *You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you.* Contact us at 1-800-252-1381. |
|---|---|---|
| 17429829017 | 2022 | |

| Taxpayer name  Berry Contracting, LP | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|

| Mailing address  1414 Valero Way | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| City  Corpus Christi | State  TX | ZIP code plus 4  78409-3020 | 0014245910 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| Principal place of business |

1742982901722

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## *Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | *m  m  d  d  y  y* |
|---|---|---|---|---|
| Kevin Gregory | SRVP | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 | |
| Name | Title | Director ☐ YES | Term expiration | *m  m  d  d  y  y* |
| Mailing address | City | State | ZIP Code | |
| Name | Title | Director ☐ YES | Term expiration | *m  m  d  d  y  y* |
| Mailing address | City | State | ZIP Code | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* Agent: | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

## **Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

1D5238 2.000
TX2022   05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number
17428043214

■ Report year
2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name  Berry Holdings, LP

☐ Blacken box if the mailing address has changed.

Mailing address
1414 VALERO WAY

City  Corpus Christi    State  TX    ZIP code plus 4  78409

Secretary of State (SOS) file number or Comptroller file number
0009429211

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   P.O. Box 9908 Corpus Christi  TX 78469

Principal place of business   P.O. Box 9908 Corpus Christi TX 78469

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742804321422

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| Rob Powers | President | ☐ YES | Term expiration | |
| Mailing address 1414 Valero Way | City  Corpus Christi | | State TX | ZIP Code 78409 |
| Name | Title | Director | | m m d d y y |
| D.W. Berry | V.P. | ☐ YES | Term expiration | |
| Mailing address 1414 Valero Way | City  Corpus Christi | | State TX | ZIP Code 78409 |
| Name | Title | Director | | m m d d y y |
| M.G. Berry | V.P. | ☐ YES | Term expiration | |
| Mailing address 1414 Valero Way | City  Corpus Christi | | State TX | ZIP Code 78409 |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Berry Contracting, LP | TX | 0014245910 | 99.000 |
| Berry Operating Company, LLC | TX | 0707839522 | 100.000 |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Becon Holdings, Inc | NV | | 99.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:  The Corporation Trust Company

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:  1209 N Orange St    City  Wilmington    State DE    ZIP Code 19801

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title  officer    Date    Area code and phone number  (361) 693-2100

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■Taxpayer number
17428043214

■Report year
2022

***You have certain rights*** *under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Berry Holdings, LP

☐ Blacken box if the mailing address has changed.

Mailing address
1414 VALERO WAY

Secretary of State (SOS) file number or
Comptroller file number

City    Corpus Christi      State   TX      ZIP code plus 4    78409      0009429211

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742804321422

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| A.L Berry | V.P. | ☐ YES | | | | | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | | State  TX | | ZIP Code  78409 | |
| Robert Blair | V.P. | ☐ YES | | Term expiration | | | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | | State  TX | | ZIP Code  78409 | |
| D.J. Smith | SRVP | ☐ YES | | Term expiration | | | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | | State  TX | | ZIP Code  78409 | |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Bay Middle East International Company | TX | 0145811200 | 33.330 |
| Bay Latin America, Inc | TX | 0160434900 | 100.000 |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:      City      State      ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶      Title      Date      Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐      PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**    13196

■Taxpayer number

17428043214

■Report year

2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name    Berry Holdings, LP

■ ☐ Blacken box if the mailing address has changed.

Mailing address
1414 VALERO WAY

City    Corpus Christi

State    TX

ZIP code plus 4    78409

Secretary of State (SOS) file number or Comptroller file number
0009429211

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742804321422

## _Please sign below!_    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m   d d   y y |
|------|-------|----------|--|-----------------|
| Mike Hummell | V.P. | ☐ YES | Term expiration | |
| Mailing address    1414 Valero Way | City    Corpus Christi | | State    TX | ZIP Code    78409 |
| Name | Title | Director | | m m   d d   y y |
| Mike Hummell | Genl Counsel | ☐ YES | Term expiration | |
| Mailing address    1414 Valero Way | City    Corpus Christi | | State    TX | ZIP Code    78409 |
| Name | Title | Director | | m m   d d   y y |
| James Klein | Treasurer | ☐ YES | Term expiration | |
| Mailing address    1414 Valero Way | City    Corpus Christi | | State    TX | ZIP Code    78409 |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶    Title    Date    Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

7002

1D5238 2.000
TX2022    05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ Taxpayer number

17428043214

■ Report year

2022

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   Berry Holdings, LP

■ ☐ Blacken box if the mailing address has changed.

Mailing address
1414 VALERO WAY

Secretary of State (SOS) file number or Comptroller file number

| City   Corpus Christi | State   TX | ZIP code plus 4   78409 | 0009429211 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742804321422

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!   This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m | d d | y y |
|---|---|---|---|---|---|---|
| James Klein | CFO | ☐ YES | Term expiration | | | |

| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | ZIP Code   78409 |

| Name | Title | Director | | m m | d d | y y |
|---|---|---|---|---|---|---|
| James Klein | V.P. | ☐ YES | Term expiration | | | |

| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | ZIP Code   78409 |

| Name | Title | Director | | m m | d d | y y |
|---|---|---|---|---|---|---|
| | | ☐ YES | Term expiration | | | |

| Mailing address | City | State | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title | Date | Area code and phone number |

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ Taxpayer number

17429809548

■ Report year

2022

***You have certain rights*** *under Chapter 552 and 559,
Government Code, to review, request and correct information
we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Berry Operating Company, LLC

□ Blacken box if the mailing address has changed.

Mailing address
P.O. Box 9908

| City Corpus Christi | State TX | ZIP code plus 4 78469-9980 |

Secretary of State (SOS) file number or
Comptroller file number
0707839522

□ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | P.O. Box 9908 Corpus Christi  TX 78469-9908 |
| Principal place of business | P.O. Box 9908 Corpus Christi TX 78469-9908 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742980954822

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration m m d d y y |
|---|---|---|---|---|
| A.L. Berry | V.P. | □ YES | | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | ZIP Code 78409 | |
| Keith Ackley | President | □ YES | | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | ZIP Code 78409 | |
| D.W. Berry | V.P. | □ YES | | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | ZIP Code 78409 | |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| None | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| None | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:    Mike Hummell

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: 1414 Corn Product Rd | City Corpus Christi | State TX | ZIP Code 78409 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | | Title officer | Date | Area code and phone number (361) 693-2100 |

## Texas Comptroller Official Use Only

| VE/DE □ | PIR IND □ |

7002

1D5238 2.000

TX2022   05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

17429809548

■ Report year

2022

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   Berry Operating Company, LLC

☐ Blacken box if the mailing address has changed.

Mailing address   P.O. Box 9908

Secretary of State (SOS) file number or Comptroller file number

City   Corpus Christi   State  TX   ZIP code plus 4  78469-9980   0707839522

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

1742980954822

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| M.G. Berry | V.P. | ☐ YES | | | | | |

Mailing address  1414 Valero Way   City  Corpus Christi   State  TX   ZIP Code  78409

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Rob Powers | V.P. | ☐ YES | | | | | |

Mailing address  1414 Valero Way   City  Corpus Christi   State  TX   ZIP Code  78409

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Mike Hummell | V.P. | ☐ YES | | | | | |

Mailing address  1414 Valero Way   City  Corpus Christi   State  TX   ZIP Code  78409

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:   City   State   ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶   Title   Date   Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐   PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**    13196

■Taxpayer number

17429809548

■Report year

2022

***You have certain rights*** under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Berry Operating Company, LLC

☐ Blacken box if the mailing address has changed.

Mailing address
P.O. Box 9908

Secretary of State (SOS) file number or
Comptroller file number

| City | Corpus Christi | State | TX | ZIP code plus 4 | 78469-9980 | 0707839522 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742980954822

## Please sign below!    This report must be signed to satisfy franchise tax requirements.

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Robin Scheuerman | Secretary | ☐ YES | | | | | |

| Mailing address | 1414 Valero Way | City | Corpus Christi | State | TX | ZIP Code | 78409 |

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Diane DeCou | Treasurer | ☐ YES | | | | | |

| Mailing address | 1414 Valero Way | City | Corpus Christi | State | TX | ZIP Code | 78409 |

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Diane DeCou | CFO | ☐ YES | | | | | |

| Mailing address | 1414 Valero Way | City | Corpus Christi | State | TX | ZIP Code | 78409 |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered*
*agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

| | Title | Date | Area code and phone number |

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

| ■ Taxpayer number | ■ Report year |
|---|---|
| 17429809548 | 2022 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   Berry Operating Company, LLC

☐ Blacken box if the mailing address has changed.

Mailing address
P.O. Box 9908

| City   Corpus Christi | State   TX | ZIP code plus 4   78469-9980 | Secretary of State (SOS) file number or Comptroller file number   0707839522 |
|---|---|---|---|

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742980954822

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| Laura Berry | V.P. | ☐ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | ZIP Code   78409 | |
| Name | Title | Director | | m m d d y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | ZIP Code | |
| Name | Title | Director | | m m d d y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | ZIP Code | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* Agent: | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | | Title | Date | Area code and phone number |
|---|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

1D5234 2.000

TX2022   05-167
Ver. 13.0   (Rev.9-15/6)

# Texas Franchise Tax Ownership Information Report

*To be filed by Entities other than Corporations, Limited Liability Companies, Limited Partnerships,*
*Professional Associations or Financial Institutions*

■ **Tcode** 13197

| ■ Taxpayer number | ■ Report year | *You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.* |
|---|---|---|
| 14613732115 | 2022 | |

| Taxpayer name   Clark Pipeline Services, JV | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|

| Mailing address   P.O. Box 9396 | Country | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| City   Corpus Christi | State   TX   ZIP code plus 4   78469 | 0074523580 |

**SECTION A.** Enter the information required for each general partner of a partnership or each trustee of a trust. Also, provide the information for each person or entity that owns an interest of 10 percent or more in this entity.

| Name   Berry Contracting, LP, dba Bay Ltd. | What type of owner? *(Blacken only one)* | GENERAL PARTNER ☐ | LIMITED PARTNER ☐ | OTHER ☒ |
|---|---|---|---|---|
| Mailing address   1414 Valero Way | | FEI number   74-2982901 | Percentage of ownership 75.00 | |
| City   Corpus Christi | State   TX | ZIP code plus 4   78409 3020 | | |

| Name   CPC Interests LLC | What type of owner? *(Blacken only one)* | GENERAL PARTNER ☐ | LIMITED PARTNER ☐ | OTHER ☒ |
|---|---|---|---|---|
| Mailing address   4281 State Highway 188 | | FEI number   27-3412205 | Percentage of ownership 25.00 | |
| City   Taft | State   TX | ZIP code plus 4   78390 4553 | | |

| Name | What type of owner? *(Blacken only one)* | GENERAL PARTNER ☐ | LIMITED PARTNER ☐ | OTHER ☐ |
|---|---|---|---|---|
| Mailing address | | FEI number | Percentage of ownership | |
| City | State | ZIP code plus 4 | | |

**SECTION B.** Enter the information required for each entity, if any, in which this partnership, association, trust or other entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or entity | State of formation | FEI number | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or entity | State of formation | FEI number | Percentage of ownership |
| | | | |

| Registered agent and office, or agent for service of process *(see instructions if you need to make changes)* |
|---|
| Agent:   Berry Contracting, LP dba Bay Ltd. |

| Office:   1414 Valero Way | City   Corpus Christi | State   TX | ZIP code plus 4   78409 |
|---|---|---|---|

The above information is authorized by Section 171.201(a)(2), Section 171.201(a)(3), 171.202(a)(4) and 171.354 for each entity.
**Use additional forms (05-167) for Sections A and B as necessary.**

| I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below. | | | |
|---|---|---|---|
| **sign here** ▶ | Title   officer | Date | Area code and phone number   (361) 693-2100 |

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

## Texas Comptroller Official Use Only

| VE/DE ☐ | |
|---|---|

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number
32064994307

■ Report year
2022

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   Friendswood Exchange LLC

☐ Blacken box if the mailing address has changed.

Mailing address
1414 CORN PRODUCT RD

Secretary of State (SOS) file number or Comptroller file number

| City | State | ZIP code plus 4 | |
|------|-------|-----------------|--|
| CORPUS CHRISTI | TX | 78409-3020 | 0802827206 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 1414 CORN PRODUCT RD CORPUS CHRISTI  TX 78409 |
|---|---|
| Principal place of business | 1414 CORN PRODUCT RD CORPUS CHRISTI TX 78409 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3206499430722

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | | mm dd yy |
|------|-------|----------|--|--|----------|
| ACCRUIT EXCHANGE ACCOMMODATION SERV | Other | ☐ YES | Term expiration | | |
| Mailing address | City | State | | ZIP Code | |
| Name | Title | ☐ YES | Term expiration | | mm dd yy |
| Mailing address | City | State | | ZIP Code | |
| Name | Title | ☐ YES | Term expiration | | mm dd yy |
| Mailing address | City | State | | ZIP Code | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Basic Equipment Company | TX | 0112168700 | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:   Charles A. Vanaman

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: 1414 Valero Way Suite 1250 | City  Corpus Christi | State TX | ZIP Code  78409 |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ▶**

| Title | Date | Area code and phone number |
|-------|------|----------------------------|
| officer | | (361) 693-2100 |

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

1D5238 2.000

TX2022    05-102
Ver. 13.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**    13196

■ Taxpayer number

32036155268

■ Report year

2022

***You have certain rights*** *under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    LDMA Limited Partnership

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

Secretary of State (SOS) file number or
Comptroller file number

City    Corpus Christi    State    TX    ZIP code plus 4    78409-3020    0013403610

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    1414 Valero Way Corpus Christi  TX 78409

Principal place of business    1414 Valero Way Corpus Christi TX 78409

3203615526822

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | *m m   d d   y y* |
|------|-------|----------|--|-------------------|
| Becon, Inc | Other | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |
| Name | Title | Director | | *m m   d d   y y* |
| D.W. Berry | Other | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |
| Name | Title | Director | | *m m   d d   y y* |
| M.G. Berry | Other | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:    Mike Hummell

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:    1414 Corn Product Rd    City    Corpus Christi    State TX    ZIP Code    78409

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title  officer | Date | Area code and phone number  (361) 693-2100 |
|---|---|---|---|

## Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

7002

1D5238 2.000

TX2022   05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

32036155268

■ Report year

2022

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  LDMA Limited Partnership

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

Secretary of State (SOS) file number or Comptroller file number

City  Corpus Christi

State  TX

ZIP code plus 4  78409-3020

0013403610

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

3203615526822

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!***   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| A.L. Berry | Other | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |
| Name | Title | Director | | m m d d y y |
| Lone Star Equipment | Other | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |
| Name | Title | Director | | m m d d y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

| | Title | Date | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |

7002

1D5243 2.000

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

| ■Taxpayer number | ■Report year | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| 32064822730 | 2022 | |

| Taxpayer name  Axis Midstream Holdings, LLC | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|

| Mailing address  1414 Valero Way | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| City  Corpus Christi | State  TX | ZIP code plus 4  78409 | 0802812872 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 1414 Valero Way  Corpus Christi  TX  78409 |
|---|---|
| Principal place of business | 1414 Valero Way  Corpus Christi  TX  78409 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## *Please sign below!* This report must be signed to satisfy franchise tax requirements.

3206482273022

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name  A. L. Berry | Title  President | Director ☐ YES | Term expiration | m m  d d  y y |
|---|---|---|---|---|
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |
| Name  D. W. Berry | Title  Vice Preside | Director ☐ YES | Term expiration | m m  d d  y y |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |
| Name  M. G. Berry | Title  Vice Preside | Director ☐ YES | Term expiration | m m  d d  y y |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Berry GP, Inc. | TX | 0011654900 | 100.000 |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent:  Mike Hummell | |

| Office:  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title  Officer | Date | Area code and phone number  361-693-2100 |
|---|---|---|---|

### Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

| ■ Taxpayer number | ■ Report year |
|---|---|
| 32064822730 | 2022 |

*You have certain rights under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   Axis Midstream Holdings, LLC

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

Secretary of State (SOS) file number or
Comptroller file number

| City   Corpus Christi | State   TX | ZIP code plus 4   78409 | 0802812872 |
|---|---|---|---|

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    1414 Valero Way  Corpus Christi  TX  78409

Principal place of business    1414 Valero Way  Corpus Christi  TX  78409

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3206482273022

*Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| Mike Hummell | General Coun | ☐ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |
| Name | Title | Director | | m m  d d  y y |
| Robert Powers | Vice Preside | ☐ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |
| Name | Title | Director | | m m  d d  y y |
| Robert Powers | Secretary | ☐ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | | ZIP Code   78409 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent:   Mike Hummell

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office:   1414 Valero Way | City   Corpus Christi | State  TX | ZIP Code   78409 |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title   Officer | Date | Area code and phone number   361-693-2100 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

1D5243 2.000
TX2022    05-102
Ver. 13.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number

32064822730

■ Report year

2022

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Axis Midstream Holdings, LLC

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

| City   Corpus Christi | State   TX | ZIP code plus 4   78409 | Secretary of State (SOS) file number or Comptroller file number   0802812872 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    1414 Valero Way  Corpus Christi  TX  78409

Principal place of business    1414 Valero Way  Corpus Christi  TX  78409

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3206482273022

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| Mike Hummell | Vice Preside | ☐ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | ZIP Code   78409 | |
| Name | Title | Director | | m m  d d  y y |
| James Klein | Vice Preside | ☐ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | ZIP Code   78409 | |
| Name | Title | Director | | m m  d d  y y |
| James Klein | CFO | ☐ YES | Term expiration | |
| Mailing address   1414 Valero Way | City   Corpus Christi | State   TX | ZIP Code   78409 | |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:    Mike Hummell

| Office:   1414 Valero Way | City   Corpus Christi | State  TX | ZIP Code   78409 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

| | Title   Officer | Date | Area code and phone number   361-693-2100 |

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |

7002

1D5243 2.000
TX2022    05-102
Ver. 13.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**    13196

■ Taxpayer number

32064822730

■ Report year

2022

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    Axis Midstream Holdings, LLC

☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

Secretary of State (SOS) file number or Comptroller file number

City    Corpus Christi | State    TX | ZIP code plus 4    78409 | 0802812872

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    1414 Valero Way  Corpus Christi  TX  78409

Principal place of business    1414 Valero Way  Corpus Christi  TX  78409

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3206482273022

## Please sign below!    This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration |
|------|-------|----------|---|----------------|
| James Klein | Treasurer | ☐ YES | | *m m  d d  y y* |
| Mailing address  1414 Valero Way | City    Corpus Christi | State  TX | ZIP Code  78409 | |

| Name | Title | Director | | Term expiration |
|------|-------|----------|---|----------------|
| | | ☐ YES | | *m m  d d  y y* |
| Mailing address | City | State | ZIP Code | |

| Name | Title | Director | | Term expiration |
|------|-------|----------|---|----------------|
| | | ☐ YES | | *m m  d d  y y* |
| Mailing address | City | State | ZIP Code | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent:    Mike Hummell

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office:    1414 Valero Way | City    Corpus Christi | State  TX | ZIP Code  78409 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

| | Title    Officer | Date | Area code and phone number    361-693-2100 |

## Texas Comptroller Official Use Only

| VE/DE  ☐ | PIR IND  ☐ |

7002

Texas Footnote:
================================================================

AXIS MIDSTREAM (FEIN: 82-2771615) IS OWNED 100% BY BERRY GP, INC.
SINCE THEY ARE DISREGARDED FOR FEDERAL PURPOSES, THEIR ACTIVITY HAS
BEEN INCLUDED IN THIS RETURN.

# APPENDIX 16

 Comptroller of Public Accounts FORM  05-102 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ **Tcode** 13196 Franchise

■ Taxpayer number
3 2 0 6 4 8 2 2 7 3 0

■ Report year
2 0 2 1

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name
**AXIS MIDSTREAM HOLDINGS, LLC**

■ ○ Blacken circle if the mailing address has changed.

Mailing address
**1414 Valero Way**

Secretary of State (SOS) file number or Comptroller file number

City **Corpus Christi** | State **TX** | ZIP code plus 4 **78409**

**0802812872**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**1414 Valero Way, Corpus Christi, TX, 78409**

Principal place of business
**1414 Valero Way, Corpus Christi, TX, 78409**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **A L Berry** | **President** | ○ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** | |
| Name **D W Berry** | Title **Vice President** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** | |
| Name **M G Berry** | Title **Vice President** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** | |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Berry GP, Inc.** | **TX** | **0011654900** | **100.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent: **Mike Hummell**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office: **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | **Diane DeCou** | Title **Officer** | Date **11/01/2021** | Area code and phone number **( 361 ) 693 - 2100** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ○ | PIR IND ○



# Texas Franchise Tax Public Information Report

05-102
(Rev.9-15/33)
FORM

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year | **You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| 3 2 0 6 4 8 2 2 7 3 0 | 2 0 2 1 | |

| Taxpayer name | |
|---|---|
| **AXIS MIDSTREAM HOLDINGS, LLC** | ■ ◯ Blacken circle if the mailing address has changed. |

| Mailing address | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| **1414 Valero Way** | |

| City | State | ZIP code plus 4 | |
|---|---|---|---|
| **Corpus Christi** | **TX** | **78409** | **0802812872** |

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | |
|---|---|
| **1414 Valero Way, Corpus Christi, TX, 78409** | |
| Principal place of business | |
| **1414 Valero Way, Corpus Christi, TX, 78409** | |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **Keith Ackley** | **Vice President** | ◯ YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **1414 Valero Way** | **Corpus Christi** | **TX** | **78409** |

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **Mike Hummell** | **General Counsel** | ◯ YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **1414 Valero Way** | **Corpus Christi** | **TX** | **78409** |

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **Diane DeCou** | **CFO** | ◯ YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **1414 Valero Way** | **Corpus Christi** | **TX** | **78409** |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent: **Mike Hummell** | |

| Office: **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | **Diane DeCou** | Title **Officer** | Date **11/01/2021** | Area code and phone number **( 361 ) 693 - 2100** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ◯ | PIR IND | ◯ |
|---|---|---|---|



05-102
(Rev.9-15/33)
FORM

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 6 4 8 2 2 7 3 0 | 2 0 2 1 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name **AXIS MIDSTREAM HOLDINGS, LLC** | ■ ○ Blacken circle if the mailing address has changed. |
|---|---|

| Mailing address **1414 Valero Way** | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| City **Corpus Christi** | State **TX** | ZIP code plus 4 **78409** | **0802812872** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office **1414 Valero Way, Corpus Christi, TX, 78409** |
|---|
| Principal place of business **1414 Valero Way, Corpus Christi, TX, 78409** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name **Robin Scheuerman** | Title **Secretary** | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** | |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | ZIP Code | |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | ZIP Code | |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent: **Mike Hummell** | |

| Office: **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ **Diane DeCou** | Title **Officer** | Date **11/01/2021** | Area code and phone number **( 361 ) 693 - 2100** |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ○ | PIR IND ○ |
|---|---|

# APPENDIX 17

Berry GP and Subsidiaries
Instructions for Filing
Form 05-158
Texas Franchise Tax Report
for the year ended  October 31, 2022

Your return will be filed electronically.  You do not need to file any forms with the state of Texas.

The Texas Public Information Report has been included in the e-file submission and should not be filed separately.

The return shows a $184,000 overpayment.  We have applied it as follows:

| | |
|---|---|
| Amount to be refunded | $184,000 |
| Total Overpayment | **$184,000** |

This return indicates tax due in the amount of $0. You have chosen to make your payment electronically through the state's website. Please visit comptroller.texas.gov/taxes/file-pay/ for information on how to make your payment.

DO NOT separately file Form 05-158 with the state of Texas.  Doing so will delay the processing of your return.

The state of Texas will notify us when your return has been accepted.  Your return is not considered filed until the state confirms its acceptance.

2D52B7 2.000

TX2023    05-158-A
Ver. 14.0  (Rev.9-16/9)

# Texas Franchise Tax Report - Page 1

■ ■ **Tcode** 13250 Annual

| ■ Taxpayer number | | ■ Report year | Due date |
|---|---|---|---|
| 17412395927 | | 2023 | 11/15/2023 |

Taxpayer name

 Berry GP and Subsidiaries

Mailing address     1414 Valero Way

Secretary of State file number

or Comptroller file number

0011654900

| City | State | Country | ZIP code plus 4 |
|---|---|---|---|
| Corpus Christi | TX | | 78409 |

Blacken box if the address has changed ■ ☐

Blacken box if this is a combined report ■ ☒

Blacken box if Total Revenue is adjusted for Tiered Partnership Election, see instructions ■ ☐

Is this entity a corporation, limited liability company, professional association, limited partnership or financial institution?    ☐ Yes    ☐ No

** If not twelve months, see instructions for annualized revenue

| | *m m  d d  y y* | | *m m  d  d  y y* | SIC code | NAICS code |
|---|---|---|---|---|---|
| Accounting year begin date** ■ | 110121 | Accounting year end date ■ | 103122 | ■ 1629 | ■ 237990 |

## REVENUE *(Whole dollars only)*

| | | |
|---|---|---|
| 1. **Gross receipts or sales** | 1. ■ | 422880471 .00 |
| 2. **Dividends** | 2. ■ | 0 .00 |
| 3. **Interest** | 3. ■ | 578643 .00 |
| 4. **Rents** *(can be negative amount)* | 4. ■ | 0 .00 |
| 5. **Royalties** | 5. ■ | 154 .00 |
| 6. **Gains/losses** *(can be negative amount)* | 6. ■ | 2759078 .00 |
| 7. **Other income** *(can be negative amount)* | 7. ■ | –56424055 .00 |
| 8. **Total gross revenue** *(Add items 1 thru 7)* | 8. ■ | 369794291 .00 |
| 9. **Exclusions from gross revenue** *(see instructions)* | 9. ■ | –13961588 .00 |
| 10. **TOTAL REVENUE** *(item 8 minus item 9 if less than zero, enter 0)* | 10. ■ | 383755879 .00 |

## COST OF GOODS SOLD *(Whole dollars only)*

| | | |
|---|---|---|
| 11. **Cost of goods sold** | 11. ■ | 415680325 .00 |
| 12. **Indirect or administrative overhead costs** *(Limited to 4%)* | 12. ■ | 964941 .00 |
| 13. **Other** *(see instructions)* | 13. ■ | 0 .00 |
| 14. **TOTAL COST OF GOODS SOLD** *(Add items 11 thru 13)* | 14. ■ | 416645266 .00 |

## COMPENSATION *(Whole dollars only)*

| | | |
|---|---|---|
| 15. **Wages and cash compensation** | 15. ■ | 174391599 .00 |
| 16. **Employee benefits** | 16. ■ | 24218686 .00 |
| 17. **Other** *(see instructions)* | 17. ■ | 0 .00 |
| 18. **TOTAL COMPENSATION** *(Add items 15 thru 17)* | 18. ■ | 198610285 .00 |

**Texas Comptroller Official Use Only**



| VE/DE | ☐ |
|---|---|
| PM Date | |



7002

# Texas Franchise Tax Report - Page 2

■**Tcode** 13251 Annual

| ■Taxpayer number | ■Report year | Due date | Taxpayer name |
|---|---|---|---|
| 17412395927 | 2023 | 11/15/2023 | Berry GP and Subsidiaries |

**MARGIN** *(Whole dollars only)*

**19. 70% revenue** *(item 10 x .70)*       19. ■       268629115 .00

**20. Revenue less COGS** *(item 10 - item 14)*       20. ■       0 .00

**21. Revenue less compensation** *(item 10 - item 18)*       21. ■       185145594 .00

**22. Revenue less $1 million** *(item 10 - $1,000,000)*       22. ■       382755879 .00

**23. MARGIN** *(see instructions)*       23. ■       0 .00

**APPORTIONMENT FACTOR**

**24. Gross receipts in Texas** *(Whole dollars only)*       24. ■       373195082 .00

**25. Gross receipts everywhere** *(Whole dollars only)*       25. ■       383755879 .00

**26. APPORTIONMENT FACTOR** *(Divide item 24 by item 25, round to 4 decimal places)*       26. ■       0.9725

**TAXABLE MARGIN** *(Whole dollars only)*

**27. Apportioned margin** *(Multiply item 23 by item 26)*       27. ■       0 .00

**28. Allowable deductions** *(see instructions)*       28. ■       0 .00

**29. TAXABLE MARGIN** *(item 27 minus item 28)*       29. ■       0 .00

**TAX DUE**

**30. Tax rate** *(see instructions for determining the appropriate tax rate)*       X   X   X       30. ■       0.007500

**31. Tax due** *(Multiply item 29 by the tax rate in item 30)* *(Dollars and cents)*       31. ■       0.00

**TAX ADJUSTMENTS** *(Dollars and cents)* *(Do not include prior payments)*

**32. Tax credits** *(item 23 from **Form 05-160**)*       32. ■       0.00

**33. Tax due before discount** *(item 31 minus item 32)*       33. ■       0.00

**34. Discount** *(see instructions, applicable to report years 2008 and 2009)*       34. ■       0.00

**TOTAL TAX DUE** *(Dollars and cents)*

**35. TOTAL TAX DUE** *(item 33 minus item 34)*       35. ■       0.00

**Do not include payment if item 35 is less than $1,000** or if annualized total revenue is less than the no tax due threshold (see instructions). If the entity makes a tiered partnership election, ANY amount in item 35 is due. Complete Form 05-170 if making a payment.

| Print or type name | Area code and phone number |
|---|---|
| James Klein | (361) 693-2100 |

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief.

**sign here** ▶

Date
11/15/2023

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

## Texas Comptroller Official Use Only



| VE/DE | ☐ |
|---|---|
| PM Date | |

2D52C3 2.000

TX2023    05-160
Ver. 14.0  (Rev. 9-15/5)

# Texas Franchise Tax Credits Summary Schedule

■ **Tcode 13254 Annual**

| ■Taxpayer number | ■Report year | Taxpayer name |
|---|---|---|
| 17412395927 | 2023 | Berry GP and Subsidiaries |

## Part A - Credit Limit

1. **Tax due before credits** *(Item 31 of the tax report, Form 05-158-B)*     1. ■    **0.00**

2. **Credit limit** *(Item 1 x 50% (0.50))*     2. ■    **0.00**

## Part B - Credits Available

3. **Investment credit installment from prior years**    3. ■    **0.00**

4. **Investment credit carried forward from prior years**    4. ■    **0.00**
5. **Investment credit available** *(Add Item 3 plus Item 4)*    5. ■    **0.00**

6. **Jobs creation credit carried forward from prior years**    6. ■    **0.00**

7. **Research credit carried forward from prior years**    7. ■    **0.00**

8. **Unused temporary credit for Business Loss Carryforward (BLC) from prior years**    8. ■    **0.00**

9. **R & D activities credit available** *(Item 14 from Form 05-178)*    9. ■    **0.00**

10. **Eligible historic structure credit**    10. ■    **0.00**

11. **Historic structure credit carried forward from prior years**    11. ■    **0.00**
12. **Historic structure credit available** *(Add Item 10 plus Item 11)*    12. ■    **0.00**

13. **1992 Temporary credit**    13. ■    **0.00**

## Part C - Credits Claimed

14. **Investment credit claimed**
*(Amount cannot exceed the credit limit in Item 2 or the credit available in Item 5)*    14. ■    **0.00**

15. **Jobs creation credit claimed**
*(Amount cannot exceed the credit limit in Item 2 or the credit available in Item 6)*    15. ■    **0.00**

16. **Research credit claimed**
*(Amount cannot exceed the credit limit in Item 2 or the credit available in Item 7)*    16. ■    **0.00**

17. **Temporary credit for BLC from this year only**    17. ■    **23318.00**

18. **Unused temporary credit for BLC from prior years claimed**
*(Amount cannot exceed the credit available in Item 8)*    18. ■    **0.00**

19. **R & D activities credit claimed**
*(Amount cannot exceed the credit limit in Item 2 or the credit available in Item 9)*    19. ■    **0.00**

20. **Historic structure credit claimed** *(Cannot exceed amount in Item 12)*    20. ■    **0.00**

21. **1992 Temporary credit less additional tax due**    21. ■    **0.00**

22. **Other** *(see instructions)*    22. ■    **0.00**

23. **Total credits claimed** *(Add Items 14, 15, 16, 17, 18, 19, 20, 21 and 22)*
*(Enter this amount on Item 32 of the tax report, Form 05-158-B)*    23. ■    **0.00**

**Texas Comptroller Official Use Only**



| VE/DE | ☐ |
|---|---|



7002

```
2D52B1 2.000
```

TX2023    05-166
Ver. 14.0   (Rev.9-16/7)

# Texas Franchise Tax Affiliate Schedule

■**Tcode**  **13253 Annual**

| ■Reporting entity taxpayer number | ■Report year | Reporting entity taxpayer name |
|---|---|---|
| **17412395927** | **2023** | **Berry GP and Subsidiaries** |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| **Berry GP, Inc** | **17412395927** | **237990** |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date  *m m  d  d  y  y* **110121** | ■7. Affiliate reporting end date  *m m  d  d  y  y* **103122** |
|---|---|---|---|

| ■8. Gross receipts subject to throwback in other states *(before eliminations)* | ■9. Gross receipts everywhere *(before eliminations)* |
|---|---|
| **0 .00** | **1427905 .00** |

| ■10. Gross receipts in Texas *(before eliminations)* | ■11. Cost of goods sold or compensation *(before eliminations)* |
|---|---|
| **1427905 .00** | **2683928 .00** |

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| **Basic Equipment Company** | **17425479353** | **532412** |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date  *m m  d  d  y  y* **110121** | ■7. Affiliate reporting end date  *m m  d  d  y  y* **103122** |
|---|---|---|---|

| ■8. Gross receipts subject to throwback in other states *(before eliminations)* | ■9. Gross receipts everywhere *(before eliminations)* |
|---|---|
| **0 .00** | **13861947 .00** |

| ■10. Gross receipts in Texas *(before eliminations)* | ■11. Cost of goods sold or compensation *(before eliminations)* |
|---|---|
| **13861947 .00** | **6009220 .00** |

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| **Bay, Inc.** | **17421131602** | **237990** |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date  *m m  d  d  y  y* **110121** | ■7. Affiliate reporting end date  *m m  d  d  y  y* **103122** |
|---|---|---|---|

| ■8. Gross receipts subject to throwback in other states *(before eliminations)* | ■9. Gross receipts everywhere *(before eliminations)* |
|---|---|
| **0 .00** | **0 .00** |

| ■10. Gross receipts in Texas *(before eliminations)* | ■11. Cost of goods sold or compensation *(before eliminations)* |
|---|---|
| **0 .00** | **0 .00** |

---

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**



| VE/DE | ☐ | FM | ☐ |
|---|---|---|---|

7002

# Texas Franchise Tax Affiliate Schedule

■**Tcode**   **13253 Annual**

| ■Reporting entity taxpayer number | ■Report year | Reporting entity taxpayer name |
|---|---|---|
| **17412395927** | **2023** | **Berry GP and Subsidiaries** |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

---

**1. Legal name of affiliate**

**Becon Holdings, Inc.**

■**2. Affiliate taxpayer number** *(if none, use FEI number)*   **18608454288**

■**3. Affiliate NAICS code**   **551112**

**4. Blacken box if entity is disregarded for franchise tax**  ■ ☐

**5. Blacken box if this affiliate does NOT have NEXUS in Texas**  ■ ☒

■**6. Affiliate reporting begin date**  *m m  d d  y y*  **110121**

■**7. Affiliate reporting end date**  *m m  d d  y y*  **103122**

■**8. Gross receipts subject to throwback in other states** *(before eliminations)*   **0 .00**

■**9. Gross receipts everywhere** *(before eliminations)*   **0 .00**

■**10. Gross receipts in Texas** *(before eliminations)*   **0 .00**

■**11. Cost of goods sold or compensation** *(before eliminations)*   **107 .00**

---

**1. Legal name of affiliate**

**Inner Channel Investments, Inc**

■**2. Affiliate taxpayer number** *(if none, use FEI number)*   **32002065954**

■**3. Affiliate NAICS code**   **237990**

**4. Blacken box if entity is disregarded for franchise tax**  ■ ☐

**5. Blacken box if this affiliate does NOT have NEXUS in Texas**  ■ ☐

■**6. Affiliate reporting begin date**  *m m  d d  y y*  **110121**

■**7. Affiliate reporting end date**  *m m  d d  y y*  **103122**

■**8. Gross receipts subject to throwback in other states** *(before eliminations)*   **0 .00**

■**9. Gross receipts everywhere** *(before eliminations)*   **490981 .00**

■**10. Gross receipts in Texas** *(before eliminations)*   **490981 .00**

■**11. Cost of goods sold or compensation** *(before eliminations)*   **0 .00**

---

**1. Legal name of affiliate**

**Redfish Bay Terminal, Inc.**

■**2. Affiliate taxpayer number** *(if none, use FEI number)*   **17420430161**

■**3. Affiliate NAICS code**   **531120**

**4. Blacken box if entity is disregarded for franchise tax**  ■ ☐

**5. Blacken box if this affiliate does NOT have NEXUS in Texas**  ■ ☐

■**6. Affiliate reporting begin date**  *m m  d d  y y*  **110121**

■**7. Affiliate reporting end date**  *m m  d d  y y*  **103122**

■**8. Gross receipts subject to throwback in other states** *(before eliminations)*   **0 .00**

■**9. Gross receipts everywhere** *(before eliminations)*   **0 .00**

■**10. Gross receipts in Texas** *(before eliminations)*   **0 .00**

■**11. Cost of goods sold or compensation** *(before eliminations)*   **0 .00**

---

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**

VE/DE  ☐   FM  ☐

7002

2D52B2 2.000

TX2023    05-166
Ver. 14.0  (Rev.9-16/7)

# Texas Franchise Tax Affiliate Schedule

■ **Tcode**   13253 Annual

| ■ Reporting entity taxpayer number | ■ Report year | Reporting entity taxpayer name |
|---|---|---|
| 17412395927 | 2023 | Berry GP and Subsidiaries |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

| 1. Legal name of affiliate | ■ 2. Affiliate taxpayer number *(if none, use FEI number)* | ■ 3. Affiliate NAICS code |
|---|---|---|
| Walzel Technical Services, Inc. | 17429356623 | 237990 |

| 4. Blacken box if entity is disregarded for franchise tax  ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas  ■ ☐ | ■ 6. Affiliate reporting begin date  *m m  d d  y y*  110121 | 7. Affiliate reporting end date  *m m  d d  y y*  103122 |

■ 8. Gross receipts subject to throwback in other states *(before eliminations)*   0 .00
■ 9. Gross receipts everywhere *(before eliminations)*   2451 .00

■ 10. Gross receipts in Texas *(before eliminations)*   2451 .00
■ 11. Cost of goods sold or compensation *(before eliminations)*   0 .00

| 1. Legal name of affiliate | ■ 2. Affiliate taxpayer number *(if none, use FEI number)* | ■ 3. Affiliate NAICS code |
|---|---|---|
| TPCC, Inc. (FKA Berry Dock West, Inc.) | 32004628650 | 237990 |

| 4. Blacken box if entity is disregarded for franchise tax  ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas  ■ ☐ | ■ 6. Affiliate reporting begin date  *m m  d d  y y*  110121 | 7. Affiliate reporting end date  *m m  d d  y y*  103122 |

■ 8. Gross receipts subject to throwback in other states *(before eliminations)*   0 .00
■ 9. Gross receipts everywhere *(before eliminations)*   4905 .00

■ 10. Gross receipts in Texas *(before eliminations)*   4905 .00
■ 11. Cost of goods sold or compensation *(before eliminations)*   -42101 .00

| 1. Legal name of affiliate | ■ 2. Affiliate taxpayer number *(if none, use FEI number)* | ■ 3. Affiliate NAICS code |
|---|---|---|
| Lone Star Equipment | 17414012595 | 532400 |

| 4. Blacken box if entity is disregarded for franchise tax  ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas  ■ ☐ | ■ 6. Affiliate reporting begin date  *m m  d d  y y*  110121 | 7. Affiliate reporting end date  *m m  d d  y y*  103122 |

■ 8. Gross receipts subject to throwback in other states *(before eliminations)*   0 .00
■ 9. Gross receipts everywhere *(before eliminations)*   679260 .00

■ 10. Gross receipts in Texas *(before eliminations)*   679260 .00
■ 11. Cost of goods sold or compensation *(before eliminations)*   77429 .00

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.
An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

## Texas Comptroller Official Use Only



| VE/DE | ☐ | FM | ☐ |

7002

2D52B2 2.000

TX2023      05-166
Ver. 14.0   (Rev.9-16/7)

# Texas Franchise Tax Affiliate Schedule

■**Tcode**  **13253 Annual**

| ■Reporting entity taxpayer number | ■Report year | Reporting entity taxpayer name |
|---|---|---|
| **17412395927** | **2023** | **Berry GP and Subsidiaries** |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| **BayMar Fuels USA, LLC** | **32066014492** | **213110** |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date *m m d d y y* **110121** | 7. Affiliate reporting end date *m m d d y y* **103122** |

■8. Gross receipts subject to throwback in other states *(before eliminations)*  **0 .00**

■9. Gross receipts everywhere *(before eliminations)*  **0 .00**

■10. Gross receipts in Texas *(before eliminations)*  **0 .00**

■11. Cost of goods sold or compensation *(before eliminations)*  **0 .00**

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| **Becon, Inc.** | **17429799715** | **551112** |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date *m m d d y y* **110121** | 7. Affiliate reporting end date *m m d d y y* **103122** |

■8. Gross receipts subject to throwback in other states *(before eliminations)*  **0 .00**

■9. Gross receipts everywhere *(before eliminations)*  **0 .00**

■10. Gross receipts in Texas *(before eliminations)*  **0 .00**

■11. Cost of goods sold or compensation *(before eliminations)*  **0 .00**

---

| 1. Legal name of affiliate | ■2. Affiliate taxpayer number *(if none, use FEI number)* | ■3. Affiliate NAICS code |
|---|---|---|
| **Berry Contracting, LP** | **17429829017** | **237990** |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date *m m d d y y* **110121** | 7. Affiliate reporting end date *m m d d y y* **103122** |

■8. Gross receipts subject to throwback in other states *(before eliminations)*  **0 .00**

■9. Gross receipts everywhere *(before eliminations)*  **451635582 .00**

■10. Gross receipts in Texas *(before eliminations)*  **368882249 .00**

■11. Cost of goods sold or compensation *(before eliminations)*  **491659587 .00**

---

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**



| VE/DE | ☐ | FM | ☐ |

7002

2D52B2 2.000

TX2023   05-166
Ver. 14.0   (Rev.9-16/7)

# Texas Franchise Tax Affiliate Schedule

■ **Tcode**    **13253** Annual

| ■ Reporting entity taxpayer number | ■ Report year | Reporting entity taxpayer name |
|---|---|---|
| 17412395927 | 2023 | Berry GP and Subsidiaries |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

| 1. Legal name of affiliate | ■ 2. Affiliate taxpayer number *(if none, use FEI number)* | ■ 3. Affiliate NAICS code |
|---|---|---|
| Berry Holdings, LP | 17428043214 | 237990 |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■ 6. Affiliate reporting begin date *m m d d y y* 110121 | ■ 7. Affiliate reporting end date *m m d d y y* 103122 |
|---|---|---|---|

■ 8. Gross receipts subject to throwback in other states *(before eliminations)*      0 .00

■ 9. Gross receipts everywhere *(before eliminations)*      0 .00

■ 10. Gross receipts in Texas *(before eliminations)*      0 .00

■ 11. Cost of goods sold or compensation *(before eliminations)*      0 .00

| 1. Legal name of affiliate | ■ 2. Affiliate taxpayer number *(if none, use FEI number)* | ■ 3. Affiliate NAICS code |
|---|---|---|
| Berry Operating Company, LLC | 17429809548 | 237990 |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■ 6. Affiliate reporting begin date *m m d d y y* 110121 | ■ 7. Affiliate reporting end date *m m d d y y* 103122 |
|---|---|---|---|

■ 8. Gross receipts subject to throwback in other states *(before eliminations)*      0 .00

■ 9. Gross receipts everywhere *(before eliminations)*      0 .00

■ 10. Gross receipts in Texas *(before eliminations)*      0 .00

■ 11. Cost of goods sold or compensation *(before eliminations)*      0 .00

| 1. Legal name of affiliate | ■ 2. Affiliate taxpayer number *(if none, use FEI number)* | ■ 3. Affiliate NAICS code |
|---|---|---|
| Clark Pipeline Services, JV | 14613732115 | 213110 |

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■ 6. Affiliate reporting begin date *m m d d y y* 110121 | ■ 7. Affiliate reporting end date *m m d d y y* 103122 |
|---|---|---|---|

■ 8. Gross receipts subject to throwback in other states *(before eliminations)*      0 .00

■ 9. Gross receipts everywhere *(before eliminations)*      0 .00

■ 10. Gross receipts in Texas *(before eliminations)*      0 .00

■ 11. Cost of goods sold or compensation *(before eliminations)*      0 .00

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**



| VE/DE | ☐ | FM | ☐ |
|---|---|---|---|

7002

2D52B2 2.000

TX2023    05-166
Ver. 14.0    (Rev.9-16/7)

# Texas Franchise Tax Affiliate Schedule

■ **Tcode**   **13253 Annual**

| ■ Reporting entity taxpayer number | ■ Report year | Reporting entity taxpayer name |
|---|---|---|
| **17412395927** | **2023** | **Berry GP and Subsidiaries** |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

---

**1. Legal name of affiliate**

**Friendswood Exchange LLC**

■ **2. Affiliate taxpayer number** *(if none, use FEI number)*   **32064994307**

■ **3. Affiliate NAICS code**   **213110**

4. Blacken box if entity is disregarded for franchise tax ■ ☐

5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐

■ 6. Affiliate reporting begin date   *m m d d y y*   **110121**

■ 7. Affiliate reporting end date   *m m d d y y*   **103122**

■ 8. Gross receipts subject to throwback in other states *(before eliminations)*   **0 .00**

■ 9. Gross receipts everywhere *(before eliminations)*   **0 .00**

■ 10. Gross receipts in Texas *(before eliminations)*   **0 .00**

■ 11. Cost of goods sold or compensation *(before eliminations)*   **0 .00**

---

**1. Legal name of affiliate**

**LDMA Limited Partnership**

■ **2. Affiliate taxpayer number** *(if none, use FEI number)*   **32036155268**

■ **3. Affiliate NAICS code**   **237990**

4. Blacken box if entity is disregarded for franchise tax ■ ☐

5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐

■ 6. Affiliate reporting begin date   *m m d d y y*   **110121**

■ 7. Affiliate reporting end date   *m m d d y y*   **103122**

■ 8. Gross receipts subject to throwback in other states *(before eliminations)*   **0 .00**

■ 9. Gross receipts everywhere *(before eliminations)*   **0 .00**

■ 10. Gross receipts in Texas *(before eliminations)*   **0 .00**

■ 11. Cost of goods sold or compensation *(before eliminations)*   **0 .00**

---

**1. Legal name of affiliate**

**Axis Midstream Holdings, LLC**

■ **2. Affiliate taxpayer number** *(if none, use FEI number)*   **32064822730**

■ **3. Affiliate NAICS code**   **213110**

4. Blacken box if entity is disregarded for franchise tax ■ ☐

5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐

■ 6. Affiliate reporting begin date   *m m d d y y*   **110121**

■ 7. Affiliate reporting end date   *m m d d y y*   **103122**

■ 8. Gross receipts subject to throwback in other states *(before eliminations)*   **0 .00**

■ 9. Gross receipts everywhere *(before eliminations)*   **0 .00**

■ 10. Gross receipts in Texas *(before eliminations)*   **0 .00**

■ 11. Cost of goods sold or compensation *(before eliminations)*   **218 .00**

---

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**



| VE/DE | ☐ | FM | ☐ |
|---|---|---|---|

7002

2D52B2 2.000

TX2023      05-166
Ver. 14.0   (Rev.9-16/7)

# Texas Franchise Tax Affiliate Schedule

■**Tcode**  **13253 Annual**

| ■Reporting entity taxpayer number | ■Report year | Reporting entity taxpayer name |
|---|---|---|
| 17412395927 | 2023 | Berry GP and Subsidiaries |

Reporting entity must be included on Affiliate Schedule. Affiliate reporting period dates must be within combined group's accounting period dates.

---

1. Legal name of affiliate

**Axis Gathering System, LLC**

■2. Affiliate taxpayer number *(if none, use FEI number)*

32074068704

■3. Affiliate NAICS code

213110

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date  *m  m   d  d   y   y*  110121 | ■7. Affiliate reporting end date  *m  m   d  d   y   y*  103122 |
|---|---|---|---|

■8. Gross receipts subject to throwback in other states *(before eliminations)*

0 .00

■9. Gross receipts everywhere *(before eliminations)*

0 .00

■10. Gross receipts in Texas *(before eliminations)*

0 .00

■11. Cost of goods sold or compensation *(before eliminations)*

0 .00

---

1. Legal name of affiliate

■2. Affiliate taxpayer number *(if none, use FEI number)*

■3. Affiliate NAICS code

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date  *m  m   d  d   y   y* | ■7. Affiliate reporting end date  *m  m   d  d   y   y* |
|---|---|---|---|

■8. Gross receipts subject to throwback in other states *(before eliminations)*

0 .00

■9. Gross receipts everywhere *(before eliminations)*

0 .00

■10. Gross receipts in Texas *(before eliminations)*

0 .00

■11. Cost of goods sold or compensation *(before eliminations)*

0 .00

---

1. Legal name of affiliate

■2. Affiliate taxpayer number *(if none, use FEI number)*

■3. Affiliate NAICS code

| 4. Blacken box if entity is disregarded for franchise tax ■ ☐ | 5. Blacken box if this affiliate does NOT have **NEXUS** in Texas ■ ☐ | ■6. Affiliate reporting begin date  *m  m   d  d   y   y* | ■7. Affiliate reporting end date  *m  m   d  d   y   y* |
|---|---|---|---|

■8. Gross receipts subject to throwback in other states *(before eliminations)*

0 .00

■9. Gross receipts everywhere *(before eliminations)*

0 .00

■10. Gross receipts in Texas *(before eliminations)*

0 .00

■11. Cost of goods sold or compensation *(before eliminations)*

0 .00

---

The reporting entity of a combined group with a temporary credit for business loss carryforwards preserved for itself and/or affiliates must submit common owner information. **This information must be provided to satisfy franchise tax reporting requirements.** Learn more at www.comptroller.texas.gov/taxes/franchise/.

An information report (Form 05-102 or Form 05-167) must be filed for each affiliate that is organized in Texas or that has a physical presence in Texas.

**Texas Comptroller Official Use Only**



| VE/DE | ☐ | FM | ☐ |
|---|---|---|---|

7002

2D5235 2.000

TX2023　05-170
Ver. 14.0　(Rev.9-16/9)

# Texas Franchise Tax Payment Form

■ **Tcode** 13050　Annual

| ■ Taxpayer number | ■ Report year | Due date |
|---|---|---|
| 17412395927 | 2023 | 11/15/2023 |

Taxpayer name

Berry GP and Subsidiaries

| | | |
|---|---|---|
| 1. **Total tax due on this report** *(item 35 from Form 05-158-B or item 17 from Form 05-169)* | 1. | 0.00 |
| 2. **Enter prior payment** *(e.g. extension payment)* | 2. | 184000.00 |
| 3. **Net tax due** *(item 1 minus item 2)* | 3. | -184000.00 |
| 4. **Penalty** *(see instructions)* | 4. | 0.00 |
| 5. **Interest** *(see instructions)* | 5. | 0.00 |
| 6. **TOTAL AMOUNT DUE AND PAYABLE** *(Add items 3, 4 and 5)* 6. ■ *Make amount payable to TEXAS COMPTROLLER* | | -184000.00 |

Taxpayers who paid $10,000 or more during the preceding fiscal year (Sept. 1 thru Aug. 31) are required to electronically pay their franchise tax. For more information visit www.comptroller.texas.gov/taxes/franchise/filing-requirements.php

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

**Texas Comptroller Official Use Only**

| VE/DE | ☐ |
|---|---|
| PM Date | |

7002

2D5241 2.000

TX2023
Ver. 14.0

05-177
(Rev.9-16/4)

# Texas Franchise Tax Common Owner Information Report

■ **Tcode** 13257 Annual

| ■ Reporting entity taxpayer number | ■ Report year | Reporting entity taxpayer name |
|---|---|---|
| 17412395927 | 2023 | Berry GP and Subsidiaries |

The common owner is the entity or individual that owns more than 50 percent (directly or indirectly) of each affiliate of the combined group. *Note: The reporting entity is not necessarily the common owner.*

## Common Owner Identification

Identification number *(Enter only **ONE** of the following numbers: Texas taxpayer number, federal employer identification number or Social Security number. )*

1. Texas taxpayer number        1. ■ 17412395927

   *OR*

2. Federal employer identification number        2. ■

   *OR*

3. Social Security number        3. ■

**Federal Privacy Act** - Disclosure of your Social Security number is required and authorized under law, for the purpose of tax administration and identification of any individual affected by applicable law. 42 U.S.C. §405(c)(2)(C)(i); Tex. Govt. Code §§403.011 and 403.078. Release of information on this form in response to a public information request will be governed by the Public Information Act, Chapter 552, Government Code, and applicable federal law.

## Common Owner Name

| Common owner business name | Common owner first name, middle initial, last name |
|---|---|
| BERRY GP, INC. | |

| Mailing address |
|---|
| 1414 VALERO WAY |

| City | State | ZIP Code |
|---|---|---|
| CORPUS CHRISTI | TX | 78409 |

## Dates

Enter the date this entity or individual became the common owner of the combined group. (The start date is not the same as the combined group accounting period date or the privilege period.)

■ **X** Blacken this box if this entity or individual is still the common owner.

| Common owner start date   *m m d d y y y y* | Common owner end date *(if applicable)*   *m m d d y y y y* |
|---|---|
| ■ 09071953 | ■ |

| Print or type name | Area code and phone number |
|---|---|
| James Klein | (361) 693-2100 |

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief.

**sign here** ▶

| Date |
|---|
| 11/15/2023 |

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

*Under Ch. 559, Government Code, you are entitled to review, request and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or phone number listed on this form.*

## Texas Comptroller Official Use Only





| VE/DE | ☐ |
|---|---|

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

| ■ Taxpayer number | ■ Report year |
|---|---|
| **17412395927** | **2023** |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **Berry GP, Inc**

■ ☐ Blacken box if the mailing address has changed.

| Mailing address **1414 Valero Way** | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City **Corpus Christi** | State **TX** | ZIP code plus 4 **78409** | **0011654900** |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **1414 Valero Way Corpus Christi TX 78409-3020** |
|---|---|
| Principal place of business | **1414 Valero Way Corpus Christi TX 78409-3020** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741239592723

*Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m   d d   y y |
|---|---|---|---|---|---|
| **Robert Powers** | **President** | ☐ YES | | | |
| Mailing address | City | | State | | ZIP Code |
| **Laura Berry** | **V.P.** | ☒ YES | | Term expiration | m m   d d   y y |
| Mailing address | City | | State | | ZIP Code |
| **D.W. Berry** | **V.P.** | ☒ YES | | Term expiration | m m   d d   y y |
| Mailing address | City | | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Bay, Inc.** | **TX** | **0052074800** | **100.000** |
| **Becon Holdings, Inc.** | **NV** | | **100.000** |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **None** | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:   **Mike Hummell**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office:   **1414 Corn Product Rd** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | | Title **Officer** | Date **11/15/2023** | Area code and phone number **(361) 693-2100** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

| ■Taxpayer number | ■Report year | |
|---|---|---|
| **17412395927** | **2023** | |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    **Berry GP, Inc**

■ ☐ Blacken box if the mailing address has changed.

| Mailing address<br>**1414 Valero Way** | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City    **Corpus Christi** | State    **TX** | ZIP code plus 4    **78409** | **0011654900** |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**1741239592723**

## *Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm dd yy |
|---|---|---|---|---|
| **M. G. Berry** | **V.P.** | [X] YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director | | mm dd yy |
| **A.L. Berry** | **V.P.** | [X] YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director | | mm dd yy |
| **Dan Bumby** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **TPCC Inc. (FKA Berry Dock West, Inc.)** | **TX** | **0800070466** | **100.000** |
| **Inner Channel Investments, Inc** | **TX** | **0156412100** | **100.000** |

**SECTION C**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)*<br>Agent: | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|
| | | | |

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

2D5238 2.000

TX2023   05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

■Taxpayer number

**17412395927**

■Report year

**2023**

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **Berry GP, Inc**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

Secretary of State (SOS) file number or Comptroller file number

City   **Corpus Christi**    State   **TX**    ZIP code plus 4   **78409**    **0011654900**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

1741239592723

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **James Klein** | **V.P.** | ☐ YES | | | | | |
| Mailing address | City | State | | ZIP Code | | | |
| **James Klein** | **CFO** | ☐ YES | | Term expiration | | | |
| Mailing address | City | State | | ZIP Code | | | |
| **D.J. Smith** | **SRVP** | ☐ YES | | Term expiration | | | |
| Mailing address | City | State | | ZIP Code | | | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Redfish Bay Terminal, Inc.** | **TX** | **0045875600** | **100.000** |
| **Basic Equipment Co.** | **TX** | **0112168700** | **100.000** |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶    Title    Date    Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode** 13196

■Taxpayer number
**17412395927**

■Report year
**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Berry GP, Inc**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City **Corpus Christi**     State **TX**     ZIP code plus 4 **78409**

Secretary of State (SOS) file number or Comptroller file number
**0011654900**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

1741239592723

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Mike Hummell | V.P. | ☐ YES | | | | | |
| Mailing address | City | | | State | | | ZIP Code |
| Name | Title | Director | | Term expiration | m m | d d | y y |
| Mike Hummell | Genl Counsel | ☐ YES | | | | | |
| Mailing address | City | | | State | | | ZIP Code |
| Name | Title | Director | | Term expiration | m m | d d | y y |
| Robert Powers | CEO | ☐ YES | | | | | |
| Mailing address | City | | | State | | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Bay/C.C. Crane & Rigging, Inc. | TX | 0800854706 | 100.000 |
| Lone Star Equipment, Inc | TX | 0018201000 | 100.000 |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:     City     State     ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶       Title     Date     Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐     PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ Taxpayer number
**17412395927**

■ Report year
**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name    **Berry GP, Inc**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

Secretary of State (SOS) file number or Comptroller file number

| City **Corpus Christi** | State **TX** | ZIP code plus 4 **78409** | **0011654900** |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741239592723

## *Please sign below!*   This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|------|-------|----------|--|---|
| **A.L. Berry** | **ASecretary** | ☒ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m  d d  y y |
| **James Klein** | **Treasurer** | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m  d d  y y |
| **D.J. Smith** | **ASecretary** | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Axis Midstream Holdings, LLC** | **TX** | **0802812872** | **100.000** |
| **Axis Gathering System, LLC** | **TX** | **0803601639** | **100.000** |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ **Taxpayer number**
**17425479353**

■ **Report year**
**2023**

*You have certain rights under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  **Basic Equipment Company**

☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. Box 9033**

Secretary of State (SOS) file number or
Comptroller file number

| City **Corpus Christi** | State **TX** | ZIP code plus 4 **78469** | **0112168700** |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    **P.O. Box 9033 Corpus Christi  TX 78469-9033**

Principal place of business    **P.O. Box 9033 Corpus Christi TX 78469-9033**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742547935323

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| **Mike Hummell** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name | Title | Director | | m m  d d  y y |
| **Mike Hummell** | **Genl Counsel** | ☐ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name | Title | Director | | m m  d d  y y |
| **M.G. Berry** | **President** | ☒ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Friendswood Exchange LLC** | **TX** | **0802827206** | **100.000** |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Berry GP, Inc.** | **TX** | **0011654900** | **100.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*    *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **Mike Hummell**

| Office:  **1414 Corn Product Rd** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title **officer** | Date **11/15/2023** | Area code and phone number **(361) 693-2100** |

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ Taxpayer number

**17425479353**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    **Basic Equipment Company**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. Box 9033**

City    **Corpus Christi**    State **TX**    ZIP code plus 4    **78469**

Secretary of State (SOS) file number or
Comptroller file number

**0112168700**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742547935323

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!    This report must be signed to satisfy franchise tax requirements.

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | mm | dd | yy |
|------|-------|----------|--|-----------------|----|----|----|
| **Robert Powers** | **V.P.** | ☐ YES | | | | | |

| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |
|---|---|---|---|

| Name | Title | Director | | Term expiration | mm | dd | yy |
|------|-------|----------|--|-----------------|----|----|----|
| **Robert Powers** | **Treasurer** | ☐ YES | | | | | |

| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |
|---|---|---|---|

| Name | Title | Director | | Term expiration | mm | dd | yy |
|------|-------|----------|--|-----------------|----|----|----|
| **A.L BERRY** | **V.P.** | ☒ YES | | | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ▶**

| | Title | Date | Area code and phone number |
|---|---|---|---|

### Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**17425479353**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **Basic Equipment Company**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. Box 9033**

Secretary of State (SOS) file number or
Comptroller file number

City   **Corpus Christi**    State   **TX**    ZIP code plus 4   **78469**    **0112168700**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742547935323

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m   d d   y y |
|---|---|---|---|---|
| **D.W. Berry** | **V.P.** | ☒ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m   d d   y y |
| **James Klein** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m   d d   y y |
| **D.W. Berry** | **Secretary** | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ▶**    Title    Date    Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

7002

2D5238 2.000

TX2023   05-102
Ver. 14.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

■Taxpayer number

**17425479353**

■Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Basic Equipment Company**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. Box 9033**

City   **Corpus Christi**   State   **TX**   ZIP code plus 4   **78469**

Secretary of State (SOS) file number or Comptroller file number

**0112168700**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742547935323

## Please sign below!   This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|-----------------|-----|-----|-----|
| **James Klein** | **CFO** | ☐ YES | | | | | |
| Mailing address | City | | | State | | ZIP Code | |
| **Laura Berry** | **Director** | ☒ YES | | | | | |
| Mailing address | City | | | State | | ZIP Code | |
| | | ☐ YES | | | | | |
| Mailing address | City | | | State | | ZIP Code | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:   City   State   ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title   Date   Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■ Taxpayer number

**17421131602**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    **Bay, Inc.**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
  **1414 Valero Way**

City   **Corpus Christi**        State  **TX**        ZIP code plus 4   **78409**

Secretary of State (SOS) file number or
Comptroller file number
**0052074800**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    **P.O. Box 9908 Corpus Christi  TX 78469-9908**

Principal place of business     **P.O. Box 9908 Corpus Christi TX 78469-9908**

1742113160223

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m   d d   y y |
|---|---|---|---|---|
| **A.L. Berry** | **V.P.** | ☒ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | State **TX** | ZIP Code **78409** |
| Name **Mike Hummell** | Title **V.P.** | ☐ YES | Term expiration | m m   d d   y y |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | State **TX** | ZIP Code **78409** |
| Name **Mike Hummell** | Title **Genl Counsel** | ☐ YES | Term expiration | m m   d d   y y |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | State **TX** | ZIP Code **78409** |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **None** | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Berry GP, Inc.** | **TX** | **0011654900** | **100.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:   **Mike Hummell**

Office:   **1414 Corn Product Rd**        City   **Corpus Christi**        State **TX**        ZIP Code **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ▶**

| | Title | Date | Area code and phone number |
|---|---|---|---|
| | **Vice President** | **11/15/2023** | **(361) 693-2100** |

## Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

| ■ Taxpayer number | ■ Report year |
|---|---|
| **17421131602** | **2023** |

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name    **Bay, Inc.**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
  **1414 Valero Way**

| City **Corpus Christi** | State **TX** | ZIP code plus 4 **78409** | Secretary of State (SOS) file number or Comptroller file number   **0052074800** |
|---|---|---|---|

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742113160223

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm dd yy |
|---|---|---|---|---|
| **D.W. Berry** | **V.P.** | ☒ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name **James Klein** | Title **V.P.** | ☐ YES | Term expiration | mm dd yy |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name **Robert Powers** | Title **President** | ☐ YES | Term expiration | mm dd yy |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

### Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■Taxpayer number

**17421131602**

■Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Bay, Inc.**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
  **1414 Valero Way**

City   **Corpus Christi**   State  **TX**   ZIP code plus 4   **78409**

Secretary of State (SOS) file number or Comptroller file number
0052074800

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742113160223

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!    This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| **M.G. Berry** | **V.P.** | ☒ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State **TX** | ZIP Code **78409** |
| Name | Title | Director | | m m  d d  y y |
| **James Klein** | **CFO** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State **TX** | ZIP Code **78409** |
| Name | Title | Director | | m m  d d  y y |
| **James Klein** | **Treasurer** | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:   City   State   ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶   Title   Date   Area code and phone number

## Texas Comptroller Official Use Only

VE/DE  ☐   PIR IND  ☐

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■

■ **Tcode**   13196

■ Taxpayer number

**17421131602**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    **Bay, Inc.**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City    **Corpus Christi**

State    **TX**

ZIP code plus 4    **78409**

Secretary of State (SOS) file number or
Comptroller file number

**0052074800**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742113160223

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!    This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | *m   m   d   d   y   y* |
|---|---|---|---|---|
| **A.L. Berry** | **ASecretary** | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director | | *m   m   d   d   y   y* |
| **Laura Berry** | **Director** | ☒ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director | | *m   m   d   d   y   y* |
| | | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:

City

State

ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title

Date

Area code and phone number

## Texas Comptroller Official Use Only

VE/DE   ☐      PIR IND   ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode** 13196

■Taxpayer number

**32002065954**

■Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name  **Inner Channel Investments, Inc**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. BOX 4858**

Secretary of State (SOS) file number or Comptroller file number

| City **Corpus Christi** | State **TX** | ZIP code plus 4 **78469** | **0156412100** |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **1414 Valero Way Corpus Christi TX 78409-3020** |
| Principal place of business | **1414 Valero Way Corpus Christi TX 78409-3020** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200206595423

## *Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **A.L. Berry** | **V.P.** | ☒ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name | Title | Director | | m m d d y y |
| **Mike Hummell** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name | Title | Director | | m m d d y y |
| **Mike Hummell** | **Genl Counsel** | ☐ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Berry GP, Inc.** | **TX** | **0011654900** | **100.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **Mike Hummell**

| Office: **1414 Corn Product Rd** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title **officer** | Date **11/15/2023** | Area code and phone number **(361) 693-2100** |

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number

**32002065954**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
Government Code, to review, request and correct information
we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name    **Inner Channel Investments, Inc**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. BOX 4858**

City    **Corpus Christi**    State    **TX**    ZIP code plus 4    **78469**

Secretary of State (SOS) file number or
Comptroller file number

**0156412100**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**3200206595423**

## *Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| D.W. Berry | V.P. | ☒ YES | | | | | |

Mailing address   **1414 Valero Way**    City   **Corpus Christi**    State   **TX**    ZIP Code   **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Robert Powers | President | ☐ YES | | | | | |

Mailing address   **1414 Valero Way**    City   **Corpus Christi**    State   **TX**    ZIP Code   **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| M.G. Berry | V.P. | ☒ YES | | | | | |

Mailing address   **1414 Valero Way**    City   **Corpus Christi**    State   **TX**    ZIP Code   **78409**

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:     City     State     ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶     Title     Date     Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode** 13196

■ Taxpayer number

**32002065954**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name **Inner Channel Investments, Inc**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. BOX 4858**

City **Corpus Christi**  State **TX**  ZIP code plus 4 **78469**

Secretary of State (SOS) file number or Comptroller file number
**0156412100**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

3200206595423

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## *Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| James Klein | Treasurer | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |
| Name | Title | Director | | m m  d d  y y |
| James Klein | CFO | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |
| Name | Title | Director | | m m  d d  y y |
| James Klein | V.P. | ☐ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | | State  TX | ZIP Code  78409 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:  City  State ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶  Title  Date  Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐ PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number

**32002065954**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
Government Code, to review, request and correct information
we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Inner Channel Investments, Inc**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. BOX 4858**

Secretary of State (SOS) file number or
Comptroller file number

City   **Corpus Christi**     State   **TX**     ZIP code plus 4   **78469**     **0156412100**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!     This report must be signed to satisfy franchise tax requirements.

3200206595423

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| Laura Berry | V.P. | ☒ YES | Term expiration | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | | ZIP Code  78409 |
| Name | Title | Director | | m m  d d  y y |
| A.L. Berry | ASecretary | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m  d d  y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered
agent, registered office or general partner information.*

Office:          City          State          ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

## Texas Comptroller Official Use Only

VE/DE ☐     PIR IND ☐

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**17420430161**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
Government Code, to review, request and correct information
we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name  **Redfish Bay Terminal, Inc.**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. Box 9103**

Secretary of State (SOS) file number or
Comptroller file number

City  **Corpus Christi**    State  **TX**    ZIP code plus 4  **78469**    **0045875600**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  **P.O. Box 1235 Aransas Pass  TX 78335-1235**

Principal place of business  **P.O. Box 1235 Aransas Pass TX 78335-1235**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

1742043016123

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|------|-------|----------|--|----------------|
| **A.L. Berry** | **V.P.** | **X** YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | ZIP Code  **78409** | |
| **Mike Hummell** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | ZIP Code  **78409** | |
| **Mike Hummell** | **Genl Counsel** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | ZIP Code  **78409** | |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| **None** | | | |
| | | | |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| **Berry GP, Inc.** | **TX** | **0011654900** | **100.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:  **Mike Hummell**

*You must make a filing with the Secretary of State to change registered
agent, registered office or general partner information.*

Office:  **1414 Corn Product Rd**    City  **Corpus Christi**    State **TX**    ZIP Code  **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title  **officer** | Date  **11/15/2023** | Area code and phone number  **(361) 693-2100** |

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**17420430161**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name  **Redfish Bay Terminal, Inc.**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. Box 9103**

| City  **Corpus Christi** | State  **TX** | ZIP code plus 4  **78469** |
|---|---|---|

Secretary of State (SOS) file number or Comptroller file number

**0045875600**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**1742043016123**

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **D.W. Berry** | **President** | ☒ YES | | | | | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State **TX** | | | ZIP Code **78409** | |

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **James Klein** | **V.P.** | ☐ YES | | | | | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State **TX** | | | ZIP Code **78409** | |

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **M.G. Berry** | **V.P.** | ☒ YES | | | | | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State **TX** | | | ZIP Code **78409** | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

### Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■Taxpayer number

**17420430161**

■Report year

**2023**

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **Redfish Bay Terminal, Inc.**

☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. Box 9103**

City   **Corpus Christi**

State   **TX**

ZIP code plus 4   **78469**

Secretary of State (SOS) file number or Comptroller file number
**0045875600**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742043016123

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| **James Klein** | **Treasurer** | ☐ YES | | | | |

Mailing address   **1414 Valero Way**   City   **Corpus Christi**   State **TX**   ZIP Code **78409**

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| **James Klein** | **CFO** | ☐ YES | | | | |

Mailing address   **1414 Valero Way**   City   **Corpus Christi**   State **TX**   ZIP Code **78409**

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| **Robert Powers** | **V.P.** | ☐ YES | | | | |

Mailing address   **1414 Valero Way**   City   **Corpus Christi**   State **TX**   ZIP Code **78409**

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶    Title    Date    Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

■Taxpayer number
**17420430161**

■Report year
**2023**

***You have certain rights*** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Redfish Bay Terminal, Inc.**

■ ☐ Blacken box if the mailing address has changed.

Mailing address   **P.O. Box 9103**

Secretary of State (SOS) file number or Comptroller file number

City   **Corpus Christi**      State   **TX**      ZIP code plus 4   **78469**      **0045875600**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742043016123

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## ***Please sign below!***   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m   d d   y y |
|---|---|---|---|---|---|
| **Robert Powers** | **ASecretary** | ☐ YES | | | |
| Mailing address | City | | | State | ZIP Code |
| Name | Title | Director | | Term expiration | m m   d d   y y |
| **Laura Berry** | **Director** | ☒ YES | | | |
| Mailing address | City | | | State | ZIP Code |
| Name | Title | Director | | Term expiration | m m   d d   y y |
| | | ☐ YES | | | |
| Mailing address | City | | | State | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:                 City                 State      ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶                 Title                 Date                 Area code and phone number

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

2D5238 2.000

TX2023  05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**17429356623**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  **Walzel Technical Services, Inc.**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**2560 State HWY 361**

City  **Ingleside**

State  **TX**

ZIP code plus 4  **78362**

Secretary of State (SOS) file number or
Comptroller file number
**0013076206**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  **2560 State HWY 361 Ingleside  TX 78362**

Principal place of business  **2560 State HWY 361 Ingleside TX 78362**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742935662323

***Please sign below!***   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **Cynthia Jette** | **Treasurer** | ☐ YES | Term expiration | |
| Mailing address **2560 State HWY 361** | City **Ingleside** | | State **TX** | ZIP Code **78362** |
| Name | Title | Director | | m m d d y y |
| **Cynthia Jette** | **Secretary** | ☐ YES | Term expiration | |
| Mailing address **2560 State HWY 361** | City **Ingleside** | | State **TX** | ZIP Code **78362** |
| Name | Title | Director | | m m d d y y |
| **Richard L. Southers** | **President** | ☒ YES | Term expiration | |
| Mailing address **2560 State HWY 361** | City **Ingleside** | | State **TX** | ZIP Code **78362** |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **None** | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Rydal Holdings B.V.** | | | **100.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **Richard Southers**

Office:  **225 West Wheeler**

City  **Aransas Pass**

State **TX**

ZIP Code  **78336**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

| Title | Date | Area code and phone number |
|---|---|---|
| **Vice President** | **11/15/2023** | **(361) 693-2100** |

**Texas Comptroller Official Use Only**

VE/DE ☐   PIR IND ☐

7002

2D5238 2.000
TX2023    05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number
**17429356623**

■ Report year
**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Walzel Technical Services, Inc.**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**2560 State HWY 361**

City   **Ingleside**   State **TX**   ZIP code plus 4   **78362**

Secretary of State (SOS) file number or Comptroller file number
**0013076206**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742935662323

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m   d d   y y |
|------|-------|----------|---|---|
| Diane Decou | V.P. | ☐ YES | Term expiration | |
| Mailing address   2560 State HWY 361 | City   Ingleside | State **TX** | | ZIP Code **78362** |
| Name | Title | ☐ YES | Term expiration | m m   d d   y y |
| Mailing address | City | State | | ZIP Code |
| Name | Title | ☐ YES | Term expiration | m m   d d   y y |
| Mailing address | City | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:   City   State   ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶   Title   Date   Area code and phone number

### Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**32004628650**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name    TPCC, Inc. (FKA Berry Dock West, Inc.)

■ ☐ Blacken box if the mailing address has changed.

Mailing address
1414 Valero Way

| City    Corpus Christi | State  TX | ZIP code plus 4    78409 |
|---|---|---|

Secretary of State (SOS) file number or Comptroller file number
0800070466

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    1414 Valero Way Corpus Christi TX 78409-3020

Principal place of business    1414 Valero Way Corpus Christi TX 78409-3020

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200462865023

***Please sign below!***    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | *m m* *d d* *y y* |
|---|---|---|---|---|
| Mike Hummell | V.P. | ☐ YES | Term expiration | |

| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |

| Name | Title | Director | | *m m* *d d* *y y* |
|---|---|---|---|---|
| Mike Hummell | Genl Counsel | ☐ YES | Term expiration | |

| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |

| Name | Title | Director | | *m m* *d d* *y y* |
|---|---|---|---|---|
| Juan Sotelo | Treasurer | ☐ YES | Term expiration | |

| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| None | | | |
| | | | |

**SECTION C**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Berry GP, Inc. | TX | 0011654900 | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:    Mike Hummell

| Office:  1414 Corn Product Rd | City    Corpus Christi | State  TX | ZIP Code    78409 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title    officer | Date    11/15/2023 | Area code and phone number    (361) 693-2100 |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |

7002

2D5238 2.000

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**32004628650**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name    **TPCC, Inc. (FKA Berry Dock West, Inc.)**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

Secretary of State (SOS) file number or Comptroller file number

City  **Corpus Christi**    State  **TX**    ZIP code plus 4  **78409**    **0800070466**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200462865023

*Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **James Klein** | **ASecretary** | ☐ YES | | | | | |

Mailing address **1414 Valero Way**    City **Corpus Christi**    State **TX**    ZIP Code **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **James Klein** | **V.P.** | ☐ YES | | | | | |

Mailing address **1414 Valero Way**    City **Corpus Christi**    State **TX**    ZIP Code **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **D.W. Berry** | **V.P.** | ☒ YES | | | | | |

Mailing address **1414 Valero Way**    City **Corpus Christi**    State **TX**    ZIP Code **78409**

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

2D5238 2.000

TX2023 05-102
Ver. 14.0 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode** 13196

■Taxpayer number

**32004628650**

■Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **TPCC, Inc. (FKA Berry Dock West, Inc.)**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

Secretary of State (SOS) file number or
Comptroller file number

City   **Corpus Christi**     State   **TX**     ZIP code plus 4   **78409**     **0800070466**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200462865023

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm dd yy |
|---|---|---|---|---|
| **M.G. Berry** | **V.P.** | ☒ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State  **TX** | ZIP Code  **78409** |
| Name | Title | Director | | mm dd yy |
| **A. L. Berry** | **V.P.** | ☒ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State  **TX** | ZIP Code  **78409** |
| Name | Title | Director | | mm dd yy |
| **Robert Powers** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State  **TX** | ZIP Code  **78409** |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered*
*agent, registered office or general partner information.*

Office:     City     State     ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title     Date     Area code and phone number

## **Texas Comptroller Official Use Only**

VE/DE ☐     PIR IND ☐

7002

2D5238 2.000

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

■Taxpayer number

**32004628650**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **TPCC, Inc. (FKA Berry Dock West, Inc.)**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City   **Corpus Christi**     State   **TX**     ZIP code plus 4   **78409**

Secretary of State (SOS) file number or Comptroller file number

**0800070466**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

3200462865023

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **Juan Sotelo** | **CFO** | ☐ YES | Term expiration | | | | |

Mailing address   **1414 Valero Way**     City   **Corpus Christi**     State   **TX**     ZIP Code   **78409**

| Name | Title | Director | | | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **Robert Nesloney** | **President** | ☐ YES | Term expiration | | | | |

Mailing address   **1414 Valero Way**     City   **Corpus Christi**     State   **TX**     ZIP Code   **78409**

| Name | Title | Director | | | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| | | ☐ YES | Term expiration | | | | |

Mailing address   City   State   ZIP Code

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:     City     State     ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶          Title     Date     Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐     PIR IND ☐

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number
**17414012595**

■ Report year
**2023**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  **Lone Star Equipment**

☐ Blacken box if the mailing address has changed.

Mailing address
**PO BOX 4561**

City  **Corpus Christi**   State **TX**   ZIP code plus 4  **78469**

Secretary of State (SOS) file number or Comptroller file number
**0018201000**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    **1414 VALERO WAY CORPUS CHRISTI  TX 78409**

Principal place of business    **1414 VALERO WAY CORPUS CHRISTI TX 78409**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**1741401259523**

***Please sign below!***    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm dd yy |
|---|---|---|---|---|
| **A L BERRY** | **President** | ☒ YES | Term expiration | |
| Mailing address  **1414 VALERO WAY** | City  **CORPUS CHRISTI** | State **TX** | | ZIP Code **78409** |
| Name | Title | Director | | mm dd yy |
| **D W BERRY** | **V.P.** | ☒ YES | Term expiration | |
| Mailing address  **1414 VALERO WAY** | City  **CORPUS CHRISTI** | State **TX** | | ZIP Code **78409** |
| Name | Title | Director | | mm dd yy |
| **LAURA BERRY** | **V.P.** | ☒ YES | Term expiration | |
| Mailing address  **1414 VALERO WAY** | City  **CORPUS CHRISTI** | State **TX** | | ZIP Code **78409** |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Berry GP, Inc** | **TX** | **0011654900** | **100.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **Mike Hummell**

Office:  **1414 Corn Product Rd**   City  **Corpus Christi**   State **TX**   ZIP Code  **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ▶**

| Title | Date | Area code and phone number |
|---|---|---|
| **officer** | **11/15/2023** | **(361) 693-2100** |

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

7002

2D5238 2.000

TX2023   05-102
Ver. 14.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

■Taxpayer number

**17414012595**

■Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Lone Star Equipment**

☐ Blacken box if the mailing address has changed.

Mailing address
**PO BOX 4561**

City   **Corpus Christi**      State   **TX**      ZIP code plus 4   **78469**

Secretary of State (SOS) file number or Comptroller file number
**0018201000**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**1741401259523**

*Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm dd yy |
|---|---|---|---|---|
| **M G BERRY** | **V.P.** | [X] YES | Term expiration | |
| Mailing address   **1414 VALERO WAY** | City   **CORPUS CHRISTI** | | State **TX** | ZIP Code **78409** |
| Name | Title | Director | | mm dd yy |
| **Mike Hummell** | **Genl Counsel** | ☐ YES | Term expiration | |
| Mailing address   **1414 Valero Way** | City   **Corpus Christi** | | State **TX** | ZIP Code **78409** |
| Name | Title | Director | | mm dd yy |
| **Mike Hummell** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address   **1414 Valero Way** | City   **Corpus Christi** | | State **TX** | ZIP Code **78409** |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:      City      State      ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶      Title      Date      Area code and phone number

## Texas Comptroller Official Use Only

VE/DE  ☐      PIR IND  ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**17414012595**

■ Report year

**2023**

***You have certain rights*** under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  **Lone Star Equipment**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**PO BOX 4561**

Secretary of State (SOS) file number or Comptroller file number

City  **Corpus Christi**

State  **TX**

ZIP code plus 4  **78469**

**0018201000**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741401259523

***Please sign below!***  **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **James Klein** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | | ZIP Code  **78409** |
| Name | Title | Director | | m m d d y y |
| **James Klein** | **Treasurer** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | | ZIP Code  **78409** |
| Name | Title | Director | | m m d d y y |
| **James Klein** | **CFO** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | | ZIP Code  **78409** |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:  | City | State | ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶ | Title | Date | Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐   PIR IND ☐

7002

2D5238 2.000

TX2023  05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**17414012595**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | **Lone Star Equipment** | | ☐ Blacken box if the mailing address has changed. |
|---|---|---|---|

| Mailing address **PO BOX 4561** | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City **Corpus Christi** | State **TX** | ZIP code plus 4 **78469** | **0018201000** |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1741401259523

## *Please sign below!*  **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **D W Berry** | **ASecretary** | ☐ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name | Title | Director | | m m d d y y |
| **M G Berry** | **Secretary** | ☐ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name | Title | Director | | m m d d y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here ▶** | | Title | Date | Area code and phone number |
|---|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

2D5238 2.000

TX2023   05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number
**32066014492**

■ Report year
**2023**

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **BayMar Fuels USA, LLC**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**1414 VALERO WAY**

| City   **CORPUS CHRSITI** | State   **TX** | ZIP code plus 4   **78409** |

Secretary of State (SOS) file number or
Comptroller file number
**0802915696**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   **1414 VALERO WAY CORPUS CHRISTI TX 78409**
Principal place of business   **1414 VALERO WAY CORPUS CHRISTI TX 78409**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3206601449223

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name   **K. J. LUHAN** | Title   **President** | Director ☐ YES | Term expiration | m m  d d  y y |
| Mailing address   **1414 VALERO WAY** | City   **CORPUS CHRISTI** | State   **TX** | ZIP Code   **78409** | |

| Name   **GEORGE A. ANDREWS, JR.** | Title   **V.P.** | Director ☐ YES | Term expiration | m m  d d  y y |
| Mailing address   **1414 VALERO WAY** | City   **CORPUS CHRISTI** | State   **TX** | ZIP Code   **78409** | |

| Name   **Edward A. Martin** | Title   **V.P.** | Director ☐ YES | Term expiration | m m  d d  y y |
| Mailing address   **1414 Valero Way** | City   **Corpus Christi** | State   **TX** | ZIP Code   **78409** | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **BERRY CONTRACTING LP** | **TX** | **0014245910** | **80.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:   **MIKE HUMMELL**

*You must make a filing with the Secretary of State to change registered*
*agent, registered office or general partner information.*

| Office:   **1414 CORN PRODUCT RD** | City   **CORPUS CHRISTI** | State **TX** | ZIP Code   **78409** |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title   **officer** | Date   **11/15/2023** | Area code and phone number   **(361) 693-2100** |

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**32066014492**

■ Report year

**2023**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **BayMar Fuels USA, LLC**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**1414 VALERO WAY**

City   **CORPUS CHRSITI**    State **TX**    ZIP code plus 4   **78409**

Secretary of State (SOS) file number or Comptroller file number

**0802915696**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

3206601449223

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## Please sign below!    This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | | Term expiration | m m | d d | y y |
|------|-------|----------|--|--|-----------------|-----|-----|-----|
| Diane Decou | V.P. | ☐ YES | | | | | | |

Mailing address  1414 Valero Way    City  Corpus Christi    State **TX**    ZIP Code **78409**

| Name | Title | Director | | | Term expiration | m m | d d | y y |
|------|-------|----------|--|--|-----------------|-----|-----|-----|
| Diane Decou | CFO | ☐ YES | | | | | | |

Mailing address  1414 Valero Way    City  Corpus Christi    State **TX**    ZIP Code **78409**

| Name | Title | Director | | | Term expiration | m m | d d | y y |
|------|-------|----------|--|--|-----------------|-----|-----|-----|
| Diane Decou | Treasurer | ☐ YES | | | | | | |

Mailing address  1414 Valero Way    City  Corpus Christi    State **TX**    ZIP Code **78409**

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| INCOMAR USA, LTD. | | | 20.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶    Title    Date    Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

| ■Taxpayer number | ■Report year | ***You have certain rights*** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| **32066014492** | **2023** | |

| Taxpayer name | BayMar Fuels USA, LLC | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|---|

| Mailing address 1414 VALERO WAY | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| City  CORPUS CHRSITI | State  TX     ZIP code plus 4   78409 | 0802915696 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!***   **This report must be signed to satisfy franchise tax requirements.**

3206601449223

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| Charles A. Vanaman | V.P. | ☐ YES | | | | | |
| Mailing address 1414 Valero Way | City  Corpus Christi | State  TX | | | | ZIP Code  78409 | |
| Name | Title | Director | | Term expiration | m m | d d | y y |
| Charles A. Vanaman | Genl Counsel | ☐ YES | | | | | |
| Mailing address 1414 Valero Way | City  Corpus Christi | State  TX | | | | ZIP Code  78409 | |
| Name | Title | Director | | Term expiration | m m | d d | y y |
| Donetta Beaty | Secretary | ☐ YES | | | | | |
| Mailing address 1414 Valero Way | City  Corpus Christi | State  TX | | | | ZIP Code  78409 | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*   *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*
Agent:

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number
**17429799715**

■ Report year
**2023**

*You have certain rights under Chapter 552 and 559,
Government Code, to review, request and correct information
we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **Becon, Inc.**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 VALERO WAY**

City   **CORPUS CHRISTI**   State  **TX**   ZIP code plus 4  **78409**

Secretary of State (SOS) file number or
Comptroller file number
**0145811300**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   **1414 VALERO WAY CORPUS CHRISTI TX 78409**

Principal place of business   **1414 VALERO WAY CORPUS CHRISTI TX 78409**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742979971523

## *Please sign below!*   This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **D.W. BERRY** | **President** | ☒ YES | | | | | |

Mailing address  **1414 VALERO WAY**  City  **CORPUS CHRISTI**  State  **TX**  ZIP Code  **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **M.G. BERRY** | **V.P.** | ☒ YES | | | | | |

Mailing address  **1414 VALERO WAY**  City  **CORPUS CHRISTI**  State  **TX**  ZIP Code  **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **M.G. BERRY** | **Secretary** | ☒ YES | | | | | |

Mailing address  **1414 VALERO WAY**  City  **CORPUS CHRISTI**  State  **TX**  ZIP Code  **78409**

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **NONE** | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **NONE** | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:   **MIKE HUMMELL**

Office:   **1414 CORN PRODUCT RD**   City  **CORPUS CHRISTI**   State **TX**   ZIP Code  **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title   **officer**   Date   **11/15/2023**   Area code and phone number   **(361) 693-2100**

## Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7002

2D5238 2.000
TX2023   05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

| ■Taxpayer number | ■Report year | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| **17429799715** | **2023** | |

| Taxpayer name   **Becon, Inc.** | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|

| Mailing address   **1414 VALERO WAY** | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| City   **CORPUS CHRISTI**   State **TX**   ZIP code plus 4  **78409** | **0145811300** |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| Principal place of business |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742979971523

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | | m  m    d  d    y  y |
|---|---|---|---|---|---|
| **A.L. BERRY** | **V.P.** | ☒ YES | Term expiration | | |
| Mailing address   **1414 VALERO WAY** | City  **CORPUS CHRISTI** | | State **TX** | | ZIP Code  **78409** |
| Name | Title | Director | | | m  m    d  d    y  y |
| **A.L BERRY** | **Treasurer** | ☒ YES | Term expiration | | |
| Mailing address   **1414 VALERO WAY** | City  **CORPUS CHRISTI** | | State **TX** | | ZIP Code  **78409** |
| Name | Title | Director | | | m  m    d  d    y  y |
| | | ☐ YES | Term expiration | | |
| Mailing address | City | | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* Agent: | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode** 13196

■ Taxpayer number **17429809548**

■ Report year **2023**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name **Berry Operating Company, LLC**

■ ☐ Blacken box if the mailing address has changed.

Mailing address **P.O. Box 9908**

City **Corpus Christi** | State **TX** | ZIP code plus 4 **78469-9980**

Secretary of State (SOS) file number or Comptroller file number **0707839522**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office **P.O. Box 9908 Corpus Christi TX 78469-9908**

Principal place of business **P.O. Box 9908 Corpus Christi TX 78469-9908**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742980954823

## Please sign below! This report must be signed to satisfy franchise tax requirements.

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration (m m / d d / y y) |
|---|---|---|---|---|
| **A.L. Berry** | **V.P.** | ☐ YES | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | State **TX** | ZIP Code **78409** |
| **D.W. Berry** | **V.P.** | ☐ YES | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | State **TX** | ZIP Code **78409** |
| **M.G. Berry** | **V.P.** | ☐ YES | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | State **TX** | ZIP Code **78409** |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **None** | | | |
| | | | |

**SECTION C** Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **None** | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent: **Mike Hummell**

Office: **1414 Corn Product Rd** | City **Corpus Christi** | State **TX** | ZIP Code **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ▶**

| Title | Date | Area code and phone number |
|---|---|---|
| **officer** | **11/15/2023** | **(361) 693-2100** |

## Texas Comptroller Official Use Only

VE/DE ☐ PIR IND ☐

7002

2D5238 2.000

TX2023 05-102
Ver. 14.0 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode** 13196

■ Taxpayer number

**17429809548**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Berry Operating Company, LLC**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. Box 9908**

Secretary of State (SOS) file number or Comptroller file number

City   **Corpus Christi**      State   **TX**      ZIP code plus 4   **78469-9980**      **0707839522**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**1742980954823**

## Please sign below!    This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **Rob Powers** | **President** | ☐ YES | | | | | |

Mailing address **1414 Valero Way**   City **Corpus Christi**   State **TX**   ZIP Code **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **Mike Hummell** | **V.P.** | ☐ YES | | | | | |

Mailing address **1414 Valero Way**   City **Corpus Christi**   State **TX**   ZIP Code **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **Laura Berry** | **V.P.** | ☐ YES | | | | | |

Mailing address **1414 Valero Way**   City **Corpus Christi**   State **TX**   ZIP Code **78409**

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:      City      State      ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ▶**      Title      Date      Area code and phone number

## Texas Comptroller Official Use Only

VE/DE ☐      PIR IND ☐

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode** 13196

■Taxpayer number

**17429809548**

■Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | **Berry Operating Company, LLC** | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|---|

| Mailing address | **P.O. Box 9908** | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| City **Corpus Christi** | State **TX**  ZIP code plus 4 **78469-9980** | **0707839522** |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| Principal place of business |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**1742980954823**

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| **James Klein** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name | Title | Director | | m m  d d  y y |
| **M.G. Berry** | **ASecretary** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name | Title | Director | | m m  d d  y y |
| **James Klein** | **Treasurer** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

2D5238 2.000

TX2023      05-102
Ver. 14.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■ Taxpayer number
**17429809548**

■ Report year
**2023**

*You have certain rights* under Chapter 552 and 559,
Government Code, to review, request and correct information
we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Berry Operating Company, LLC**

☐ Blacken box if the mailing address has changed.

Mailing address
**P.O. Box 9908**

City  **Corpus Christi**     State  **TX**     ZIP code plus 4  **78469-9980**

Secretary of State (SOS) file number or
Comptroller file number
**0707839522**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

1742980954823

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

## *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m  d d  y y |
|---|---|---|---|---|
| James Klein | CFO | ☐ YES | | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 | |
| Mike Hummell | Genl Counsel | ☐ YES | | |
| Mailing address  1414 Valero Way | City  Corpus Christi | State  TX | ZIP Code  78409 | |
| | | ☐ YES | | |
| Mailing address | City | State | ZIP Code | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:        City        State        ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶        Title        Date        Area code and phone number

## Texas Comptroller Official Use Only

VE/DE  ☐    PIR IND  ☐

7002

# Texas Franchise Tax Ownership Information Report

*To be filed by Entities other than Corporations, Limited Liability Companies, Limited Partnerships, Professional Associations or Financial Institutions*

■ **Tcode**   13197

| ■ Taxpayer number | ■ Report year | *You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.* |
|---|---|---|
| 14613732115 | 2023 | |

| Taxpayer name   Clark Pipeline Services, JV | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|

| Mailing address   P.O. Box 9396 | Country | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| City   Corpus Christi    State   TX    ZIP code plus 4   78469 | | 0074523580 |

**SECTION A.** Enter the information required for each general partner of a partnership or each trustee of a trust. Also, provide the information for each person or entity that owns an interest of 10 percent or more in this entity.

| Name   Berry Contracting, LP, dba Bay Ltd. | What type of owner? *(Blacken only one)* | GENERAL PARTNER ☐ | LIMITED PARTNER ☐ | OTHER ☒ |
|---|---|---|---|---|
| Mailing address   1414 Valero Way | | FEI number   74-2982901 | | Percentage of ownership 75.00 |
| City   Corpus Christi | State   TX | ZIP code plus 4   78409 3020 | | |

| Name   CPC Interests LLC | What type of owner? *(Blacken only one)* | GENERAL PARTNER ☐ | LIMITED PARTNER ☐ | OTHER ☒ |
|---|---|---|---|---|
| Mailing address   4281 State Highway 188 | | FEI number   27-3412205 | | Percentage of ownership 25.00 |
| City   Taft | State   TX | ZIP code plus 4   78390 4553 | | |

| Name | What type of owner? *(Blacken only one)* | GENERAL PARTNER ☐ | LIMITED PARTNER ☐ | OTHER ☐ |
|---|---|---|---|---|
| Mailing address | | FEI number | | Percentage of ownership |
| City | State | ZIP code plus 4 | | |

**SECTION B.** Enter the information required for each entity, if any, in which this partnership, association, trust or other entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or entity | State of formation | FEI number | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or entity | State of formation | FEI number | Percentage of ownership |
| | | | |

| Registered agent and office, or agent for service of process *(see instructions if you need to make changes)* |
|---|
| Agent:   Berry Contracting, LP dba Bay Ltd. |

| Office:  1414 Valero Way | City   Corpus Christi | State   TX | ZIP code plus 4  78409 |
|---|---|---|---|

The above information is authorized by Section 171.201(a)(2), Section 171.201(a)(3), 171.202(a)(4) and 171.354 for each entity.
**Use additional forms (05-167) for Sections A and B as necessary.**

| I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below. | | | |
|---|---|---|---|
| **sign here** ▶ | Title   officer | Date   11/15/2023 | Area code and phone number   (361) 693-2100 |

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

**Texas Comptroller Official Use Only**

VE/DE  ☐

7002

2D5238 2.000

TX2023    05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■ Taxpayer number

**32064994307**

■ Report year

**2023**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    **Friendswood Exchange LLC**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**1414 CORN PRODUCT RD**

Secretary of State (SOS) file number or Comptroller file number

| City   **CORPUS CHRISTI** | State   **TX** | ZIP code plus 4   **78409-3020** | **0802827206** |
|---|---|---|---|

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office   **1414 CORN PRODUCT RD CORPUS CHRISTI  TX 78409** |
| Principal place of business    **1414 CORN PRODUCT RD CORPUS CHRISTI TX 78409** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3206499430723

***Please sign below!***    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| **ACCRUIT EXCHANGE ACCOMMODATION SERV** | **Other** | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m  d d  y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m  d d  y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Basic Equipment Company** | **TX** | **0112168700** | **100.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent:   **Charles A. Vanaman**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office:   **1414 Valero Way Suite 1250** | City   **Corpus Christi** | State **TX** | ZIP Code   **78409** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title   **officer** | Date   **11/15/2023** | Area code and phone number   **(361) 693-2100** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE  ☐ | PIR IND  ☐ |

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■ Taxpayer number

**32036155268**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    LDMA Limited Partnership

☐ Blacken box if the mailing address has changed.

Mailing address
  **1414 Valero Way**

City    **Corpus Christi**    State **TX**    ZIP code plus 4    **78409-3020**

Secretary of State (SOS) file number or
Comptroller file number
**0013403610**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    **1414 Valero Way Corpus Christi  TX 78409**

Principal place of business    **1414 Valero Way Corpus Christi TX 78409**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3203615526823

*Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|-----------------|-----|-----|-----|
| **Becon, Inc** | **Other** | ☐ YES | | | | | |

Mailing address  **1414 Valero Way**    City  **Corpus Christi**    State **TX**    ZIP Code **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|-----------------|-----|-----|-----|
| **D.W. Berry** | **Other** | ☐ YES | | | | | |

Mailing address  **1414 Valero Way**    City  **Corpus Christi**    State **TX**    ZIP Code **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|-----------------|-----|-----|-----|
| **M.G. Berry** | **Other** | ☐ YES | | | | | |

Mailing address  **1414 Valero Way**    City  **Corpus Christi**    State **TX**    ZIP Code **78409**

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent:  **Mike Hummell**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:  **1414 Corn Product Rd**    City  **Corpus Christi**    State **TX**    ZIP Code **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶    Title  **officer**    Date  **11/15/2023**    Area code and phone number  **(361) 693-2100**

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

■Taxpayer number

**32036155268**

■Report year

**2023**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **LDMA Limited Partnership**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City   **Corpus Christi**    State  **TX**    ZIP code plus 4   **78409-3020**

Secretary of State (SOS) file number or Comptroller file number
**0013403610**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**3203615526823**

*Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| **A.L. Berry** | **Other** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State  **TX** | ZIP Code  **78409** |
| Name | Title | Director | | m m  d d  y y |
| **Lone Star Equipment** | **Other** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State  **TX** | ZIP Code  **78409** |
| Name | Title | Director | | m m  d d  y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE  ☐      PIR IND  ☐

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■ Taxpayer number
**17429829017**

■ Report year
**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Berry Contracting, LP**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City   **Corpus Christi**        State  **TX**        ZIP code plus 4   **784093020**

Secretary of State (SOS) file number or Comptroller file number
**0014245910**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   **P.O. Box 9908   Corpus Christi   TX   78469**

Principal place of business   **P.O. Box 9908   Corpus Christi   TX   78469**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**1742982901723**

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m  d d  y y |
|---|---|---|---|---|---|
| **Robert Powers** | **President** | ☐ YES | | | |

Mailing address  **1414 Valero Way**   City  **Corpus Christi**   State  **TX**   ZIP Code  **78409**

| Name | Title | Director | | Term expiration | m m  d d  y y |
|---|---|---|---|---|---|
| **D.W. Berry** | **V.P.** | ☐ YES | | | |

Mailing address  **1414 Valero Way**   City  **Corpus Christi**   State  **TX**   ZIP Code  **78409**

| Name | Title | Director | | Term expiration | m m  d d  y y |
|---|---|---|---|---|---|
| **M.G. Berry** | **V.P.** | ☐ YES | | | |

Mailing address  **1414 Valero Way**   City  **Corpus Christi**   State  **TX**   ZIP Code  **78409**

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Clark Pipeline Services, JV** | **TX** | **0074523580** | **75.000** |
| **Austin-Bay JV** | **TX** | | **40.000** |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Berry Holdings LP** | **DE** | **0009429211** | **99.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:   **Berry GP, Inc.**

Office:  **1414 Valero Way**   City   **Corpus Christi**   State **TX**   ZIP Code   **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

| Title | Date | Area code and phone number |
|---|---|---|
| **Officer** | **11/15/2023** | **361-693-2100** |

## Texas Comptroller Official Use Only

VE/DE  ☐        PIR IND  ☐

7002

2D5243 2.000

TX2023    05-102
Ver. 14.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number
**17429829017**

■ Report year
**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Berry Contracting, LP**

□ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City   **Corpus Christi**    State  **TX**    ZIP code plus 4   **784093020**

Secretary of State (SOS) file number or Comptroller file number
**0014245910**

□ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   **P.O. Box 9908  Corpus Christi  TX  78469**

Principal place of business   **P.O. Box 9908  Corpus Christi  TX  78469**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742982901723

*Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **A.L. Berry** | **V.P.** | □ YES | | | | | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State **TX** | | | ZIP Code **78409** | | |
| **Robert Blair** | **V.P.** | □ YES | | | | | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State **TX** | | | ZIP Code **78409** | | |
| **Jim Bliss** | **V.P. & CIO** | □ YES | | | | | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State **TX** | | | ZIP Code **78409** | | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Schmidt Oilfield Service Venture** | **TX** | **0047871080** | **50.000** |
| **Austin Bridge & Road, LP & Bay LTD** | **TX** | | **40.000** |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **Berry GP, Inc.**

Office:  **1414 Valero Way**    City  **Corpus Christi**    State **TX**    ZIP Code  **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title  **Officer** | Date  **11/15/2023** | Area code and phone number  **361-693-2100** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE □    PIR IND □

7002

2D5243 2.000

TX2023  05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number
**17429829017**

■ Report year
**2023**

*You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  **Berry Contracting, LP**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City  **Corpus Christi**
State  **TX**
ZIP code plus 4  **784093020**

Secretary of State (SOS) file number or Comptroller file number
**0014245910**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  **P.O. Box 9908  Corpus Christi  TX  78469**
Principal place of business  **P.O. Box 9908  Corpus Christi  TX  78469**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742982901723

*Please sign below!*  **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration m m d d y y |
|---|---|---|---|---|
| **Walter Brothers** | **V.P.** | ☐ YES | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| **Jeffrey (Randy) Brown** | **V.P.** | ☐ YES | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| **John Dill** | **SRVP** | ☐ YES | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **BayMar International, LLC** | **TX** | **0802916805** | **20.000** |
| **BayMar Fuels USA, LLC** | **TX** | **0802915696** | **80.000** |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **Berry GP, Inc.**
Office:  **1414 Valero Way**
City  **Corpus Christi**
State **TX**
ZIP Code  **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title  **Officer**
Date  **11/15/2023**
Area code and phone number  **361-693-2100**

## Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7002

2D5243 2.000
TX2023     05-102
Ver. 14.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

| ■ Taxpayer number | ■ Report year |
|---|---|
| 17429829017 | 2023 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **Berry Contracting, LP**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

| City   **Corpus Christi** | State   **TX** | ZIP code plus 4   **784093020** |
|---|---|---|

Secretary of State (SOS) file number or Comptroller file number
**0014245910**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **P.O. Box 9908   Corpus Christi   TX   78469** |
|---|---|
| Principal place of business | **P.O. Box 9908   Corpus Christi   TX   78469** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742982901723

### *Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **Randy Feikls** | **SRVP** | ☐ YES | | | | | |
| Mailing address   **1414 Valero Way** | City   **Corpus Christi** | | | State   **TX** | | ZIP Code   **78409** | |
| Name | Title | Director | | Term expiration | m m | d d | y y |
| **Kevin Gregory** | **SRVP** | ☐ YES | | | | | |
| Mailing address   **1414 Valero Way** | City   **Corpus Christi** | | | State   **TX** | | ZIP Code   **78409** | |
| Name | Title | Director | | Term expiration | m m | d d | y y |
| **Crissy Hinojosa** | **V.P. & ASec** | ☐ YES | | | | | |
| Mailing address   **1414 Valero Way** | City   **Corpus Christi** | | | State   **TX** | | ZIP Code   **78409** | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:   **Berry GP, Inc.**

| Office:   **1414 Valero Way** | City   **Corpus Christi** | State   **TX** | ZIP Code   **78409** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title   **Officer** | Date   **11/15/2023** | Area code and phone number   **361-693-2100** |
|---|---|---|---|

### Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

∎ **Tcode**    13196

| ∎ Taxpayer number | ∎ Report year |
|---|---|
| **17429829017** | **2023** |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | **Berry Contracting, LP** | ∎ ☐ Blacken box if the mailing address has changed. |
|---|---|---|

| Mailing address **1414 Valero Way** | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| City **Corpus Christi** | State **TX**   ZIP code plus 4 **784093020** | **0014245910** |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | P.O. Box 9908  Corpus Christi  TX  78469 |
|---|---|
| Principal place of business | P.O. Box 9908  Corpus Christi  TX  78469 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742982901723

*Please sign below!*     **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m   d d   y y |
|---|---|---|---|---|
| James Klein | VP, Tr & CFO | ☐ YES | | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |
| Berry Peterson | V.P. | ☐ YES | | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |
| William Parker | Asst. V.P. | ☐ YES | | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | | ZIP Code 78409 |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**    Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*     *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Agent: Berry GP, Inc. | | | |
|---|---|---|---|
| Office: 1414 Valero Way | City Corpus Christi | State TX | ZIP Code 78409 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title Officer | Date 11/15/2023 | Area code and phone number 361-693-2100 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

2D5243 2.000
TX2023 05-102
Ver. 14.0 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ Taxpayer number

**17429829017**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559,
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name **Berry Contracting, LP**

□ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City **Corpus Christi**  State **TX**  ZIP code plus 4 **784093020**

Secretary of State (SOS) file number or
Comptroller file number
**0014245910**

□ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office **P.O. Box 9908  Corpus Christi  TX  78469**
Principal place of business **P.O. Box 9908  Corpus Christi  TX  78469**

1742982901723

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!*  **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **D.J. Smith** | **Exec. V.P.** | □ YES | Term expiration | | | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | State **TX** | | ZIP Code **78409** | | |
| Name **Kevin Stone** | Title **V.P.** | □ YES | Term expiration | | | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | State **TX** | | ZIP Code **78409** | | |
| Name **Mike Hummell** | Title **VP & Gen. C.** | □ YES | Term expiration | | | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | State **TX** | | ZIP Code **78409** | | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent: **Berry GP, Inc.**

Office: **1414 Valero Way**  City **Corpus Christi**  State **TX**  ZIP Code **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title **Officer**  Date **11/15/2023**  Area code and phone number **361-693-2100**

**Texas Comptroller Official Use Only**

VE/DE □  PIR IND □

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■Taxpayer number

**17429829017**

■Report year

**2023**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  **Berry Contracting, LP**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

| City  **Corpus Christi** | State  **TX** | ZIP code plus 4  **784093020** |

Secretary of State (SOS) file number or Comptroller file number
**0014245910**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **P.O. Box 9908  Corpus Christi  TX  78469** |
| Principal place of business | **P.O. Box 9908  Corpus Christi  TX  78469** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742982901723

*Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| **Glen Whittington** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | | ZIP Code  **78409** |

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| **Mike Joyce** | **SRVP** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | | ZIP Code  **78409** |

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*    *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **Berry GP, Inc.**

| Office:  **1414 Valero Way** | City  **Corpus Christi** | State **TX** | ZIP Code  **78409** |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title  **Officer** | Date  **11/15/2023** | Area code and phone number  **361-693-2100** |

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number
**17428043214**

■ Report year
**2023**

*You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  **Berry Holdings LP**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City  **Corpus Christi**    State  **TX**    ZIP code plus 4  **78409**

Secretary of State (SOS) file number or Comptroller file number
**0009429211**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  **P.O. Box 9908  Corpus Christi  TX  78469**

Principal place of business  **P.O. Box 9908  Corpus Christi  TX  78469**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742804321423

*Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm dd yy |
|------|-------|----------|--|----------|
| **Rob Powers** | **President** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | | ZIP Code  **78409** |
| **D.W. Berry** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | | ZIP Code  **78409** |
| **M.G. Berry** | **V.P.** | ☐ YES | Term expiration | |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | State  **TX** | | ZIP Code  **78409** |

**SECTION B**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| **Berry Contracting, LP** | **TX** | **0014245910** | **99.000** |
| **Berry Operating Company, LLC** | **TX** | **0707839522** | **10.000** |

**SECTION C**    Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| **Becon Holdings, Inc.** | **NV** | | **99.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **The Corporation Trust Company**

Office:  **1209 N Orange St.**    City  **Wilmington**    State  **DE**    ZIP Code  **19801**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ►

| | Title | Date | Area code and phone number |
|--|-------|------|----------------------------|
| | **Officer** | **11/15/2023** | **361-693-2100** |

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

■ Taxpayer number
**17428043214**

■ Report year
**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Berry Holdings LP**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City   **Corpus Christi**    State   **TX**    ZIP code plus 4   **78409**

Secretary of State (SOS) file number or Comptroller file number
**0009429211**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    **P.O. Box 9908   Corpus Christi  TX  78469**

Principal place of business    **P.O. Box 9908   Corpus Christi  TX  78469**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742804321423

*Please sign below!*    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|-----------------|-----|-----|-----|
| **A.L. Berry** | **V.P.** | ☐ YES | | | | | |

Mailing address   **1414 Valero Way**    City   **Corpus Christi**    State   **TX**    ZIP Code   **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|-----------------|-----|-----|-----|
| **D.J. Smith** | **SRVP & ASec.** | ☐ YES | | | | | |

Mailing address   **1414 Valero Way**    City   **Corpus Christi**    State   **TX**    ZIP Code   **78409**

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|-----------------|-----|-----|-----|
| **Robert Blair** | **V.P.** | ☐ YES | | | | | |

Mailing address   **1414 Valero Way**    City   **Corpus Christi**    State   **TX**    ZIP Code   **78409**

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| **Bay Middle East International Company** | **TX** | **0145811200** | **33.330** |
| **Bay Latin America, Inc.** | **TX** | **0160434900** | **100.000** |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:   **The Corporation Trust Company**

Office:   **1209 N Orange St.**    City   **Wilmington**    State   **DE**    ZIP Code   **19801**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

Title   **Officer**    Date   **11/15/2023**    Area code and phone number   **361-693-2100**

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

| ■Taxpayer number | ■Report year |
| --- | --- |
| **17428043214** | **2023** |

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name    **Berry Holdings LP**

■ ☐ Blacken box if the mailing address has changed.

| Mailing address  **1414 Valero Way** | | | Secretary of State (SOS) file number or Comptroller file number |
| --- | --- | --- | --- |
| City  **Corpus Christi** | State  **TX** | ZIP code plus 4  **78409** | **0009429211** |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **P.O. Box 9908  Corpus Christi  TX  78469** |
| --- | --- |
| Principal place of business | **P.O. Box 9908  Corpus Christi  TX  78469** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1742804321423

***Please sign below!***    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name  **Mike Hummell** | Title  **VP & G Coun.** | Director  ☐ YES | Term expiration | m m | d d | y y |
| --- | --- | --- | --- | --- | --- | --- |
| Mailing address | City | | State | | ZIP Code | |

| Name  **James Klein** | Title  **VP, Tr & CFO** | Director  ☐ YES | Term expiration | m m | d d | y y |
| --- | --- | --- | --- | --- | --- | --- |
| Mailing address  **1414 Valero Way** | City  **Corpus Christi** | | State  **TX** | | ZIP Code  **78409** | |

| Name | Title | Director  ☐ YES | Term expiration | m m | d d | y y |
| --- | --- | --- | --- | --- | --- | --- |
| Mailing address | City | | State | | ZIP Code | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| --- | --- | --- | --- |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| --- | --- | --- | --- |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* | | |
| --- | --- | --- | --- |
| Agent:  **The Corporation Trust Company** | | | |
| Office:  **1209 N Orange St.** | City  **Wilmington** | State  **DE** | ZIP Code  **19801** |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title  **Officer** | Date  **11/15/2023** | Area code and phone number  **361-693-2100** |
| --- | --- | --- | --- |

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
| --- | --- |

7002

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■**Tcode** 13196

■Taxpayer number
**32064822730**

■Report year
**2023**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   **Axis Midstream Holdings, LLC**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City   **Corpus Christi**   State  **TX**   ZIP code plus 4  **78409**

Secretary of State (SOS) file number or Comptroller file number
**0802812872**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   **1414 Valero Way  Corpus Christi  TX  78409**

Principal place of business   **1414 Valero Way  Corpus Christi  TX  78409**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3206482273023

## Please sign below!    This report must be signed to satisfy franchise tax requirements.

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration mm dd yy |
|---|---|---|---|
| **A.L. Berry** | **President** | ☐ YES | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |
| **D.W. Berry** | **V.P.** | ☐ YES | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |
| **M.G. Berry** | **V.P.** | ☐ YES | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Berry GP, Inc.** | **TX** | **0011654900** | **100.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **Mike Hummell**

Office:  **1414 Valero Way**   City  **Corpus Christi**   State **TX**   ZIP Code  **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

| Title | Date | Area code and phone number |
|---|---|---|
| **Officer** | **11/15/2023** | **361-693-2100** |

### Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7002

2D5243 2.000

TX2023    05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**32064822730**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Axis Midstream Holdings, LLC**

☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City  **Corpus Christi**     State  **TX**     ZIP code plus 4  **78409**

Secretary of State (SOS) file number or Comptroller file number
**0802812872**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    **1414 Valero Way  Corpus Christi  TX  78409**

Principal place of business    **1414 Valero Way  Corpus Christi  TX  78409**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3206482273023

**Please sign below!**    **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **Robert Powers** | **V.P. & ASec.** | ☐ YES | | | | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | | State **TX** | ZIP Code **78409** | | |
| Name **Mike Hummell** | Title **VP & G Coun.** | ☐ YES | | Term expiration | m m | d d | y y |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | | State **TX** | ZIP Code **78409** | | |
| Name **James Klein** | Title **VP, Tr & CFO** | ☐ YES | | Term expiration | m m | d d | y y |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | | | State **TX** | ZIP Code **78409** | | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **Mike Hummell**

Office:  **1414 Valero Way**     City  **Corpus Christi**     State **TX**    ZIP Code  **78409**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| **sign here** ▶ | Title **Officer** | Date **11/15/2023** | Area code and phone number **361-693-2100** |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

2D5243 2.000

TX2023    05-102
Ver. 14.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ Taxpayer number

**32074068704**

■ Report year

**2023**

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name   **Axis Gathering Systems, LLC**

■ ☐ Blacken box if the mailing address has changed.

Mailing address
**1414 Valero Way**

City   **Corpus Christi**    State  **TX**    ZIP code plus 4  **78409**

Secretary of State (SOS) file number or Comptroller file number
**0803601639**

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    **1414 Valero Way  Corpus Christi  TX  78409**

Principal place of business    **1414 Valero Way  Corpus Christi  TX  78409**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3207406870423

*Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | | mm | dd | yy |
|---|---|---|---|---|---|---|---|
| **Robert Powers** | **President** | ☐ YES | Term expiration | | | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | | | ZIP Code **78409** | |

| Name | Title | Director | | | mm | dd | yy |
|---|---|---|---|---|---|---|---|
| **Laura Berry** | **V.P.** | ☐ YES | Term expiration | | | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | | | ZIP Code **78409** | |

| Name | Title | Director | | | mm | dd | yy |
|---|---|---|---|---|---|---|---|
| **D.W. Berry** | **V.P.** | ☐ YES | Term expiration | | | | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | | | ZIP Code **78409** | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Berry GP, Inc.** | **TX** | **0011654900** | **100.000** |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **CT Corporation Systems**

Office:  **1999 Bryan Street, Ste 900**    City  **Dallas**    State **TX**    ZIP Code **75201**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶

| | Title | Date | Area code and phone number |
|---|---|---|---|
| | **Officer** | **11/15/2023** | **361-693-2100** |

## Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

7002

Texas Footnote:
================================================================================

AXIS MIDSTREAM (FEIN: 82-2771615) IS OWNED 100% BY BERRY GP, INC.
SINCE THEY ARE DISREGARDED FOR FEDERAL PURPOSES, THEIR ACTIVITY HAS
BEEN INCLUDED IN THIS RETURN.

# APPENDIX 18

**From:** Tonja Fulghum <tfulghum@riverway.us>
**Sent:** Tuesday, November 29, 2022 12:21 PM
**To:** Hummell, Mike <HummellM@bayltd.com>
**Cc:** Christie Bubrig <cbubrig@riverway.biz>; ALB <alb@riverway.us>; Gohlke, Shanna <GohlkeS@bayltd.com>
**Subject:** Re: FW: Axis Midstream P-5 RRC

Thanks Mike - Shanna, can you let us know when you have made the updates please. Happy Holidays everybody.


On Tue, Nov 29, 2022 at 12:03 PM Hummell, Mike <HummellM@bayltd.com> wrote:

> Our SOS filing is out of date. It was obviously filed after I started in 2020, but does not recognize Decou was replaced by Klein, Ackley was replaced by Powers, and Scheuerman was replaced by Bickham. They need to match. We need to update our SOS filing. Shanna can help with that.
> Regards,
> *Mike Hummell*
> *Vice President/General Counsel*
> *Bay Ltd.*
> Office: 361.693.2909
> 1414 Valero Way, Corpus Christi, TX 78409
> Hummellm@Bayltd.com / www.bayltd.com


**From:** Tonja Fulghum <tfulghum@riverway.us>
**Sent:** Tuesday, November 29, 2022 11:50 AM
**To:** Hummell, Mike <HummellM@bayltd.com>; Christie Bubrig <cbubrig@riverway.biz>; ALB <alb@riverway.us>
**Subject:** Fwd: FW: Axis Midstream P-5 RRC

Christie,
Thank you for the prompt.
Mike,
Can you confirm the new officers for this entity so we can get our paperwork correct at the RRC. Appreciate the response.


---------- Forwarded message ---------
From: **Christie Bubrig** <cbubrig@riverway.biz>
Date: Tue, Nov 29, 2022 at 9:09 AM
Subject: FW: Axis Midstream P-5 RRC
To: Tonja Fulghum <tfulghum@riverway.us>

Good morning, Tonja,
I hope you had a nice Thanksgiving. I wanted to check in with you and see if you had a chance to read my email about needing the officers for the P5 application to the Railroad Commission of Texas. I think is a time sensitive issue that I need to get to them.
Any information or advise on which direction I need to go in is greatly appreciated.
Kindest Regards,
Christie Bubrig
Accountant
Riverway Group
281.833.3250

**From:** Christie Bubrig
**Sent:** Tuesday, November 22, 2022 1:04 PM
**To:** Tonja Fulghum <tfulghum@riverway.us>
**Subject:** Axis Midstream P-5 RRC
Good afternoon , Tonja,
I have been working on our P5 application with the Railroad Commission of Texas. They sent me a letter stating that our officers on our P5 do not match what is listed at the Secretary of State's office. I am attaching what the SOS office shows as our officers as well as the letter from the Railroad Commission. Will you please advise on how I should proceed with this task and who to contact to get the correct information required?
Kindest Regards and Happy Thanksgiving,
Christie Bubrig
Accountant
Riverway Group
281.833.3250

--
*Tonja Fulghum*
5005 Riverway, Ste. 440
Houston, Texas 77056
Office: 713/963-9112
Cell: 713/560-9250

# APPENDIX 19

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

Comptroller 05-102
of Public
Accounts (Rev.9-11/30)
FORM

■ **Tcode** 13196 Franchise

■ Taxpayer number: 3 2 0 6 4 8 2 2 7 3 0

■ Report year: 2 0 2 2

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name: **AXIS MIDSTREAM HOLDINGS, LLC**

Mailing address: **1414 CORN PRODUCT RD**

City: **CORPUS CHRISTI**  State: **TX**  ZIP Code: **78409**  Plus 4:

Secretary of State (SOS) file number or Comptroller file number: **0802812872**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **1414 Valero Way, Corpus Christi, TX 78409-3020**

Principal place of business: **1414 Valero Way, Corpus Christi, TX 78409-3020**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3206482273022

## SECTION A  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| JIM KLEIN | VICE-PRESI | ○ YES | |
| Mailing address: 1414 VALERO WAY | City: CORPUS CHRISTI | State: TX | ZIP Code: 78409 |
| M G BERRY | VICE PRESI | ○ YES | |
| Mailing address: 1414 VALERO WAY | City: CORPUS CHRISTI | State: TX | ZIP Code: 78409 |
| ROBERT POWERS | VICE-PRESI | ○ YES | |
| Mailing address: 1414 VALERO WAY | City: CORPUS CHRISTI | State: TX | ZIP Code: 78409 |

## SECTION B  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

## SECTION C  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| BERRY GP, INC. | TX | 11654900 | 100.0 |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **MIKE H HUMMELL**

Office: **1414 VALERO WAY**  City: **CORPUS CHRISTI**  State: **TX**  ZIP Code: **78409**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here** ► **Emily Smith**  Title: **Electronic**  Date: **01-24-2023**  Area code and phone number: **( 530 ) 990 - 2255**

## Texas Comptroller Official Use Only

VE/DE ○   PIR IND ○

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 2 | 0 | 6 | 4 | 8 | 2 | 2 | 7 | 3 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 2 | 2 |
|---|---|---|---|

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name
**AXIS MIDSTREAM HOLDINGS, LLC**

Mailing address
**1414 CORN PRODUCT RD**

| City **CORPUS CHRISTI** | State **TX** | ZIP Code **78409** | Plus 4 |
|---|---|---|---|

Secretary of State (SOS) file number or Comptroller file number
**0802812872**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**1414 Valero Way, Corpus Christi, TX 78409-3020**

Principal place of business
**1414 Valero Way, Corpus Christi, TX 78409-3020**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3206482273022

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name **D W BERRY** | Title **VICE PRESI** | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **1414 VALERO WAY** | City **CORPUS CHRISTI** | State **TX** | ZIP Code **78409** | |

| Name **CHRISSY HINOJOSA** | Title **SECRETARY** | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **1414 VALERO WAY** | City **CORPUS CHRISTI** | State **TX** | ZIP Code **78409** | |

| Name **MIKE HUMMELL** | Title **GENERAL CO** | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **1414 VALERO WAY** | City **CORPUS CHRISTI** | State **TX** | ZIP Code **78409** | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **MIKE H HUMMELL**

| Office: **1414 VALERO WAY** | City **CORPUS CHRISTI** | State **TX** | ZIP Code **78409** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► **Emily Smith** | Title **Electronic** | Date **01-24-2023** | Area code and phone number **( 530 ) 990 - 2255** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

Comptroller 05-102
of Public
Accounts (Rev.9-11/30)
FORM

■ **Tcode** 13196 Franchise

■ Taxpayer number

3 2 0 6 4 8 2 2 7 3 0

■ Report year

2 0 2 2

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.*

Taxpayer name **AXIS MIDSTREAM HOLDINGS, LLC**

Mailing address **1414 CORN PRODUCT RD**

City **CORPUS CHRISTI** | State **TX** | ZIP Code **78409** | Plus 4

Secretary of State (SOS) file number or Comptroller file number
**0802812872**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office **1414 Valero Way, Corpus Christi, TX 78409-3020**

Principal place of business **1414 Valero Way, Corpus Christi, TX 78409-3020**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3206482273022

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| MIKE HUMMELL | VICE-PRESI | ○ YES | Term expiration | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | State TX | ZIP Code 78409 |
| Name JIM KLEIN | Title CFO | ○ YES | Term expiration | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | State TX | ZIP Code 78409 |
| Name A L BERRY | Title PRESIDENT | ○ YES | Term expiration | |
| Mailing address 1414 VALERO WAY | City CORPUS CHRISTI | | State TX | ZIP Code 78409 |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **MIKE H HUMMELL**

Office: **1414 VALERO WAY** | City **CORPUS CHRISTI** | State **TX** | ZIP Code **78409**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here** **Emily Smith** | Title **Electronic** | Date **01-24-2023** | Area code and phone number **( 530 ) 990 - 2255**

## Texas Comptroller Official Use Only

VE/DE ○ | PIR IND ○

# APPENDIX 20

 Comptroller of Public Accounts FORM · 05-102 (Rev.9-15/33)

**■ Tcode** 13196 Franchise

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

**■ Taxpayer number**

| 3 | 2 | 0 | 6 | 4 | 8 | 2 | 2 | 7 | 3 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|

**■ Report year**

| 2 | 0 | 2 | 3 |
|---|---|---|---|

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | Axis Midstream Holdings, LLC | ■ ○ Blacken circle if the mailing address has changed. |
|---|---|---|

| Mailing address | 1414 Valero Way | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|

| City | Corpus Christi | State | TX | ZIP code plus 4 | 78409 | **0802812872** |
|---|---|---|---|---|---|---|

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 1414 Valero Way, Corpus Christi, TX, 78409 |
|---|---|
| Principal place of business | 1414 Valero Way, Corpus Christi, TX, 78409 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **AL Berry** | **President** | ○ YES | Term expiration | |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name **DW Berry** | Title **V.P.** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |
| Name **MG Berry** | Title **V.P.** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **1414 Valero Way** | City **Corpus Christi** | State **TX** | | ZIP Code **78409** |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Berry GP, Inc.** | **TX** | **0011654900** | **100.000** |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent: **Mike Hummell** | |

| Office: **1414 Valero Way** | City **Corpus Christi** | State **TX** | ZIP Code **78409** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | **James Klein** | Title **Officer** | Date **11/15/2023** | Area code and phone number **( 361 ) 693 - 2100** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

 Comptroller of Public Accounts FORM 05-102 (Rev.9-15/33)

■ Tcode 13196 Franchise

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

**■ Taxpayer number**

| 3 | 2 | 0 | 6 | 4 | 8 | 2 | 2 | 7 | 3 | 0 |

**■ Report year**

| 2 | 0 | 2 | 3 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | Axis Midstream Holdings, LLC | ■ ○ Blacken circle if the mailing address has changed. |
|---|---|---|

| Mailing address | 1414 Valero Way | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|

| City | Corpus Christi | State | TX | ZIP code plus 4 | 78409 | 0802812872 |
|---|---|---|---|---|---|---|

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 1414 Valero Way, Corpus Christi, TX, 78409 |
|---|---|
| Principal place of business | 1414 Valero Way, Corpus Christi, TX, 78409 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| Robert Powers | V.P. & ASec. | ○ YES | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | ZIP Code 78409 |
| Mike Hummell | VP & G Coun. | ○ YES | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | ZIP Code 78409 |
| James Klein | VP, Tr & CFO | ○ YES | |
| Mailing address 1414 Valero Way | City Corpus Christi | State TX | ZIP Code 78409 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent: **Mike Hummell** | |

| Office: 1414 Valero Way | City Corpus Christi | State TX | ZIP Code 78409 |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | James Klein | Title Officer | Date 11/15/2023 | Area code and phone number ( 361 ) 693 - 2100 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

# APPENDIX 21

**AXIS MIDSTREAM HOLDINGS, LLC**
**42 IBC 1035**
**Acct# ████0925**
**Jan-24**

| | | | | | |
|---|---|---|---|---|---|
| Ending Balance per Bank Statement | | | | $ | 4,875.57 |

Add:
   Deposits in transit
   Checks in hold
   Other              -

Less:
   Outstanding Checks        ***
   Outstanding Wires/Transfers
   Bank Fees/Service Charge
   Other Deposit           -          -

| | | | |
|---|---|---|---|
| Ending Balance in General Ledger | $ | 4,875.57 | |
| | | 4,875.57 | GL |
| | $ | - | DIFF |

Attach documentation for all reconciling items, including a list of amounts and dates
for all deposits in transit, outstanding checks/wires/transfers.

PREPARED BY:              DATE:

*Debbie Klein*

2/13/2024

Debbie Klein

REVIEWED BY:              DATE:

*Linda Brogdon*

7.30.2024

*** There is an outstanding ck #999999 that is not posted to the GL.

#  IBC BANK.
## We Do More

P.O. Box 659507
San Antonio, Texas 78265-9507

00000086 TI307S02012406463100 04 000000000 0000000 001

AXIS MIDSTREAM HOLDINGS LLC
1414 VALERO WAY
CORPUS CHRISTI TX 78409



| | |
|---|---|
| Customer Number: | 0925 |
| Statement Date: | 01/31/2024 |
| Statement Period: | 01/01/2024 - 01/31/2024 |
| Enclosure Items: | 0 |
| Page Number: | 1 of 1 |

## Contact Information

**Address:**
IBC Corpus Christi
221 SOUTH SHORELINE
CORPUS CHRISTI TX 78401

| | |
|---|---|
| **Your Officer:** | Gustavo A. Barrera |
| **Bank Phone:** | 1- (361) 888-4000 |
| **IBC Voice:** | 1- (361) 888-8457 |
| **Visit us Online:** | www.IBC.com |
| **Mobile Banking:** | Download app or visit at: www.myIBC.com |

Please examine and report any discrepancies within 14 days from your statement date.

| Biz Rite | | Account Recap | | Account Number: | 0925 |
|---|---|---|---|---|---|
| Beginning Balance | Number of Credits | Deposits & Credits | Number of Debits | Withdrawals & Debits | Closing Balance |
| 4,880.57 | 0 | 0.00 | 1 | 5.00 | 4,875.57 |

**Balance Summary**

| | |
|---|---|
| Average Collected Balance | 4,880.57 |

**Electronic Activity**

**Debits**

| Date | Description | Amount |
|---|---|---|
| 01/31 | Service Fee Inactive Account Fee | 5.00 |

**Daily Ending Balance**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01/01 | 4,880.57 | 01/31 | 4,875.57 |

Search eCMS

PRODUCTION eCMS 4.2



A/P    A/R    Eq Acct    G/L    Imports    J/C    Ord Proc    P/O    P/S    User Menu



| Select | Journal Number | Source | Description | Date | Amount |
|--------|----------------|--------|-------------|------|--------|
| | | | Opening Balance | | 4,880.57 |
| [dropdown] | GJ00198-0002 | FEE | SERVICE CHARGE | 01/31/2024 | (5.00) |

| | |
|---|---|
| **Monthly Net Change:** | (5.00) |
| **Account Balance:** | 4,875.57 |

| Selection | Next Account | Refresh | Summary | Exit |
|-----------|--------------|---------|---------|------|
| | | | | Ok |

```
DATE  2/13/24      APP084          42 000  AXIS Midstream Holdings, LLC     REC DATE 01/31/2024   TIME 14.58              PAGE    1
                                            CHECK RECONCILIATION
                                            -G/L NUMBER- 1035-00000-000-000

 CHECK                                            CHECK      RECON     V E N D O R
 NUMBER     OUTSTANDING  RECONCILED   VOIDED       DATE       DATE     NUMBER     NAME

 999999       82034.93                          03/21/2023             41393   BERRY Y&V FABRICATORS LLC


   **         82034.93
                                             ** ACCOUNT TOTAL          82034.93

   ***        82034.93
                                            *** Division   TOTAL       82034.93

  ****        82034.93
                                           **** Company    TOTAL       82034.93
```

        OUTSTANDING   RECONCILED    VOIDED

          82,034.93
                                      **** FINAL TOTAL        82,034.93

# APPENDIX 22

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802812872 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | September 12, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32064822730 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Axis Midstream Holdings, LLC |
| **Address:** | 1414 CORN PRODUCT RD |
| | Corpus Christi, TX 78409-3020 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| MIKE H HUMMELL | 1414 VALERO WAY | |
| | Corpus Christi, TX 78409 USA | |

[Order]  [Return to Search]

Instructions:

🔴 To place an order for additional information about a filing press the 'Order' button.

# APPENDIX 23

AUGUST 6, 2024

BEACON, INC.,

M. BERRY:  Let's start.  August 6 at 10:06.  We are going to start with the Beacon, Inc., shareholder meeting and I will read the minutes to you all from the last meeting.

Bylaws:  Discuss concerning the sell of (inaudible) real property.  Resolution was presented to require a minimum of 48-hours notice to the Board on a proposed sale of any real property owned by the company as ordered by the court as a result of the TRO.  Motion was made by Bonnie.  Seconded by Marty, passed two to one.  We had a discussion concerning establishment of protocol for directors making prompt temporary loans to the company.  Resolution was proposed on motion by Bonnie.  Seconded by Marty.  It passed two to one.

A request was made by Bonnie Berry that Lawrence Berry resign from the Board until he paid all his company debts.  As a discussion was held, Bonnie moved for removal of Lawrence Berry as the director of Berry GP, seconded by Marty.  Motion pass two to one.  Bonnie moved for the removal of Lawrence as director of Beacon, Inc., seconded by Marty Berry.  Motion passed two to one.  Meeting was adjourned.  Any others on that one?

L. BERRY: I have a general objection. I want to note that I was never properly removed from the Board of Directors of Beacon. I exercise my rights under Article 6, the Beacon Articles of Incorporation and *cumulatively vote my shares of Beacon against my removal to protect per Texas Business Organization Code 21.409 (c) the 1000 votes cast against my removal would have been sufficient to elect one director on a plurality basis if cumulatively voted at an election of three directors. So the votes removed me fail. Any action supposedly taken by the Beacon Board after my improper purported removal as a director are all unauthorized and invalid.

Additionally, I have not been provided with the minutes of the prior meeting despite requesting them in advance. I cannot vote to approve these minutes because I have not had time to review them and determine whether they are accurate nor do I believe that those minutes are accurate. The meeting minutes are inaccurate because I was not properly removed from the Board. I voted my shares *against my removal so I am still the director so I cannot vote to approve these minutes because they are inaccurate.

M. BERRY: I guess that will be a matter decided on a different day. Do you have any changes,

Bonnie?

MS. BONNIE: No. That sounds like what I remember. I would like a copy of those minutes. But that is what happened in the meeting.

MR. HUMMELL: They are in there.

MS. BONNIE: They are?

MR. HUMMELL: They should be.

MS. BONNIE: Okay. Here they are.

M. BERRY: I guess we will have a motion. All in favor to accept the minutes as written.

MS. BONNIE: I so move.

L. BERRY: No.

M. BERRY: I say yes.

L. BERRY: Subject to my earlier objections.

UNIDENTIFIED: I say yes.

M. BERRY: All right. We are short one director of -- director of Beacon, Inc. I would suggest that we put Dr. Hinojosa in that spot.

MS. BONNIE: Since she is on Berry GP already.

M. BERRY: She is on Berry GP already.

MS. BONNIE: That's a natural procession, I suppose. So moved.

M. BERRY: Do you have anybody you want

to put on there, Lawrence?

L. BERRY:  No.

(Pause.)

M. BERRY:  I will second the nomination of Dr. Hinojosa.  Did you make that?  Ted came in right --

MS. BONNIE:  Yes, I did.  But I would like a copy of your objection, Lawrence.  That's a lot for me to understand.

L. BERRY:  I will get it to you in just a second.

MS. BONNIE:  Not at this moment.  I am just saying before we are done.

L. BERRY:  All right.

M. BERRY:  All in favor say I.

MS. BONNIE:  I.

M. BERRY:  I.  Opposed.  All right.  So we will put Dr. Hinojosa in as the director of Beacon, Inc.

Being no further business, I will entertain a motion for adjournment of Beacon, Inc.

MS. BONNIE:  Do you have anything else?

L. BERRY:  I don't.

MS. BONNIE:  So moved.

M. BERRY:  I second.

MR. HUMMELL: What time is it?

M. BERRY: 10:09. All in favor of adjournment.

M. BERRY: I.

MS. BONNIE: I.

M. BERRY: Beacon, Inc., is adjourned.

*******

ACCESS MIDSTREAM HOLDINGS, LLC

M. BERRY: Next is Access Midstream Holdings. Access Midstream Holdings, LLC is -- what we want to do is I just want it clarified. I want it fixed. Papers show different things. Butch says that Lawrence owns this solely.

L. BERRY: That is not true.

M. BERRY: That's what he told the attorney. I know it's not true.

MS. BONNIE: I think I remember him saying that all the brothers own it. Is that right, Lawrence?

L. BERRY: I am going to have to look at the paperwork but -- I did found it. I did start it.

MS. BONNIE: Who funded it?

L. BERRY: Me.

MS. BONNIE: You funded it personally

with your own money?

L. BERRY: Yes, ma'am.

MS. BONNIE: Can you produce -- I am going to have to do it any way for the 706 and IRS. Can you produce Articles of Incorporation, directors, shareholders, bylaws.

L. BERRY: Absolutely. It's all here somewhere already.

M. BERRY: On our behalf and your husband's behalf -- I guess your behalf too, there is a Lone Star Ports, LLC; Alan Lawrence Berry, Marvin Glen Berry and Dennis Berry, Plaintiffs. We sued the Carlyle Group, LP, Carlyle Investments Management, LLC and Carlyle Global Infrastructure Opportunity. In that it says that the plaintiffs request a declaratory judgment. Plaintiffs own 100 percent of the membership and all equity interest in the project Lone Star Ports and each project company and until the day of -- you can read it yourself but it says we all own parts of it.

L. BERRY: Never been a doubt about that.

M. BERRY: I am just trying --

MS. BONNIE: But you are saying you own it.

L. BERRY: I didn't say I owned it. I said I funded it. You have to have Ted unwind this

shit. I am not the author of this model --

MS. BONNIE: It's a lot for me to unwind.

L. BERRY: Don't worry. I don't understand it either.

M. BERRY: So what I am saying is I want the paperwork to reflect the fact that we have three owners of this company. That's what I want, nothing much.

L. BERRY: I believe it does.

M. BERRY: Do what?

ATTORNEY 2: I believe it does.

M. BERRY: It doesn't. We pulled it up and it doesn't. I don't know if it does or not. I don't have nothing here to tell me one way or the other to be honest -- the documents.

MS. BONNIE: Where is it going to be, Lawrence, if you think it's here?

L. BERRY: No, I know it's here. I just don't know where. I could not say. I'm happy to discuss the ownership structure of Access Midstream with no formal actions to be taken this meeting with respect to Access Midstream because it was not validly noticed and because Marty had no authority to act as non-members and non-managers.

MS. BONNIE: Well, who is the manager?

L. BERRY:  It's Lone Star Ports Enterprises, LLC.

MS. BONNIE:  Of Access Midstream?

L. BERRY:  Access Midstream Holdings, yes.  That's what my chart says.

M. BERRY:  Lone Star Ports, LLC owns it?

L. BERRY:  Yes.

MR. HUMMELL:  Lone Star Ports Enterprises, LLC is what he just said.

MS. BONNIE:  So are they different?  Because that's really confusing.

L. BERRY:  This was all structured with Carlyle.  That's why I said you are going have to Ted to unwind this.  It's -- there is a bunch.  It's like mess of spaghetti.  All I know is that we own it together at the end of the day.

M. BERRY:  I just want to see the documents that show that I own it on my part.  That's it.

MS. BONNIE:  Well, me too.

M. BERRY:  I want to have those documents by the end of the week to show that I own my part of this.  I don't have them.  You are shown as manager with the Secretary of State, Lawrence.  You can fill that out in two minutes and change it and we can all have it.  I

just put this as something to talk about this meeting and that's really.

MR. HUMMELL: I think considering the Carlyle Group is out and that the Carlyle deal died by virtue of y'all's lawsuit back in 2019 that it makes sense to kill the Carlyle model.

MS. BONNIE: And clean it up.

MR. HUMMELL: And get this organized.

MS. BONNIE: So that all normal people can understand it.

MR. HUMMELL: Well, so you can do something if you get the permit. If you are able to move something along.

MS. BONNIE: When we get the permit. So Lawrence, the court requires in an estate upon the death to have what is created called a 706. So the IRS requires a snapshot in time of everything and anything that Dennis had of value except for possibly T-shirts and socks. But really it's that and we have to do that to establish a basis for his estate going forward. So by law, I have to have this information. The court will make it be produced.

L. BERRY: I understand. This is a liability not an obligation -- I mean, not an asset. This whole thing.

MS. BONNIE:  Why would that be?

L. BERRY:  Because we owe a fortune to the Rachal Foundation that we contracted and we currently don't have anything to sell.

M. BERRY:  We don't owe them.  We've paid them all along.

L. BERRY:  I know but you have a going forward contractual obligation to fund.  So this constitutes a liability until the day you sell it pursuant to gap.

M. BERRY:  It's a limited liability corporation.  It does not make a difference if we owe or not.

L. BERRY:  Bonnie, from an asset standpoint, it has negative value.  Do you follow me?

MS. BONNIE:  I do.  I understand that.  But I still think that it has potential asset.

L. BERRY:  It does for sure.  But for your purposes, this has no value.  That's the most important thing.

MS. BONNIE:  Well, it's really not because what we are trying to do is establish a basis as much as we can get it at right now, Lawrence, so that when I die -- the point from the basis forward is what my kids are going to be taxed on.  Does that make sense

to you?

L. BERRY:  Yes, it does.

MS. BONNIE:  So if it's low and there is this much more assets, this much more appreciation --

L. BERRY:  Oh, that's right.  You're his wife.  I forgot about that.

M. BERRY:  Access Midstream does not have any obligation, whatsoever, to the Foundation.

MR. HUMMELL:  That lease is with a completely different entity.

M. BERRY:  We will talk about that in a minute.  This has nothing to do with it whatsoever.  This is what the permit is going to come in and it will have value.  It will have a lot of value provided everything else.

L. BERRY:  More than it's ever had before now with the 75-foot dredge.

MR. HUMMELL:  I heard that happened last week.

M. BERRY:  Last time they had a permit like that, it only took 25-years to get funding.

MR. HUMMELL:  Well, funding is another step but the permit is helpful.  The bottom line though is Access Midstream does not have the obligation on the lease.  The lease is owned by Canada Project Holdings, I

think.

L. BERRY:  The way I see it, if you look at the deal in totality, I agree each of these entities -- it's all -- it's like a big 'ol transmission, gears interconnected.  So like I said, we are down to the sweet spot now and blessed by God, like I am so shocked that that permit was awarded, I just can't believe it.  But it's a function of how effective Mr. Teague's people have been because this has all been Enterprise that screwed us.

MS. BONNIE:  Who is Mr. Teague?

L. BERRY:  The guy that runs Enterprise. He told me when I met with him down at the Coronado Club when Bobby and I had that meeting, we stayed there for four hours, and at the end of the day when he shock my hand, looked real nice, Mr. Berry, I want you to come back see me when you have something to sell.  He looked me right in the eyes and shook my hand and squeezed real hard and said, good luck getting that permit and started laughing.  I should have known I'd have a lot more respect for Mr. Teague now than I might have then.  He scared the heck out of me.

MS. BONNIE:  He's not the only game in town either.

L. BERRY:  No.  We have not responded to

Exxon Mobile yet.  This is right in their wheel house.

MR. HUMMELL:  Did you say the permit has already been issued?

L. BERRY:  No.  It's approved for the Port, not issued.

MR. HUMMELL:  Okay.

L. BERRY:  Okay.  Ours is -- we are right there not anything else that can happen to us that I am aware of.  We have checked everything.  It's just eminent from everything I can hear and every meeting I've sat in.  Eminent being cool and then the joker in all of this is that there has been a recommendation made Gibson bought Buckeye's terminal in Ingleside point, about the size of Naval Air Station. Their docks are inadequate.  They are just a huge fiasco.  They are -- Gibson needs another dock and the nearest term and most cost effective way for one to get one is our project.  You have to remember that decreases our cap X by like $300 million because they have all that tankage already.  It's a line from Ingleside Point to Red Fish Bay.  All of a sudden your cap X, there is no cross, there is no coming from Midway Junction, no pumps and tankage at Midway, everything is already there.  So now this is just the last link in the chain, if you follow that.  So Gibson owns Buckeyes.

MR. HUMMELL: So they have a tank farm there already?

L. BERRY: Yeah, big giant --

MR. HUMMELL: So all they got to do is connect their tank farm to Red Fish Bay.

L. BERRY: To the lines going across. They've already had board meeting --

MR. HUMMELL: Can I stop you there?

L. BERRY: Sure.

MR. HUMMELL: I am afraid I might be missing something.

Is the permit still good if you abandon parts of the project?

L. BERRY: Of course.

MR. HUMMELL: Okay.

L. BERRY: They have to know the whole title going backwards what you are doing. If you have less impact, you are decreasing a whole bunch of scope because it's already been done. Then the plan is for Gibson to convert their docks into LPG which -- because LPG vessels are smaller, physically not as imposing as something a quarter mile long.

MR. HUMMELL: But you have to have, for instance, a pipe connect from Gibson to Red Fish Bay that you don't have.

L. BERRY:  Straight down that *right a way.

MR. HUMMELL:  But you don't have that now.  So if that's going to be added to what y'all have in place, won't that change your permit.

L. BERRY:  Not at all.

MR. HUMMELL:  Okay.

MS. BONNIE:  So back to --

MR. HUMMELL:  Who owns Lone Star Ports Enterprises, LLC?

L. BERRY:  Us.

MS. BONNIE:  Who is us?

MR. HUMMELL:  The three brothers?

L. BERRY:  The three trusts.

MR. HUMMELL:  The three trusts?

L. BERRY:  As I recall.

MS. BONNIE:  And where are those Articles of Incorporation.

M. BERRY:  Hey, I think we ought to stick to one thing at a time.  All of these things are going to come up.

MS. BONNIE:  What were we on?  Lone Star Ports?

M. BERRY:  We are on Access Midstream. Access Midstream Holdings.

16

MS. BONNIE: You say this is under the umbrella of Lone Star Port--

M. BERRY: I did not say that. That's what Lawrence is saying. It's a separate entity.

L. BERRY: Manager of Access Midstream Holdings is Lone Star Ports Enterprises, LLC.

MS. BONNIE: Then we follow the flow chart. Is Lone Star Ports, LLC -- okay. Sole manager of Access Midstream Holdings, LLC is Loan Star Ports.

L. BERRY: Enterprises, LLC.

MS. BONNIE: Lone Star Port Enterprises. Do you have anything that you want to action or are we just trying to figure this out?

M. BERRY: I can't do the action. Only Lawrence can do the action. I want to be put down as my ownership. It will also exhibit your ownership of Access Midstream. It's nothing more than one piece of paper and that can be done by the end of the week.

MR. HUMMELL: Well, if the three of y'all all are members of Lone Star Ports Enterprises, LLC, then you all own Access Midstream Holdings, LLC.

M. BERRY: Then let's see that paperwork.

MR. HUMMELL: Yes, I got it.

MS. BONNIE: How do we get that?

M. BERRY: Lawrence has got it. It has

to come from him.

MS. BONNIE: Well, this isn't pre-digital era. This is not the 1950s.

L. BERRY: All of this was executed. Should be copies here. I don't know where but it is here.

MR. HUMMELL: Here in Corpus?

L. BERRY: Corpus, yes. All of this was -- like the originals are going to end up being here.

M. BERRY: So you would have no problem if we went and filled out a Secretary of State deal right now showing all three of us as owners as signing it. If you are listed as the manager with the Secretary of State, the only way it can happen is you sign it.

L. BERRY: Marty, I don't have a problem clarifying all this. I've never had a problem with all of that. I don't know why you think that would be an issue. I never been an impediment to getting a God thing done around here.

M. BERRY: Good. Let's get that done today then. It's simple.

MS. BONNIE: You'll deal with this. I have to understand it to feel competent that I know what is going on in front of a judge, Lawrence.

L. BERRY:  Understood.

MS. BONNIE:  So you will get -- you will get the form corrected with the Secretary of State that indicates that three -- the brothers own this.

M. BERRY:  Whatever it takes for clarity, I don't have a problem with.

MS. BONNIE:  Let's make sure that we understand this, Marty --

L. BERRY:  All that being said -- we are like tippy toeing -- to understand all this shit, we need Ted.

MS. BONNIE:  Well, let's finish with the guts of it and then maybe Ted can come and draw some pictures.

L. BERRY:  I am more than willing to clarify whatever we have to do, Marty.

MS. BONNIE:  Thank you, Lawrence, for that.  So because manager, a sole manager of Access Midstream is Lone Star Port Enterprises, LLC --

M. BERRY:  Sole owner or sole manager?

L. BERRY:  Member and manager.

MS. BONNIE:  Member and manager?

MR. HUMMELL:  Owner and controller.

MS. BONNIE:  Is that extrapolated from --

MR. HUMMELL:  Members are owners.

Managers are -- they manage the entity.

MS. BONNIE: Managers are owners.

MR. HUMMELL: When you are talking about an LLC, the members actually own and the managers run or operate.

MS. BONNIE: Okay. All right. So put that on your list, Lawrence, please, to file with Secretary of State that clears that up.

M. BERRY: The sole member and manager of Access Midstream Holdings is?

MS. BONNIE: Lone Star Ports Enterprises, LLC, right? Is that right, Lawrence?

L. BERRY: Yes, that's what it says here.

MS. BONNIE: Okay. Where are you reading from, is that from --

L. BERRY: All my notes from my counsel.

MS. BONNIE: Okay. But we still don't have anything official saying that except for what your counsel says. Maybe Ted has it.

M. BERRY: It will be easily changed, nothing to it.

MS. BONNIE: Are we through with Access Midstream Holdings meeting?

M. BERRY: This is not a -- more of a clarification. I might have called it a meeting. I

want to get it clarified. That's all a number of these really are.

MS. BONNIE: So anything -- who are the officers and directors right now, Lawrence, of Access? Do you know?

L. BERRY: No. It's Lone Star Ports.

MS. BONNIE: Okay. So whoever's managers, officers or directors of Lone Star Ports is the same by default -- by association, I should say.

M. BERRY: Let's just move on from Access Midstream. The only request is it says it's owned or whatever, it's to reflect our third, third, and third ownership.

We will go ahead and move to Lone Star Ports, LLC. Lone Star Ports, LLC that one is still owned by the Carlyle group. Period. No question about that. So there is a bunch of Lone Star Ports --

L. BERRY: I don't think so, Marty. They tendered all the stocks.

MR. HUMMELL: Secretary of State is what he is talking about. If you look on the website.

L. BERRY: We settled with them they tendered their stocks so I don't think they own anything anymore.

MR. HUMMELL: But it never got changed

# APPENDIX 24

CAUSE NO. _____

| | | |
|---|---|---|
| ALBERT THEODORE POWERS;<br>ALLIED PORTS LLC, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| *Plaintiffs,* | §<br>§ | |
| v. | §<br>§ | HARRIS COUNTY, TEXAS |
| AXIS MIDSTREAM HOLDINGS,<br>LLC; ALLEN LAWRENCE BERRY;<br>MARVIN GLENN BERRY; AND<br>BONNIE BERRY, as successor in<br>interest to DENNIS WAYNE BERRY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| *Defendants.* | §<br>§ | ____ JUDICIAL DISTRICT |

**PLAINTIFFS' VERIFIED ORIGINAL PETITION AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION**

## SUMMARY OF PLAINTIFFS' CLAIMS

Plaintiffs Albert Theodore Powers ("Powers") and Allied Ports LLC ("Allied") file this lawsuit to protect their management rights and 20% interest in a crude oil delivery system and terminal project to which the Berry Defendants agreed and Plaintiffs earned. Marvin Glenn Berry ("Marty") and Bonnie Berry, as successor in interest to Dennis Wayne Berry ("Bonnie"), have made clear they will not honor their agreements even though their own brother Defendant Allen Lawrence Berry ("Lawrence") acknowledges Plaintiffs' interest. Plaintiffs need immediate assistance from the Court to restrain Defendants from conducting an unauthorized and improper purported November 6, 2024 meeting in which Marty and Bonnie intend to illegally and without authority transfer management, ownership and control of Axis Midstream Holdings, LLC ("Axis") into Berry GP, Inc., which is an entity outside the agreed to structure for the project.

1

In so doing, the Berry Defendants plan to take control of the project and deprive Plaintiffs of their management and ownership interest. If the unauthorized and improper November 6, 2024 meeting is allowed to go forward, Plaintiffs will be irreparably harmed and will have no adequate remedy for the loss of their rights and interest.

## PARTIES

1. Plaintiff Albert Theodore Powers is an individual residing in New York, New York.

2. Plaintiff Allied Ports, LLC is a Delaware limited liability company and designee of Powers' interest under the agreements with the Berry Defendants. Its registered agent's address is at 16192 Coastal Hwy, Lewes, Delaware 19958.

3. Defendant Marvin Glenn Berry is an individual residing in Nueces County, Texas. He can be served at 1414 Corn Products Road, Corpus Christi, Texas or wherever he may be found.

4. Defendant Bonnie Berry is an individual residing in Nueces County, Texas. On information and belief,[1] she is the widow and successor in interest to Dennis Wayne Berry, who is deceased. She can be served at 1414 Corn Products Road, Corpus Christi, Texas or wherever she may be found.

5. Defendant Allen Lawrence Berry is an individual residing in Harris County, Texas. He can be served at 5005 Riverway, Suite 440, Houston, Texas 77056 or wherever he may be found.

6. When appropriate, Marty, Bonnie, and Lawrence will be referred to collectively as the "Berry Defendants."

---

[1] Throughout this Petition, references to the "Berry Defendants" includes actions taken by Dennis Wayne Berry, whose interest in the Project discussed further below is now understood to be owned by his widow, Bonnie Berry.

2

7.      Defendant Axis Midstream Holdings, LLC is a Texas limited liability company. Its sole member and manager is Lone Star Ports Enterprises, LLC. Axis can be served through its registered agent, Mike H. Hummell, at 1414 Valero Way, Corpus Christi, Texas 78409.

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction because the relief sought is within the jurisdictional limits of this Court. At this time, Plaintiffs seek monetary and non-monetary declaratory relief and attorneys' fees and expenses. Tex. R. Civ. P. 47.

9.      Venue is proper in this district because Powers and the Berry Defendants entered into written agreements constituting a "major transaction" providing for venue in Harris County, Texas. Tex. Civ. Prac. & Rem. Code § 15.020. Venue is additionally proper because one of the defendants is a citizen of Harris County, Texas, and a substantial part of the events giving rise to Plaintiffs' claims occurred in Harris County, Texas. Tex. Civ. Prac. & Rem. Code §15.002.

## FACTS

10.      In 2018, Defendant Lawrence came up with the idea of creating a crude oil delivery and export facility in and around the Corpus Christi Port (the "Project"). Lawrence and his brothers Marty and Dennis decided to pursue the Project. The Project has been touted by the Port of Corpus Christi as a "state-of-the-art petroleum export terminal" and the "deepest-draft safe harbor crude export facility in the nation when commissioned."[2]

11.      On October 31, 2018, Defendant Lawrence telephoned Plaintiff Powers in New York and requested him to come to Houston because he and his brothers needed Powers' expertise for the Project. The Berry Defendants had previously worked with Powers (who was at the time of the prior engagement a business transaction lawyer). The Berry Defendants engaged Plaintiff

---

[2] https://portofcc.com/port-of-corpus-christi-commission-approves-50-year-lease-agreement-with-carlyle-group-joint-venture/ (last accessed October 30, 2024).

Powers to represent them and advise them in shaping, structuring, securing financing for, and furthering development of the Project. The Berry Defendants sought Powers' expertise because they were in the process of negotiating with a private equity firm to obtain financing for the Project.

12. Powers met with the Berry Defendants in Houston in November 2018 to, among other things, discuss his compensation in connection with his role in the Project. Powers and the Berry Defendants agreed that Powers would be paid a base compensation of $100,000 per month plus expenses.

13. Additionally, the Berry Defendants agreed that Powers would receive a 20% interest in the Project subject to priority distributions to the Berry Defendants of $250,000,000 plus a 10% preferred return on the outstanding balance of such amount. This agreement was confirmed by the Berry Defendants at a later meeting in Houston in late November 2018 and later memorialized in a written Compensation Agreement and written Investment Agreement in 2019 (collectively, the "Agreements"). **Ex. 1**; **Ex. 2**.

14. At first, all parties performed the Agreements. Powers spent most of his working time in Houston where he stayed in an apartment paid for by the Berry Defendants and he worked tireless hours on the Project. Powers' work involved developing and implementing a structure for the Project and trying to arrange a financing package for the Project. On behalf of the Berry Defendants and himself, Powers created several entities and drafted operating agreements for those entities. Those documents were shared and fully discussed with all of the Berry Defendants. There were various meetings (most of which took place in Houston, Texas) between Powers and the Berry Defendants to discuss the Project and the structure of the Project. In addition, Powers negotiated the terms of a potential transaction with a private equity firm on behalf of the Berry Defendants and himself. Eventually, in February 2019, Powers' efforts resulted in a signed term

4

sheet with a well-respected private equity firm, the Carlyle Group, though that transaction ultimately was not completed. As the parties had agreed, the Berry Defendants paid Powers $100,000 per month plus expenses beginning in November 2018.[3]

15. The Investment Agreement sets forth a specific process for creating and structuring the entities involved in the Project. **Ex. 2** at ¶¶ 1-2. Accordingly, Powers and the Berry Defendants set about to structure the chain of entities to hold different interests. Pursuant to the Investment Agreement, Powers formed and designated Plaintiff Allied Ports LLC to own his 20% interest.

16. In most of the documents exchanged between the parties, the agreed to corporate structure for the Project was as follows:



---

[3] In April 2020, the Berry Defendants asked Powers to defer his monthly compensation to free up cash for the Project. Knowing he had an interest in the Project, Powers agreed to do so. Since April 2020, Powers has not been paid his monthly compensation. The Berry Defendants continued to pay Powers' expenses under the agreement until June 2023. Since June 2023, Powers has neither been paid his monthly compensation nor reimbursed his expenses, in breach of the Agreements.

17.     In this agreed to structure for the Project, the five owners of the Project are listed along the top.  Redfish Bay Terminals, Inc. ("Redfish") is owned by Berry GP, Inc. (the Berry Defendants' company), Capella is believed to be beneficially owned by or for the benefit of Lawrence and his family, Arcturus is believed to be beneficially owned by or for the benefit of Bonnie (through Dennis) and her family, Sirius is believed to be beneficially owned by or for the benefit of Marty and his family, and Allied Ports is owned by Powers.  Thus, the Parties agreed that the Project is owned in equal percentages by the three Berry Defendants, Powers (subject to the $250 million hurdle and the 10% priority return thereon) and Redfish.  This structure was reaffirmed and further memorialized in two separate written Amended and Restated Operating Agreements of Lone Star Ports Holdings, LLC (including the current Operating Agreement[4]) and has been in place for more than five years.

18.     Of the several entities formed, in particular focus in this lawsuit (and the temporary relief sought) is Defendant Axis.  Axis was formed to hold intangible property of the Project, including the permitting rights associated with development of the Project. Axis's sole Member and Manager is Lone Star Ports Enterprises, LLC ("LSPE"), which through the chain of entities above is ultimately managed by Plaintiff Allied Ports, LLC.[5]  Most importantly, none of the Berry Defendants (including Marty and Bonnie) have individual ownership or management rights in Axis or any other of the entities in its chain of ownership.[6]

---

[4] Lone Star Ports Holdings, LLC's applicable Operating Agreement will be provided to the Court *in camera* and separately to counsel and labeled **Exhibit 6**.

[5] LSPE's sole Member and Manager is Lone Star Ports Ventures, LLC ("LSPV").  LSPV's sole Member and Manager is Lone Star Ports Holdings, LLC ("LSPH").  LSPH has five Members, each owning 20% of the membership units.  Plaintiff Allied Ports LLC is LSPH's sole Manager.

[6] Axis's applicable Operating Agreement will be provided to the Court *in camera* and separately to counsel and labeled **Exhibit 7**.

19. During the first six years of the development of the Project, almost all of the work was performed by Lawerence, Powers, staff, and third-party consultants. Very little, if any, of the work was done by Marty or Dennis Berry. However, things changed in 2024 when Marty and Bonnie sensed that the permit for the Project was about to be approved. Now, Marty and Bonnie contend that the Project is owned by the Berry Defendants and that the Plaintiffs have no ownership interest in the Project. On August 28, 2024, Mike Hummell, the General Counsel of Berry GP, Inc wrote to Lawerence expressing that the Project was only owned by the Berry Defendants:

> The Berry Companies appreciate your stated willingness to make sure that each of the companies owned jointly by you, Dennis (now Bonnie) and Marty are properly papered to reflect that ownership and management rest exclusively with the three of you. As of this writing I have not seen anything to reflect follow through on your commitment. For entities which list you as sole manager, you can make the changes without the need for any additional meetings. Some of the entities reflected involvement of people that were not or have not been approved by the Owners. Getting these matters clarified is good for everybody.

**Ex. 3**.

20. In the same letter, Hummell suggested that ownership and control of the Project should be transferred to Berry GP. *See id.* ("I suggest you, Bonnie and Marty consider consolidating ownership into a Berry entity to reflect this.").

21. In the same letter, Hummell recognized that Berry GP, Marty, or Bonnie did not own Axis and that it was instead owned by Lone Star Ports Enterprises LLC—one of the entities in the chain of ownership created as contemplated by the Investment Agreement. *Id.* The letter further requested that Lawrence provide Marty and Bonnie "with the name or names of the true owner of Axis Midstream Holdings, LLC." *Id.*

7

22. On October 22, 2024, the Project received monumental news—the Department of the Army issued Axis a permit for construction of the Project. Almost six years of work was beginning to take shape. But just days later, Berry GP's General Counsel Hummell sent an email (acting for Berry GP, Marty, and Bonnie) indicating that he was "going to file paperwork" to change the ownership of the Axis solely to the Berry Defendants, even after he previously recognized that the Berry Defendants did not own Axis. **Ex. 4**. Changing the ownership of Axis is part of an overall plan to divest Plaintiffs of their interest by breaching the Investment Agreement by taking Axis out of the established and agreed to ownership chain of the Project now that the permit has been issued.

23. Marty and Bonnie have purported to call a "meeting of owners" of Axis for November 6, 2024, where they intend to take action on (1) "Appointment and/or removal of Company Managers" and (2) Appointment and/or removal of Officers." **Ex. 5**. This meeting is obviously improper given Marty and Bonnie are admittedly not "owners" of Axis. Moreover, changing the ownership and management would effectively divest Allied Ports of its ownership and management rights in the Project, which constitutes a breach of the Investment Agreement.

<div align="center">

**CAUSES OF ACTION**

**COUNT I- DECLARATORY JUDGMENT**

</div>

24. Plaintiffs reallege and incorporate all preceding allegations.

25. Plaintiffs seek a declaratory judgment to determine the rights, status, or other legal relations of the parties related to the ownership, the applicable operating agreements, and corporate structure of the project at issue. See Tex. Civ. Prac. & Rem. Code § 37.004(a). A dispute exists between the parties, as the Investment Agreement sets forth the proper entity structure, ownership, and management of the Project. Importantly, the Investment Agreement may be construed by the Court before there has been an actual breach. Tex. Civ. Prac. & Rem. Code 37.004.

26. Plaintiffs seek the following declarations:

a. The Compensation Agreement is a valid, enforceable, agreement against Lawrence Berry, Marty Berry, and Bonnie Berry (as successor to Dennis Berry);

b. The Investment Agreement is a valid, enforceable agreement against Lawrence Berry, Marty Berry, and Bonnie Berry (as successor to Dennis Berry);

c. The Investment Agreement provides that Plaintiff Powers owns, through his designee, Allied Ports, LLC, a twenty percent (20%) interest in the Project (as defined in the Investment Agreement) subject to "priority distributions to the Berry Defendants or their designees of Two Hundred Fifty Million United States Dollars ($250,000,000) plus a ten percent (10%) cumulative preferred return on the outstanding balance of such amount."

d. Transferring ownership, management, and control of Axis or any other interest of the entities involved in the Project inconsistent with the entity structure provided under the Investment Agreement constitutes a breach of the Investment Agreement.

**COUNT II- BREACH OF CONTRACT**

27. Plaintiffs reallege and incorporate all preceding allegations.

28. Under the Compensation Agreement and Investment Agreement, Powers is entitled to $100,000 per month plus expenses in cash compensation. Powers performed and continues to perform by providing the services set forth in the Agreements.

9

29. Lawrence, Marty, and Bonnie (through Dennis) have failed to pay Powers' compensation and expenses incurred under the Compensation Agreement and Investment Agreement, breaching the Agreements.

30. Powers has been damaged in an amount that exceeds the jurisdictional limits of this Court.

## REQUEST FOR TEMPORARY RESTRAINING ORDER

31. Plaintiffs reallege and incorporate all preceding allegations.

32. Marty and Bonnie have breached and/or intend to breach their agreements with Powers and have expressed their intent to proceed with a course of action that will result in additional breaches in the future. More specifically, if Marty and Bonnie are allowed to proceed with the purported November 6, 2024 meeting and transfer ownership, management, and control of Axis to themselves, Plaintiffs will be deprived of their agreed to and bargained for management rights and 20% interest in the Project. Indeed, "loss of management rights over a company are unique, irreplaceable, and cannot be measured by a certain pecuniary standard." *Cheniere Energy, Inc. v. Parallax Enterprises LLC*, 585 S.W.3d 70, 83 (Tex. App.—Houston [14th Dist.] 2019, pet. dism'd); *see also Sonwalker v. St. Luke's Sugarland P'ship, L.L.P.*, 394 S.W.3d 186, 201 (Tex. App.—Houston [1st Dist.] 2012, no pet.) (holding that termination of interest in a limited liability partnership would irreparably injure the Plaintiff because the Plaintiff would lose management rights like selecting a governing board and blocking major actions).

33. If Defendants are not immediately restrained from violating the Investment Agreement, Plaintiffs will suffer concrete, particularized and irreparable harm. Plaintiffs will lose their management rights and 20% interest, both of which are unique and cannot be purchased on the open market.

10

34. Therefore, absent Court intervention, Plaintiffs will have no adequate remedy at law. The only adequate relief, while the merits of the claims are being determined, is to maintain the status quo of ownership of Axis and all other entities and assets associated with the Project. Otherwise, Plaintiffs bargained-for rights and interest could be irreparably lost forever.

35. The injury to Plaintiffs should Defendants be allowed to proceed with breaching their agreements would greatly outweigh any injury (to the extent there is injury at all) to Defendants in delaying any change in ownership of Axis or of any other entity, property, or tangible or intangible rights associated with the Project until the Court rules on the merits of Plaintiffs' claims.

36. Accordingly, to preserve the status quo during the pendency of this action, Plaintiffs respectfully request a temporary restraining order precluding Defendants, their employees, agents, representatives, and any others acting on their behalf from taking any of the following actions:

   a. Holding the "Meeting of Owners" of Axis noticed for November 6, 2024;

   b. Holding any meetings that in any way seek to affect the management or ownership interest of Axis or any other entity, property, or tangible or intangible rights associated with the Project until further order of the Court;

   c. Changing, altering, or transferring in any way the management of Axis or any other entity associated with the Project until further order of the Court;

   d. Changing, altering, or transferring in any way the ownership, property, or tangible or intangible rights of any entity associated with the Project until further order of the Court.

## **REQUEST FOR TEMPORARY INJUNCTION**

37. Plaintiffs reallege and incorporate all preceding allegations.

11

38. Plaintiffs respectfully request that the Court set this application for temporary injunction for hearing.

39. For the same reasons articulated in Plaintiffs' application for temporary restraining order, and to preserve the status quo and Plaintiffs' rights during the pendency of this action, Plaintiffs respectfully request that the Court grant and enter a temporary injunction precluding Defendants, their employees, agents, representatives, and any others acting on their behalf from taking any of the following actions:

    a. Holding the "Meeting of Owners" of Axis noticed for November 6, 2024;

    b. Holding any meetings that in any way seek to affect the management or ownership interest of Axis or any other entity, property, or tangible or intangible rights associated with the Project until further order of the Court;

    c. Changing, altering, or transferring in any way the management of Axis or any other entity associated with the Project until further order of the Court;

    d. Changing, altering, or transferring in any way the ownership, property, or tangible or intangible rights of any entity associated with the Project until further order of the Court.

## CONDITIONS PRECEDENT

40. All conditions precedent have been performed or have been excused or waived.

## ATTORNEYS' FEES

41. Plaintiffs invokes and pleads Chapters 37 and 38 of the Civil Practices and Remedies Code of the State of Texas and requests an award of attorneys' fees thereunder.

42.    Plaintiffs had to retain the undersigned law firm to file this lawsuit and protect their rights. Plaintiffs request that this Court grant such attorney's fees as this Court may deem reasonable and necessary for representing it in this action and for any appeals thereafter.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury in this action of all claims so triable.

## PRAYER FOR RELIEF

Plaintiffs request the following relief:

A.  A Declaration that:

    a.  The Compensation Agreement is a valid, enforceable, agreement against Lawrence Berry, Marty Berry, and Bonnie Berry (as successor to Dennis Berry);

    b.  The Investment Agreement is a valid, enforceable agreement against Lawrence Berry, Marty Berry, and Bonnie Berry (as successor to Dennis Berry);

    c.  The Investment Agreement provides that Plaintiff Powers owns, through his designee, Allied Ports, LLC, a twenty percent (20%) interest in the Project (as defined in the Investment Agreement) subject to "priority distributions to the Berry Defendants or their designees of Two Hundred Fifty Million United States Dollars ($250,000,000) plus a ten percent (10%) cumulative preferred return on the outstanding balance of such amount."

    d.  Transferring ownership, management, and control of Axis or any other interest of the entities involved in the Project inconsistent with the entity structure provided under the Investment Agreement constitutes a breach of the Investment Agreement.

13

B. Compensatory damages in an amount to be proven at trial;

C. Temporary and Injunctive Relief including:

    a. Holding the "Meeting of Owners" of Axis noticed for November 6, 2024;

    b. Holding any meetings that in any way seek to affect the management or ownership interest of Axis or any other entity, property, or tangible or intangible rights associated with the Project until further order of the Court;

    c. Changing, altering, or transferring in any way the management of Axis or any other entity associated with the Project until further order of the Court;

    d. Changing, altering, or transferring in any way the ownership, property, or tangible or intangible rights of any entity associated with the Project until further order of the Court.

D. An award of attorneys' fees in an amount to be proven at trial;

E. Pre- and post-judgment interest; and

F. All such other and further costs and relief as the Court deems just and proper.

DATED: October 31, 2024              Respectfully submitted,

*/s/ Alistair B. Dawson*
Alistair B. Dawson
State Bar No. 05596100
M. Jake McClellan
State Bar No. 24109525
Madeline E. Gay
State Bar No. 24138681
E-mail: adawson@beckredden.com
E-mail: jmcclellan@beckredden.com
E-mail: mgay@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone:    (713) 951-3700
Telecopier:    (713) 951-3720

**ATTORNEYS FOR PLAINTIFFS**

14

Vinesign Document ID: 991B91AF-DA0F-44A5-BEC0-31F02C2EFDA6

CAUSE NO. _____

| | | |
|---|---|---|
| ALBERT THEODORE POWERS; ALLIED PORTS LLC, | § § § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiffs,* | § § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| AXIS MIDSTREAM HOLDINGS, LLC; ALLEN LAWRENCE BERRY; MARVIN GLEN BERRY; AND BONNIE BERRY, as successor in interest to DENNIS WAYNE BERRY | § § § § § § | |
| | § | |
| *Defendants.* | § | ___ JUDICIAL DISTRICT |

## VERIFICATION

| | |
|---|---|
| STATE OF NEW YORK | § |
| | § |
| COUNTY OF WESTCHESTER | § |

"My name is Albert Theodore Powers. I am over twenty-one (21) years of age and have never been convicted of a felony or crime of moral turpitude. I am of sound mind and am competent and capable of making this verification. I have read this Plaintiff's Verified Original Petition and Application for Temporary Restraining Order and Temporary Injunction (the "Petition"). The facts stated in the Petition are true and correct and based on my personal knowledge."

"My name is Albert Theodore Powers, my date of birth is February 11, 1953, and my address is 205 West 57th Street, Apartment 4C, New York, United States of America 10019. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Westchester County, State of New York, on the 31st day of October, 2024.

*Albert Theodore Powers*
Albert Theodore Powers

The signed document can be validated at https://app.vinesign.com/Verify

Exhibit 1

# AGREEMENT

**THIS AGREEMENT** is made and entered into as of the 1st day of November, 2018 by and among Allen Lawrence Berry, Marvin Glen Berry, and Dennis Wayne Berry (collectively, the "**Berrys**"), and Albert Theodore Powers ("**Powers**") (each of the Berrys and Powers being referred to herein individually as a "**Party**" and collectively as the "**Parties**").

## RECITALS:

**WHEREAS**, the Berrys intend to develop, construct, own, and operate a system to allow hydrocarbon shippers maximum optionality to deliver hydrocarbons to local refinery markets in the vicinity of Corpus Christi, Texas and to export hydrocarbons via a premier United States Gulf Coast deep-water exporting facility, including without limitation shipping, reception, collection, consolidation, storage, staging, delivery, and exporting facilities, including a deep-water export terminal on Harbor Island, Texas, related tankage and pipelines, and other associated infrastructure, assets, facilities, and businesses, including without limitation certain real property and improvements currently owned, leased, optioned, or otherwise controlled by the Berrys at Redfish Bay, Midway Junction, and Harbor Island, Texas and additional properties and facilities to be acquired, leased, optioned, developed, or otherwise controlled by the Berrys (collectively, the "**Project**"); and

**WHEREAS**, the Berrys intend to finance the Project through a combination of contributions of cash and tangible and intangible property from their own resources, third party debt financing, government grants and/or subsidies, and equity contributions from outside investors; and

**WHEREAS**, the Berrys have been engaged for several months in discussions with The Carlyle Group regarding the Project and The Carlyle Group potentially providing a substantial equity investment in the Project; and

**WHEREAS**, the Berrys wish to appoint Powers to represent them and to act as their chief negotiator and adviser for the financing of the Project, including without limitation negotiations with The Carlyle Group, and to perform due diligence, advice, and assistance regarding the sourcing of capital, develop strategy, and provide financial management and structuring advice and services, upon and subject to the terms and conditions of this Agreement; and

**WHEREAS**, Powers is willing to represent the Berrys and to act as their chief negotiator and adviser for the financing of the Project, including without limitation negotiations with The Carlyle Group, and to perform due diligence, advice, and assistance regarding the sourcing of capital, develop strategy, and provide financial management and structuring advice and services upon and subject to the terms and conditions of this Agreement;

**NOW, THEREFORE**, in consideration of the foregoing recitals and other good and valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the Berrys and Powers hereby agree as follows:

1. **Appointment**. The Berrys hereby appoint Powers as their representative and chief negotiator and adviser for the financing of the Project including without limitation negotiations with The Carlyle Group, and to perform due diligence, advice, and assistance regarding the sourcing of capital, develop strategy, and provide financial management and structuring advice and services. It is understood that Powers shall investigate various alternatives for financing all or portions of the Project, discuss with the Berrys various financing alternatives, assist the Berrys in formulating and interpreting financial projections for the Project and various potential transactions relating to the Project, assist the Berrys in formulating strategies to arrange the most favorable forms of financing for the Project, make financing recommendations to the Berrys, assist the Berrys in formulating strategies for achieving the most favorable terms for financing the Project, assist the Berrys in formulating business and holding structures for the Project, and negotiate terms and conditions of financing for the Project on behalf of the Berrys with various potential finance providers, including without limitation The Carlyle Group. In performing his duties under this Agreement, Powers shall at all times act as agent for the Berrys and shall have no power to conclude any financing arrangement for all or any portion of the Project without the express consent of the Berrys, in their sole discretion.

2. **Term of Appointment**. The term of Powers's appointment under this Agreement shall commence on the date first set forth above and shall continue until the Project is fully financed or until either the Berrys or Powers terminates this Agreement by providing at least three (3) month's written notice to the other Parties.

3. **Compensation**. As compensation for his services as representative and chief negotiator for the financing of the Project, the Berrys hereby agree to pay Powers compensation and to reimburse his expenses, as follows:

   (a) **Compensation**. The Berrys shall pay to Powers, Allied Pacific Group Limited, or such other individual or entity designated by Powers from time to time fixed ordinary compensation in the amount of One Hundred Thousand United States Dollars (US$100,000) per month during the term of his appointment under this Agreement ("**Compensation**"). Powers shall provide to the Berrys monthly invoices during the term which shall designate the account or accounts to which payments of Ordinary Compensation shall be made.

   (b) **Expenses**. In addition to Compensation, the Berrys shall promptly reimburse Powers for his actual out-of-pocket expenses incurred in performing his services pursuant to this Agreement, including without limitation travel and transportation expenses. Powers shall provide to the Berrys invoices which shall indicate the expense amounts to be reimbursed and the account or accounts to which reimbursement payments shall be made.

2

(c)     **Interest on Late Payments.**  All amounts payable under this agreement shall be paid promptly and in cash or by wire transfer to such accounts as shall be designated from time to time by Powers.  In the event that any amounts are not paid promptly when due, the Party liable for making such payment shall pay such amounts, plus interest thereon, at the rate of ten percent (10%) per annum on the overdue amount, without prior demand or notice.

(d)     **No Offset.**  All payments of Compensation, reimbursements, and interest made pursuant to this Agreement shall be made in cash or by wire transfer to such accounts as shall be designated from time to time by Powers, without withholding or offsets of any kind, shall be non-refundable, and shall be free and clear of any and all encumbrances of any type or nature.

4.     **Investment Agreement.**  In addition to the Compensation and other matters described in this Agreement, the Berrys and Powers are simultaneously with this Agreement entering into another agreement (the "**Investment Agreement**") relating to the investment by Powers or an entity designated by him in one or more limited liability companies or other entities that will hold all of the Berrys' interests in the Project and its major components in exchange for a twenty percent (20%) overall carried interest and profits interest in such limited liability companies or entities after priority distributions to the Berrys of Two Hundred Fifty Million United States Dollars (US$250,000,000) plus a ten percent (10%) cumulative preferred return on the outstanding balance of such amount.  The ownership of such limited liability companies or other entities and the entitlement to distributions from such limited liability companies or other entities shall be governed by the Investment Agreement and the governing documents of such limited liability companies or other entities.

5.     **Miscellaneous Provisions.**

(a)     **Governing Law, Jurisdiction, and Venue.**  This Agreement and all issues and questions concerning its application, construction, validity, interpretation, and enforcement shall be governed by and construed in accordance with the laws of the State of Texas, without giving effect to any choice or conflict of laws provisions or rules (whether of the State of Texas or any other jurisdiction) that would cause the application of laws of any jurisdiction other than those of the State of Texas.  Powers and each of the Berrys hereby agrees that any suit, action, or proceeding seeking to enforce any provision of, or based on any matter arising out of or in connection with, this Agreement or the transactions contemplated hereby, whether in contract, tort, or otherwise, shall be brought in the state or federal courts in Harris County, Texas, so long as one of such courts shall have subject-matter jurisdiction over such suit, action, or proceeding, and that any cause of action arising out of this Agreement shall be deemed to have arisen from a transaction of business in the State of Texas.  Powers and each of the Berrys hereby irrevocably consents to the exclusive jurisdiction of such courts and of the appropriate appellate courts therefrom in any

such suit, action, or proceeding and irrevocably waives, to the fullest extent permitted by relevant law, any objection that it may now or hereafter have to the laying of the venue of any such suit, action, or proceeding in any such court or that any such suit, action, or proceeding which is brought in any such court has been brought in an inconvenient forum.

   **(b)**   **Notices**. All notices and other communications given or made pursuant to this Agreement shall be in writing and shall be deemed effectively given upon the earlier of (i) actual receipt, (ii) the time of personal delivery to the party to be notified, (iii) when sent, if sent by electronic mail during normal business hours of the recipient, and if not sent during normal business hours, then on the recipient's next business day, (iv) five (5) days after having been sent by registered or certified United States Post Office air mail, return receipt requested, postage prepaid, or (v) one (1) business day after deposit with a nationally recognized overnight air courier, freight prepaid, specifying next business day delivery, with written verification of receipt. All communications shall be sent to the respective Parties at their addresses as set forth in this section or to such addresses as subsequently modified by written notice given in accordance with this section. Each Party to this Agreement agrees to promptly notify the other Parties of any change in its address or electronic mail address, and any failure to do so shall not affect the foregoing.

   Mailing and delivery address for Allen Lawrence Berry, Marvin Glen Berry, Dennis Wayne Berry, Bay Ltd, and all Berry entities:

> Berry Group
> 5005 Riverway
> Suite 440
> Houston, Texas 77056
>
> Email address for Lawrence Allen Berry:
> alb@riverway.us
>
> Email address for Marvin Glen Berry:
> captberry@aol.com
>
> Email address for Dennis Wayne Berry:
> berryd@bayltd.com

   Mailing and delivery address for Albert Theodore Powers, Allied Pacific Group Limited, and all Powers entities:

4

Albert Theodore Powers
205 West 57th Street
Apartment 4C
New York, New York 10019

Email address for Albert Theodore Powers
atpowers@allied-pacific-group.com

   **(c)**     **Delays or Omissions**.  No delay or omission to exercise any right, power, or remedy accruing to any Party under this Agreement, upon any breach or default of any other Party under this Agreement, shall impair any such right, power, or remedy of such non-breaching or non-defaulting Party nor shall it be construed to be a waiver of any such breach or default, or an acquiescence therein, or of or in any similar breach or default thereafter occurring; nor shall any waiver of any single breach or default be deemed a waiver of any other breach or default theretofore or thereafter occurring.  Any waiver, permit, consent, or approval of any kind or character on the part of any Party of any breach or default under this Agreement, or any waiver on the part of any Party of any provisions or conditions of this Agreement, must be in writing and shall be effective only to the extent specifically set forth in such writing.  All remedies, either under this Agreement or by law or otherwise afforded to any Party, shall be cumulative and not alternative.

   **(d)**     **Amendment, Waiver, and Termination**.  This Agreement may be amended, modified, or terminated and the observance of any term hereof may be waived (either generally or in a particular instance and either retroactively or prospectively) only by a written instrument executed by all Parties.  Any amendment, modification, termination, or waiver so effected shall be binding upon the Parties and all of their respective successors and permitted assigns whether or not such Party, successor, assignee, or other individual or entity entered into or approved such amendment, modification, termination, or waiver.  No waivers of or exceptions to any term, condition, or provision of this Agreement, in any one or more instances, shall be deemed to be, or construed as, a further or continuing waiver of any such term, condition, or provision or any other term, condition, or provision.

   **(e)**     **Assignment of Rights**.  The terms and conditions of this Agreement shall inure to the benefit of and be binding upon the Parties and their respective successors and permitted assigns.  Nothing in this Agreement, express or implied, is intended to confer upon any individual or entity other than the Parties hereto or their respective successors and permitted assigns any rights, remedies, obligations, or liabilities under or by reason of this Agreement, except as expressly provided in this Agreement.  Any successor or permitted assignee of any of the Berrys' interests in the Project, including any prospective transferee who purchases any direct or indirect interest in the Project and/or any inter vivos

5

or testamentary donee or transferee of any such interest, shall deliver to Powers, as a condition to any transfer or assignment, a counterpart signature page hereto pursuant to which such successor or permitted assignee shall confirm his or its agreement to be subject to and bound by all of the provisions set forth in this Agreement that were applicable to the predecessor or assignor of such successor or permitted assignee.

      **(f)**     **Severability**. The invalidity or unenforceability of any provision of this Agreement shall in no way affect the validity or enforceability of any other provision.

      **(g)**     **Titles and Subtitles**. The titles and subtitles used in this Agreement are used for convenience only and are not to be considered in construing or interpreting this Agreement.

      **(h)**     **Counterparts**. This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Counterparts may be delivered via electronic mail (including pdf or any electronic signature complying with the United States Federal ESIGN Act of 2000, i.e., www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

      **(i)**     **Specific Performance**. In addition to any and all other remedies that may be available at law in the event of any breach of this Agreement, each Party shall be entitled to specific performance of the agreements and obligations of the other Parties hereunder and to such other injunctive or other equitable relief as may be granted by a court of competent jurisdiction.

      **(j)**     **No Partnership**. This Agreement does not create or constitute any partnership, joint venture, or other similar relationship among the Parties, no such relationship shall be implied, and no Party shall make any representation to the contrary.

      **(k)**     **Advice of Counsel**. Each Party hereby acknowledges that he has sought and obtained the advice of legal counsel before entering into this Agreement and has fully read and understands the meaning and import of all terms in this Agreement.

(l)     **Entire Agreement**. This Agreement constitutes and expresses the entire agreement and understanding among the Parties in reference to all matters referred to; all previous discussions, promises, representations, and understandings relative thereto, if any, among the Parties, being herein merged. No modification of this Agreement shall be binding unless in writing and signed by authorized representatives of all Parties.

**IN WITNESS WHEREOF**, the Parties, intending to be bound, have executed this Agreement as of the date first written above.


_____
ALLEN LAWRENCE BERRY


_____
MARVIN GLEN BERRY


_____
DENNIS WAYNE BERRY


_____
ALBERT THEODORE POWERS


7

Exhibit 2

# INVESTMENT AGREEMENT

**THIS INVESTMENT AGREEMENT** (the "**Agreement**") is made and entered into as of the 1st day of November, 2018 by and among Marvin Glen Berry, Dennis Wayne Berry, and Allen Lawrence Berry (collectively, the "**Berrys**"), and Albert Theodore Powers ("**Powers**") (each of the Berrys and Powers being referred to herein individually as a "**Party**" and collectively as the "**Parties**").

## RECITALS:

**WHEREAS**, the Berrys have devised a plan to develop, construct, own, and operate a system to allow hydrocarbon shippers maximum optionality to deliver hydrocarbons to local refinery markets in the vicinity of Corpus Christi, Texas and to export hydrocarbons via a premier United States Gulf Coast deep-water exporting facility, including without limitation shipping, reception, collection, consolidation, storage, staging, delivery, and exporting facilities, including a deep-water export terminal on Harbor Island, Texas, related tankage and pipelines, and other associated infrastructure, assets, facilities, and businesses, including without limitation certain real property and improvements currently owned, leased, optioned, or otherwise controlled by the Berrys and others at Redfish Bay, Midway Junction, and Harbor Island, Texas and additional properties and facilities to be acquired, leased, optioned, developed, or otherwise controlled by the Berrys and others (collectively, the "**Project**"); and

**WHEREAS**, simultaneously with this Agreement, the Parties are entering into another Agreement, pursuant to which the Berrys are appointing Powers as their representative and chief negotiator and adviser for the financing of the Project including without limitation negotiations with The Carlyle Group, and to perform due diligence, advice, and assistance regarding the sourcing of capital, develop strategy, and provide financial management and structuring advice and services. It is understood that Powers shall investigate various alternatives for financing all or portions of the Project, discuss with the Berrys various financing alternatives, assist the Berrys in formulating and interpreting financial projections for the Project and various potential transactions relating to the Project, assist the Berrys in formulating strategies to arrange the most favorable forms of financing for the Project, make financing recommendations to the Berrys, assist the Berrys in formulating strategies for achieving the most favorable terms for financing the Project, assist the Berrys in formulating business and holding structures for the Project, and negotiate terms and conditions of financing for the Project on behalf of the Berrys with various potential finance providers, including without limitation The Carlyle Group; and

**WHEREAS**, the Berrys and Powers wish to cooperate to (a) devise an ownership structure for directly and indirectly holding the Project and each of its major components, (b) secure third party financing for the Project, and (c) own and hold a portion of all interests in the Project, upon and subject to the terms and conditions of this Agreement;

**NOW, THEREFORE**, in consideration of the foregoing recitals and other good and valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the Berrys and Powers hereby agree as follows:

1. **Creation of Holding Structure and Contribution of Project and Project Interests**. On or before May 31, 2019 (a) the Berrys and all other owners of interests in the Project and its major components or their respective designees will form one or more corporations, limited liability companies, or other tax efficient limited liability entities (each a "**Project Company**" and, collectively, the "**Project Companies**) to collectively own and hold one hundred percent (100%) of all equity interests in the Project and its major components, (b) the Berrys will transfer to the Project Companies one hundred percent (100%) of their interests in the Project and each of its major components in exchange for one hundred percent (100%) of the equity interests in the Project Companies, (c) the Berrys will form a limited liability company or other tax efficient limited liability entity ("**Holding Company**") to hold all equity interests in the Project Companies, (d) the Berrys will contribute to Holding Company all equity interests in the Project Companies in exchange for one hundred percent (100%) of the equity interests in Holding Company, (e) the Berrys will form a limited liability company or other tax efficient limited liability entity ("**Investment Company**") to hold all equity interests in Holding Company, and (f) the Berrys will contribute to Investment Company all equity interests in Holding Company in exchange for one hundred percent (100%) of the equity interests in Investment Company.

2. **Investment By Manager in Investment Company.** Within fifteen (15) days after (a) the Berrys and all other owners of interests in the Project and its major components or their respective designees have formed the Project Companies and transferred one hundred percent (100%) of their interests in the Project and each of its major components to the Project Companies, (b) all equity interests in the Project Companies have been contributed to Holding Company, (c) all equity interests in Holding Company have been contributed to Investment Company, and (d) the Berrys or their designees have received all equity interests in Investment Company (i) Powers will form a limited liability company or other tax efficient limited liability entity that is wholly owned by, or for the benefit of, Powers or his designees ("**Manager**"), (ii) Powers will contribute Five Thousand United States Dollars (US$5,000.00) to Manager in exchange for one hundred percent (100%) of Manager's operating interests and other ownership rights and interests, and (iii) Manager will contribute Five Thousand United States Dollars ($5,000) to Investment Company in exchange for a twenty percent (20%) overall carried interest and future profits interest in Investment Company after priority distributions to the Berrys or their designees of Two Hundred Fifty Million United States Dollars ($250,000,000) plus a ten percent (10%) cumulative preferred return on the outstanding balance of such amount. Except for the Five Thousand United States Dollar ($5,000) contribution to Manager and Investment Company described above, none of Manager, Powers, or any of their respective designees shall have any other obligation to contribute any other amounts to Investment Company, Holding Company, or any Project Company. The governing documents of Investment Company will reflect the respective interests of the Berrys, including their entitlement to priority distributions and preferred returns, and Investment Manager's twenty percent (20%) overall carried interest and future profits interest in Investment Company. Until the Berrys receive a priority return from Investment Company, Holding Company, and/or the Project Companies of Two

Hundred Fifty Million United States Dollars ($250,000,000) plus a ten percent (10%) cumulative preferred return on the outstanding balance of such amount, all gross amounts received by, or distributions made to, or on behalf of, Investment Company, Holding Company, and the Project Companies, including without limitation all earnings, proceeds, dividends, refinancing proceeds, disposition proceeds, incentive units or payments, or other receipts of any type or nature, shall be distributed to and paid to or on behalf of the Berrys or their designees and none of such amounts shall be paid or payable to or for the benefit of Manager or its designees. After the Berrys or their designees have received their priority distributions of Two Hundred Fifty Million United States Dollars plus a ten percent (10%) cumulative preferred return on the outstanding balance of such amount and Manager has received catch-up distributions from the Investment Company, eighty percent (80%) of all gross amounts received by, or distributions made to, or on behalf of Investment Company, Holding Company, and the Project Companies, including without limitation all earnings, proceeds, dividends, refinancing proceeds, disposition proceeds, incentive units or payments, or other receipts of any type or nature, shall be distributed to and paid to or on behalf of the Berrys or their designees and twenty percent (20%) of such amounts shall be paid or payable to or for the benefit of Manager or its designees. It is intended that the interests of Manager in Investment Company will qualify (i) as a carried interest within the meaning of Section 1061 of the United States Internal Revenue Code, and (ii) as a future profits interest within the meaning of Revenue Procedure 93-27, and that the governing documents of Investment Company will be drafted to reflect this intent. It is also intended that the capital accounts to be established and maintened by Investment Company will comply with the requirements of Treasury Regulations §1.704-1(b)(2)(iv) or any successor provision, and that such provisions will be interpreted and applied in a manner consistent with such Treasury Regulations or successor provisions and that the targeted allocations to be made to such capital accounts will reflect the Members' interests in the Company and have substantial economic effect. On or before the fifth (5th) day of each month, the Berrys shall provide to Manager a statement setting forth the total amounts of preferred return and priority distributions, if any, that have been received by them from Investment Company, Holding Company, and the Project Companies. Manager shall review each such statement and either confirm its agreement with the amounts shown on such statement or provide an alternative calculation of such amounts. If the Berrys and Manager do not agree on such calculation, they shall meet and attempt to reconcile their differences in the calculation of such amounts before resorting to any other remedy.

3. **Financing of Project**. To finance the development of the Project, it is anticipated that Investment Company will transfer its equity interests in Holding Company and/or one or more Project Companies to one or more other corporations, limited liability companies, or other tax efficient limited liability entities (each, a "**Project Entity**" and. collectively, the "**Project Entities**") that will be jointly owned by Investment Company and other investors that will contribute equity capital for the development of the Project. In exchange for contributing its interests in Holding Company and/or one or more of the Project Companies to such Project Entities, it is anticipated that Investment Company will receive (a) shares, operating interests, or other equity interests in the Project Entities, (b) other rights and interests, including incentive

3

interests, incentive units, or other benefits in or from the Project Entities, and (c) other amounts directly or indirectly received, or distributions made, in respect of the Project Entities, including without limitation earnings, proceeds, dividends, refinancing proceeds, disposition proceeds, incentive units or payments, and other receipts of any type or nature in respect of or relating to the Project or any Project Company (collectively, "**Project Interests**").

4. **Distributions From Project Entities**. All (a) shares, operating interests, or other equity interests in the Project Entities, (b) other rights and interests, including incentive interests, incentive units, or other benefits in or from the Project Entities, and (c) Project Interests shall be distributed to and held by Investment Company. Distributions shall be made from Investment Company in accordance with the governing documents of Investment Company, which shall reflect the interests of the Berrys, including their entitlement to priority distributions and preferred returns, and the twenty percent (20%) carried interest and future profits interest of Manager.

5. **Miscellaneous Provisions**.

(a) **Governing Law, Jurisdiction, and Venue**. This Agreement and all issues and questions concerning its application, construction, validity, interpretation, and enforcement shall be governed by and construed in accordance with the laws of the State of Texas, without giving effect to any choice or conflict of laws provisions or rules (whether of the State of Texas or any other jurisdiction) that would cause the application of laws of any jurisdiction other than those of the State of Texas. Powers and each of the Berrys hereby agrees that any suit, action, or proceeding seeking to enforce any provision of, or based on any matter arising out of or in connection with, this Agreement or the transactions contemplated hereby, whether in contract, tort, or otherwise, shall be brought in the state or federal courts in Harris County, Texas, so long as one of such courts shall have subject-matter jurisdiction over such suit, action, or proceeding, and that any cause of action arising out of this Agreement shall be deemed to have arisen from a transaction of business in the State of Texas. Powers and each of the Berrys hereby irrevocably consents to the exclusive jurisdiction of such courts and of the appropriate appellate courts therefrom in any such suit, action, or proceeding and irrevocably waives, to the fullest extent permitted by relevant law, any objection that it may now or hereafter have to the laying of the venue of any such suit, action, or proceeding in any such court or that any such suit, action, or proceeding which is brought in any such court has been brought in an inconvenient forum.

(b) **Notices**. All notices and other communications given or made pursuant to this Agreement shall be in writing and shall be deemed effectively given upon the earlier of (i) actual receipt, (ii) the time of personal delivery to the party to be notified, (iii) when sent, if sent by electronic mail during normal business hours of the recipient, and if not sent during normal business hours, then on the recipient's next business day, (iv) five (5) days after

having been sent by registered or certified United States Post Office air mail, return receipt requested, postage prepaid, or (v) one (1) business day after deposit with a nationally recognized overnight air courier, freight prepaid, specifying next business day delivery, with written verification of receipt. All communications shall be sent to the respective Parties at their addresses as set forth in this section or to such addresses as subsequently modified by written notice given in accordance with this section. Each Party to this Agreement agrees to promptly notify the other Parties of any change in its address or electronic mail address, and any failure to do so shall not affect the foregoing.

Mailing and delivery address for Marvin Glen Berry, Dennis Wayne Berry, Allen Lawrence Berry, Bay Ltd, and all Berry entities:

> Berry Group
> 5005 Riverway
> Suite 440
> Houston, Texas 77056
>
> Email address for Allen Lawrence Berry:
> alb@riverway.us
>
> Email address for Marvin Glen Berry:
> captberry@aol.com
>
> Email address for Dennis Wayne Berry:
> berryd@bayltd.com

Mailing and delivery address for Albert Theodore Powers and Manager:

> Albert Theodore Powers
> 205 West 57th Street
> Apartment 4C
> New York, New York 10019
>
> Email address for Albert Theodore Powers
> atpowers@allied-pacific-group.com

(c)     **Delays or Omission**s. No delay or omission to exercise any right, power, or remedy accruing to any Party under this Agreement, upon any breach or default of any other Party under this Agreement, shall impair any such right, power, or remedy of such non-breaching or non-defaulting Party nor shall it be construed to be a waiver of any such breach or default, or an acquiescence therein, or of or in any similar breach or default thereafter occurring; nor shall any waiver of any single breach or default be deemed a waiver of any other breach or default theretofore or thereafter occurring. Any

5

waiver, permit, consent, or approval of any kind or character on the part of any Party of any breach or default under this Agreement, or any waiver on the part of any Party of any provisions or conditions of this Agreement, must be in writing and shall be effective only to the extent specifically set forth in such writing. All remedies, either under this Agreement or by law or otherwise afforded to any Party, shall be cumulative and not alternative.

(d) **Amendment, Waiver, and Termination**. This Agreement may be amended, modified, or terminated and the observance of any term hereof may be waived (either generally or in a particular instance and either retroactively or prospectively) only by a written instrument executed by all Parties. Any amendment, modification, termination, or waiver so effected shall be binding upon the Parties and all of their respective successors and permitted assigns whether or not such Party, successor, assignee, or other individual or entity entered into or approved such amendment, modification, termination, or waiver. No waivers of or exceptions to any term, condition, or provision of this Agreement, in any one or more instances, shall be deemed to be, or construed as, a further or continuing waiver of any such term, condition, or provision or any other term, condition, or provision.

(e) **Assignment of Rights**. The terms and conditions of this Agreement shall inure to the benefit of and be binding upon the Parties and their respective successors and permitted assigns. Nothing in this Agreement, express or implied, is intended to confer upon any individual or entity other than the Parties hereto or their respective successors and permitted assigns any rights, remedies, obligations, or liabilities under or by reason of this Agreement, except as expressly provided in this Agreement. Any successor or permitted assignee of any of the Berry Interests, including without limitation any prospective transferee who purchases any direct or indirect interest in the Project and/or any inter vivos or testamentary donee or transferee of any such interest, shall deliver to Powers, as a condition to any transfer or assignment, a counterpart signature page hereto pursuant to which such successor or permitted assignee shall confirm his or its agreement to be subject to and bound by all of the provisions set forth in this Agreement that were applicable to the predecessor or assignor of such successor or permitted assignee.

(f) **Severability**. The invalidity or unenforceability of any provision of this Agreement shall in no way affect the validity or enforceability of any other provision.

(g) **Titles and Subtitles**. The titles and subtitles used in this Agreement are used for convenience only and are not to be considered in construing or interpreting this Agreement.

(h) **Counterparts**. This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which

6

together shall constitute one and the same instrument. Counterparts may be delivered via electronic mail (including pdf or any electronic signature complying with the United States Federal ESIGN Act of 2000, i.e., www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

        **(i)**     **Specific Performance**. In addition to any and all other remedies that may be available at law in the event of any breach of this Agreement, each Party shall be entitled to specific performance of the agreements and obligations of the other Parties hereunder and to such other injunctive or other equitable relief as may be granted by a court of competent jurisdiction.

        **(j)**     **No Partnership**. This Agreement does not create or constitute any partnership, joint venture, or other similar relationship among the Parties, no such relationship shall be implied, and no Party shall make any representation to the contrary.

        **(k)**     **Advice of Counsel**. Each Party hereby acknowledges that he has sought and obtained the advice of legal counsel before entering into this Agreement and has fully read and understands the meaning and import of all terms in this Agreement.

        **(l)**     **Entire Agreement**. This Agreement constitutes and expresses the entire agreement and understanding among the Parties in reference to all matters referred to; all previous discussions, promises, representations, and understandings relative thereto, if any, among the Parties, being herein merged. No modification of this Agreement shall be binding unless in writing and signed by authorized representatives of all Parties.

     **IN WITNESS WHEREOF**, the Parties, intending to be bound, have executed this Agreement as of the date first written above.

 

 

_____
ALLEN LAWRENCE BERRY

 

 

_____
MARVIN GLEN BERRY

_____

DENNIS WAYNE BERRY

_____

ALBERT THEODORE POWERS

Exhibit 3



P.O. Box 4858
1414 Valero Way
Corpus Christi, Texas
78469-4858
Bus: (361) 693-2100

August 28, 2024

Lawrence Berry
5005 Riverway, Ste 440
Houston, Texas 77056

**Re:    Harbor Island Project**

Lawrence:

The Berry Companies appreciate your stated willingness to make sure that each of the companies owned jointly by you, Dennis (now Bonnie) and Marty are properly papered to reflect that ownership and management rest exclusively with the three of you. As of this writing I have not seen anything to reflect follow through on your commitment. For entities which list you as sole manager, you can make the changes without the need for any additional meetings. Some of the entities reflected involvement of people that were not or have not been approved by the Owners. Getting these matters clarified is good for everybody.

As you might imagine, the Berry Companies are anxious to recover their investment in the oil terminal project. With the recent activity regarding the Corp of Engineers permit, there is a chance for renewed interest from potential investors. At this point the Berry Companies have in excess of $18,000,000 contributed to this effort, and we remain anxious to recover these funds, or have our interest in this project recognized on paper.

You have reported that Axis Midstream Holdings LLC, the permit applicant, is owned and controlled by an entity called Lone Star Ports Enterprises LLC. The Secretary of State website reflects that entity does not exist, and is only a name reservation, by your attorney Butch Boyd. This needs to be resolved. Please advise the attorney who created your ownership tree to provide me with the name or names of the true owner of Axis Midstream Holdings, LLC.

As you know, Midway Junction, the Taft property, is owned by Lone Star Ports Holdings, LLC. Redfish Bay Terminal is owned by Berry GP, Inc. The lease at Harbor Island is owned by Canada Projects Holdings, Inc which is owned and controlled by the Trusts owned and controlled by you, Bonnie, and Marty. While this scattered structure of different entities may have been helpful at some point in time, any value in retaining it is not apparent.

With the exception of the trust contributions to the Midway Junction purchase, the Berry Companies have been the life blood for this project. I suggest you, Bonnie and Marty consider consolidating ownership into a Berry entity to reflect this. The lease at Harbor Island has been paid by us, even though it is held in another entity. It is time to recognize the company contribution.

Sincerely,

*Mike Hummell*

Mike Hummell
Vice President/General Counsel
SBN: 10271100
1414 Valero Way
Corpus Christi, TX 78409
Hummellm@bayltd.com
(361) 693-2909

MH/sg

Exhibit 4

| | |
|---|---|
| **From:** | Hummell, Mike <HummellM@bayltd.com> |
| **Sent:** | Wednesday, October 23, 2024 5:35 PM |
| **To:** | Berry, Bonnie; ALB; Tonja Fulghum Riverway |
| **Cc:** | Marty Berry AOL |
| **Subject:** | RE: Axis Midstream Holdings LLC |

I spoke with Marty and he says Berry GP ownership is fine by him. Lawrence, if that works for you then we will file the paperwork. If not, we can schedule a meeting and take a vote. Seems like an unnecessary step, but either way works.

*Mike Hummell*
*Vice President/General Counsel*
*Bay Ltd.*
Office: 361.693.2909
1414 Valero Way, Corpus Christi, TX 78409
Hummellm@Bayltd.com / www.bayltd.com



---

**From:** bkbathome <bkbathome@aol.com>
**Sent:** Wednesday, October 23, 2024 5:15 PM
**To:** Hummell, Mike <HummellM@bayltd.com>; ALB <alb@riverway.us>; Tonja Fulghum Riverway <TFulghum@riverway.us>
**Cc:** Marty Berry AOL <captberry@aol.com>
**Subject:** RE: Axis Midstream Holdings LLC

> **Caution:** This is an external email and has a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

It is my understanding that Berry GP has funded this project since its inception. Therefore I belive the ownership should be reflected through Berry GP.

If this is not the case, please advise.
Bonnie

Sent from my T-Mobile 5G Device

-------- Original message --------
From: "Hummell, Mike" <HummellM@bayltd.com>
Date: 10/23/24 9:17 AM (GMT-06:00)
To: ALB <alb@riverway.us>, Tonja Fulghum Riverway <TFulghum@riverway.us>

Cc: "Berry, Bonnie" <bkbathome@aol.com>, Marty Berry AOL <captberry@aol.com>
Subject: Axis Midstream Holdings LLC

Lawrence, Bonnie and Marty, I am going to file the paperwork to reflect the ownership of Axis Midstream lies in equal shares with all 3 of you. Rather than wait for a meeting I thought it most expeditious to see if we can do it by acclamation. How would you like to have ownership reflected? Individually? Through the company? The company has all the money in the permit process, and you each own equal shares. I am not sure of the difference in the filing, except to the extent it might impact taxes way on down the road. It might be best to have ownership in the company for now, and then to break it out later if need be.

*Mike Hummell*

*Vice President/General Counsel*

*Bay Ltd.*

Office: 361.693.2909
1414 Valero Way, Corpus Christi, TX 78409

Hummellm@Bayltd.com / www.bayltd.com



Exhibit 5

<div align="center">

**NOTICE OF MEETING OF OWNERS OF**
**AXIS MIDSTREAM HOLDINGS, LLC**

</div>

**OBJECTIVE**:  Meeting of Owners

---

Notice is now given that a Meeting of the Owners has been called by Marty Berry and Bonnie Berry and will be held on Wednesday, November 6, 2024 at 10:00 a.m. located at 1414 Valero Way, Corpus Christi, Texas 78409. The following matters in particular are to be presented to the Owners for action and approval:

1.  Appointment and/or removal of Company Managers.

2.  Appointment and/or removal of Officers.

Bonnie Berry (The Estate of Dennis Berry)
1414 Valero Way, Corpus Christ, Texas 78409
1000 Shares

Marty Berry
1414 Valero Way, Corpus Christi, Texas 78409
1000 Shares

Lawrence Berry
1414 Valero Way, Corpus Christi, Texas 78409
1000 Shares

| | | |
|---|---|---|
| **ALBERT THEODORE POWERS;** | § | **IN THE DISTRICT COURT** |
| **ALLIED PORTS LLC,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **AXIS MIDSTREAM HOLDINGS,** | § | |
| **LLC; ALLEN LAWRENCE BERRY;** | § | |
| **MARVIN GLENN BERRY; AND** | § | |
| **BONNIE BERRY, as successor in** | § | |
| **interest to DENNIS WAYNE BERRY** | § | |
| | § | |
| *Defendants.* | § | **___ JUDICIAL DISTRICT** |

## TEMPORARY RESTRAINING ORDER

On this day, Plaintiffs appeared before this Court requesting that a Temporary Restraining Order be issued against Defendants Axis Midstream Holdings, LLC, Allen Lawrence Berry, Marvin Glenn Berry, and Bonnie Berry. The Court considered Plaintiff's Application for a Temporary Restraining Order ("Application") and the verification in support, and it appears from the specific facts set forth in said Application that immediate and irreparable injury, loss, and harm will result to Plaintiffs without entry of this Temporary Restraining Order. The Court finds that should the November 6, 2024 Axis Midstream Holdings, LLC meeting go forward and Defendants were to change, alter, or transfer the management and/or ownership of Axis Midstream Holdings, LLC, and such disposition would cause irreparable harm to Plaintiffs as the management and ownership interest of Plaintiffs would not likely be recovered.

**IT IS, THEREFORE, ORDERED**, that this Temporary Restraining Order shall continue in effect until the conclusion of the hearing on the Temporary Injunction hereinafter set, or until further order of this Court, restraining and enjoining Defendants Allen Lawrence Berry, Marvin

1

Glenn Berry, Bonnie Berry, Axis Midstream Holdings, LLC, their employees, agents, representatives, and any others acting on their behalf from:

    a.  Holding the "Meeting of Owners" of Axis noticed for November 6, 2024;

    b.  Holding any meetings that in any way seek to affect the management or ownership interest of Axis or any other entity, property, or tangible or intangible rights associated with the Project until further order of the Court;

    c.  Changing, altering, or transferring in any way the management of Axis or any other entity associated with the Project until further order of the Court;

    d.  Changing, altering, or transferring in any way the ownership, property, or tangible or intangible rights of any entity associated with the Project until further order of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs post a bond in the amount of $_____.

This Order shall remain in effect until a hearing may be had on the Application for Temporary Injunction.

It is ORDERED that Defendants Allen Lawrence Berry, Marvin Glenn Berry, Bonnie Berry, Axis Midstream Holdings, LLC appeal on _____ at _____ a.m./p.m. for a hearing on Plaintiff's Application for a Temporary Injunction. The purpose of the hearing will be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits.

Signed this _____ day of October, 2024 at _____ a.m./p.m.

_____
Judge Presiding

2

# APPENDIX 25

10/31/2024 9:24:46 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 93776466
By: JACKSON, MONICA J
Filed: 10/31/2024 9:24:46 AM

Pgs-2

TRORX
STBNX
CASO

CAUSE NO. _____

| | | |
|---|---|---|
| ALBERT THEODORE POWERS; ALLIED PORTS LLC, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | HARRIS COUNTY, TEXAS |
| | § | |
| AXIS MIDSTREAM HOLDINGS, LLC; ALLEN LAWRENCE BERRY; MARVIN GLENN BERRY; AND BONNIE BERRY, as successor in interest to DENNIS WAYNE BERRY | § | |
| | § | |
| *Defendants.* | § | _____ JUDICIAL DISTRICT |

## TEMPORARY RESTRAINING ORDER

On this day, Plaintiffs appeared before this Court requesting that a Temporary Restraining Order be issued against Defendants Axis Midstream Holdings, LLC, Allen Lawrence Berry, Marvin Glenn Berry, and Bonnie Berry. The Court considered Plaintiff's Application for a Temporary Restraining Order ("Application") and the verification in support, and it appears from the specific facts set forth in said Application that immediate and irreparable injury, loss, and harm will result to Plaintiffs without entry of this Temporary Restraining Order. The Court finds that should the November 6, 2024 Axis Midstream Holdings, LLC meeting go forward and Defendants were to change, alter, or transfer the management and/or ownership of Axis Midstream Holdings, LLC, and such disposition would cause irreparable harm to Plaintiffs as the management and ownership interest of Plaintiffs would not likely be recovered.

**IT IS, THEREFORE, ORDERED**, that this Temporary Restraining Order shall continue in effect until the conclusion of the hearing on the Temporary Injunction hereinafter set, or until further order of this Court, restraining and enjoining Defendants Allen Lawrence Berry, Marvin

Unofficial Copy Office of Marilyn Burgess District Clerk

1

Glenn Berry, Bonnie Berry, Axis Midstream Holdings, LLC, their employees, agents, representatives, and any others acting on their behalf from:

   a. Holding the "Meeting of Owners" of Axis noticed for November 6, 2024;

   b. Holding any meetings that in any way seek to affect the management or ownership interest of Axis or any other entity, property or tangible or intangible rights associated with the Project until further order of the Court;

   c. Changing, altering, or transferring in any way the management of Axis or any other entity associated with the Project until further order of the Court;

   d. Changing, altering, or transferring in any way the ownership, property, or tangible or intangible rights of any entity associated with the Project until further order of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs post a bond in the amount of $ 500 _____.

This Order shall remain in effect until a hearing may be had on the Application for Temporary Injunction.

It is ORDERED that Defendants Allen Lawrence Berry, Marvin Glenn Berry, Bonnie Berry, Axis Midstream Holdings, LLC appeal on November 12, 2024 _____ at 8:00 AM _____ a.m./p.m. for a hearing on Plaintiff's Application for a Temporary Injunction. The purpose of the hearing will be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits.

Signed this 31 ___ day of October, 2024 at 2:23PM _____ a.m./p.m.

Signed:
10/31/2024
2:23 PM

_____
Judge Presiding

2

# APPENDIX 26

11/8/2024 5:05 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 94117586
By: Kelly Pomente
Filed: 11/8/2024 5:05 PM

**CAUSE NO. 2024-76060**

| | | |
|---|---|---|
| **ALBERT THEODORE POWERS;** | § | **IN THE DISTRICT COURT** |
| **ALLIED PORTS LLC,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **AXIS MIDSTREAM HOLDINGS LLC;** | § | |
| **ALLEN LAWRENCE BERRY;** | § | |
| **MARVIN GLENN BERRY; and** | § | |
| **BONNIE BERRY, as successor in** | § | |
| **interest to DENNIS WAYNE BERRY** | § | |
| | § | |
| *Defendants.* | § | **215TH JUDICIAL DISTRICT** |

## PLEA IN ABATEMENT
## MOTION TO ABATE

NOW COMES Marvin Glenn Berry ("M.Berry") and makes and files this Plea in Abatement / Motion to Abate ("M.Berry's Motion") – subject to M.Berry's Motion to Transfer Venue previously filed – and in this lawsuit (the "Second Harris County Lawsuit") would respectfully show unto this Honorable Court as follows:

### I.
### Executive Summary

1. On November 27, 2023, Lawrence Berry ("L.Berry") filed a lawsuit against M.Berry (his brother) in Harris County, Texas (Cause No. 2023-81703, 333rd Judicial District Court; the "First Harris County Lawsuit").

2. On December 6, 2023, M. Berry filed his Emergency Motion to Transfer Venue, Emergency Motion for Leave for Expedited Hearing on Motion to Transfer Venue, and Original Answer, and the matter was transferred to Nueces County, Texas, by agreement of the parties (this First Harris County Lawsuit now referred to as the "Nueces County Lawsuit" (***first-filed***)).

3. After the First Harris County Lawsuit (now the Nueces County Lawsuit) was transferred to Nueces County, Texas, M.Berry and the Berry Entities counter-sued L.Berry.

4. On October 31, 2024, approximately a year after the first-filed Nueces County Lawsuit, Albert Theodore Powers and Allied Ports LLC ("Plaintiffs") filed the instant matter in Harris County, Texas (Cause No. 2024-76060, 215TH Judicial District Court; the "Second Harris County Lawsuit").

5. Both the Nueces County Lawsuit and Second Harris County Lawsuit relate to the on-going dispute between three (3) brothers: M.Berry, L.Berry, and Dennis Berry ("D.Berry," now Bonnie Berry, surviving wife ("B.Berry")).  M.Berry, L.Berry, and D.Berry may be sometimes collectively referred to as the "Berry Brothers."

6. Texas law abhors jurisdictional fights as between members of its judiciary.  The rule in Texas is quite clear:  the first-filed matter (the Nueces County Lawsuit) enjoys dominant jurisdiction of all matters (and interrelated matters) in dispute, and the second-filed case (the Second Filed Harris County Lawsuit) must be properly abated.

**II.**
**Texas Law**

7. In modern times, the seminal case discussing dominant jurisdiction is *Wyatt v. Shaw Plumbing Company,* 760 S.W.2d 245 (Tex. 1988).  The *Wyatt* case affirms long-standing legal principles articulated in *Cleveland v. Ward,* 285 S.W. 1063 (Tex. 1926).  With regards to the subject matter of dominant jurisdiction, the law is quite steady and consistent.  The general rule is well established.  **"It is well settled that when suit would be proper in more than one county, the court in which suit is first filed acquires dominant jurisdiction to the exclusion of other courts."** *Wyatt,* at p. 248 (relying upon *Cleveland v. Ward*).  As always in law, there

2

are exceptions to the general rule,[1] but none that apply to the circumstances of the present dispute.  As such, this Second Harris County Lawsuit is properly abated.

8.   The *Cleveland* case provides a great deal of clarity regarding the reasoning behind the long-standing rule that the first filed lawsuit acquires dominant jurisdiction.   Rather than paraphrasing *Cleveland's* powerful language, please consider the following excerpts:

> "Jurisdiction is power to hear and determine the matter in controversy according to established rules of law, and to carry the sentence or judgment of the court into execution."[2]

> "When suit was filed in the Johnson County district court, the jurisdiction of that court attached, with power on the part of the court to permit the pleadings to be amended and amplified, new parties to be made, to determine all essential questions, and to do any and all things with reference thereto authorized by the Constitution and statutes, or permitted district courts under established principles of law."[3]

> "The district court of Johnson County, then, in permitting the pleadings in that court to be amended so as to bring in parties interested in and to be affected by the decree sought, acted clearly within its express statutory jurisdiction and power to permit additional parties to be made 'when they are necessary or proper parties to the suit.'"

> "The case therefore stands in that court, in so far as any jurisdictional question is concerned, precisely upon the same basis as if the original pleading filed had embraced fully the declarations of the last amendment, and had made all of those who are now parties to the suit parties in the

---

[1] There are three exceptions to the general rule articulated in *Cleveland v. Ward.*  A moving party may be estopped from asserting prior active jurisdiction.  The general rule may not apply if its application makes it impossible for some of the necessary parties to be brought before a court's jurisdiction.  The general rule may not apply if there is a lack of intent by the parties to prosecute the first filed legal action. See *Wyatt,* at p. 248.

[2] *Cleveland* at p. 1069, citing *Banton v. Wilson*, 4 Tex. 400, 402; *Withers v. Patterson*, 27 Tex. 491, 496; *G.T. & W. Ry. Co. v. Lunn,* 141 S.W.538, 541 (Tex.Civ.App.); *Swift & Co. v. Memphis Cold Storage Warehouse Co.*, 158 S.W.480, 485.

[3] *Cleveland*, at p. 1069, citing *Reagan v. Copeland,* 78 Tex. 551, 14 S. W. 1031; *Jolley v. Oliver*, 106 S. W. 1152 (Tex. Civ. App.); *I. & G. N. Ry. Co. v. Howell,* 105 S.W. 560 (Tex. Civ. App.); *Hartford Fire Ins. Co. v. City of Houston,* 110 S.W. 973, 102 Tex. 317, 116 S. W. 36 (Tex. Civ. App.); *Latham v. Tombs*, 32 Tex. Civ. App. 270, 73 S. W. 1060; *Taylor v. Hulett,* 15 Idaho 265, 97 P. 37;, *Lanes v. Squyres*, 45 Tex. 382; *Foster v. Wright,* 217 S.W. 1091, 1092 (Tex. Civ. App.); see also *Benson v. Fulmore,* 269 S.W. 71 (Tex. Comm. App.); *Bailey v. Fly*, 97 Tex. 425, 79 S. W. 299; *Reed v. Harris*, 37 Tex. 167; *Connoly v. Hammond,* 58 Tex. 11*; McDannell v. Cherry,* 64 Tex. 177;*; Foster v. Wright, 2*17 S.W. 1090, 1092 (Tex. Civ. App.).

3

first instance."

"Since jurisdiction attached upon filing the suit in Johnson County, the rule is elementary that it could not be taken away or arrested by the subsequent proceedings in another court."[4]

"The Johnson County court, having first acquired jurisdiction, may exercise it to dispose of the whole subject-matter of the litigation and adjust all the equities between the parties and is entitled to do so."[5]

9. Simply stated: A court's jurisdiction is established once a first filed lawsuit is filed of record. This first filed petition has power to hear the lawsuit, including the power to hear all claims set forth in amended pleadings and all claims set forth against parties later added to the lawsuit. Jurisdiction attaches at the time of the filing of the first lawsuit, and this first filed dominant jurisdiction cannot be taken away by a subsequently filed lawsuit. The lawsuit filed later-in-time is "abated" by the filing of the first filed lawsuit.[6]

10. Texas judicial authority speaks for itself (and does so more eloquently than might ever the undersigned attorney). Please consider further judicial authority:

"The reason of the abatement of the subsequent suit by the first, where the latter is filed in a court of competent jurisdiction, and that jurisdiction has attached, is that, when the suit is brought, it is thereby segregated as it were from the general class to which it belonged, and withdrawn from the authority and jurisdiction of all other courts of coordinate power."[7]

"It is a doctrine of law too long established to require a citation of

---

[4] *Cleveland,* at p. 1070, citing *Palestine Water & P. Co. v. City of Palestine*, 91 Tex. 540, 44 S. W. 814,; *Waters-Pierce Oil Co. v. State*, 47 Tex. Civ. App. 162, 103 S. W. 836; *Arthur v. Batte,* 42 Tex. 159; *Burdett v. State*, 9 Tex. 43, 44; *Goggan & Bros. v. Morrison,* 163 S.W. 119, 120 (Tex. Civ. App); *Neill v. Johnson,* 234 S.W. 147, 150 (Tex. Civ. App.); *Phelps v. Mutual Reserve Fund Life Ass'n,* 112 F.453; *Beardslee v. Ingraham,* 183 N.Y. 411, 76 N.E. 476.

[5] *Cleveland,* at p. 1070, citing Black on Rescission and Cancellation, vol. 2, section 689; *Chambers v. Cannon*, 62 Tex. 293, 294; *Pioneer Savings & Loan Co. v. Peck,* 20 Tex. Civ. App. 111, 49 S.W. 160, 169 (writ refused).

[6] See *Cleveland*, at p. 1070 (". . . it follows that the Dallas County [second filed] case is abated by the Johnson county suit [first filed lawsuit]).

[7] *Cleveland,* at p. 1071, citing *State v. Reynolds,* 15 L. R. A. (N. S.) 963, 967; 7 Ruling Case Law, p. 1067, section 105; *Peck v. Jenness,* 7 How. 612, 624, 12 L.Ed. 841; *French v. Hay,* 22 L.Ed. 857; Freeman on Judgments (5th Ed.) vol. 1, pp. 672, 673, section 335; *Burdett v. State*, 9 Tex. 43, 44; *Maclean v. Speed*, 52 Mich. 258, 18 N. W. 396.

authorities, that, where a court has jurisdiction, it has a right to decide every question which occurs in the cause, and, whether its decision be correct or otherwise, its judgment, till reversed, is regarded as binding in every other court; and that, where the jurisdiction of a court, and the right of a plaintiff to prosecute his suit in it, have once attached, that right cannot be arrested or taken away by proceedings in another court. These rules have their foundation, not merely in comity, but on necessity. For, if one may enjoin, the other may retort by injunction, and thus the parties be without remedy; being liable to a process for contempt in one, if they dare to proceed in the other."[8]

"Having the possession and jurisdiction of the case, that jurisdiction embraced everything in the case, and every question arising which could be determined in it until it reached its termination and the jurisdiction was exhausted. While the jurisdiction lasted it was exclusive, and could not be trenched upon by any other tribunal."[9]

"Since the Dallas county district court [second filed lawsuit] had no jurisdiction of this particular case, what was done therein was necessarily void, for judicial action without jurisdiction is void.[10]

"It seems impossible that two courts can, at the same time, possess the power to make a final determination of the same controversy between the same parties. If either has authority to act, its action must necessarily be exclusive, and therefore it is our judgment that whenever either the state or the national courts acquire jurisdiction of an action and the parties thereto, this jurisdiction cannot be destroyed, diminished, or suspended by one of the parties bringing an action in another court, and that any judgment or order of the latter court is void so far as it conflicts with any judgment or order of the court first acquiring jurisdiction."[11]

"This extract from *Freeman* we believe states the sound rule, and the only rule which will prevent races from court to court by vigilant counsel, such as this record discloses, and that conflict in the exercise of judicial power in evidence here, which we believe was never contemplated under our judicial system. Courts are erected to settle controversies, not to multiply them.[12]

---

[8] *Cleveland,* at p. 1071.
[9] *Cleveland,* at p. 1071.
[10] *Cleveland,* at p. 1071.
[11] *Cleveland,* at p. 1071.

11. The logic and clarity of the Texas Supreme Court opinion in the *Cleveland* case is undeniable. The first filed case establishes jurisdiction of the entire controversy. A second filed case cannot take away, destroy, or diminish the jurisdiction of the first filed case. The second filed case is properly abated. Any rulings in the second filed case are "void."[13] **"Courts are erected to settle controversies, not to multiply them."**[14] (emphasis added).

12. The Texas Supreme Court confirmed the *Cleveland* opinion in 1988.[15] In *Wyatt*, the first filed lawsuit was filed in Duval County, and a second filed lawsuit was filed in Nueces County.[16] In its *Wyatt* opinion, the Texas Supreme Court confirmed:

> "Because there was a difference in both issues and parties, Shaw argues that the Nueces County district court was not obliged to grant the plea in abatement. We disagree. . . . When an inherent interrelation of the subject matter exists in two pending lawsuits, a plea in abatement in the second action must be granted. It is not required that the exact issues and all the parties be included in the first action before the second is filed, provided that the claim in the first suit may be amended to bring in all necessary and proper parties and issues. . . . In determining whether an inherent interrelationship exists, courts should be guided by the rule governing persons to be joined if feasible and the compulsory counter-claim rule."[17]
>
> " . . . We hold that the Nueces County district court was required to grant the plea in abatement because a previously filed suit between the parties was pending."[18]
>
> "It is well settled that when suit would be proper in more than one county, the court in which suit is first filed acquires dominant jurisdiction to the exclusion of other courts.[19]

---

[12] *Cleveland,* at p. 1071.
[13] *Cleveland*, at p. 1071.
[14] *Cleveland,* at p. 1071.
[15] See *Wyatt.*
[16] See *Wyatt,* at p. 246.
[17] See Wyatt, at p. 247.
[18] *Wyatt,* at p. 246.
[19] *Wyatt*, at p. 248, citing *Curtis v. Gibbs,* 511 S.W.2d 263, 267 (Tex.1974); *V.D. Anderson Co. v. Young,* 128 Tex. 631, 636, 101 S.W.2d 798, 800 (1937); *Cleveland v. Ward,* 116 Tex. 1, 19, 285 S.W. 1063, 1070 (1926).

"Abatement of a lawsuit due to the pendency of a prior suit is based on the principles of comity, convenience, and the necessity for an orderly procedure in the trial of contested issues."[20]

13. From 1926 to present, Texas law has been quite clear. The first filed case has dominant jurisdiction. The second filed case is properly abated. As per *Wyatt*, "a plea in abatement in the second action must be granted."

### III.
### Factual Background

14. Defendant M.Berry files this Plea in Abatement / Motion to Abate in support of an orderly administration of justice. M.Berry invites this Court's consideration of the present circumstances as more fully described below.

15. On November 27, 2023, Lawrence Berry ("L.Berry") filed a lawsuit against M.Berry (his brother) in Harris County, Texas (Cause No. 2023-81703, 333rd Judicial District Court; the "First Harris County Lawsuit"). This First Harris County Lawsuit alleged M.Berry was liable for self-dealing (loaning millions of dollars to support the Berry Brothers' businesses, along with other allegations relating to interests is real property).[21] D.Berry also loaned millions of dollars to support the Berry Brothers' businesses, but was not a named defendant in the original lawsuit out of respect for his cancer diagnosis (now D.Berry's interests represented by B.Berry, Dennis' surviving wife).

---

[20] *Wyatt,* at p. 248, citing *McCurdy v. Gage,* 123 Tex. 558, 565–66, 69 S.W.2d 56, 59, *reh'g overruled per curiam and opinion adopted,* 75 S.W.2d 1107 (Tex.Comm'n App.1934).
[21] See Exhibit 1 (L.Berry's (Plaintiffs') Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction).

7

16. On November 28, 2023, L.Berry obtained an ex parte Temporary Restraining Order ("TRO"). In part, the TRO restrained M.Berry from "selling, mortgaging, or otherwise encumbering any of the Berry Entities' real property . . . ."[22]

17. On December 6, 2023, M.Berry filed his Emergency Motion to Transfer Venue, Emergency Motion for Leave for Expedited Hearing on Motion to Transfer Venue, and Original Answer. M.Berry's Motion to Transfer venue relied, in part, upon the fact that L.Berry's lawsuit was an action that involved an "interest in real property."[23]

18. On December 7, 2023, an Amended Temporary Restraining Order ("ATRO") "restrained [M.Berry] from selling any of the Berry Entities' real property" and restrained M.Berry "from modifying the composition of the Board of Directors of any of the Berry Entities"[24] – and confirmed the "parties have agreed to entry of a court order granting . . . [M.Berry's] Motion to Transfer Venue" to Nueces County, Texas.[25]

19. On December 22, 2023, the First Harris County Lawsuit was transferred to Nueces County, Texas (now the "Nueces County Lawsuit" (**first filed**);[26] and this Berry Brothers' dispute about "Berry Entities' real property" and control of the "Board of Directors of any of the Berry Entities" (L.Berry's words) is still pending in Nueces County, Texas.

20. On January 23, 2024, M.Berry and the Berry Entities filed Counter-Plaintiff's Original Petition Asserting Counter-Claims ("Nueces County Counter-Petition") against L.Berry complaining of L.Berry's self-dealing (and other causes of action). M.Berry's and Berry Entities' Nueces County Counter-Petition complains of how Berry Entities seeded capital which – in turn – "became seed-money/assets . . . for several of the Berry-Related Entities (the

---

[22] Exhibit 2 (Temporary Restraining Order).
[23] See Texas Civil Practice & Remedies Code, Chapter 15, section 15.011.
[24] Exhibit 3 (Amended Temporary Restraining Order).
[25] Exhibit 3 (Amended Temporary Restraining Order).
[26] Exhibit 4 (Order transferring case from Harris County to Nueces County).

"Investment");" but that "L.Berry[] has engaged a series of self-dealing transactions without notice to, consultation with, or vote (in-meeting or otherwise) of a majority of the owners/shareholders/directors of Counter-Plaintiffs."  M.Berry and Berry Entities sue in such Counter-Petition for conversion, breach of fiduciary duty, breach of contract, unjust enrichment, fraud, and asserts other claims.[27]

21.    On February 16, March 22 and March 25, 2024, the hearing on L.Berry's Application for Temporary Injunction was heard and considered by the Honorable Judge Robert Galvan, 94TH Judicial District Court, Nueces County, Texas.  With regard to L.Berry's attempt to preclude sale of real estate interests, the Honorable Judge Robert Galvan ruled "there must be 48 hours notice to all of the Board members; whoever they may be at the time."  With regard to L.Berry's attempt to preclude any change of directors (serving on Board of Directors), the Honorable Judge Robert Galvan ruled " . . . the Court has heard evidence over a three-day period.  Temporary injunction requested.  Bylaws provide for the removal and appointment of a Board of Directors, so I'm not gonna interfere with that" – essentially denying the type-relief now sought in this new, Second Harris County Lawsuit.[28]

22. On April 15, 2024, M.Berry filed his Counter-Plaintiffs' First Amended Original Petition Asserting Counter-Claims ("Nueces County Amended Counter-Petition") against L.Berry complaining of L.Berry's self-dealing (and other causes of action).  M.Berry's Nueces County Amended Counter-Petition complains of how Berry Entities invested seed money in "Berry-Related Entities (the "Investment")," . . . but that L.Berry "has engaged a series of self-dealing transactions without notice to, consultation with, or vote (in-meeting or otherwise) of a majority of the owners/shareholders/ directors of Counter-Plaintiffs." [M.Berry] In such counter-petition,

---

[27] Exhibit 5.

[28] Exhibit 6 (transcript of proceedings in Nueces County, Texas).

9

M.Berry and the Berry Entities sue L.Berry for conversion, breach of fiduciary duty, breach of contract, unjust enrichment, fraud, and asserts other claims.[29]

23. On May 8, 2024, the Berry Entities propounded discovery in the Nueces County Lawsuit *(first filed)* to L.Berry. In part, these Requests for Production defined "Berry-Related Companies" to mean the "Allen Lawrence Berry 2007 Trust, . . . Gansevoort Investments LLC, . . . Axis Midstream Holdings LLC ("Axis"), Lone Star Ports LLC ("Lone Star"), . . . and Midway Junction Properties LLC ("Midway"). Moreover, the Berry Entities' formal, legal discovery in the *first-filed* Nueces County Lawsuit requested production of Axis Midstream Holdings LLC's documents (Articles of Incorporation, Certificate of Organization, Operating Agreement, Organizational Meeting documents, Articles of Organization, Membership Interest Certificate, Membership Interest transfer ledger, and Meeting Minutes for each and every meeting of Axis); and requested production of Axis Midstream Holdings LLC's "Current Balance Sheet," "consolidated financial statement," "most recent annual Profit and Loss statement," and signed "financial statement." Similarly, the Berry Entities' formal, legal discovery in the *first-filed* Nueces County Lawsuit requested production of Lone Star Port LLC's documents (Articles of Incorporation, Certificate of Organization, Operating Agreement, Organizational Meeting documents, Articles of Organization, Membership Interest Certificate, Membership Interest transfer ledger, and Meeting Minutes for each and every meeting of Lone Star Ports LLC); and requested production of Lone Star Ports LLC's "Current Balance Sheet," "consolidated financial statement," "most recent annual Profit and Loss statement," and signed "financial statement." Moreover, the Berry Entities' formal, legal discovery in the *first-filed* Nueces County Lawsuit requested production of Midway Junction Properties LLC's documents (Articles of

---

[29] Exhibit 7.

Incorporation, Certificate of Organization, Operating Agreement, Organizational Meeting documents, Articles of Organization, Membership Interest Certificate, Membership Interest transfer ledger, and Meeting Minutes for each and every meeting of Midway Junction Properties LLC); and requested production of Midway Junction Properties LLC's "Current Balance Sheet," "consolidated financial statement," "most recent annual Profit and Loss statement," and signed "financial statement."[30]

24. Axis Midstream Holdings LLC, Lone Star Ports LLC, and Midway Junction Properties LLC are three (3) of the critical legal entities made the subject of the Nueces County Lawsuit (*first-filed*). Reems of paper relating to these entities have already been the subject of discovery in the Nueces County Lawsuit. M.Berry and the Berry Entities have already sued L.Berry with regard to L.Berry's wrongful conduct relating to Axis Midstream Holdings LLC, Lone Star Ports LLC, and Midway Junction Properties LLC (and many, many other companies for which L.Berry engaged the same wrongful conduct).

25. M.Berry would further show that emails as between the parties confirm the specific conflict as between M.Berry, Berry Entities, and L.Berry – relating to Axis Midstream Holdings LLC, Lone Star Ports LLC, and Midway Junction Properties LLC.

**26. The matters made the subject of the *first-filed* Nueces County Lawsuit are interrelated with the matters made the subject of the Plaintiffs' Second Filed Harris County Lawsuit.**

---

[30] Exhibit 8.

27. Plaintiffs' Second Harris County Lawsuit – filed about a year after the Nueces County Lawsuit – alleges that "Marty and Bonnie contend that the Project is owned by the Berry Defendants [aka Berry Entities] . . . ." Plaintiffs Second Harris County Lawsuit endeavors to enjoin M.Berry and the Berry Entities from having meetings that "affect the management or ownership interest of Axis or any other entity, property, or tangible or intangible rights associated with the Project," or "[c]hanging . . . management of Axis or any other entity associated with the Project." These exact fights have already occurred in Nueces County, Texas, and more to come – apparently – in Nueces County Texas. Both lawsuits involve disputes relating to control of Berry-Related Entities (as between L.Berry, M.Berry, B.Berry, and the Berry Entities), and both lawsuits involve disputes relating to interests in real property (the same real properties).

28. As noted above, since 1926 to present, Texas law has been quite clear. The first filed case has dominant jurisdiction. The second filed case is properly abated. As per *Wyatt*, "a plea in abatement in the second action must be granted."

> "Since jurisdiction attached upon filing the suit in [Nueces] ~~Johnson~~ County, the rule is elementary that it could not be taken away or arrested by the subsequent proceedings in another court."[31]

> "The [Nueces] ~~Johnson~~ County court, having first acquired jurisdiction, may exercise it to dispose of the whole subject-matter of the litigation and adjust all the equities between the parties and is entitled to do so."[32]

---

[31] *Cleveland,* at p. 1070, citing *Palestine Water & P. Co. v. City of Palestine,* 91 Tex. 540, 44 S. W. 814,; *Waters-Pierce Oil Co. v. State*, 47 Tex. Civ. App. 162, 103 S. W. 836; *Arthur v. Batte,* 42 Tex. 159; *Burdett v. State*, 9 Tex. 43, 44; *Goggan & Bros. v. Morrison,* 163 S.W. 119, 120 (Tex. Civ. App); *Neill v. Johnson,* 234 S.W. 147, 150 (Tex. Civ. App.); *Phelps v. Mutual Reserve Fund Life Ass'n,* 112 F.453; *Beardslee v. Ingraham,* 183 N.Y. 411, 76 N.E. 476.

[32] *Cleveland,* at p. 1070, citing Black on Rescission and Cancellation, vol. 2, section 689; *Chambers v. Cannon*, 62 Tex. 293, 294; *Pioneer Savings & Loan Co. v. Peck,* 20 Tex. Civ. App. 111, 49 S.W. 160, 169 (writ refused).

"Because there was a difference in both issues and parties, [Allied will] ~~Shaw~~ argue~~s~~ that the Harris ~~Nueces~~ County district court is ~~was~~ not obliged to grant the plea in abatement. We [Texas Supreme Court] disagree[s] . . . . When an inherent interrelation of the subject matter exists in two pending lawsuits, a plea in abatement in the second action **must be granted.** It is not required that the exact issues and all the parties be included in the first action before the second is filed, provided that the claim in the first suit may be amended to bring in all necessary and proper parties and issues . . . "[33] (emphasis added).

" . . . We hold that the Harris ~~Nueces~~ County district court was required to grant the plea in abatement because a previously filed suit between the parties was pending."[34]

**"It is well settled that when suit would be proper in more than one county, the court in which suit is first filed acquires dominant jurisdiction to the exclusion of other courts.**[35]  (emphasis added)

**"Courts are erected to settle controversies, not to multiply them."**[36]

29. Texas law is quite clear. In a matter such as this, the second filed action must be abated until such time as the first filed matter (the Nueces County Lawsuit) is completed – inclusive of all matters that may be interrelated and adjudicated therein. Applying Texas law to the circumstances of the present litigation can yield but one conclusion: the Nueces County Lawsuit (*first-filed*) acquired dominant jurisdiction, and the Second Harris County Lawsuit is properly abated.

---

[33] See Wyatt, at p. 247.
[34] *Wyatt,* at p. 246.
[35] *Wyatt*, at p. 248, citing *Curtis v. Gibbs,* 511 S.W.2d 263, 267 (Tex.1974); *V.D. Anderson Co. v. Young,* 128 Tex. 631, 636, 101 S.W.2d 798, 800 (1937); *Cleveland v. Ward,* 116 Tex. 1, 19, 285 S.W. 1063, 1070 (1926).
[36] *Cleveland,* at p. 1071.

13

WHEREFORE, PREMISES CONSIDERED, M.Berry prays that this Plea in Abatement / Motion to Abate be in all things granted and sustained; that this Second Harris County Lawsuit be abated until such time as all matters in controversy in the Nueces County Lawsuit are completely resolved and/or dismissed with prejudice; that this Second Harris County Lawsuit be dismissed, and for such other and further relief to which M.Berry may show himself justly entitled.

Respectfully Submitted,

**LAW OFFICES OF DOUGLAS ALLISON**
403 N. Tancahua Street
Corpus Christi, Texas 78401
T:     361-888-6002
F:     361-888-6651
E:     doug@dallisonlaw.com

BY:    */s/ Douglas A. Allison*
     **DOUGLAS A. ALLISON**
     State Bar No. 01083500

Attorney for Marvin Glenn Berry

### <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been or will be served upon all counsel of record for the parties in accordance with the Texas Rules of Civil Procedure on this the 8th day of November 2024.

    */s/ Douglas A. Allison*
    **DOUGLAS A. ALLISON**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Gonzales on behalf of Douglas Allison
Bar No. 1083500
susan@dallisonlaw.com
Envelope ID: 94117586
Filing Code Description: Motion (No Fee)
Filing Description: Plea in Abatement Motion to Abate
Status as of 11/11/2024 1:27 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Douglas AAllison | | doug@dallisonlaw.com | 11/8/2024 5:05:59 PM | SENT |
| Alistair B. Dawson | | adawson@beckredden.com | 11/8/2024 5:05:59 PM | SENT |
| Michael JakeMcClellan | | jmcclellan@beckredden.com | 11/8/2024 5:05:59 PM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 11/8/2024 5:05:59 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 11/8/2024 5:05:59 PM | SENT |

# APPENDIX 27

**CAUSE NO. 2024-76060**

| | | |
|---|---|---|
| ALBERT THEODORE POWERS;<br>ALLIED PORTS LLC, | §<br>§<br>§ | IN THE DISTRICT COURT |
| *Plaintiffs,* | §<br>§<br>§ | |
| v. | §<br>§<br>§ | HARRIS COUNTY, TEXAS |
| AXIS MIDSTREAM HOLDINGS,<br>LLC; ALLEN LAWRENCE BERRY;<br>MARVIN GLENN BERRY; AND<br>BONNIE BERRY, as successor in<br>interest to DENNIS WAYNE BERRY | §<br>§<br>§<br>§<br>§<br>§ | |
| *Defendants.* | §<br>§<br>§ | 215th JUDICIAL DISTRICT |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S PLEA IN ABATEMENT

### INTRODUCTION

This case involves the Defendants' breaches of two contracts and attempt to steal away a valuable ownership interest in a project that was agreed to and earned by Plaintiffs. Now that their plan has been exposed, Defendant Marvin Berry ("Marty") seeks to avoid this Court's imposition of a Temporary Injunction in favor of Plaintiffs by filing delay-tactic motions[1] that are, on their face, procedurally improper. Relevant here, Marty filed his Plea in Abatement (the "Plea") at 5:09pm on Friday afternoon. He purportedly set it for hearing less than two business days after filing it in violation of this Court's procedures. To begin with, this Court's procedures state that a party may only file a Notice of Hearing "[a]fter confirming a date and time with the clerk." Plaintiffs do not believe that Marty confirmed the date and time of his purported hearing with the clerk of this Court. Further, this Court's Procedures state that "[m]otions must have an order

---

[1] Marty and Bonnie also filed a Motion to Transfer Venue (the "Motion") at 4:55pm on Friday afternoon. That Motion has not been set for hearing, as the Texas Rules of Civil Procedure plainly require 45 days' notice absent leave of Court (which has not been granted). Tex. R. Civ. P. 87.1.

1

attached before the submission or oral hearing date, otherwise the Court will pass the current setting." Marty did not submit a proposed order with his Plea and, hence, the purported hearing should be passed. Notably, none of the other defendants joined in his filing. Coupled with the Motion's lack of merit, it is plain that the true intent of the late-Friday filing was merely an attempt at delay. Plaintiffs respectfully submit that this Court should not hear the Plea in Abatement until a hearing date is provided by this Court and the Plea is properly noticed pursuant to this Court's procedures.

In his Plea, Marty seeks to hide behind the first-filed rule, claiming a different inter-family dispute among members of the Berry family (and several others not party to this case) pending in Corpus Christi (the "Berry Family Dispute")[2] has "dominant jurisdiction" over this one. That doctrine is plainly inapplicable. This was not a "race to the courthouse" situation where one party to the same dispute beats the other to court. None of the claims to be adjudicated in this case will be adjudicated in that case (and vice versa).

Nor are the lawsuits inherently related—Plaintiffs are not parties to the Berry Family Dispute (nor would they be proper parties). Plaintiffs are not members of the Berry family, nor do they care or have an interest in what disputes the Berrys and others may have amongst themselves. This case is about the breach of two contracts between Plaintiffs and Allen Lawrence Berry ("Lawrence"), Marty, and Bonnie Berry (as successor in interest to her late husband Dennis Berry) that are not relevant to or implicated in the other lawsuit. When properly heard by this Court, the Plea should be denied.

---

[2] Cause No. 2024DCV-0045-C, *Lawrence Berry, et. al. v. Marty Berry, et. al.*, in the 94th Judicial District Court, Nueces County, Texas.

2

## FACTS[3]

### Plaintiffs' Claims in this Case

1. In 2018, Defendant Lawrence came up with the idea of creating a crude oil delivery and export facility in and around the Corpus Christi Port (the "Project"). Lawrence and his brothers Marty and Dennis (succeeded by Bonnie) (the "Berry Defendants") decided to pursue the Project. The Berry Defendants engaged Plaintiff Powers to represent them and advise them in shaping, structuring, securing financing for, and furthering development of the Project. The Berry Defendants sought Powers' expertise because they were in the process of negotiating with a private equity firm to obtain financing for the Project.

2. The Berry Defendants agreed that Powers would be paid a base compensation of $100,000 per month plus expenses and receive a 20% interest in the Project subject to priority distributions to the Berry Defendants. This agreement was confirmed by the Berry Defendants at a later meeting in early December 2018 and memorialized in a written Compensation Agreement and written Investment Agreement in 2019 (collectively, the "Agreements"), confirming the compensation of $100,000 per month plus expenses and a 20% interest in the Project subject to a priority distributions to the Berry Defendants of $250,000,000 plus a 10% preferred return on the outstanding balance of such amount. **Ex. 1**; **Ex. 2**.

3. During the first six years of the development of the Project, almost all of the work was performed by Lawerence, Powers, staff, and third-party consultants. Very little, if any, of the work was done by Marty or Dennis Berry. However, things changed in 2024 when Marty and Bonnie sensed that the permit for the Project was about to be approved. Now, Marty and Bonnie contend that the Project is owned by the Berry Defendants and that the Plaintiffs have no ownership

---

[3] Sections 1-7 are a condensed version of the facts set forth in Plaintiffs' First Amended Petition.

interest in the Project. On August 28, 2024, Mike Hummell, the General Counsel of Berry GP, Inc. wrote to Lawerence expressing that the Project was *only* owned by the Berry Defendants:

> The Berry Companies appreciate your stated willingness to make sure that each of the companies owned jointly by you, Dennis (now Bonnie) and Marty are properly papered to reflect that ownership and management rest exclusively with the three of you. As of this writing I have not seen anything to reflect follow through on your commitment. For entities which list you as sole manager, you can make the changes without the need for any additional meetings. Some of the entities reflected involvement of people that were not or have not been approved by the Owners. Getting these matters clarified is good for everybody.

**Ex. 3**. Stated differently, the Berry Companies were now trying to proceed with the Project without including Plaintiffs and were seeking to deprive the Plaintiffs of the ownership that they had agreed to and earned.

4. In the same letter, Hummell suggested that ownership and control of the Project should be transferred to Berry GP. *See id.* ("I suggest you, Bonnie and Marty consider consolidating ownership into a Berry entity to reflect this.").

5. In the same letter, Hummell recognized that Berry GP, Marty, or Bonnie did not own Axis and that it was instead owned by Lone Star Ports Enterprises LLC—one of the entities in the chain of ownership created as contemplated by the Investment Agreement. *Id*. The letter further requested that Lawrence provide Marty and Bonnie "with the name or names of the true owner of Axis Midstream Holdings, LLC." *Id*.

6. On October 22, 2024, the Project received monumental news—the Department of the Army issued Axis a permit for construction of the Project. Almost six years of work was beginning to take shape. But just one day later, Berry GP's General Counsel Hummell sent an email (acting for Berry GP, Marty, and Bonnie) indicating that he was "going to file paperwork"

4

to change the ownership of the Axis *solely* to the Berry Defendants, even after he previously recognized that the Berry Defendants did not own Axis. **Ex. 4**. Changing the ownership of Axis is part of an overall plan to divest Plaintiffs of their interest by breaching the Investment Agreement by taking Axis out of the established and agreed to ownership chain of the Project now that the permit has been issued.

7.    Marty and Bonnie purported to call a "meeting of owners" of Axis for November 6, 2024, where they intended to take action on (1) "Appointment and/or removal of Company Managers" and (2) Appointment and/or removal of Officers." **Ex. 5**. This meeting was obviously improper given Marty and Bonnie are admittedly not "owners" of Axis. Moreover, changing the ownership and management would effectively divest Allied Ports LLC ("Allied Ports") of its ownership and management rights in the Project, which constitutes a breach of the Investment Agreement. The Court has since issued a Temporary Restraining Order that, among other things, restrained the November 6, 2024 meeting from moving forward.

**The Berry Family Dispute**

8.    Separate from this lawsuit, Lawrence, Marty, and many other Berry-related family members and/or employees are litigating what best appears to be an inter-family dispute over how their many jointly-owned companies have been managed:

- **Lawrence Berry's Original Petition (Plea at Ex. 1. ¶ 1):** "This action concerns the management and finances of several Texas companies—Berry GP, Inc.; Berry Operating Company LLC; and Berry Contracting LP (collectively, the Berry Entities)—which are majority owned in equal shares by Plaintiff Lawrence Berry and his two brothers, Marty Berry ("Marty") and Dennis Berry ("Dennis").”; *see also id.* at ¶¶ 53-82 (asserting claims for breach of fiduciary duty, knowing participation in a breach of fiduciary duty, demand for an equitable accounting, and demand for books and records).

- **Berry Operating Company LLC, Berry Contracting LP and Marty Berry's Original Petition Asserting Counterclaims (Plea at Ex. 5, ¶ 11):** Counter-Plaintiffs file this counter-petition asserting claims against L. Berry for conversion, breach of fiduciary duty, breach of contract, unjust enrichment, breach of constructive trust, fraud, and other causes

5

of action. Counter-Plaintiffs' causes of action pleaded against and complaining of L. Berry are directly responsive to L. Berry's claims for self-dealing and breach of fiduciary duty filed against one or more Counter-Plaintiffs."

9. There is nothing in either of the parties' Petition mentioning Plaintiffs. Nor are the contracts for which Plaintiffs bring suit in this case mentioned. Indeed, the Lone Star Ports Project (which is the project that is the subject of this lawsuit) is not even mentioned in either of the petitions filed in the Corpus Christi Case. Similarly, there is no mention of the management and governance of the Berry Entities in this case. Indeed, the Berry Entities (as defined in the Corpus Christi petitions) are not even parties to this case. To be sure, Plaintiffs are not seeking to adjudicate any of the issues asserted among the Berry in the Berry Family Dispute, nor does it appear that the Berry Family Dispute will decide the issues presented before this Court.

## ARGUMENT AND AUTHORITIES

### I. Dominant jurisdiction is inapplicable.

Marty asserts that the court presiding over the Corpus Christi dispute obtained dominant jurisdiction over this matter. Plea at pp. 12-13. Not so. If no "inherent interrelation" exists between the two lawsuits, dominant jurisdiction is not applicable, and both suits may proceed in the respective trial courts. *See, e.g.*, *In re J.B. Hunt Transp., Inc.*, 492 S.W.3d 287, 294 (Tex. 2016). On their face, these suits are not interrelated.

In determining whether an inherent interrelationship exists, courts should be guided by the compulsory counterclaim rule. *Id*. at 292 (discussing Tex. R. Civ. P. 97(a)). A counterclaim is compulsory if it is ""[1] within the jurisdiction of the court, [2] not the subject of a pending action, [3] which at the time of filing the pleading the pleader has against any opposing party, [4] if it arises out of the transaction or occurrence that is the subject matter of the opposing party's claim and [5] does not require for its adjudication the presence of third parties of whom the court cannot

6

acquire jurisdiction." Tex. R. Civ. P. 97 (brackets inserted). The third and fourth elements are plainly lacking here.

A. **Plaintiffs' claims are not against an "opposing party" in the Corpus Christi suit.**

A counterclaim is compulsory is if it is a claim "at the time of the filing the pleading the pleader has against <u>any opposing party</u>." Tex. R. Civ. P. 97(a) (emphasis added). Plaintiffs' claims are not "compulsory counterclaims" because they are not counterclaims at all.[4] Plaintiffs are not even parties in the Corpus Christi suit and never have been (and should not be). Plaintiffs' claims are based on two contracts between Plaintiff Powers and Lawrence, Marty, and Dennis they agreed that in exchange for his working on the Project, they would pay him $100,000 per month plus expenses, and he would receive a 20% interest in the Project subject to priority distributions to the Berry Defendants. **Ex. 1**; **Ex. 2**.

In fact, out of twelve different parties, only two overlap between the two cases:

| <u>This Case</u> | <u>Corpus Christi suit</u> |
|---|---|
| Plaintiffs: Albert Theodore Powers; Allied Ports LLC<br><br>Defendants: Axis Midstream Holdings, LLC; **Allen Lawrence Berry**; **Marvin Glenn Berry**; Bonnie Berry (as successor in interest to Dennis Wayne Berry) | Plaintiffs: **Lawrence Berry**; Berry GP, Inc.<br><br>Defendants: **Marty Berry**; Robert Rickett; Robert Powers; Michael Hummell; Berry GP, Inc.; Berry Operating Company LLC; Berry Contracting LP |

Some courts, including the *Wyatt* court on which Marty relies, have stated that "[i]t is not required that the exact issues and all the parties be included in the first action before the second is filed,

---

[4] "The compulsory counterclaim rule contemplates situations where the primary parties—the cross-plaintiff and at least one cross-defendant—are already before the court as parties to the action. It does not contemplate a situation where no cross-defendant is a party to the action and one can be brought in only with leave of the court and for such purposes only as the court may permit. The latter situation is governed by Tex. R. Civ. P. 38, concerning third-party practice." 2 McDonald & Carlson Tex. Civ. Prac. § 9:79 (2d. ed.) (citing *Heights Funeral Home v. McClain*, 288 S.W.2d 839, 843 (Tex. App.—Beaumont 1956, writ ref'd n.r.e.)).

7

provided that the claim in the first suit may be amended to bring in all necessary and proper parties." *Wyatt v. Shaw Plumbing Co.*, 760 S.W.2d 245, 247 (Tex. 1988). But that reasoning is obsolete and no longer consistent with Rule 97(a) or dominant jurisdiction doctrine. Indeed, the Texas Supreme Court in *J.B. Hunt* granted mandamus relief to correct another portion of the *Wyatt* opinion that varied from Rule 97(a)'s plain language. 492 S.W.3d at 294. Moreover, it is further inapplicable, when, as discussed below, the two suits do not arise from the same occurrence or transaction.

**B.      This case does not arise from the same transaction or occurrence as the Corpus Christi suit.**

To determine whether a claim "arises out of the transaction or occurrence that is the subject matter of the opposing party's claims," Tex. R. Civ. P. 97(a), courts "apply a logical relationship test." *Encore Enter., Inc. v. Borderplex Realty Tr.*, 583 S.W.3d 713, 722 (Tex. App.—El Paso 2019, no pet.). This test is only met when the same facts, which may or may not be disputed, are significant and logically relevant to both claims. *Id.* Claims are logically related where separate trials on each claim "would involve substantial duplication of effort and time by the parties and courts." *White v. Rupard*, 788 S.W.2d 175, 178 (Tex. App.—Houston [14th Dist.] 1990, writ denied)

These cases are not logically or logistically related. This case is a breach of contract and declaratory judgment case  involving two distinct contracts between Plaintiffs and the Berry Defendants setting forth Plaintiffs' compensation for one specific project—the Lone Star Ports project. *See generally* Plaintiffs' First Am. Pet.; *see also id.* at Ex. 1, Ex. 2. The main issue in dispute—the Berry Defendants' attempt to steal away Plaintiffs' 20% interest in the Project—did not accrue until the last couple of months, long *after* the events of the Berry Family Dispute had taken place.

8

By contrast, the Berry Family Dispute involves allegations of improper loans and self-dealing between the owners of the various Berry entities, Berry GP Inc., Berry Operating Company LLC, and Berry Contracting LP (the "Berry Entities")—none of whom are parties to this proceeding or the contracts at issue in this lawsuit. *See generally* Plea at Ex. 1; Ex. 5. In the Berry Family Dispute, Lawrence's petition alleges that the Berry Entities have been "unlawfully usurped, controlled and mismanaged" by the Defendants in that suit, which include Marty. *Id.* at Ex. 1 at 2. On the other hand, Marty's counterclaim alleges that Lawrence participated in self-dealing transactions that harmed the Berry Entities. *Id.* at Ex. 5 at 6. Again, Plaintiffs are not mentioned in these allegations, nor could they be, because they do not have an interest or role in the Berry Entities. In fact, Plaintiffs here asks the Court to prevent Defendants from transferring his interests in the Project exclusively *to* the Berry Entities, precisely for that reason. These two disputes are not the "exact" same fights, much less even logically related.

Defendants allege that the same issues are involved with the Berry Family Dispute and the present lawsuit because the Berry Entities requested the corporate and financial documents of Axis, Lone Star Ports LLC, and Midway Junction Properties LLC during discovery. Plea at p. 10. However, Defendants do not explain how a request for production for documents from companies also involved in this lawsuit renders the two lawsuits so inherently interrelated that abatement is necessary. Instead, it remains true that the present lawsuit arises out of a different and distinct transaction.

At bottom, these claims have nothing to do with one another, and the Plea is merely an attempt to delay the Temporary Injunction hearing.

9

## CONCLUSION

For the reasons set forth herein, Plaintiffs respectfully request that the Court deny Defendant's Plea in Abatement and grant any further relief to which Plaintiffs are entitled.

DATED: November 12, 2024        Respectfully submitted,

<div align="right">

*/s/ Alistair B. Dawson*
Alistair B. Dawson
State Bar No. 05596100
M. Jake McClellan
State Bar No. 24109525
Madeline E. Gay
State Bar No. 24138681
E-mail: adawson@beckredden.com
E-mail: jmcclellan@beckredden.com
E-mail: mgay@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone:   (713) 951-3700
Telecopier:   (713) 951-3720

</div>

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on counsel of record in this matter in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure on this 12th day of November, 2024.

<div align="right">

*/s/ M. Jake McClellan*
M. Jake McClellan

</div>

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Verm on behalf of Alistair Dawson
Bar No. 5596100
lverm@beckredden.com
Envelope ID: 94168956
Filing Code Description: No Fee Documents
Filing Description: Plaintiffs' Response to Defendant's Plea in Abatement
Status as of 11/12/2024 7:59 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Douglas AAllison | | doug@dallisonlaw.com | 11/12/2024 7:45:40 AM | SENT |
| Alistair B. Dawson | | adawson@beckredden.com | 11/12/2024 7:45:40 AM | SENT |
| Michael JakeMcClellan | | jmcclellan@beckredden.com | 11/12/2024 7:45:40 AM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 11/12/2024 7:45:40 AM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 11/12/2024 7:45:40 AM | SENT |
| Madeline Gay | | mgay@beckredden.com | 11/12/2024 7:45:40 AM | SENT |

# APPENDIX 28

E-filed in the Office of the Clerk
for the Business Court of Texas
12/4/2024 12:36 PM
Accepted by: Beverly Crumley
Case Number: 24-BC11A-0025

CAUSE NO. 24-BC11A-0025

| | | |
|---|---|---|
| **ALBERT THEODORE POWERS and ALLIED PORTS LLC** | § § § § | **IN THE BUSINESS COURT** |
| **v.** | § § | |
| | § | **11A – STATE OF TEXAS** |
| **AXIS MISTREAM HOLDINGS, LLC, ALLEN LAWRENCE BERRY, MARVIN GLENN BERRY, and BONNIE BERRY, as successor in interest to DENNIS WAYNE BERRY** | § § § § § § | **HONORABLE SOFIA ADROGUE** |

## DEFENDANTS' COMBINED REPLY TO PLAINTIFFS' / LAWRENCE'S RESPONSE TO PLEA IN ABATEMENT

NOW COME Marty Berry ("Marty"), Bonnie Berry ("Bonnie"), and Axis Midstream Holdings LLC ("Axis"), and file this Defendants' Combined Reply to Plaintiffs' / Lawrence's Response to Plea in Abatement ("Reply"), and in support of same would show:

### I.

The first issue that must be decided is dominant jurisdiction. Given time constraints for this Reply, this core issue will be the only issue addressed with this Reply (Marty, Bonnie, and Axis relying upon previous briefing relating to other matters in dispute).

### II.
### Nueces County Lawsuit

There is a case pending in Nueces County (Cause No. 2024DCV-0045-C).[1]  No one is contesting that the 94th Judicial District Court, Nueces County, Texas, is a court of competent jurisdiction (subject matter jurisdiction) and proper venue. If anyone were to contest, that someone must appear in the Nueces County matter. This is the "Nueces County lawsuit."

---

[1] See Defendants' Exhibit 20; see also Defendants' Exhibit 25 (Berry GP (et al) requesting declaration that Berry GP or RBT own Axis, and that Lawrence's unauthorized, purported conveyances be declared void).

1

### III.
### Harris County Lawsuit

This case is pending in Harris County (Cause No. 24-BC11A-0025). As per Lawrence Berry's ("Lawrence") Notice of Removal to Business Court ("Notice"), this Business Court's jurisdiction (subject matter jurisdiction) is founded upon "Texas Government Code ["TGC"] §§ 25A.004 (b)(2), (b)(4), (d) & (e)."[2] For purposes of an earnest discussion of the Plea in Abatement, let us assume *in arguendo* that this Business Court enjoys subject matter jurisdiction of this lawsuit (as pleaded in the Notice). This is the "Harris County lawsuit."

### IV.
### Concurrent Jurisdiction

TGC §§ 25A.004(b)(2), (b)(4), (d) & (e) have at least one thing in common. Each expressly states that a Business Court's subject matter jurisdiction pursuant to these provisions of law runs "concurrent" with a district court's subject matter jurisdiction.

### V.
### Issue:

If this Business Court and the 94th Judicial District Court (Nueces County, Texas) have **_concurrent_** jurisdiction, how should this Business Court proceed? Texas judicial authority is unequivocable in concluding that the first order of business is to consider the pending Plea in Abatement.

- "When the jurisdiction of a county court sitting in probate and a district court are **_concurrent_**, the issue is one of dominant jurisdiction."[3]

---

[2] See Notice, at p. 2. (b)(2) gives rise to subject matter jurisdiction of a controversy about "governing documents." (b)(4) gives rise to subject matter jurisdiction of a controversy between an "organization" and its "owner, controlling person. (d) gives rise to subject matter jurisdiction of a controversy related to a "qualified transaction," or "violation of the Finance Code or Business & Commerce Code." (e) gives rise to subject matter jurisdiction in certain disputes involving requests for "injunctive relief or declaratory judgment" pursuant to Texas Civil Practice and Remedies Code, Chapter 37.

[3] *In re Puig,* 351 S.W.3d 301, 305 (2011).

2

- "When, as here, two courts have concurrent jurisdiction to determine inherently intertwined issues, filing a dilatory plea in abatement is the proper method for drawing a court's attention to another court's possible dominant jurisdiction."[4]

As noted above, this brief assumes *in arguendo* this Business Court's subject matter jurisdiction – in which circumstance dismissal likely is not the appropriate remedy. This brief is focused upon the pending Plea in Abatement, and the remedy (dismissal or abatement) that Texas jurisprudence has recognized since at least 1926.[5]

## VI.
## What of venue?

The Plea in Abatement must be considered before ever addressing venue. In truth, the dominant jurisdiction issue controls venue.

- " . . . [T]he doctrine of dominant jurisdiction pertains to venue and not to subject-matter jurisdiction."[6] "Dominant jurisdiction applies when venue is proper in two or more Texas counties or courts."[7]

---

[4] *In re Puig,* 351 S.W.3d 301, 305 (2011). To be clear, whether a single court enjoys subject matter jurisdiction is a completely different issue than querying which of two (2) courts may have dominant jurisdiction. "Because lack of jurisdiction over the subject matter renders any judgment that a court may render void, a court without subject-matter jurisdiction has no choice but to dismiss." *Gordon v. Jones,* 196 S.W.3d 376, 382 (Court of Appeals – Houston [1st District] 2006); citing *State v. Morales*, 869 S.W.2d 941, 949 (Texas 1994); *State ex rel. Latty v. Owens*, 907 S.W.2d 484, 485 (Texas 1995); *Texas Ass'n of Bus.,*852 S.W.2d at 446; *Tourneau Houston Inc. v. Harris County Appraisal District,* 24 S.W.3d 907, 910 (Court of Appeals – Houston [1st District] 2000, no petition); *Federal Underwriters Exchange v. Pugh,* 174 S.W.2d 598, 600 (Texas 1964)(holding that lack of subject matter jurisdiction is fundamental error that appellate court may properly raise and recognize sua sponte). To equate subject matter jurisdiction with the issue of dominant jurisdiction is error. *Gordon v. Jones,* 196 S.W.3d 376, 382 (Court of Appeals – Houston [1st District] 2006) (trial court may have "equated "dominant jurisdiction"" with "lack of "subject-matter jurisdiction,"" "the trial court erred").

[5] *Cleveland v. Ward,* 285 S.W. 1063, 1068 (Texas 1926).

[6] *Phillips v. Phillips,* 651 S.W.3d 112, 122 (Court of Appeals - Houston (14th District) 2021).

[7] *Phillips v. Phillips,* 651 S.W.3d 112, 122 (Court of Appeals - Houston (14th District) 2021); citing *Gonzalez v. Reliant Energy Inc.,* 159 S.W.3d 615, 622 (Texas 2005); *In re Puig,* 351 S.W.3d 301, 305 (2011). See also *Gordon v. Jones,* 196 S.W.3d 376 (Court of Appeals – Houston (1st District) 2006) ("Dominant jurisdiction applies when venue is proper in two or more Texas counties or courts.").

- "JURISDICTIONAL REQUIREMENTS TRUMP VENUE PROVISIONS"

  "This jurisdictional requirement "trumps" the venue provision of bringing suit in a county where the land is located."[8] (a mandatory venue provision in the Texas Civil Practice and Remedies Code is not controlling of the location / venue of the suit, but rather the location of the proceeding is a matter of dominant jurisdiction).

- The Texas Supreme Court confirms: "The [litigant in the second-filed action] further asserts that venue properly lies in Dallas County [the second-filed lawsuit] where she now resides. This is also irrelevant. The Dallas County court did not have jurisdiction to pass on the venue question in connection with a plea of prior action ["plea in abatement"[9]] pending."[10]

- "Thus, "the court in which suit is first filed generally acquires dominant jurisdiction to the exclusion of other courts if venue is proper in the county in which suit was first filed." Therefore, the doctrine of dominant jurisdiction pertains to venue and is not jurisdictional."[11]

## VII.
## The Right Result?

Texas jurisprudence is quite clear of what result must follow when two (2) different Texas cases are "intertwined" or "interrelated."

---

[8] *Herring v. Welborn*, 27 S.W.3d 132, 141-142 (Court of Appeals – San Antonio, 2000).
[9] *Curtis v. Gibbs,* 511 S.W.2d 263, 265 (Texas 1974).
[10] *Curtis v. Gibbs,* 511 S.W.2d 263, 268 (Texas 1974).
[11] *Phillips v. Phillips,* 651 S.W.3d 112, 122 (Court of Appeals - Houston (14th District) 2021); citing *Gonzalez v. Reliant Energy Inc.,* 159 S.W.3d 615, 622 (Texas 2005); *Wyatt v. Shaw Plumbing Company*, 760 S.W.2d 245, 248 (Texas 1988); *Gordon v. Jones,* 196 S.W.3d 376, 382-383 (Court of Appeals – Houston [1st District] 2006); *Curtis v. Gibbs,* 511 S.W.2d 263, 266 (Texas 1974)("dominant jurisdiction resolves venue conflict between two courts with subject-matter jurisdiction").

- "It's a familiar rule that where two courts have ***concurrent*** jurisdiction of the same controversy,[12] the court which first acquires jurisdiction will retain it to the exclusion of the other."[13]

- "When a forum in which venue is proper yields to another forum pursuant to the doctrine of dominant jurisdiction, the action of the yielding forum is "based on the principles of comity, convenience, and the need for an orderly procedure in the trial of contested issues.""[14]

- "The court hearing the second filed action is required to abate the second suit."[15] The necessity for such a rule is self-evident: two parallel lawsuits waste judicial resources, create delay, and impair "an orderly procedure in the trial of contested issues.""[16]

- "We conclude that the [Nueces] court first acquired jurisdiction of the controversy between the parties and therefore retained dominant jurisdiction to the exclusion of other courts. [The judge in the later-filed action] had no right to interfere with the actions or orders of [the judge in the first-filed action], or to take any other action with respect to the [second filed] suit [] except to sustain the plea in abatement and to dismiss the suit."[17]

---

[12] Obviously, there is disagreement about whether the two (2) court matters are "inherently intertwined," and this has been addressed – and will be further addressed herein. Respectfully, let us not digress for the moment.

[13] *Cleveland v. Ward,* 285 S.W. 1063, 1066 (Texas 1926).

[14] *Gordon v. Jones,* 196 S.W.3d 376, 385 (Court of Appeals – Houston (1st District) 2006); citing *Perry v. Del Rio* 66 S.W.3d 239, 252 (Texas 2001); *Wyatt v. Shaw Plumbing Company*, 760 S.W.2d 245, 248 (Texas 1988); see also *White v. Rupard*, 788 S.W.2d 175 (Court of Appeals – Houston [14th District], 1990) ("Abatement of the lawsuit due to pendency of a prior suit is based on principles of comity, convenience, and the necessity for an orderly procedure in the trial of contested issues); citing *Wyatt v. Shaw Pluming Company*, 760 S.W.2d 245, 248 (Texas 1988).

[15] *Encore Enterprises v. Borderplex Realty Trust*, 583 S.W.3d 713, 721 (Court of Appeals – El Paso, 2019); citing In re Red Dot Building System Inc., 504 S.W.3d 320, 322 (Texas 2016); In re J.B. Hunt Transportation Inc., 492 S.W.3d 287, 294 (Texas 2016).

[16] *Encore Enterprises v. Borderplex Realty Trust*, 583 S.W.3d 713, 721 (Court of Appeals – El Paso, 2019); citing *Perry v. Del Rio*, 66 S.W.3d 239, 248 (Texas 1988); *Wyatt v. Shaw Pluming Company*, 760 S.W.2d 245, 248 (Texas 1988).

[17] *Curtis v. Gibbs,* 511 S.W.2d 263, 265 (Texas 1974). This quote has been modified to insert the circumstance of the first-filed case being now-pending in Nueces County, Texas.

- "The default rule thus tilts the playing field in favor of according dominant jurisdiction to the court in which suit is first filed."[18]

There are literally countless Texas appellate decisions (Texas Supreme Court, and perhaps all of the Texas Courts of Appeals) that have published similar court opinions. The briefing set forth herein only scratches the surface, and de-emphasizes the Texas Supreme Court's published opinions in *Cleveland* and *Wyatt* given that briefing in Marty's pending Plea in Abatement focused largely on *Cleveland* and *Wyatt.*

## VIII.
### Texas Law Begs the Question: Are the two (2) cases "intertwined" or "interrelated"?

Is this Harris County lawsuit "intertwined" or "interrelated" with the Nueces County lawsuit? If the answer is "yes" (or even partly "yes"), then this Business Court is required by Texas law to abate or dismiss. Again, "[t]he default rule thus tilts the playing field in favor of according dominant jurisdiction to the court in which suit is first filed."[19]

In the Harris County lawsuit, Marty / Berry GP, Inc.("Berry GP") (et al) have been restrained from "[c]hanging, altering, or transferring in any way the management of Axis or any other entity associated with the Project . . . ."[20] In the Nueces County lawsuit, Marty / Berry GP were originally restrained from "modifying the composition of the Board of Directors of any of the Berry Entities . . ."[21] yet Judge Galvan ruled on the Application for Temporary Injunction that "Bylaws provide for the removal and appointment of Board of Directors, so I'm not gonna interfere with that."[22] To be clear, all evidence and briefing on-file highlights the disagreement about

---

[18] *Encore Enterprises v. Borderplex Realty Trust*, 583 S.W.3d 713, 721 (Court of Appeals – El Paso, 2019); citing *In re J.B. Hunt Transportation Inc.*, 492 S.W.3d 287, 294 (Texas 2016).
[19] *Encore Enterprises v. Borderplex Realty Trust*, 583 S.W.3d 713, 721 (Court of Appeals – El Paso, 2019); citing In re J.B. Hunt Transportation Inc., 492 S.W.3d 287, 294 (Texas 2016).
[20] See Exhibit 11. All references to any "Exhibit" are to Marty Berry's / Bonnie Berry's / Axis' exhibits, unless otherwise stated.
[21] See Exhibit 17.
[22] See Defendants' Exhibit 17.

6

whether Axis Midstream Holdings LLC ("Axis") is wholly owned by Berry GP or Redfish Bay Terminals Inc. ("RBT"), as believed by Marty /Bonnie /Berry GP /RBT and others; or by Lone Star Ports Enterprises, as contended by Plaintiffs. The legal answer to this question will be a direct result of what did or did not occur with the very Board of Directors (Berry GP) made the subject of the referenced court rulings (Judge Galvan) in Nueces County, Texas. Plaintiff's Harris County lawsuit now endeavors to have a second forum consider this still-pending, Nueces County issue.

Of course, Berry GP's (also Marty Berry's) belief is that a majority vote of the Board of Directors is prerequisite to either corporation's (Berry GP and/or RBT) possible conveyance of a multi-million dollar asset (Axis) – as expressly set forth in Berry GP's bylaws and RBT's bylaws. Lawrence Berry takes the opposite position, and argues that Powers' emailing the flawed conveyance documents to a potential investor without objections gives rise to a valid conveyance.[23] Plaintiffs' Original Petition repeatedly makes reference to and seeks resolution of the dispute about 'ownership, management, and control'[24] of Axis – and the still-active Harris County TRO precludes altering management of Axis (and precludes altering management of other companies' associated with the Project, such as Berry GP and RFT). The two (2) courts' orders are already in conflict. The Harris County controversy most definitely requires inclusion of Berry GP and RBT (the former a party in the Nueces County litigation, and RBT is easily added as a party). Neither Marty nor Bonnie – both sued in their individual capacity – claim to be owners of Axis (given Axis is 100% owned by Berry GP (or RBT)). This exact dispute about Lawrence's wrongful attempts to unilaterally take action for Berry GP is core to the Nueces County lawsuit – as Lawrence argues his right to take unilateral action as the 'sole disinterested shareholder' (an

---

[23] See Defendant's (Lawrence's) Response to Motion to Remand, Dismiss, or Transfer File, at pp. 3-4 (footnote 3).
[24] See Exhibit 6 (word search shows "management" mentioned 24 times, "control" mentioned 6 times, and "ownership" mentioned 35 times).

7

argument already rejected by Judge Galvan). Both lawsuits are about 'ownership, management, and control' of Berry GP assets (including Axis).

Both lawsuits also seek resolution of 'ownership, management, and control' of real property interests. In the Nueces County lawsuit, Lawrence sued Marty, Berry GP, Robert Rickett (Berry GP's land man), and others. Lawrence was complaining that Robert Rickett was acting as a co-conspirator to the other defendants by holding title to real property nominally in his (Rickett's) name – a practice often employed by Berry GP for project-land acquisitions. The real property specifically held in Robert Rickett's name was Axis / LSP Project real property. The orange shading on Exhibit 3 shows Berry GP real property held in the name of Robert Rickett. Exhibit 2 (Slide 32) shows the Axis / LSP Project real property (as defined in Axis' permit). Exhibit 4 is an overlay of Exhibit 3 and Exhibit 2 (Slide32) showing that the exact same real property made the subject of these Harris County proceedings is the subject of the Nueces County proceedings (the dispute about 'ownership, management, and control' of this real property essential to the Axis permit, and future development of the permit). This truism is highlighted by the fact that Lawence's TRO in the Nueces County lawsuit restrained Marty / Robert Rickett / Berry GP (et al) from "selling, mortgaging, or otherwise encumbering any of the Berry Entities' real property without approval of the sole disinterested member of the Board of Directors, Lawrence Berry"[25] – obviously inclusive of the Axis / LSP Project real property held nominally in the name of Robert Rickett (then named as a defendant in Nueces County).[26] In this Harris County lawsuit, Marty (Berry GP, RBT, et al) have been enjoined from "[c]hanging, altering, or transferring in any way the ownership, property, or tangible or intangible rights of any entity associated with the Project .

---

[25] See Exhibit 16.
[26] As further evidence, see Exhibit 5.

8

. . ."[27] Obviously, both lawsuits are for control of valuable real property directly related to the Axis / LSP Project.

Both cases already involve Lawrence Berry and Marty Berry as named parties. Both cases will require inclusion of Berry GP and RBT as named-parties. Bonnie Berry may be added as a defendant in the Nueces County proceeding, although deference to her late-husband's passing has previously allowed her absence from the first-filed litigation. Of course, Allied Ports LLC (Ted Power's designee that claims 20% ownership in the Project) may intervene in Nueces County, if it so chooses (or may be added as a party as expressly permitted by Texas judicial authority discussing addition of parties to avoid a multiplicity of suits).

There are many other examples of how the two (2) cases are "interrelated" and "intertwined," but the larger picture reveals that the core of both disputes includes 'ownership, management, and control' issues of Berry GP assets (most notably Orca and Axis assets); and the larger picture reveals that both disputes relate to the same Axis / LSP Project real property.

## IX.
## Conclusion

As noted in several cases cited herein, a race to the courthouse is nothing new. For almost a century (since *Cleveland*), the rule has been (and continues to be) that the first-filed case acquires dominant jurisdiction of all matters (including those matters that may require adding of parties to the first-filed lawsuit to allow a full and complete adjudication). This case is no exception as the two (2) pleaded controversies are intertwined / interrelated (even though some unique issues may be pleaded in the Harris County lawsuit, at this time (subject to inclusion in Nueces County)).

---

[27] See Exhibit 11.

9

Respectfully submitted,

**LAW OFFICES OF DOUGLAS ALLISON**
403 N. Tancahua Street
Corpus Christi, Texas 78401
T:      361-888-6002
F:      361-888-6651
E:      doug@dallisonlaw.com

BY:      */s/ Douglas A. Allison*
**DOUGLAS A. ALLISON**
State Bar No. 01083500

ATTORNEY FOR DEFENDANTS
MARTY BERRY, BONNIE BERRY, &
AXIS MIDSTREAM HOLDINGS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in accord with the Texas Rules of Civil Procedure on December 4, 2024.

*/s/ Douglas A. Allison*
DOUGLAS A. ALLISON

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Gonzales on behalf of Douglas Allison
Bar No. 1083500
susan@dallisonlaw.com
Envelope ID: 94930750
Filing Code Description: Answer/Response
Filing Description: Defs' Combined Reply to Plaintiffs' Response to Plea in Abatement
Status as of 12/4/2024 12:59 PM CST

Associated Case Party: AllenLawrenceBerry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Barrett H.Reasoner | | breasoner@gibbsbruns.com | 12/4/2024 12:36:30 PM | SENT |
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 12/4/2024 12:36:30 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 12/4/2024 12:36:30 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 12/4/2024 12:36:30 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rosa Brennan | | rbrennan@gibbsbruns.com | 12/4/2024 12:36:30 PM | SENT |
| Business Court 11A | | BCDivision11A@txcourts.gov | 12/4/2024 12:36:30 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 12/4/2024 12:36:30 PM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 12/4/2024 12:36:30 PM | SENT |

Associated Case Party: MarvinGlennBerry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Douglas Allison | 1083500 | doug@dallisonlaw.com | 12/4/2024 12:36:30 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 12/4/2024 12:36:30 PM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 12/4/2024 12:36:30 PM | SENT |

Associated Case Party: AlbertTheodorePowers

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Gonzales on behalf of Douglas Allison
Bar No. 1083500
susan@dallisonlaw.com
Envelope ID: 94930750
Filing Code Description: Answer/Response
Filing Description: Defs' Combined Reply to Plaintiffs' Response to Plea in Abatement
Status as of 12/4/2024 12:59 PM CST

Associated Case Party: AlbertTheodorePowers

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alistair Dawson | 5596100 | adawson@beckredden.com | 12/4/2024 12:36:30 PM | SENT |
| Michael McClellan | 24109525 | jmcclellan@beckredden.com | 12/4/2024 12:36:30 PM | SENT |
| Madeline Gay | | mgay@beckredden.com | 12/4/2024 12:36:30 PM | SENT |

Associated Case Party: Axis Midstream Holdings

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael Hummell | 10271100 | hummellm@bayltd.com | 12/4/2024 12:36:30 PM | SENT |

# APPENDIX 29

CAUSE NO. 2024DCV-0045-C

| | | |
|---|---|---|
| LAWRENCE BERRY, individually and derivatively on behalf of BERRY GP, INC. | § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| BERRY GP, INC., | § § | |
| Nominal Plaintiff, | § § | NUECES COUNTY, TEXAS |
| v. | § § § | |
| MARTY BERRY, ROBERT RICKETT, ROBERT POWERS, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY, LLC and BERRY CONTRACTING LOP | § § § § § § § | |
| Defendants. | § | 94TH JUDICIAL DISTRICT |

## COUNTER-PLAINTIFFS' SECOND AMENDED ORIGINAL PETITION ASSERTING COUNTER-CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Berry GP Inc., Berry Operating Company LLC, Berry Contracting LP, and Marty Berry, sometimes collectively referred to as Counter-Plaintiffs, and make and file this Counter-Plaintiffs' First Amended Original Petition Asserting Counter-Claims complaining of A. Lawrence Berry, in his personal capacity and as Trustee of the Allen Lawrence Berry Trust, sometimes referred to as Counter-Defendants, and in support of same would show:

I.

**PARTIES**

1.     Berry GP Inc. ("Berry GP") is a Texas corporation with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409.  Berry GP is one of the "Berry Entities" as may be referenced herein.

1

2. Berry Operating Company LLC ("Berry Operating") is a Texas limited liability company with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409. Berry Operating is one of the "Berry Entities" as may be referenced herein.

3. Berry Contracting LP (d/b/a Bay Ltd. ("Bay Ltd.")) is a Texas limited partnership with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409. Bay Ltd. is one of the "Berry Entities" as may be referenced herein.

4. Marty Berry ("M.Berry") is a natural person who is presently an Officer, Director, and shareholder of Berry GP, Berry Operating, and Bay Ltd. Marty Berry resides in Nueces County, Texas.

5. A. Lawrence Berry ("L.Berry") is a natural person who is presently an Officer, Director, and shareholder of Berry GP, Berry Operating, and Bay Ltd. A. Lawrence Berry resides in Harris County, Texas. A. Lawrence Berry may and shall be served by notice of these proceedings upon legal counsel for A. Lawrence Berry: Mr. Barrett Reasoner, Gibbs & Bruns LLP, 1100 Louisiana, Suite 5300, Houston, Texas 77002. Service shall be by electronic means, and in such manner as complies with the Texas Rules of Civil Procedure.

6. Allen Lawrence Berry, as Trustee of the Allen Lawrence Berry Trust ("ALB Trust") is a trust wherein Allen Lawrence Berry serves as trustee of the ALB Trust, and is – along with others – a beneficiary of the Trust. ALB Trust has already appeared in these proceedings, and thus this Counter-Plaintiffs First Amended Original Petition Asserting Counter-Claims will be served upon Allen Lawrence Berry, Trustee, and the Trust by service upon their attorney: Mr. Barrett Reasoner, Gibbs & Bruns LLP, 1100 Louisiana, Suite 5300, Houston, Texas 77002. Service shall be by electronic means, and in such manner as complies with the Texas Rules of Civil Procedure.

6.     Berry GP, Berry Operating, Bay Ltd., Marty Berry, and A. Lawrence Berry may be sometimes referred to as the "Parties," or any one of them referred to as a "Party."

7.     L.Berry is the original Plaintiff in this legal action by having filed Plaintiffs' Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction ("Plaintiffs' Verified Petition"). The legal action initiated by Plaintiffs' Verified Petition was filed in Harris County, Texas, but promptly transferred to Nueces County, Texas. A Counter-Plaintiffs' Original Petition Asserting Counter-Claims was filed as counter-claim to Plaintiffs' Verified Petition in compliance with Texas Rule of Civil Procedure ("TRCP") 97.   L.Berry, adding Lawrence Berry in his capacity as trustee of the Allen Lawrence Berry Trust ("Trust"), then filed Plaintiffs' First Amended Verified Petition and Application for Temporary Injunction. The Counter-Plaintiffs' First Amended Original Petition Asserting Counter-Claims was filed as counter-claim to Plaintiffs' First Amended Verified Petition and Application for Temporary Injunction in compliance with Texas Rule of Civil Procedure ("TRCP") 97.

## II.

### JURISDICTION AND VENUE

8.     This Court has jurisdiction over all Parties. Specifically, Berry GP, Berry Operating, and Bay Ltd. are legal entities formed in Texas that maintain their principal offices in Texas. M.Berry and L.Berry reside in Texas. As such, all Parties have sufficient contacts with the State of Texas and, therefore, are subject to the jurisdiction of this Court.

9.     Venue is proper in Nueces County, Texas, pursuant to TCPRC Chapter 15, section 15.002(a)(1) inasmuch as Nueces County is the location where all or a substantial part of the events or omissions giving rise to the claims occurred; and section 15.011 inasmuch as Counter-Plaintiffs seek to recover an interest in and/or quiet title to real property. See Exhibit C (with attachment).

3

Moreover, venue is proper in Nueces County, Texas, pursuant to TCPRC Chapter 15, section 15.063(3). See Exhibit B.

## III.

### DISCOVERY

10. Discovery should be conducted in accordance with Level 3, as permitted by TRCP 109.4.

## IV.

### EXECUTIVE SUMMARY

11. Counter-Plaintiffs file this amended counter-petition asserting claims against L.Berry and the Trust for conversion, breach of fiduciary duty, breach of contract, unjust enrichment, breach of constructive trust, fraud, and other causes of action. Counter-Plaintiffs' causes of action pleaded against and complaining of L.Berry and Trust are directly responsive to L.Berry's claims for self-dealing and breach of fiduciary duty filed against one or more Counter-Plaintiffs. For all claims referenced in this Counter-Plaintiffs' Second Amended Original Petition Asserting Counter-Claims, Counter-Plaintiffs now sue Counter-Defendants.

## VI.

### FACTUAL BACKGROUND

12. The Berry Entities and Berry-Related Entities are a large organization of companies engaged in various businesses throughout the United States and have successfully done so since the 1950s.

13. Marvin Berry had four (4) sons: Marty Berry (M.Berry), Dennis Berry (D.Berry), A. Lawrence Berry (L.Berry), and Kenneth Berry. After Marvin Berry passed in 1997, control of the Berry Entities shifted to Laura Berry (Marvin's wife), and then to their (Marvin's and Laura's) sons — M.Berry, D.Berry, and L.Berry. LDMA LP ("LDMA") sits at the top of the Berry Entities.

4

LDMA's 3% general partner is Beacon Inc. which is owned by M.Berry, D.Berry, and L.Berry. LDMA owns Berry GP which, through a series of legal entities, own Berry Operating and Bay Ltd. The Board of Directors of Berry GP (M.Berry, Bonnie Berry, L.Berry, and Chrissy Hinojosa Phd.) — in accordance with the by-laws of Berry GP — primarily govern Berry GP, the Berry Entities, and some of the other affiliated entities (indirectly). All considered (generally), ownership of the Berry Entities is vested with M.Berry, Bonnie Berry, [1] and L.Berry (shareholders); and control of the Berry Entities (generally, at a policy level) is with M.Berry, Bonnie Berry, and Chrissy Hinojosa, Phd. (all serving as directors of Berry GP).[2]

14. For purposes of this pleading, the Berry Entities refers to Berry GP, Berry Operating, and Bay Ltd. For purposes of this pleading, the Berry-Related Entities[3] refer to the Allen Lawrence Berry 2007 Trust, Redfish Bay Terminals Inc. ("RBT"), Orca Assets GP LLC ("Orca"), Inner Channel Investments Inc. ("ICI"), Orca ICI Development ("Orca ICI," a Texas partnership), Orca ICI Development JV, Orca Petroleum Ltd., Orca Properties LLC (a/k/a Orca Specialty Equipment LLC, Providence Plantation, and/or Casa de Juego), West 17th Resources LLC, Gansevoort Investments LLC, Axis Midstream Holdings LLC (TX), Lone Star Ports LLC (TX), Midway Junction Properties LLC (TX), Halcon Mineral Interest LLC, Zilker Acquisitions LLC, Three Rivers Pipe and Rental LLC, Southern Comfort Equipment, Ridgefield Energy Investments LLC, Ridgefield Energy Operating LLC, Ridgefield Eagle Ford LLC, Ridgefield Eagle Ford Minerals LLC, Ridgefield Permian LLC, Ridgefield Permian Minerals LLC, Ridgefield Energy Partners LLC, CEC Ridgefield Holdings LLC, Blue Wagon Energy Investments LLC, Alamo Resources

---

[1] Successor in interest to Dennis Berry, recently deceased.
[2] In mid-2024, L.Berry was removed as director of Berry GP.
[3] Please note that the definition of Berry-Related Entities in this Nueces County, Texas, legal action was broadened to include Axis Midstream Holdings LLC, Lone Star Ports LLC, Midway Junction Properties LLC, and Redfish Bay Terminals Inc. in May, 2024 (approximately six (6) months in advance of Allied Ports LLC's filing of a competing lawsuit in Harris County, Texas).

IV JV LLC, B.B.I. Inc., Escopeta Oil & Gas Corporation, Furie Operating Alaska LLC, Helios Power Capital LLC, Danskammer Energy LLC, Berry Y&V Fabricators LLC (and related companies). The Berry Entities and Berry-Related Entities may be sometimes referred to as the "Berry Companies."

15. The Berry-Related Entities, except for the Trust and RBT, are and have been started up, owned (legally and/or beneficially), held in trust, managed, developed, operated, and/or controlled at various times by and through Berry GP, and/or by and through (in part) M.Berry, D.Berry, and/or L.Berry (one or all of them), since the 2000s. Such business practices are investments for one or more of the Berry Entities and/or their owners/shareholders.

16. As an example of how Berry Entities invested, Counter-Plaintiffs invested substantially in ICI, ICI Orca, and Orca (related companies). Berry Entities/Counter-Plaintiffs also substantially invested in Axis and LSP (related companies). Specifically, Counter-Plaintiffs seeded capital (money, assets, manpower) to Orca/Axis (et al) to start-up, manage, develop, operate, and/or control an investments— which, in turn, became seed-money/assets (including mineral/real property interests as assets) for several of the Berry-Related Entities (the "Investment").

17. From time to time, M.Berry, D.Berry, and/or L.Berry (or all of them) had meetings to discuss how to manage the Investment, whether to sell or continue with the Investment, and other business-type meetings/discussions.

18. Seeded capital money/assets from Counter-Plaintiffs to some Berry-Related Entities involved an agreement/contract as between these legal entities requiring payment-in-full for the base value of the seeded money/assets received. In contravention of such agreement/contract, L.Berry, individually and as trustee for the Trust, has very recently refused to pay and/or transfer rights as required by the agreement/contract.

6

19. Seeded capital money/assets from Counter-Plaintiffs to some Berry-Related Entities also included the agreement/contract that L.Berry/Trust (all or in part) would initiate the Investment (start-up); manage, develop, operate, and control the Investment, and hold the Investment in trust and for the benefit of Counter-Plaintiffs. In contravention of such agreement/contract, L.Berry/Trust (all or in part) has engaged a series of self-dealing transactions without notice to, consultation with, or vote (in-meeting or otherwise) of a majority of the owners/shareholders/directors of Counter-Plaintiffs.

20. Specifically, L.Berry/Trust has participated in self-dealing transactions involving the Investment (and the Investment's earnings) — taking of seeded money and assets of value (wealth) for personal benefit, and not for the benefit of any one or more of the Counter-Plaintiffs. This on-going practice by L.Berry/Trust of self-dealing transactions and ultra vires transactions violates the fiduciary obligations owed by L.Berry, individually and as trustee of the Trust, to Counter-Plaintiffs (and others).

21. In furtherance of L.Berry's/Trust's wrongful conduct, L.Berry/Trust has intentionally obscured self-dealing transactions by transfers of money/assets of substantial value to and/or through the Berry-Related Entities. All such transactions constitute L.Berry's, individually and as trustee for the Trust, wrongful taking of money and assets belonging to, held in trust for, and held for the benefit of Counter-Plaintiffs. L.Berry, individually and as trustee for the Trust, has and is engaged in wrongful takings, and also has failed to disclose same (as is required by his (L.Berry's, individually and as trustee of the Trust) fiduciary duties owed).

22. L.Berry's (individually and as trustee of the Trust) wrongful conduct (as described herein) continues to-date. Counter-Plaintiffs file this legal action to demand L.Berry (individually and as trustee of the Trust) provide financial information as shall be requested through the legal discovery

7

process. Counter-Plaintiffs now plead the following claims and causes of action against L.Berry (individually and as trustee of the Trust) and the Trust: conversion, breach of fiduciary duty, breach of contract, unjust enrichment, breach of constructive trust, and fraud.

## VII.
## CAUSES OF ACTION
### Count 1
### Conversion

23.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 1 in their entirety.

24.     Counter-Plaintiffs would show that L.Berry (individually and as trustee of the Trust, Counter-Defendants) are liable to Counter-Plaintiffs for conversion of Counter-Plaintiffs' Investment (+ earnings). Specifically, Counter-Plaintiffs seeded capital (money, assets) to L.Berry/Trust (and their benefit) to start-up, manage, develop, operate, and/or control Investment — which, in turn, became seed-money/assets for several of the Berry-Related Entities (the Investment). L.Berry and the Trust were to hold the Investment (+ earnings) in trust for Counter-Plaintiffs.[4] Wrongfully, L.Berry and the Trust have absconded with the Investment (+ earnings) through a series of self-dealing transactions without notice to, consultation with, or vote (in-meeting or otherwise) of a majority of the owners/shareholders/directors of Counter-Plaintiffs. L.Berry's/Trust's wrongful conduct is a conversion of Counter-Plaintiffs' Investment (+ earnings).

25.     The elements of conversion are: 1) claimants (Counter-Plaintiffs) owned or were entitled to possession of property; 2) another assumes or exercises control of the property in an unauthorized manner to the exclusion of the claimants; and 3) the claimants' demand for return of

---

[4] Although some monies have been paid by L.Berry or one of his legal entities to one or more Counter-Plaintiffs as part of these transactions, the amounts of money paid have only been a partial repayment of monies owed to Counter-Plaintiffs — still in disregard for that which was agreed to be held in trust by L.Berry/Trust for Counter-Plaintiffs.

the property is refused. By this Counter-Plaintiffs' Second Amended Counter-Claim these Counter-Plaintiffs continue to request return of all converted assets. In this case, Counter-Plaintiffs clearly own and are entitled to possession of the Investment (+ earnings). Such Investment (+ earnings) were supposed to be held in trust by L.Berry, individually and as trustee for the Trust (the sole person in control of such Investment (+ earnings)) for Counter-Plaintiffs. Counter-Defendants have wrongfully assumed and exercised control over such Investment (+ earnings), and done so in a manner unauthorized by Counter-Plaintiffs and to the exclusion of Counter-Plaintiffs. Further, and in disregard of requests from Counter-Plaintiffs, Counter-Defendants have failed and refused to return the Investment (+ earnings) to Counter-Plaintiffs. This is a wrongful conversion of such Investment (+ earnings) — the money/assets — belonging to Counter-Plaintiffs, for which Counter-Plaintiffs now sue.

26. Counter-Defendants' wrongful conversion of Counter-Plaintiffs' Investment (+ earnings) has caused substantial financial harm and losses to Counter-Plaintiffs. Counter-Plaintiffs now sue for the return of such Investment (+ earnings), or alternatively for the value of such Investment (+ earnings).

## Count 2
## Breach of Fiduciary Duty

27. Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 2 in their entirety.

28. Counter-Defendant L.Berry has been a shareholder, officer, and director of Counter-Plaintiffs for all relevant times. Counter-Defendants held the Investment (+ earnings) in trust for Counter-Plaintiffs all relevant times. As such, Counter-Defendants owe fiduciary duties to Counter-Plaintiffs for all relevant times. The fiduciary duties owed by Counter-Defendants to Counter-Plaintiffs include, but are not limited to, the duty of loyalty, duty of utmost good faith and

9

fair dealing, and duty of fairness and honesty. The fiduciary duties owed by Counter-Defendants to Counter-Plaintiffs further include putting Counter-Plaintiffs' interest before his (L.Berry's, individually and as trustee of the Trust) own interest, inclusive of devoting full time and efforts in favor of Counter-Plaintiffs' best interests — not L.Berry's own or just the Trust's interests. These duties that Counter-Defendants owe to Counter-Plaintiffs encompass obligations and/or duties to refrain from self-dealing transactions and to make full disclosures of information.

29. While owing fiduciary duties to Counter-Plaintiffs, Counter-Defendants have engaged in, directed, approved, and/or taken actions in contravention of fiduciary duties owed, including but without limited to the following:

    a.    L.Berry/Trust took substantial money/assets from Counter-Plaintiffs, and failed to invest same in the name of and/or for the benefit of Counter-Plaintiffs (thereby putting their own financial interest ahead of Counter-Plaintiffs' financial interest). By way of example, L.Berry and Trust took Counter-Plaintiffs money/assets yet wrongfully placed things of value (mineral leases) into Orca (a legal entity that ultimately (later) was determined to be 100% for the benefit of Trust). L.Berry and Trust took Counter-Plaintiffs money/assets for Axis/LSP, yet wrongfully purport to have transferred some of this interest to others (e.g., Allied Ports LLC); and other. This breach of fiduciary duty caused substantial financial harm and losses to Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

    b.    L.Berry/Trust were supposed to hold the Investment (+ earnings) in trust for Counter-Plaintiffs, yet L.Berry/Trust refuses to account for and surrender such Investment (+ earnings) in favor of Counter-Plaintiffs — but rather appears

10

to have absconded with the Investment (+ earnings). This failure to hold, account for, and then surrender the Investment (+ earnings) for the benefit of Counter-Plaintiffs is self-dealing — and a breach of fiduciary duty. This breach of fiduciary duty has caused substantial financial harm and losses to Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

c.  L.Berry/Trust took the Investment (+ earnings) for their own benefit (as set forth above), and did so without full disclosure of details of the Investment (and earnings) to Counter-Plaintiffs. Rather than comply with Counter-Defendants' fiduciary duties owed, Counter-Defendants have engaged a series of transactions to obscure Counter-Plaintiffs' rights to its Investment (+ earnings). This lack of full disclosure is L.Berry's and Trust's breach of fiduciary duty of full disclosure and candor owed to Counter-Plaintiffs. This breach of fiduciary duty has caused substantial financial harm and losses to Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

d.  L.Berry/Trust have used Counter-Plaintiffs money/assets to promote and make profit for their own businesses in various manners and locations. This is more self-dealing, and a breach of the fiduciary duty owed by L.Berry/Trust to the Counter-Plaintiffs. This breach of fiduciary duty has caused substantial financial harm and losses to the Counter-Plaintiffs, and for which Counter-Plaintiffs now sue.

e.  There are additional transactions / ventures by Counter-Defendants that are a breach of fiduciary duties owed to Counter-Plaintiffs, and all of

11

which have caused substantial financial harm and losses to Counter-Plaintiffs.

For same, Counter-Plaintiffs now sue.

30. Counter-Defendants have taken money/assets/manpower from one or more of the Counter-Plaintiffs; the Investment (+ earnings) from one or more of Counter-Plaintiffs; misappropriated equipment, personnel, and other assets from one or more of the Counter-Plaintiffs; and all to the detriment of one or more of the Counter-Plaintiffs — while only benefiting Counter-Defendants. This is self-dealing. All such conduct described herein evidences Counter-Defendants' breaches of fiduciary duties owed; that is, self-dealing, advancing their (L.Berry's/Trust's) own interest rather than Counter-Plaintiffs' interest, breaches of loyalty to the Counter-Plaintiffs, breaches of good faith and fair dealing owed to Counter-Plaintiffs, breaches of full disclosure and candor owed to Counter-Plaintiffs, and more. Counter-Defendants' misconduct has been and continues to be designed as a subterfuge of obligations to the Counter-Plaintiffs (whereas other shareholders who may have received benefits account for same to the Berry Entities). Counter-Defendants' breaches of fiduciary duties owed to Counter-Plaintiffs have caused substantial financial harm and losses to Counter-Plaintiffs, for which Counter-Plaintiffs now sue.

**Count 3**
**Breach of Contract**

31. Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 3 in their entirety.

32. As noted herein, seeded capital money/assets from Counter-Plaintiffs included the agreement/contract that L.Berry, individually and as trustee of the Trust, would initiate the Investment (start-up); manage, develop, operate, and control the Investment, and hold the Investment (+ earnings) in trust and for the benefit of Counter-Plaintiffs. In contravention of such agreement/contract, L.Berry, individually and as trustee of the Trust, have refused to perform as

12

promised, but rather engaged a series of self-dealing transactions designed to allow L.Berry and the Trust to keep all (or some) of the Investment (+ earnings) for himself (L.Berry) and/or the Trust.

33.     Counter-Defendants' refusals to abide by the agreement/contract is a breach of agreement/contract.  Counter-Defendants' breach of the agreement/contract has caused Counter-Plaintiffs substantial financial harm and losses, and for such substantial financial harm and losses Counter-Plaintiffs now sue.

### Count 4
### Unjust Enrichment

34.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 4  in their entirety.

35.     Recent events now give rise to a concern on Counter-Plaintiffs' behalf that Counter-Defendants may deny the agreement/contract (and/or some terms of the agreement/contract) as between Counter-Plaintiffs and Counter-Defendants — all in an effort by Counter-Defendants to wrongfully abscond with Counter-Plaintiffs' Investment + earnings.  Such a result would be inequitable, and unjustly enrich Counter-Defendants.

36.     Counter-Plaintiffs would show that Counter-Plaintiffs did, in fact, provide seed capital money/assets from Counter-Plaintiffs to Orca/ICI /Orca and Axis/LSP as a benefit to Counter-Defendants, and to allow Counter-Defendants to invest (again, the Investment).  This benefit to Counter-Defendants was provided by Counter-Plaintiffs, and it will cause a substantial detriment to Counter-Plaintiffs if the Investment + earnings are not returned to Counter-Plaintiffs.  As such, equity demands that the Investment + earnings be returned to Counter-Plaintiffs or compensation for value.

37.	For these reasons set forth herein, Counter-Plaintiffs now sue Counter-Defendants for unjust enrichment, as fairness demands Counter-Plaintiffs be made whole by: (1) return of all Investment (+ earnings); or (2) the value of all Investment (+ earnings) be paid by Counter-Defendants to Counter-Plaintiffs.

## Count 5
## Breach of Constructive Trust

38.	Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 5 in their entirety.

39.	As noted above, Counter-Defendant L.Berry has been a shareholder, officer, and director of Counter-Plaintiffs for all relevant times. Counter-Defendant L.Berry held the Investment (+ earnings) in trust for Counter-Plaintiffs for all relevant times. L.Berry, as trustee for the Trust, held the Investment (+ earnings) in trust for the Counter-Plaintiffs for all relevant times. As such, Counter-Defendants owed and owe fiduciary duties to Counter-Plaintiffs for all relevant times.

40.	Counter-Plaintiffs made transfer of monies/assets to Counter-Defendants (money, manpower, and assets). Counter-Plaintiffs made these transfers of monies/assets in reliance upon Counter-Defendants' promise to protect and deliver Counter-Plaintiffs' share of the Investment (+ earnings) to Counter-Plaintiffs.

41.	Counter-Defendants now refuse to perform upon Counter-Defendants' promise (but rather now wants to keep for L.Berry's and his Trust's own gain/profit all of the Investment (+ earnings)). As such, Counter-Defendants will be unjustly enriched. Given these facts, Counter-Plaintiffs now sue for breach of constructive trust for the Investment (+ earnings) and related, traceable monies/assets. All such monies and assets should be placed in a constructive trust for the benefit of Counter-Plaintiffs or distributed to same.

14

## Count 6
## Fraud

42. Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 6 in their entirety.

43. As noted above, Counter-Plaintiffs invested heavily ($millions$, the Investment) in ICI/Orca ICI/Orca and Axis/LSP, and other Berry-Related Entities for the benefit of Counter-Plaintiffs. Such Investment was seed-money/assets for — and investment in — Berry-Related Companies.

44. Counter-Plaintiffs invested the millions of dollars/assets based specifically upon Counter-Defendants' representations/promises to start-up, manage, develop, operate, and/or control Investmentsfor the benefit of Counter-Plaintiffs (which is also for the benefit of L.Berry and his Trust, in part).

45. More specifically, and to induce the Investment, Counter-Defendants promised to re-pay the original value of the Investment ($millions$) to the Counter-Plaintiffs; and further promised that the Investment would be for the benefit of the Counter-Plaintiffs (and understandably so given that L.Berry and the Trust would still share substantially in the benefits/profits).

46. Instead, Counter-Defendants — although Counter-Defendants have paid some interest-only payments from time to time — have absconded with all or a substantial portion of the value of the Investment monies/assets + earnings. On information and belief, Counter-Defendants apparently made interest payments to prolong the process (run out the clock) — all the while never intending to re-pay the original value of the Investment; and all the while never intending to deliver such Investment (+ earnings) to Counter-Plaintiffs.

47. Presently, Counter-Defendants have gone dark on this discussion, and thereby indicated that L.Berry, individually and as trustee for the Trust, never intended to abide by the representations/promises designed to induce the Investment.

48. Counter-Defendants' fraud/fraud in the inducement has resulted in substantial, unearned profits for Counter-Defendants, personally and for the Trust; and great financial losses to the Counter-Plaintiffs.

49. The above-described conduct constitutes fraud and fraud in the inducement, and thus is actionable in favor of one or more of the Counter-Plaintiffs. For such fraud and fraud in the inducement, the Counter-Plaintiffs now file and assert all such claims and causes of action against Counter-Defendants.

## VIII.
### CAUSATION

50. Counter-Plaintiffs incorporate all above paragraphs as if set forth herein in their entirety.

51. Counter-Plaintiffs would show that all causes of action/claims set forth herein have been the cause, proximate cause, producing cause, and cause-in-fact of substantial harm and financial losses to Counter-Plaintiffs. For all such harm and financial losses, these Counter-Plaintiffs sue.

## IX.
### LEGAL DAMAGES / REMEDIES

52. Counter-Plaintiffs incorporate all above paragraphs as if set forth herein in their entirety.

53. For all harm and financial losses suffered by Counter-Plaintiffs and arising from wrongful and/or inequitable conduct of Counter-Defendants, these Counter-Plaintiffs now sue.

54. Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the substantial harm and financial damages suffered by Counter-Plaintiffs; to wit; compensatory damages, actual damages, consequential damages, restitution damages,

16

disgorgement damages, and other damages. Counter-Plaintiffs claims asserted herein are for substantial harm and financial losses greatly in excess of $1,000,000.00.

55.     Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the harm and financial damages suffered by Counter-Plaintiffs; to wit; attorneys' fees.

56.     Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the harm and financial damages suffered by Counter-Plaintiffs; to wit; prejudgment and post-judgment interests — as allowed by law.

57.     Counter-Plaintiffs, pursuant to Texas Civil Practice & Remedies Code ("TCPRC") section 37.004, seek declaration that transfers / conveyances / contracts / Manager appointments executed/ accepted by Counter-Defendant L.Berry (e.g., purportedly involving Orca Assets GP LLC, and/or Axis Midstream Holdings LLC (as wholly owned/Managed by Berry GP and/or Redfish Bay Terminal Inc.), and/or others)) without majority Board of Directors approval are void, void ab initio, voidable, invalid, and/or of no legal force or effect.

WHEREFORE, PREMISES CONSIDERED, Counter-Plaintiffs pray for all relief as requested herein, for costs of court in addition thereto, and for such other and further relief to which Counter-Plaintiffs may show themselves justly entitled as against Counter-Defendants (L.Berry and the ALB Trust).

17

Respectfully submitted,

**LAW OFFICE OF DOUGLAS ALLISON**

By: */s/ Douglas A. Allison*
    Douglas A. Allison
    State Bar No. 01083500
    doug@dallisonlaw.com
    403 N. Tancahua Street
    Corpus Christi, Texas 78401
    Telephone: (361) 888-6002
    Facsimile: (361) 888-6651

    ATTORNEY FOR MARTY BERRY,
    BERRY GP, INC., BERRY
    OPERATING COMPANY, LLC and
    BERRY CONTRACTING LOP

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December 3, 2024, a true and correct copy of the above was served upon the attorneys of record in the above entitled and numbered cause, via e-service.

    */s/ Douglas A. Allison*
    Douglas A. Allison

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim Brunkenhoefer on behalf of Douglas Allison
Bar No. 1083500
kim@dallisonlaw.com
Envelope ID: 94865876
Filing Code Description: Amended Filing
Filing Description: Counter-Plaintiff's Second Amended Original Petition Asserting Counter-Claims
Status as of 12/16/2024 11:42 AM CST

Associated Case Party: Lawrence Berry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barrett H.Reasoner | | breasoner@gibbsbruns.com | 12/3/2024 10:13:02 AM | SENT |
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 12/3/2024 10:13:02 AM | SENT |
| Rosa Brennan | | rbrennan@gibbsbruns.com | 12/3/2024 10:13:02 AM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 12/3/2024 10:13:02 AM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 12/3/2024 10:13:02 AM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 12/3/2024 10:13:02 AM | SENT |
| Butch Boyd | | butchboyd@butchboydlawfirm.com | 12/3/2024 10:13:02 AM | SENT |
| Katrina Chamblee-Boyd | | katrinaboyd@butchboydlawfirm.com | 12/3/2024 10:13:02 AM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 12/3/2024 10:13:02 AM | SENT |
| Cameron Roth | | CRoth@gibbsbruns.com | 12/3/2024 10:13:02 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Shanna Gohlke | | gohlkes@bayltd.com | 12/3/2024 10:13:02 AM | SENT |

Associated Case Party: Marty Berry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Douglas  Allison | | doug@dallisonlaw.com | 12/3/2024 10:13:02 AM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 12/3/2024 10:13:02 AM | SENT |
| Susan  Gonzales | | susan@dallisonlaw.com | 12/3/2024 10:13:02 AM | SENT |

Associated Case Party: Michael Hummell

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim Brunkenhoefer on behalf of Douglas Allison
Bar No. 1083500
kim@dallisonlaw.com
Envelope ID: 94865876
Filing Code Description: Amended Filing
Filing Description: Counter-Plaintiff's Second Amended Original Petition Asserting Counter-Claims
Status as of 12/16/2024 11:42 AM CST

Associated Case Party: Michael Hummell

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Van  Huseman | | vhuseman@husemanlawfirm.com | 12/3/2024 10:13:02 AM | SENT |
| John Swallow | | jswallow@husemanlawfirm.com | 12/3/2024 10:13:02 AM | SENT |

# APPENDIX 30

# EXHIBIT 15

| | | |
|---|---|---|
| LAWRENCE BERRY, individually and derivatively on behalf of BERRY GP, INC. | § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| BERRY GP, INC., | § § | |
| Nominal Plaintiff, | § § | NUECES COUNTY, TEXAS |
| v. | § § § | |
| MARTY BERRY, ROBERT RICKETT, ROBERT POWERS, MICHAEL HUMMELL, BERRY GP, INC., BERRY OPERATING COMPANY, LLC and BERRY CONTRACTING LOP | § § § § § § § | |
| Defendants. | § § | 94TH JUDICIAL DISTRICT |

## COUNTER-PLAINTIFFS' SECOND~~FIRST~~ AMENDED ORIGINAL PETITION ASSERTING COUNTER-CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Berry GP Inc., Berry Operating Company LLC, Berry Contracting LP, and Marty Berry, sometimes collectively referred to as Counter-Plaintiffs, and make and file this Counter-Plaintiffs' First Amended Original Petition Asserting Counter-Claims complaining of A. Lawrence Berry, in his personal capacity and as Trustee of the Allen Lawrence Berry Trust, sometimes referred to as Counter-Defendants, and in support of same would show:

## PARTIES

1.     Berry GP Inc. ("Berry GP") is a Texas corporation with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409. Berry GP is one of the "Berry Entities" as may be referenced herein.

2.     Berry Operating Company LLC ("Berry Operating") is a Texas limited liability company with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409. Berry Operating is one of the "Berry Entities" as may be referenced herein.

3.     Berry Contracting LP (d/b/a Bay Ltd. ("Bay Ltd.")) is a Texas limited partnership with its principal office at 1414 Corn Products Road, Corpus Christi, Texas 78409. Bay Ltd. is one of the "Berry Entities" as may be referenced herein.

4.     Marty Berry ("M.Berry") is a natural person who is presently an Officer, Director, and shareholder of Berry GP, Berry Operating, and Bay Ltd. Marty Berry resides in Nueces County, Texas.

5.     A. Lawrence Berry ("L.Berry") is a natural person who is presently an Officer, Director, and shareholder of Berry GP, Berry Operating, and Bay Ltd. A. Lawrence Berry resides in Harris County, Texas. A. Lawrence Berry may and shall be served by notice of these proceedings upon legal counsel for A. Lawrence Berry: Mr. Barrett Reasoner, Gibbs & Bruns LLP, 1100 Louisiana, Suite 5300, Houston, Texas 77002. Service shall be by electronic means, and in such manner as complies with the Texas Rules of Civil Procedure.

6.     Allen Lawrence Berry, as Trustee of the Allen Lawrence Berry Trust ("ALB Trust") is a trust wherein Allen Lawrence Berry serves as trustee of the ALB Trust, and is – along with others – a beneficiary of the Trust. ALB Trust has already appeared in these proceedings, and thus this

Counter-Plaintiffs First Amended Original Petition Asserting Counter-Claims will be served upon Allen Lawrence Berry, Trustee, and the Trust by service upon their attorney: Mr. Barrett Reasoner, Gibbs & Bruns LLP, 1100 Louisiana, Suite 5300, Houston, Texas 77002. Service shall be by electronic means, and in such manner as complies with the Texas Rules of Civil Procedure.

6.      Berry GP, Berry Operating, Bay Ltd., Marty Berry, and A. Lawrence Berry may be sometimes referred to as the "Parties," or any one of them referred to as a "Party."

7.      L.Berry is the original Plaintiff in this legal action by having filed Plaintiffs' Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction ("Plaintiffs' Verified Petition"). The legal action initiated by Plaintiffs' Verified Petition was filed in Harris County, Texas, but promptly transferred to Nueces County, Texas. A Counter-Plaintiffs' Original Petition Asserting Counter-Claims was filed as counter-claim to Plaintiffs' Verified Petition in compliance with Texas Rule of Civil Procedure ("TRCP") 97. L.Berry, adding Lawrence Berry in his capacity as trustee of the Allen Lawrence Berry Trust ("Trust"), then filed Plaintiffs' First Amended Verified Petition and Application for Temporary Injunction. The~~This~~ Counter-Plaintiffs' First Amended Original Petition Asserting Counter-Claims was~~is now being~~ filed as counter-claim to Plaintiffs' First Amended Verified Petition and Application for Temporary Injunction in compliance with Texas Rule of Civil Procedure ("TRCP") 97.

## II.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over all Parties. Specifically, Berry GP, Berry Operating, and Bay Ltd. are legal entities formed in Texas that maintain their principal offices in Texas. M.Berry and L.Berry reside in Texas. As such, all Parties have sufficient contacts with the State of Texas and, therefore, are subject to the jurisdiction of this Court.

3

9.    Venue is proper in Nueces County, Texas, pursuant to TCPRC Chapter 15, section 15.002(a)(1) inasmuch as Nueces County is the location where all or a substantial part of the events or omissions giving rise to the claims occurred; and section 15.011 inasmuch as Counter-Plaintiffs seek to recover an interest in and/or quiet title to real property. See Exhibit C (with attachment. See Exhibit C (with attachments).

Moreover, venue is proper in Nueces County, Texas, pursuant to TCPRC Chapter 15, section 15.063(3).  See Exhibit B.

## III.

## DISCOVERY

10.    Discovery should be conducted in accordance with Level 3, as permitted by TRCP 109.4.

## IV.

## EXECUTIVE SUMMARY

11.    Counter-Plaintiffs file this amended counter-petition asserting claims against L.Berry and the Trust for conversion, breach of fiduciary duty, breach of contract, unjust enrichment, breach of constructive trust, fraud, and other causes of action. Counter-Plaintiffs' causes of action pleaded against and complaining of L.Berry and Trust are directly responsive to L.Berry's claims for self-dealing and breach of fiduciary duty filed against one or more Counter-Plaintiffs.  For all claims referenced in this Counter-Plaintiffs' SecondFirst Amended Original Petition Asserting Counter-Claims, Counter-Plaintiffs now sue Counter-Defendants.

## VI.

## FACTUAL BACKGROUND

12.    The Berry Entities and Berry-Related Entities are a large organization of companies engaged in various businesses throughout the United States, and have successfully done so since the 1950s.

4

13. Marvin Berry had four (4) sons: Marty Berry (M.Berry), Dennis Berry (D.Berry), A. Lawrence Berry (L.Berry), and Kenneth Berry. After Marvin Berry passed in 1997, control of the Berry Entities shifted to Laura Berry (Marvin's wife), and then to their (Marvin's and Laura's) sons — M.Berry, D.Berry, and L.Berry. LDMA LP ("LDMA") sits at the top of the Berry Entities. LDMA's 3% general partner is Beacon Inc. which is owned by M.Berry, D.Berry, and L.Berry. LDMA owns Berry GP which, through a series of legal entities, own Berry Operating and Bay Ltd. The Board of Directors of Berry GP (M.Berry, Bonnie Berry, L.Berry, and Chrissy Hinojosa Phd.) — in accordance with the by-laws of Berry GP — primarily govern Berry GP, the Berry Entities, and some of the other affiliated entities (indirectly). All considered (generally), ownership of the Berry Entities is vested with M.Berry, Bonnie Berry,[1] and L.Berry (shareholders); and control of the Berry Entities (generally, at a policy level) is with M.Berry, Bonnie Berry, ~~L.Berry,~~ and Chrissy Hinojosa,~~Hinojsa~~ Phd. (all serving as directors of Berry GP).[2]

14. For purposes of this pleading, the Berry Entities refers to Berry GP, Berry Operating, and Bay Ltd. For purposes of this pleading, the Berry-Related Entities[3] refer to the Allen Lawrence Berry 2007 Trust, Redfish Bay Terminals Inc. ("RBT"), Orca Assets GP LLC ("Orca"), Inner Channel Investments Inc. ("ICI"), Orca ICI Development ("Orca ICI," a Texas partnership), Orca ICI Development JV, Orca Petroleum Ltd., Orca Properties LLC (a/k/a Orca Specialty Equipment LLC, Providence Plantation, and/or Casa de Juego), West 17th Resources LLC, Gansevoort Investments LLC, Axis Midstream Holdings LLC (TX), Lone Star Ports LLC (TX), Midway Junction Properties LLC (TX), Halcon Mineral Interest LLC, Zilker Acquisitions LLC, Three Rivers Pipe and Rental LLC, Southern Comfort Equipment, Ridgefield Energy Investments LLC,

---

[1] Successor in interest to Dennis Berry, recently deceased
[2] In mid-2024, L.Berry was removed as director of Berry GP.
[3] Please note that the definition of Berry-Related Entities in this Nueces County, Texas, legal action was broadened to include Axis Midstream Holdings LLC, Lone Star Ports LLC, Midway Junction Properties LLC, and Redfish Bay Terminals Inc. in May, 2024 (approximately six (6) months in advance of Allied Ports LLC's filing of a competing lawsuit in Harris County, Texas).

Ridgefield Energy Operating LLC, Ridgefield Eagle Ford LLC, Ridgefield Eagle Ford Minerals LLC, Ridgefield Permian LLC, Ridgefield Permian Minerals LLC, Ridgefield Energy Partners LLC, CEC Ridgefield Holdings LLC, Blue Wagon Energy Investments LLC, Alamo Resources IV JV LLC, B.B.I. Inc., Escopeta Oil & Gas Corporation, Furie Operating Alaska LLC, Helios Power Capital LLC, Danskammer Energy LLC, Berry Y&V Fabricators LLC (and related companies). The Berry Entities and Berry-Related Entities may be sometimes referred to as the "Berry Companies."

15. The Berry-Related Entities Companies, except for the Trust and RBT, are and have been started up, owned (legally and/or beneficially), held in trust, managed, developed, operated, and/or controlled at various times by and through Berry GP, and/or by and through (in part) M.Berry, D.Berry, and/or L.Berry (one or all of them), since the 2000s. Such business practices are investments for one or more of the Berry Entities and/or their owners/shareholders.

16. As an example of how Berry Entities invested, Counter-Plaintiffs invested substantially in ICI, ICI Orca, and Orca (related companies). Berry Entities/Counter-Plaintiffs also substantially invested in Axis and LSP (related companies). Specifically, Counter-Plaintiffs seeded capital (money, assets, manpower) to Orca/Axis (et al) to start-up, manage, develop, operate, and/or control an investments investment in the Eagle Ford Shale and/or Permian Basin which, in turn, became seed-money/assets (including mineral/real property interests as assets) for several of the Berry-Related Entities (the "Investment").

17. From time to time, M.Berry, D.Berry, and/or L.Berry (or all of them) had meetings to discuss how to manage the Investment, whether to sell or continue with the Investment, and other business-type meetings/discussions.

18. Seeded capital money/assets from Counter-Plaintiffs to some Berry-Related Entities ICI to Orca/ICI to Orca involved an agreement/contract as between these legal entities requiring payment-in-full for the base value of the seeded money/assets received by Orca. In contravention

of such agreement/contract, L.Berry, individually and as trustee for the Trust, has very recently refused to pay and/or transfer rights as required by the agreement/contract.

19. Seeded capital money/assets from Counter-Plaintiffs to some Berry-Related Entities~~ICI to Orca/ICI to Orca~~ also included the agreement/contract that L.Berry/~~Orca~~/Trust (all or in part) would initiate the Investment (start-up); manage, develop, operate, and control the Investment, and hold the Investment in trust and for the benefit of Counter-Plaintiffs. In contravention of such agreement/contract, L.Berry/~~Orca~~/Trust (all or in part) has engaged a series of self-dealing transactions without notice to, consultation with, or vote (in-meeting or otherwise) of a majority of the owners/shareholders/directors of Counter-Plaintiffs.

20. Specifically, L.Berry/Trust has participated in self-dealing transactions involving the Investment (and the Investment's earnings) — taking of seeded money and assets of value (wealth) for personal benefit, and not for the benefit of any one or more of the Counter-Plaintiffs. This on-going practice by L.Berry/~~Orca~~/Trust of self-dealing transactions and ultra vires transactions violates the fiduciary obligations owed by L.Berry, individually and as trustee of the Trust, to Counter-Plaintiffs (and others).

21. In furtherance of L.Berry's/Trust's wrongful conduct, L.Berry/Trust has intentionally obscured self-dealing transactions by transfers of money/assets of substantial value to and/or through the Berry-Related Entities. All such transactions constitute L.Berry's, individually and as trustee for the Trust, wrongful taking of money and assets belonging to, held in trust for, and held for the benefit of Counter-Plaintiffs. L.Berry, individually and as trustee for the Trust, has and is engaged in wrongful takings, and also has failed to disclose same (as is required by his (L.Berry's, individually and as trustee of the Trust) fiduciary duties owed).

22. L.Berry's (individually and as trustee of the Trust) wrongful conduct (as described herein) continues to-date. Counter-Plaintiffs file this legal action to demand L.Berry (individually and as

7

trustee of the Trust) provide financial information as shall be requested through the legal discovery process. Counter-Plaintiffs now plead the following claims and causes of action against L.Berry (individually and as trustee of the Trust) and the Trust: conversion, breach of fiduciary duty, breach of contract, unjust enrichment, breach of constructive trust, and fraud.

## VII.
## CAUSES OF ACTION

### Count 1
### Conversion

23. Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 1 in their entirety.

24. Counter-Plaintiffs would show that L.Berry (individually and as trustee of the Trust, Counter-Defendants) are liable to Counter-Plaintiffs for conversion of Counter-Plaintiffs' Investment (+ earnings). Specifically, Counter-Plaintiffs seeded capital (money, assets) to L.Berry/~~Orca~~/Trust (and their benefit) to start-up, manage, develop, operate, and/or control Investment ~~an investment in the Eagle Ford Shale and/or Permian Basin~~ — which, in turn, became seed-money/assets for several of the Berry-Related Entities (the Investment). L.Berry and the Trust were to hold the Investment (+ earnings) in trust for Counter-Plaintiffs.[4] Wrongfully, L.Berry and the Trust have absconded with the Investment (+ earnings) through a series of self-dealing transactions without notice to, consultation with, or vote (in-meeting or otherwise) of a majority of the owners/shareholders/directors of Counter-Plaintiffs. L.Berry's/Trust's wrongful conduct is a conversion of Counter-Plaintiffs' Investment (+ earnings).

25. The elements of conversion are: 1) claimants (Counter-Plaintiffs) owned or were entitled to

---

[4] Although some monies have been paid by L.Berry or one of his legal entities to one or more Counter-Plaintiffs as part of these transactions, the amounts of money paid have only been a partial repayment of monies owed to Counter-Plaintiffs — still in disregard for that which was agreed to be held in trust by L.Berry/Trust for Counter-Plaintiffs.

possession of property; 2) another assumes or exercises control of the property in an unauthorized manner to the exclusion of the claimants; and 3) the claimants' demand for return of the property is refused. By this Counter-Plaintiffs' Second~~First~~ Amended Counter-Claim these Counter- Plaintiffs continue to request return of all converted assets. In this case, Counter-Plaintiffs clearly own and are entitled to possession of the Investment (+ earnings). Such Investment (+ earnings) were supposed to be held in trust by L.Berry, individually and as trustee for the Trust (the sole person in control of such Investment (+ earnings)) for Counter-Plaintiffs. Counter-Defendants have wrongfully assumed and exercised control over such Investment (+ earnings), and done so in a manner unauthorized by Counter-Plaintiffs and to the exclusion of Counter-Plaintiffs. Further, and in disregard of requests from Counter-Plaintiffs, Counter-Defendants have failed and refused to return the Investment (+ earnings) to Counter-Plaintiffs. This is a wrongful conversion of such Investment (+ earnings) — the money/assets — belonging to Counter-Plaintiffs, for which Counter-Plaintiffs now sue.

26.     Counter-Defendants' wrongful conversion of Counter-Plaintiffs' Investment (+ earnings) has caused substantial financial harm and losses to Counter-Plaintiffs. Counter-Plaintiffs now sue for the return of such Investment (+ earnings), or alternatively for the value of such Investment (+ earnings).

<div align="center">

**Count 2**
**Breach of Fiduciary Duty**

</div>

27.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 2 in their entirety.

28.     Counter-Defendant L.Berry has been a shareholder, officer, and director of Counter-Plaintiffs for all relevant times. Counter-Defendants held the Investment (+ earnings) in trust for Counter-Plaintiffs all relevant times. As such, Counter-Defendants owe fiduciary duties to

9

Counter-Plaintiffs for all relevant times. The fiduciary duties owed by Counter-Defendants to Counter-Plaintiffs include, but are not limited to, the duty of loyalty, duty of utmost good faith and fair dealing, and duty of fairness and honesty. The fiduciary duties owed by Counter-Defendants to Counter-Plaintiffs further include putting Counter-Plaintiffs' interest before his (L.Berry's, individually and as trustee of the Trust) own interest, inclusive of devoting full time and efforts in favor of Counter-Plaintiffs' best interests — not L.Berry's own or just the Trust's interests. These duties that Counter-Defendants owe to Counter-Plaintiffs encompass obligations and/or duties to refrain from self-dealing transactions and to make full disclosures of information.

29. While owing fiduciary duties to Counter-Plaintiffs, Counter-Defendants have engaged in, directed, approved, and/or taken actions in contravention of fiduciary duties owed, including but without limited to the following:

   a. L.Berry/Trust took substantial money/assets from Counter-Plaintiffs, and failed to invest same in the name of and/or for the benefit of Counter-Plaintiffs (thereby putting their own financial interest ahead of Counter-Plaintiffs' financial interest). By way of example, L.Berry and Trust took Counter-Plaintiffs money/assets yet wrongfully placed things of value (mineral leases) into Orca (a legal entity that ultimately (later) was determined to be 100% for the benefit of Trust). L.Berry and Trust took Counter-Plaintiffs money/assets for Axis/LSP, yet wrongfully purport to have transferred some of this interest to others (e.g., Allied Ports LLC); and other. This breach of fiduciary duty caused substantial financial harm and losses to Counter-Plaintiffs, and for which Counter- Plaintiffs now sue.

   b. L.Berry/Trust were supposed to hold the Investment (+ earnings) in trust for Counter-Plaintiffs, yet L.Berry/Trust refuses to account for and

10

surrender such Investment (+ earnings) in favor of Counter-Plaintiffs —
but rather appears to have absconded with the Investment (+ earnings).
This failure to hold, account for, and then surrender the Investment (+
earnings) for the benefit of Counter-Plaintiffs is self-dealing — and a
breach of fiduciary duty. This breach of fiduciary duty has caused
substantial financial harm and losses to Counter-Plaintiffs, and for which
Counter-Plaintiffs now sue.

c.    L.Berry/Trust took the Investment (+ earnings) for their own benefit (as
set forth above), and did so without full disclosure of details of the
Investment (and earnings) to Counter-Plaintiffs.    Rather than comply
with Counter- Defendants' fiduciary duties owed, Counter-Defendants
have engaged a series of transactions to obscure Counter-Plaintiffs'
rights to its Investment (+ earnings). This lack of full disclosure is
L.Berry's and Trust's breach of fiduciary duty of full disclosure and
candor owed to Counter-Plaintiffs. This breach of fiduciary duty has
caused substantial financial harm and losses to Counter-Plaintiffs, and
for which Counter- Plaintiffs now sue.

d.    L.Berry/Trust have used Counter-Plaintiffs money/assets to promote and
make profit for their own businesses in various manners and locations.
This is more self-dealing, and a breach of the fiduciary duty owed by
L.Berry/Trust to the Counter-Plaintiffs. This breach of fiduciary duty has
caused substantial financial harm and losses to the Counter-Plaintiffs, and
for which Counter-Plaintiffs now sue.

e.    There are additional transactions / ventures by Counter-Defendants that

11

are a breach of fiduciary duties owed to Counter-Plaintiffs, and all of which have caused substantial financial harm and losses to Counter-Plaintiffs.

For same, Counter-Plaintiffs now sue.

30. Counter-Defendants have taken money/assets/manpower from one or more of the Counter-Plaintiffs; the Investment (+ earnings) from one or more of Counter-Plaintiffs; misappropriated equipment, personnel, and other assets from one or more of the Counter-Plaintiffs; and all to the detriment of one or more of the Counter-Plaintiffs — while only benefiting Counter-Defendants. This is self-dealing. All such conduct described herein evidences Counter-Defendants' breaches of fiduciary duties owed; that is, self-dealing, advancing their (L.Berry's/Trust's) own interest rather than Counter-Plaintiffs' interest, breaches of loyalty to the Counter-Plaintiffs, breaches of good faith and fair dealing owed to Counter-Plaintiffs, breaches of full disclosure and candor owed to Counter-Plaintiffs, and more. Counter-Defendants' misconduct has been and continues to be designed as a subterfuge of obligations to the Counter-Plaintiffs (whereas other shareholders who may have received benefits account for same to the Berry Entities). Counter-Defendants' breaches of fiduciary duties owed to Counter-Plaintiffs have caused substantial financial harm and losses to Counter-Plaintiffs, for which Counter-Plaintiffs now sue.

**Count 3**
**Breach of Contract**

31. Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 3 in their entirety.

32. As noted herein, seeded capital money/assets from Counter-Plaintiffs included the agreement/contract that L.Berry, individually and as trustee of the Trust, would initiate the Investment (start-up); manage, develop, operate, and control the Investment, and hold the

12

Investment (+ earnings) in trust and for the benefit of Counter-Plaintiffs. In contravention of such agreement/contract, L.Berry, individually and as trustee of the Trust, have refused to perform as promised, but rather engaged a series of self-dealing transactions designed to allow L.Berry and the Trust to keep all (or some) of the Investment (+ earnings) for himself (L.Berry) and/or the Trust.

33.     Counter-Defendants' refusals to abide by the agreement/contract is a breach of agreement/contract. Counter-Defendants' breach of the agreement/contract has caused Counter-Plaintiffs substantial financial harm and losses, and for such substantial financial harm and losses Counter-Plaintiffs now sue.

**Count 4**
**Unjust Enrichment**

34.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 4 in their entirety.

35.     Recent events now give rise to a concern on Counter-Plaintiffs' behalf that Counter-Defendants may deny the agreement/contract (and/or some terms of the agreement/contract) as between Counter-Plaintiffs and Counter-Defendants — all in an effort by Counter-Defendants to wrongfully abscond with Counter-Plaintiffs' Investment + earnings. Such a result would be inequitable, and unjustly enrich Counter-Defendants.

36.     Counter-Plaintiffs would show that Counter-Plaintiffs did, in fact, provide seed capital money/assets from Counter-Plaintiffs to Orca/ICI /Orca and Axis/LSP as a benefit to Counter-Defendants, and to allow Counter-Defendants to invest (again, the Investment). This benefit to Counter-Defendants was provided by Counter-Plaintiffs, and it will cause a substantial detriment to Counter-Plaintiffs if the Investment + earnings are not returned to Counter-Plaintiffs. As such, equity demands that the Investment + earnings be returned to Counter-Plaintiffs or compensation

13

for value.

37.    For these reasons set forth herein, Counter-Plaintiffs now sue Counter-Defendants for unjust enrichment, as fairness demands Counter-Plaintiffs be made whole by: (1) return of all Investment (+ earnings); or (2) the value of all Investment (+ earnings) be paid by Counter-Defendants to Counter-Plaintiffs.

## Count 5
## Breach of Constructive Trust

38.    Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 5 in their entirety.

39.    As noted above, Counter-Defendant L.Berry has been a shareholder, officer, and director of Counter-Plaintiffs for all relevant times. Counter-Defendant L.Berry held the Investment (+ earnings) in trust for Counter-Plaintiffs for all relevant times. L.Berry, as trustee for the Trust, held the Investment (+ earnings) in trust for the Counter-Plaintiffs for all relevant times. As such, Counter-Defendants owed and owe fiduciary duties to Counter-Plaintiffs for all relevant times.

40.    Counter-Plaintiffs made transfer of monies/assets to Counter-Defendants (money, manpower, and assets). Counter-Plaintiffs made these transfers of monies/assets in reliance upon Counter-Defendants' promise to protect and deliver Counter-Plaintiffs' share of the Investment (+ earnings) to Counter-Plaintiffs.

41.    Counter-Defendants now refuse to perform upon Counter-Defendants' promise (but rather now wants to keep for L.Berry's and his Trust's own gain/profit all of the Investment (+ earnings)). As such, Counter-Defendants will be unjustly enriched. Given these facts, Counter-Plaintiffs now sue for breach of constructive trust for the Investment (+ earnings) and related, traceable monies/assets. All such monies and assets should be placed in a constructive trust for the benefit of Counter-Plaintiffs or distributed to same.

14

## Count 6
## Fraud

42.     Counter-Plaintiffs incorporate all paragraphs herein as if set forth within Count 6 in their entirety.

43.     As noted above, Counter-Plaintiffs invested heavily ($millions$, the Investment) in ICI/, Orca ICI/, Orca and Axis/LSP, and other Berry-Related Entities for the benefit of Counter-Plaintiffs. Such Investment was seed-money/assets for — and investment in — Berry-Related Companies.

44.     Counter-Plaintiffs invested the millions of dollars/assets based specifically upon Counter-Defendants' representations/promises to start-up, manage, develop, operate, and/or control Investmentsfor~~investments in the Eagle Ford Shale and/or Permian Basin for~~ the benefit of Counter-Plaintiffs (which is also for the benefit of L.Berry and his Trust, in part).

45.     More specifically, and to induce the Investment, Counter-Defendants promised to re-pay the original value of the Investment ($millions$) to the Counter-Plaintiffs; and further promised that the Investment would be for the benefit of the Counter-Plaintiffs (and understandably so given that L.Berry and the Trust would still share substantially in the benefits/profits).

46.     Instead, Counter-Defendants — although Counter-Defendants have paid some interest-only payments from time to time — have absconded with all or a substantial portion of the value of the Investment monies/assets + earnings. On information and belief, Counter-Defendants apparently made interest payments to prolong the process (run out the clock) — all the while never intending to re-pay the original value of the Investment; and all the while never intending to deliver such Investment (+ earnings) to Counter-Plaintiffs.

47.     Presently, Counter-Defendants have gone dark on this discussion, and thereby indicated that L.Berry, individually and as trustee for the Trust, never intended to abide by the

15

representations/promises designed to induce the Investment.

48.     Counter-Defendants' fraud/fraud in the inducement has resulted in substantial, unearned profits for Counter-Defendants, personally and for the Trust; and great financial losses to the Counter-Plaintiffs.

49.     The above-described conduct constitutes fraud and fraud in the inducement, and thus is actionable in favor of one or more of the Counter-Plaintiffs. For such fraud and fraud in the inducement, the Counter-Plaintiffs now file and assert all such claims and causes of action against Counter-Defendants.

## VIII.
## CAUSATION

50.     Counter-Plaintiffs incorporate all above paragraphs as if set forth herein in their entirety.

51.     Counter-Plaintiffs would show that all causes of action/claims set forth herein have been the cause, proximate cause, producing cause, and cause-in-fact of substantial harm and financial losses to Counter-Plaintiffs. For all such harm and financial losses, these Counter-Plaintiffs sue.

## IX.
## LEGAL DAMAGES / REMEDIES

52.     Counter-Plaintiffs incorporate all above paragraphs as if set forth herein in their entirety.

53.     For all harm and financial losses suffered by Counter-Plaintiffs and arising from wrongful and/or inequitable conduct of Counter-Defendants, these Counter-Plaintiffs now sue.

54.     Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the substantial harm and financial damages suffered by Counter-Plaintiffs; to wit; compensatory damages, actual damages, consequential damages, restitution damages, disgorgement damages, and other damages. Counter-Plaintiffs claims asserted herein are for substantial harm and financial losses greatly in excess of $1,000,000.00.

55.     Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary

16

relief for the harm and financial damages suffered by Counter-Plaintiffs; to wit; attorneys' fees.

56.     Counter-Plaintiffs file all causes of action/claims as set forth herein to recover monetary relief for the harm and financial damages suffered by Counter-Plaintiffs; to wit; prejudgment and post-judgment interests — as allowed by law.

57.     Counter-Plaintiffs, pursuant to Texas Civil Practice & Remedies Code ("TCPRC") section 37.004, seek declaration that transfers / conveyances / contracts / Manager appointments executed/ accepted by Counter-Defendant L.Berry (e.g., purportedly involving Orca Assets GP LLC, and/or Axis Midstream Holdings LLC (as wholly owned/Managed by Berry GP and/or Redfish Bay Terminal Inc.), and/or others)) without majority Board of Directors approval are void, void ab initio, voidable, invalid, and/or of no legal force or effect.

WHEREFORE, PREMISES CONSIDERED, Counter-Plaintiffs pray for all relief as requested herein, for costs of court in addition thereto, and for such other and further relief to which Counter-Plaintiffs may show themselves justly entitled as against Counter-Defendants (L.Berry and the ALB Trust).

<div style="margin-left: 50%;">

Respectfully submitted,

**LAW OFFICE OF DOUGLAS ALLISON**

By: */s/ Douglas A. Allison*
    Douglas A. Allison
    State Bar No. 01083500
    doug@dallisonlaw.com
    403 N. Tancahua Street
    Corpus Christi, Texas 78401
    Telephone: (361) 888-6002
    Facsimile: (361) 888-6651

    ATTORNEY FOR MARTY BERRY,
    BERRY GP, INC., BERRY
    OPERATING COMPANY, LLC and
    BERRY CONTRACTING LOP

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd~~14th~~ day of December 3,~~April~~ 2024, a true and correct copy of the above was served upon the attorneys of record in the above entitled and numbered cause, via e-service.

<div align="right">

_/s/ Douglas A. Allison_
Douglas A. Allison

</div>

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Gonzales on behalf of Douglas Allison
Bar No. 1083500
susan@dallisonlaw.com
Envelope ID: 97252740
Filing Code Description: Appendix
Filing Description: Relators' Appendix Vol 1 of 5
Status as of 2/11/2025 4:21 PM CST

Associated Case Party: Marty Berry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Douglas AAllison | | doug@dallisonlaw.com | 2/11/2025 3:30:26 PM | SENT |
| Vanessa AGilmore | | vg@robertsmarkland.com | 2/11/2025 3:30:26 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 2/11/2025 3:30:26 PM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 2/11/2025 3:30:26 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rosa Brennan | | rbrennan@gibbsbruns.com | 2/11/2025 3:30:26 PM | SENT |
| Michelle Bultman | | MBultman@gibbsbruns.com | 2/11/2025 3:30:26 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 2/11/2025 3:30:26 PM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 2/11/2025 3:30:26 PM | SENT |

Associated Case Party: AllenLawrenceBerry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael Absmeier | 24050195 | mabsmeier@gibbsbruns.com | 2/11/2025 3:30:26 PM | SENT |
| Barrett Reasoner | 16641980 | breasoner@gibbsbruns.com | 2/11/2025 3:30:26 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 2/11/2025 3:30:26 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 2/11/2025 3:30:26 PM | SENT |

Associated Case Party: AlbertTheodorePowers

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Gonzales on behalf of Douglas Allison
Bar No. 1083500
susan@dallisonlaw.com
Envelope ID: 97252740
Filing Code Description: Appendix
Filing Description: Relators' Appendix Vol 1 of 5
Status as of 2/11/2025 4:21 PM CST

Associated Case Party: AlbertTheodorePowers

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alistair Dawson | 5596100 | adawson@beckredden.com | 2/11/2025 3:30:26 PM | SENT |

Associated Case Party: Allied Ports, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Roland Garcia | 7645250 | garciar@gtlaw.com | 2/11/2025 3:30:26 PM | SENT |